**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**DECLARATION OF LANDON SADLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Landon Sadler, declare as follows:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge. I am a Plaintiff in the above-captioned matter. I am suing on behalf of myself and as a member of Plaintiff American Association of University Professors.

2. I am a full-time Lecturer and an Associate Faculty member of Women's and Gender Studies at Texas A&M College Station in the College of Arts and Sciences.

3. I received my Doctor of Philosophy in English in 2022 at Texas A&M. My research interest focuses on twentieth and twenty-first century American literature; feminist and queer theory; pedagogy, popular culture, and visual media studies; and rhetoric and writing. I have been published in five publications. A true and correct copy of my CV is attached here as Exhibit A.

4. I am a member of the College Station chapter of the American Association of University Professors.

5. I returned to Texas A&M as a Lecturer in 2023 after receiving my PhD from Texas A&M in 2022. However, I have taught at the College Station campus since 2017 first as a graduate teaching assistant while obtaining my Doctorate.

6. As a lecturer, I typically teach four courses a semester. I usually teach three introductory English writing and literacy courses geared towards non-English major students, such as Writing About Literature. I also typically teach one higher-level literary course a semester.

7. I learned that the Board of Regents approved the new System Policy 08.01 (the "Censorship Policy") in November 2025 shortly after the first guidance was published on the University website.

8. As a result of the new Policy, I have been censored and had my free speech stifled in both my Writing About Literature (ENGL 203) and LGBTQ Literatures (ENGL/WGST 333) courses.

9. ENGL 203 is an introductory level core curriculum class that focuses on honing students' critical thinking, communication, teamwork, and personal responsibility skills**.** In planning this course, I try to include representative examples across a wide range of writing and media like musicals, poems, movies, as well as more traditional forms such as novels. I have never had a complaint directed at the content of my course.

10. I have taught 19 sections of this course since I was a doctoral student in the fall of 2018.

11. On December 20, 2025, I submitted the course Writing About Literature for review as required by the University. Prior to the Censorship Policy, the English Department did not have an official approval process for syllabi. However, the syllabus I submitted for the Fall of 2026 was largely the same as the one I had used in prior semesters with no complaint from the administration or students. A true and correct copy of this syllabus is attached as Exhibit B.

12. During the review process for Writing About Literature, I identified *Moonlight*, a film by Barry Jenkins, and "Trans/Generation" a poem by acclaimed author Alok Vaid-Menon, as materials that might be deemed to violate the Censorship Policy, even though I did not believe the works themselves nor my teaching of them constituted advocacy.

13. When I raised the question of whether these materials would run afoul of the policy, the interim English department head emailed me directly and directed that, per the Censorship Policy, *Moonlight* and "Trans/Generation" would need to be removed. A true and correct copy of that email exchange is attached here as Exhibit C.

14. I removed both works because I did not want the course to be canceled in its entirety. I believe that my course was censored because *Moonlight* and Trans/Generation represented disfavored ideologies and viewpoints related to gender and sexual orientation. Specifically, *Moonlight* chronicles the life of a young gay Black man growing up in a poor Miami neighborhood struggling with issues of masculinity and sexuality. And "Trans/Generation" is a poem about familial gender-based violence and how transgender identity serves as a survival tactic.

15. I don't believe that *Moonlight* or "Trans/Generation" "advocate" for gender ideology as framed by The Censorship Policy. More broadly, I do not understand how showing a movie or reading a poem can be considered "advocating" for a particular ideology. I believe that these materials were removed from my course because they represented disfavored ideas and identities, not because of any concern about my "advocacy." Neither the University nor any students have ever complained that I advocated for particular viewpoints in any of my classes.

16. Removing these works from my syllabus also hinders my ability to discuss themes related to those works in class. This is because Policy 12.01, passed in conjunction with the Censorship Policy, prohibits me from teaching anything that is not on the syllabus. Because of the policy change in 12.01, I do not feel comfortable teaching any material that is not on my syllabus. Thus, by removing works from the syllabus, the University limits the speech that can occur in the classroom.

17. The removal of this content from my course is contrary to best academic practices because both my teaching of both works focuses on storytelling and composition elements, and neither is used to "advocate" for any "gender ideology" or any other belief. Rather, my use of both materials was intentional and grounded in the course's educational objectives of teaching literary analysis and reading comprehension. I believe that *Moonlight*, which won Best Picture at the Academy Awards, is effective for teaching analysis, research, and presentation skills in film. And Alok's work helps students learn essential poetic devices such as alliteration, anaphora, eroteme, and spoken word. Additionally, I have taught *Moonlight* previously with much success in Introduction to Film Studies, a cross registered Film and English department listed course. I have also taught "Trans/Generation" successfully in multiples courses. I taught the poem in LGBTQ Literatures (ENGL/WGST 333) in fall 2020, Introduction to LGBTQ Studies (WGST 205) in

Spring 2023, Writing About Literature (ENGL 203) in spring and fall 2025, and Twenty-First Century Literature and Culture (ENGL 206) in fall 2025.

18. My second course that has undergone censorship due to the policy is ENGL/WGST 333: LGBTQ Literatures, which is an elective course. The topics discussed in ENGL/WGST 333 explore literature by and about LGBTQ+ authors for the purposes of exploring the experiences and writings of a diverse minority population. A true and correct copy of this syllabus is attached as Exhibit D.

19. In November 2025, after the initial passage of The Censorship Policy, I spoke with the interim head of the English department. They concluded that it would not be a good idea to teach my course in the Spring semester as initially planned because it could run counter to the Censorship Policy and might draw negative attention, which could put students and/or myself in danger of unwanted scrutiny followed the firing of Professor Melissa McCoul and the demotion of the English department chair, I was instructed to plan to teach the course in the Fall 2026 semester.

20. I did not believe that by teaching LGBTQ literature that I was "advocating" gender ideology or "advocating" topics related to sexual orientation or gender identity. Nonetheless, and largely because I had no other choice, I agreed to not submit the course for the Spring of 2026.

21. On March 18, 2026, I submitted the syllabus for the anticipated Fall 2026 LGBTQ Literatures course. I was asked to submit an exception request by the Department Head with the assistance of Professor Vanita Reddy and Britt Mize. A true and correct copy of that email exchange is attached here as Exhibit E. After my department head and dean reviewed my syllabus and exception request, it was sent to the president who then denied it. The president stated that the justification for the exception was not compelling enough. Although, I worked with Professor

Reddy to craft an exception request that was accurate and persuasive I was not provided with any substantive explanation on why the exception was denied. Nor was I provided with the rationale of why the course violated the Censorship Policy, how it constituted advocacy, or why the course did not qualify for an exception or what could be done for it to qualify. Subsequently, all sections of the course were canceled for the Fall 2026 semester, and I was not permitted to resubmit an exception request. A true and correct copy of that email exchange is attached here as Exhibit F.

22. It was clear to me that materials were removed from Writing About Literature and that LGBTQ Literatures was canceled because they highlight a disfavored set of viewpoints. The Board of Regents is prohibiting ideas from being heard as part of academic discussions about gender, gender identity, and sexual orientation—not because of any legitimate concern about "advocacy" which I did not engage in. Furthermore, the University did not provide any explanation for how I could modify my exception request to make a more compelling argument for exception. I was given no guidance about the standards used to make this decision.

23. The University's treatment of other courses demonstrates that the topics of gender and sexual orientation are not entirely barred under the Censorship Policy, but only when those topics highlight disfavored LGBTQ+ perspectives. For instance, in the same Writing About Literature course in which I was forced to remove material, I was permitted to teach *Barbie*, a movie that focuses on cisgender identity dynamics and heterosexual orientation by exploring the societal pressures placed on men and women when Ken tries to bring patriarchy back to Barbie land. What's clear to me is that the University deems the viewpoints the *Barbie* movie presents about gender to be acceptable, but not those in *Moonlight*, no matter its critical acclaim, because of its LGBTQ+ themes.

24. I do not know what “advocating” or “gender ideology” nor “race ideology” means or what it means to advocate for topics related to sexual orientation or gender identity, nor was it clarified for me when I asked for further explanation. Enforcement of the policy appears to be inconsistent and arbitrary. For instance, I taught what the Censorship Policy might consider to be texts that discussed race ideology in English 203 during the Spring semester such as the musical *Hamilton* and the novel *The Nickel Boys* by Colson Whitehead, and I was not required to remove those materials. *Hamilton* tells the story of the founding of the United States through the story of Alexander Hamilton. The musical is played by a predominately Black and brown cast reimagining the origin of the United States with inclusive representation. *The Nickel Boys* tells the story of Elwood Curtis, a bright Black teenager growing up in segregated Florida in the 1960’s. Elwood is unjustly sent to a brutal juvenile reform school called the Nickel Academy and experiences extreme abuse. Both forms of media inherently involve discussions of race. I don’t consider either to advocate for racial ideology, but I'm unsure why these were allowed in my curriculum while “Trans/Generation” and *Moonlight* were not. Topics that related especially queer or transgender identity appeared to be subject to more exacting scrutiny even though the policy at no point states that. There seems to be an apparent ban on teaching topics related to LQBTQ+ or gender identities in all core classes, but it has remained unclear where the line is drawn in order for me to comply with the policy. I’m left wondering if I can teach any books with LGBTQ+ characters? Or does the censorship hinge on how “major” the identities of the characters are?

25. Nor do I understand what the terms “race ideology,” “gender ideology,” or “topics related to sexual orientation or gender identity” mean, particularly given the way the Censorship Policy has been enforced. Nearly every work of art concerning human beings touches, implicitly or explicitly, on subjects of race, gender, or sexuality, but I have no way of knowing whether a

particular work or topic of discussion will cross whatever line the Censorship Policy is attempting to draw. For example, I was confused that I was able to teach *Lady Bird,* another R-rated film in replacement for *Moonlight* when *Lady Bird* includes scenes of intimacy and is a coming-of-age story. The major difference to me is that *Lady Bird* displays a white heterosexual relationship and heterosexual intimacy while *Moonlight* illustrates the experiences and exploration of a Black member of the LGBTQ+ community. It seems the line not to cross predominates on how centered LGBTQ+ experiences are to the plot or story, but it's still not clear.

26. Additionally, I am aware that some classes still teach Shakespeare's *As You Like It*, a play that displays cross-dressing. I do not understand where the line is between that being permissible while "Trans/Generation" was censored from my curriculum.

27. Efforts to comply with the Censorship Policy will interfere with my right to speak freely in the classroom because I am unable to provide my students with the highest quality of education, one that does not shy away from differing opinions, perspectives, or lived experiences because I believe understanding various viewpoints is essential to an excellent education.

28. I intend to continue teaching at Texas A&M and wish to provide the best possible educational environment for my students. Because I do not understand how to comply with the Censorship Policy, I do not know how to plan my courses moving forward.

29. I feel that my freedom of speech has been chilled, and I have self-censored in an attempt to follow the Censorship Policy, although I am not sure how to.

30. I have received communication from the English Department that exception requests must be sent to our department head by October 5, 2026, for the Spring 2027 semester with all other syllabi due October 15, 2026. A true and correct copy of that communication is attached as Exhibit G. The University has provided no meaningful guidance to me on what it means to

"advocate" for "gender ideology," "race ideology," or "topics related to sexual orientation or gender identity." I've been left unsure what constitutes advocacy under the Censorship Policy, since I was censored for merely including works of literature in my course syllabi.

31. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2026

# Exhibit A

**Landon Sadler**
Department of English
Texas A&M University
College Station, Texas 77843-4227
(979) 862-3910
lansadler2016@tamu.edu

DEGREES

| | |
|---|---|
| 2022 | PhD, English, Texas A&M University, College Station, TX, United States |
| 2016 | BA, English and Political Science, University of Nebraska-Lincoln, Lincoln, NE, United States |

ACADEMIC EMPLOYMENT

| **Start Date of Appointment** | **End Date of Appointment** | **Position Title** | **Department, University** |
|---|---|---|---|
| April 2026 | | Associate Faculty Member | Women's and Gender Studies, Texas A&M |
| July 2023 | | Lecturer | English, Texas A&M |
| January 2023 | May 2023 | Visiting Lecturer | Women's and Gender Studies and School of Performance, Visualization and Fine Arts, Texas A&M |
| August 2021 | December 2022 | Graduate Assistant Lecturer | English, Texas A&M |
| August 2017 | May 2021 | Graduate Teaching Assistant | English, Texas A&M |

AWARDS AND HONORS

| **Year Conferred** | **Award** | **Conferring Organization** | **Award Classification** | **Honor Level** | **Detailed Description of Award** |
|---|---|---|---|---|---|
| 2021 | Distinguished Graduate Student Award: Excellence in Teaching | Association of Former Students, Texas A&M | Teaching Award | University Level | Excellence in Teaching |
| 2021 | Summer Dissertation Fellowship | College of Liberal Arts, Texas A&M | Research Award | College Level | Promising Dissertation Research |
| 2021 | Fasken Graduate Student Teaching Award | College of Liberal Arts, Texas A&M | Teaching Award | College Level | Excellence in Teaching |
| 2021 | Graduate Merit Teaching Award for Large-Scale Innovation during | English Department, Texas A&M | Teaching Award | Department Level | Excellence in Teaching |

| | | | | | |
|---|---|---|---|---|---|
| | the COVID-19 Pandemic | | | | |

TEACHING

| **Course Number** | **Course Name** | **Number of Sections Taught** | **Semester and Year** |
|---|---|---|---|
| ENGL/FILM 366 | Horror Studies | One | Spring 2025 |
| ENGL/FILM 356 | Literature and Film | Three | Summer 2022, Summer 2020, and Fall 2019 |
| ENGL/WGST 333 | LGBTQ Literature | One | Fall 2020 |
| ENGL/FILM 251 | Introduction to Film Analysis | One | Spring 2023 |
| ENGL 210 | Technical Professional Writing | Eight | Fall 2025, Fall 2024, Fall and Summer 2023, Fall and Spring 2022, and Summer 2018 |
| ENGL 206 | Twenty-First Century Literature and Culture | One | Fall 2025 |
| WGST 205 | Introduction to LGBTQ Studies | One | Spring 2023 |
| ENGL 203 | Writing about Literature | Nineteen | Spring 2026, Fall and Spring 2025, Spring 2024, Fall 2022, Fall 2021, Spring 2020, Spring 2019, and Fall 2018 |
| ENGL 202 | Environmental Literature | Two | Spring 2022 and Spring 2021 |
| ENGL 104 | Composition and Rhetoric | Eight | Fall 2024, Fall 2023, Spring 2018, and Fall 2017 |

PUBLICATIONS RELATED TO TEACHING AREAS

| **Year Published** | **Citation** | **Form** |
|---|---|---|
| 2025 | "Troubling Gendered Scripts of Rape in MeToo Television: *I May Destroy You* and Consent as Constellation." *MeToo and Transnational Gender Justice*, edited by Vanita Reddy and Chaitanya Lakkimsetti, New York University Press, 2025, pp. 173-191. | Essay in Edited Collection |
| 2022 | "'If you can't love yourself, how in the hell you gonna love somebody else?': Care and Neoliberalism on *Queer Eye*, *RuPaul's Drag Race*, and *Pose*." *The Journal of Popular Culture*, vol. 55, no. 4, pp. 799-812, 2022. https://doi.org/10.1111/jpcu.13153. | Peer Revived Article |
| 2021 | "Teaching Writing with Care and Closeness." *Open Words: Access and English Studies*, Special Issue on Teaching Writing Now: Diversity, Inclusion, and Social Justice in the Writing Classroom, vol. 13, no. 1, pp. 83-86. DOI: 10.37514/OPW-J.2021.13.1.07. | Journal Special Issue |
| 2021 | "Queer Is a Verb and Noun: Navigating Essentialism in the Undergraduate Classroom." *Open Words: Access and English Studies*, Special Issue on Teaching Writing Now: Diversity, Inclusion, and Social Justice in the Writing Classroom, vol. 13, no. 1, pp. 195-198. DOI: 10.37514/OPW-J.2021.13.1.13. | Journal Special Issue |

| | | |
|---|---|---|
| 2019 | "Chapter 4: Nancy's Folbre's *Greed, Lust and Gender: A History of Economic Ideas* (2009)." *Gender Theory Today: A College Guide*, edited and published by Marian Eide. Cowritten with Shawna Campbell. | Non-Peer Reviewed Publication |

PRESENTATIONS RELATED TO TEACHING AREAS

| **Date** | **Title** | **Organization** | **Location** |
|---|---|---|---|
| May 2026 | Lessons from CTE Digital Accessibility Learning Community Roundtable | Center for Teaching Excellence Digital Learning Expo | College Station, TX |
| April 2026 | Sapphic Suffragettes and Dark Disney Gaze: Bunny Hopping across Queer Time in *Bye Sweet Carole* | Popular Culture Association/American Culture Association National Conference | Atlanta, GA |
| April 2025 | League of Likability: Gatekeeping the Gay Icon Seraphine | Popular Culture Association/American Culture Association National Conference | New Orleans, LA |
| March 2024 | Is the Future Female?: Handmaids On-Screen and in the Streets | Popular Culture Association/American Culture Association National Conference | Chicago, IL |
| November 2023 | "Mama, that's cringe": Trauma Porn and Self-Love on *RuPaul's Drag Race* | American Studies Association Annual Conference | Montreal, Canada |
| October 2023 | This Is Not a Safe Space: Bodies that Don't Matter in *Bodies Bodies Bodies* | National Women's Studies Association Annual Conference | Baltimore, MD |
| April 2023 | Sickening Dirty Computers: A New Dawn for Care and Queers | Popular Culture Association/American Culture Association National Conference | San Antonio, TX |
| November 2022 | Who the hell is Bucky?': Queering the Winter Soldier and #OwnVoices | National Women's Studies Association Annual Conference | Minneapolis, MN |
| September 2022 | Time Will Tell: Dystopian Cultural Production and Queer Ethics of Care | Care Studies Working Group | College Station, TX |
| April 2022 | "Your birth is my birth, your death is my death, G": Transnational Feminist Politics in *I May Destroy You* | Popular Culture Association/American Culture Association National Conference | Virtual |
| November 2021 | The Category Is Royalty: Living History and Transnational Feminism on *Pose*'s Pilot | National Women's Studies Association Annual Conference | Virtual |
| October 2021 | Realness as Revolt: Care and Community on *Pose* | American Studies Association Annual Conference | Virtual |
| June 2021 | "Opulence! You own everything": Care and Neoliberalism on *RuPaul's Drag Race* | Popular Culture Association/American Culture Association National Conference | Virtual |
| April 2021 | The Disruptive Place of *I May Destroy You* in #MeToo Popular Culture | #MeToo and the Transitional Politics of Social Media Feminism, Glasscock Center Three-Year Seminar | College Station, TX |
| February 2021 | Workshopping a Social Justice Pedagogy: A Workshop for Faculty and Graduate Students | College Station, TX | College Station, TX |
| February 2021 | Round Table: Teaching Writing across the English Department Curriculum | College Station, TX | College Station, TX |

CURRICULUM DEVELOPMENT

| Date | Project | Supervisor | Role |
|---|---|---|---|
| August 2024-December 2024 | Digital Design for Student Success (D2S2) Composition Course | Terri Pantuso, Associate Dean for Assessment and Curricular Matters and Instructional Associate Professor of English | ENGL 104 Pilot |

PROFESSIONAL DEVELOPMENT

| Date | Title | Organization | Format |
|---|---|---|---|
| September 2025- | Digital Accessibility Learning Community | Center for Teaching Excellence | Learning Community |
| July 2025 | Digital Accessibility Series – Session 4: Utilizing Canvas to Check for Content Accessibility | Center for Teaching Excellence | Workshop |
| July 2025 | Digital Accessibility Series – Session 3: Improving Accessibility of PDF Files | Center for Teaching Excellence | Workshop |
| June 2025 | Digital Accessibility Series – Session 2: Creating Accessible Content with Microsoft Word and PowerPoint | Center for Teaching Excellence | Workshop |
| June 2025 | Digital Accessibility Series – Session 1: What is Digital Accessibility? | Center for Teaching Excellence | Workshop |
| April 2025 | A Practical Guide to Close Playing: A Workshop | Game Studies, Popular Culture Association National Conference | Workshop |
| April 2025 | Universal Design for Learning in Action: Enhancing Expression and Action | Center for Teaching Excellence | Workshop |
| October 2024 | University Writing Center Generative AI Workshop | University Writing Center | Workshop |
| April 2024 | Dignity in Action: Learning Experiences and Aggie Core Values | Center for Teaching Excellence | Workshop |
| October 2023 | Scaffolding to Build Functional Teams in the Classroom | Center for Teaching Excellence | Workshop |
| June 2023 | Dignity in Action: Classroom Culture and Aggie Core Values | Center for Teaching Excellence | Workshop |
| January 2023 | Green Dot Bystander Training and STAND Up Trauma-Informed Care | Green Dot | Workshop |
| March 2023 | Aggie Allies Advance Workshop: Safe Zone Training | Aggie Allies | Workshop |
| June 2021 | The Futures of American Studies Institute | Dartmouth College | One-Week Seminar and Workshop |

PROMINENT SERVICE

| Start Date | End Date | Position Title | Organization | Type of Service |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| August 2026 | | Faculty Advisor | LGBTQ Aggies | University |
| December 2025 | February 2026 | Transformational Teaching and Learning Conference Steering Committee | Transformational Teaching and Learning Conference | University |
| March 2025 | March 2025 | Judge | Student Research Week | University |
| December 2024 | | Facilitator and Communications Chair | Aggie Allies | Professional |
| March 2025 | March 2025 | Judge | Student Research Week | University |
| September 2024 | | Pride Mentor | Queer Graduate and Professional Aggies | University |
| March 2024 | March 2024 | Judge | Student Research Week | University |
| August 2020 | May 2022 | Copresident | LGBTQA Graduate Group of Texas A&M | University |
| August 2020 | May 2021 | Senator for English Graduate Student Association | Graduate and Professional Student Government | University |
| August 2017 | May 2021 | Mentor for Incoming Graduate Students | English Graduate Student Association | Departmental |

# Exhibit B

TEXAS A&M UNIVERSITY

Course Syllabus

# Syllabus

## Course Information

Course Number: ENGL/WGST 333
Course Title: LGBTQ Literatures
Credit Hours: 3

| Section | Meeting Times: Tuesday and Thursday | Location |
|---|---|---|
| ENGL 203-**507** | 11:10 am-12:25 pm | LAAH 373 |
| ENGL 203-**508** | 12:45 pm-2:00 pm | LAAH 373 |
| ENGL 203-**509** | 5:30 pm-6:45 pm | LAAH 467 |
| ENGL 203-**531** | 3:55 pm-5:10 pm | LAAH 467 |

## Instructor Details

Instructor: Landon Sadler
Office: LAAH 378
Phone: N/A
E-Mail: lansadler2016@tamu.edu
Office Hours: 2:30-3:30 pm, Tues. and Thurs.

## Course Description

Exploration of literature by genre and/or theme; literary analysis and interpretation; intensive writing about literature; also taught at Galveston campus.

## Course Prerequisites

None.

## Special Course Designation

This course fulfills the University Core Curriculum requirements in the Foundational Component Area of Communication. Courses in this category focus on developing ideas and expressing them clearly, considering the effectiveness of the message, fostering understanding, and building the skills needed to communicate persuasively. Courses involve the command of oral, aural, written, and visual literacy skills that enable people to exchange messages appropriate to the subject, occasion, and audience. The following skills will be addressed in the courses that comprise this area: critical thinking, communication, teamwork, and personal responsibility. The readings, written assignments, group discussions, oral and visual projects, and evidence-based arguments all contribute to developing these core skills.

In particular, this course addresses the following skills required for Core Curriculum education:

1. **Critical Thinking Skills (CTS):** creative thinking, innovation, inquiry, and analysis, evaluation and synthesis of information. The course will enhance critical thinking skills through regular reading; class discussion; and oral, visual, and written communication assignments.

2. **Communication Skills (CS):** effective development, interpretation and expression of ideas through written, oral, and visual communication. The course promotes communication skills through small and large group discussion of major ideas, issues, and questions central to course readings, and through regular practice in persuasive and analytical writing.

3. **Personal Responsibility (PR):** ability to connect choices, actions and consequences to ethical decision-making. The course teaches personal responsibility by enhancing students' understanding of how to use sources ethically while composing a persuasive or analytical argument. The course material throughout the semester will offer students an opportunity to reflect upon personal responsibility by developing the ability to connect decisions and consequences within course texts to larger frameworks of values and ethical decision-making.

4. **Teamwork (T):** ability to consider different points of view and to work effectively with others to support a shared purpose or goal. The course enhances the ability to work in teams by providing students with regular opportunities in and out of class to collaborate with classmates on the giving and receiving of feedback and the ability to listen to and contribute to group discussions in a respectful manner.

## Course Learning Outcomes

Upon completion of this course, the learner will be able to:

- Analyze how language, structure, form, and stylistic choices contribute to meaning across a range of literary genres.
- Identify themes within literary works and recognize connections between literature and cultural, historical, and/or social contexts.
- Communicate effectively about literature in multiple modes, including written, oral, and/or visual.
- Construct clear, well-supported arguments about literature using thesis-driven claims, textual evidence, and coherent reasoning.
- Draft, revise, and edit written work with attention to principles of persuasive writing such as critical thinking, organization, argumentation, and textual evidence.
- Locate, synthesize, and cite research ethically and effectively to support written, oral, and/or visual arguments and presentations.

## Textbook and/or Resource Materials

We will read nearly all the open-access textbook *Surface and Subtext*. Faculty from A&M's English department wrote this book specifically for ENGL 203, and it is free for you to use.

You will need to purchase two books, however: *The House on Mango Street* by Sandra Cisneros and *The Nickel Boys* by Colson Whitehead. Any edition is fine for these works, and you may also choose to use either print or digital.

Additionally, for our film unit, you will need both a Netflix account and Disney+ account to watch *Hamilton*, *KPop Demon Hunters*, and *Wake Up Dead Man: A Knives Out Mystery*.

## Grading Policy

*A = 100-90 B = 89.99-80 C = 79.99-70 D = 69.99-60 F = 59.99 or less*

Your grade will be calculated using the following formula:

- 2.5% Class Notes
- 5% Attendance
- 10% Participation
- 10% Poster Presentation
- 12.5% Pop Quizzes
  - 6 total, 1 dropped
  - 2.5% each quiz
- 15% Group Presentation
- 20% Short Story Essay
  - 15% Polished Draft
  - 5% Revised Draft
- 25% Novella or Novel Essay

## Assignment Overview

Class Notes: At the end of week 1, each student will sign up to take notes for the class on their chosen day. That way, when another student is absent, they can look at the class notes to see what they missed. These notes will be available in a shared Google Drive, and I will grade them based on completion.

Attendance: Your attendance score equals the days you are present divided by 29, which is the number of in-person classes we have this semester. Remember that if you don't do the makeup work for an excused absence, the excused absence becomes unexcused, and therefore, you won't get your attendance point for the day that you missed (see the makeup policy for more information). If you are late to class, you may only get a fraction of the attendance point for that day. Attendance is taken by hand a few minutes after class begins.

Participation: There are many ways for a student to show that they are actively engaging with course materials. First, to achieve high marks, raise your hand to answer and ask questions, contribute during group activities, and do not be disruptive or inattentive during class. In addition, students should complete every writing activity from informal activities such as writing warmups to formal activities such as the four discussion board posts. Discussion board posts will be evaluated based on completion and will have students upload their rough drafts and give each other feedback.

Poster Presentation: You will select a literary text that I am not teaching this semester and deliver a poster presentation on why it would make a good addition to a future version of this class. Your literary text need not be a novel, poem, or play, so pick a narrative genre that appeals to you. You will speak for 3 minutes about the educational value of your text, and then, you'll answer questions from your

classmates about it for 1 minute. You will also submit a short written reflection a few days after you present.

Pop Quizzes: There will be six pop quizzes at the beginning of class throughout the semester. I will drop your lowest quiz. "Pop" means I won't announce when they'll be, and the quizzes will be closed book. Each quiz will be five to six questions, and each question will be either multiple choice or true/false. The questions will cover the required "readings"—e.g., textbook chapters, short stories, movies—as well as my lectures. Often, the questions will test basic reading comprehension, e.g., the setting of a movie, the ending of a short story, or the definition of a theoretical term. The quizzes will be taken online by computer or tablet, not phone. If you need a different format (perhaps because of a disability accommodation), email me before the end of the third day of class so that we can make a plan in writing. We will take a practice quiz together as a class during the second week to familiarize you with the format.

Group Presentation: During the second week of class, you will join a group of around five students. Each group will be given one of our texts to "teach" to the class. Your group will do three things on presentation day: give a PowerPoint presentation between 12 and 17 minutes that contextualizes the text, do a 8-minute or longer Q&A, and facilitate a class discussion about the text for 12 to 17 minutes. The last part should be creative and engaging. After your group presents, each person in the group has a few days to submit a reflection paper that doubles as a peer evaluation. The texts you may present over are *Barbie*, *KPop Demon Hunters*, *Hamilton*, *Wake Up Dead Man: A Knives Out Mystery*, and *Everything Everywhere All at Once*. This presentation asks you to present and write about your film in context, so your team will need to cite a minimum of at least ten secondary sources in their presentation.

Short Story Essay: This essay requires you to pick one of my interpretative prompts over one of the short stories we will read. The paper will take the form of a close reading and be between two and three double-spaced pages cited in MLA. It will follow the conventional format of introduction, body, and conclusion. You will submit a polished draft of your paper during the first half of the semester; you will then submit a revised version during the second half of the semester that responds to the feedback I and some of your classmates give you. I will grade both versions of your essay based on their criteria: framing and focus, evidence and analysis, and style and mechanics.

Novella or Novel Essay: For your final, you will compose an argumentative literary essay over *The House on Mango Street* or *The Nickel Boys*. The paper will be between three and four double-spaced pages and cited in MLA. Your paper will follow the conventional format of introduction, body, and conclusion. You will need to introduce, cite, and explain quotations from the novel and incorporate 1-2 scholarly secondary sources. I will grade your essay based on three criteria: framing and focus, evidence and analysis, and style and mechanics.

## Late Work Policy

Quizzes, the solo presentation, and participation activities will be accepted late only with an excused absence. Otherwise, the grade is automatically a zero. For the papers, you will lose 10% of the final assignment's grade for every day past the due date. For example, if you turn in a paper two days late, then your paper's hypothetical score of 91 would drop to 71. Students who miss the group presentation will be handled on a case-by-case basis.

The Late Paper Policy for this course follows the guidelines described in the University Student Rules, "Section 7. Attendance." Please note that your instructor is not responsible for drawing your attention to any missed assignment. While your instructor may generously choose to alert you to a missed assignment, this is ultimately your responsibility.

If you miss class because of an excused absence, you should email your instructor no later than 24 hours after your absence with an explanation and documentation. If you do so, you will have one week to do makeup work (the one week starts after you return to class). If you do not do the makeup work, your excused absence will be counted as an unexcused absence. To make up the day you missed, you should write a 250-word summary based on the material that you missed that day (lectures, reading, activities, etc.). You should submit that summary to "Makeup Work" on Canvas under "Assignments" (see the submission page for more information).

## Course Schedule

Readings are due before class begins; this includes short stories, book chapters, plays, movies, news articles, and the like. Consequently, you should come to class prepared to discuss the readings. You should also bring a laptop or tablet to class to do online quizzes and writing warmups; I will not allow you to use your phone to take a quiz.

### *Week 1: Introduction*

Topics: academic integrity, annotations, and class expectations and structure

- Tuesday, Jan. 13
    - Read syllabus by 11:59 pm (but ideally before class)
    - Post an introduction of yourself to Discussion Board 1 by 11:59 pm
- Thursday, Jan. 15
    - Read "Using Reading Annotations to Activate Students' Engagement, Curiosity and Growth in First-Year Writing" before class
    - Read "We Ate the Children Last" before class
    - Read "Integrity: A Letter to My Students" before class
- Friday, Jan. 16 Sign up to be a class notetaker by 11:59 pm

### *Week 2: Writing about Literature*

Topics: defining literature, contextualizing the Canon, and foundational terms for literary analysis including form and close reading

- Tuesday, Jan. 20
    - Read "The Perfect Match" before class
    - Read 1.1 and 1.2 of Surface and Subtext before class
- Thursday, Jan. 22
    - Read "Kaddish for the Last Survivor" before class
    - Read 1.3, 1.4, and 1.5 of Surface and Subtext
- Friday, Jan. 23
    - Sign up for poster presentation slot and group teaching presentation by 11:59 pm

### *Week 3: Writing as Process*

Topics: prewriting; introductions and thesis statements; body, topic sentences, and transitions; and conclusions

- Tuesday, Jan. 27
    - Read "How to Get Back to the Forest" before class
    - Read 9.1, 9.2, 9.3, and 9.4 of Surface and Subtext before classThursday, Jan. 22
- Thursday, Jan. 29
    - Read "Speech Sounds" before class
    - Read 9.5 and 9.6 of Surface and Subtext before class

### *Week 4: Writing in MLA*

Topics: primary source and secondary sources; editing and revising; two-part titles, in-text citations, and end-text citations

- Tuesday, Feb. 3
    - Read "Welcome to Your Authentic Indian Experience™" before class
    - Read articles from Purdue Owl before class:
        - "MLA In-Text Citations: The Basics"
        - "MLA Formatting Quotations"
        - "MLA Works Cited Page: Basic Format"
- Thursday, Feb. 5
    - Read "The Husband Stitch" before class
    - Read 9.8, 9.9, and 9.10 of Surface and Subtext before class

### *Week 5: Writing Persuasively*

Topics: audience awareness; oral communication; visual rhetoric; and describing, explaining, and summarizing literature

- Tuesday, Feb. 10
    - Students in Group A present their posters during class
    - Read 10.1 and 10.2 of Surface and Subtext before class
    - Watch "The Danger of a Single Story"
    - Students are encouraged to work on their short story analysis due next week
- Thursday, Feb. 12
    - Students in Group B present their posters during class
    - Read 10.3 of Surface and Subtext before class
    - Read "Illinois Is The First State To Have High Schools Teach News Literacy" before class
    - Read "Americans are reading fewer books for less time" before class
    - Students are encouraged to work on their short story analysis due next week
- Sunday, Feb. 15
    - Submit your presentation reflection by 11:59 pm

### *Week 6: Writing about Short Stories*

Topics: peer review and elements of short story such as narration, plot, setting, and tone

- Tuesday, Feb. 17
  - Read 3.1, 3.2, 3.3, 3.4, and 3.7 of Surface and Subtext before class
  - Submit rough draft of your short story analysis to Discussion Board 2 by 11:59 pm
- Thursday, Feb. 19
  - Read 9.7 of Surface and Subtext
  - Read "The Quotation Sandwich" before class
  - Submit replies to two classmates' rough drafts on Discussion Board by 11:59 pm
- Sunday, Feb. 22 Submit polished draft of your short story analysis by 11:59 pm

## *Week 7: Writing about Poetry*

Topics: closed form and open verse, lines and stanzas, diction and syntax, and rhythm and sound

- Tuesday, Feb. 24
  - Read following poems before class:
    - "Fragment 94" by Sappho
    - Sonnets 18 and 130 by William Shakespeare
    - "The Passionate Shepherd to His Love" by Christopher Marlowe
    - "The Nymph's Reply to the Shepherd" by Sir Walter Raleigh
  - Read 2.1 and 2.2 of Surface and Subtext before class
- Thursday, Feb. 26
  - Read following poems before class:
    - "I'm Nobody! Who are you?" and "'Hope' is the thing with feathers" by Emily Dickinson
    - "Grand Is the Seen" and "I Hear America Singing" by Walt Whitman
    - "I Wandered Lonely as a Cloud" by William Wordsworth
    - "Annabel Lee" and "The Raven" by Edgar Allen Poe
  - Read 2.3 and 2.6 of Surface and Subtext before class

## *Week 8: Writing with Style*

Topics: concision, parallelism, active and passive voice, and commonly misused words and phrases

- Tuesday, Mar. 3
  - Read 10-18 of part III ("Elementary Principles of Composition") in *The Elements of Style* before class
  - Read following poems before class:
    - "In a Station of the Metro" by Ezra Pound
    - "The Emperor of Ice-Cream" by Wallace Stevens
    - "Next to of course god america" and "In Just-" by E.E. Cummings
    - "The Weary Blues" by Langston Hughes
    - "Still I Rise" and "The Caged Bird Sings" by Maya Angelou
- Thursday, Mar. 5
  - Read V ("Words and Expressions Commonly Misused") in *The Elements of Style* before class
  - Watch following slam poems before class:
    - "Pretty" by Katie Makkai
    - "Anxiety Group" by Catalina Ferro
    - "From Cho Chang" by Rachel Rostad

- "Dear White Girls in my Spanish Class" by Ariana Brown
- "Like Totally Whatever" by Melissa Lozada-Oliva
- "When the Fat Girl Gets Skinny" by Bylthe Baird
- "Why are Muslims So . . ." by Sakila and Hawa
- "Rape Jokes" by Belissa Escoloedo and Rhiannon McGavin

### *Week 9: Spring Break*

Topics: self-care and work-life balance

- Tuesday, Mar. 10
  - Enjoy spring break: no class or homework due
- Thursday, Mar. 12
  - Enjoy spring break: no class or homework due

### *Week 10: Writing about Film*

Topics: history of film; scenes, shots, and cuts; different types of camera shot angles; and critical theories including auteur theory and genre theory

- Tuesday, Mar. 17
  - Watch "The TOBOS: A Strange Being's Quest to Emotionally Connect" before class
  - Read 7.1, 7.2, 7.3, 7.4, and 7.6 of Surface and Subtext before class
- Thursday, Mar. 19
  - Watch *Barbie* before class
  - Teaching Group 1 presents during class
- Sunday, Mar. 22
  - Each person in Teaching Group 1 submits their presentation reflection by 11:59 pm

### *Week 11: Writing about Drama*

Topics: dramatis personae, stage directions, acts and scenes, and acting and staging

- Tuesday, Mar. 24
  - Watch KPop Demon Hunters before class
  - Teaching Group 2 presents during class
  - Read 6.1, 6.2, 6.3, and 6.4 of Surface and Subtext before class
  - Because *Hamilton* is about three hours, students are encouraged to watch some of Hamilton early
- Thursday, Mar. 26
  - Watch Hamilton before class
  - Teaching Group 3 presents during class
  - Read 6.5 and 6.8 of Surface and Subtext before class 6.5
- Sunday, Mar. 29
  - Each person in Teaching Group 2 and 3 submits their presentation reflection by 11:59 pm

### *Week 12: Writing in Context*

Topics: authorial and historical background; evaluating criticism and sources; peer review and scholarship; and adaptation, allusions, and intertextuality

- Tuesday, Mar. 31
  - Watch *Wake Up Dead Man: A Knives Out Mystery* before class
  - Teaching Group 4 presents during class
- Thursday, Apr. 2
  - Watch *Everything Everywhere All at Once* before class
  - Teaching Group 5 presents during class
- Sunday, Apr. 5
  - Each person in Teaching Group 4 and 5 submits their presentation reflection by 11:59 pm

### *Week 13: Writing about Novellas*

Topics: Bildungsroman, conflict, epigraph, figurative language, imagery, and vignettes

- Tuesday, Apr. 7
  - Read first half of *The House on Mango Street* before class
  - Read 4.1, 4.2, and 4.3 of *Surface and Subtext* before class
- Thursday, Apr. 9
  - Read second half of *The House on Mango Street* before
  - Read 4.4 and 4.7 of Surface and Subtext before class

### *Week 14: Writing about Novels*

Topics: history of the novel; characterization and foils; foreshadowing and irony; and pacing, flashbacks, and flashforwards

- Tuesday, Apr. 14
  - Read *The Nickel Boys* prologue and chapters 1-3 before class
  - Read 5.1 and 5.2 of *Surface and Subtext* before class
- Thursday, Apr. 16
  - Read *The Nickel Boys* chapters 4-8 before class
  - Read 5.4 of Surface and Subtext before class

### *Week 15: Writing with Personal Responsibility*

Topics: ethical decision-making; connecting actions to consequences in and outside the classroom; and understanding characters' choices, not just judging or diagnosing them

- Tuesday, Apr. 21
  - Read *The Nickel Boys* chapters 9-10 before class
  - Submit post over personal responsibility in The Nickel Boys to Discussion Board 3 by 11:59 pm
  - Submit edited draft of short story analysis to Discussion Board 4 by 11:59
- Thursday, Apr. 23
  - Read *The Nickel Boys* chapters 11-13 before class
  - Submit replies to two classmates' edited drafts on Discussion Board 4 by 11:59 pm
- Sunday, Apr. 26

- Submit revised draft of your short story analysis by 11:59 pm

### *Week 16: Writing about Literature Revisited*

Topics: learning outcomes, transferable skills, and writing about literature

- Tuesday, Apr. 28
  - Attend last day of class
  - Read *The Nickel Boys* chapters 14-16 and epilogue before class
  - Do course evaluations by 11:59 pm
- Friday, May 1
  - Submit final essay over *The House on Mango Street* or *The Nickel Boys* by 11:59 pm

## Other Course Information

### *Communication*

Please post questions about assignments, rubrics, lectures, reading materials, and other course- related matters on the discussion forum called "Raise Your Hand." Asking your question on the forum (and not through email) is important because other students likely have the same question, and this prevents me from needlessly answering the same question several times over email.

While Raise Your Hand is for questions in every student's interest, email is for personal matters. In other words, if you need to talk to me about an excused absence, disability accommodation, your grade in the class, or so on, then please email me. If you want to meet with me during my office hours, you should sign up for a timeslot on the Google sheet, which you can find at the top of the syllabus.

During weekdays, I aim to respond to student emails and Raise Your Hand questions within 24 hours. Depending on my schedule, I may not respond to them at all during the weekend, and you may receive a response to a weekend question on Monday. Please contact me early enough to allow plenty of time for me to respond if your question is time sensitive.

Please also refrain from bombarding me with multiple emails within a 24-hour period. I promise that I prioritize student needs and will respond to you as quickly as I am able. If more than 48 hours have gone by without a response from me, please email me to politely remind me of our discussion. I receive a lot of emails, and the sheer volume does, occasionally, result in an email slipping by unnoticed.

### *Technology Support*

Students who encounter technology issues in Canvas should contact Helpdesk Central at helpdesk@tamu.edu or by phone (979)845-8300. Chat support is also available at the IT Helpdesk page.

### *Writing Center*

The University Writing Center (UWC) has trained peer consultants available to work with you on any kind of writing or speaking project, including research papers, lab reports, application essays, or creative

writing, and at any stage of your process, whether you're deciding on a topic or reviewing your final draft. You can also get help with public speaking, presentations, and group projects. We can work with you in person at our Evans location or via Zoom or email. To schedule an appointment or to view our handouts or videos visit writingcenter.tamu.edu. If you have questions, need help making an appointment, or encounter difficulty accessing our services, call 979-458-1455 or email uwc@tamu.edu.

# University Policies

## Attendance Policy

The university views class attendance and participation as an individual student responsibility. Students are expected to attend class and to complete all assignments.

Please refer to Student Rule 7 in its entirety for information about excused absences, including definitions, and related documentation and timelines.

You are required to attend class regularly. Any student in excess of three unexcused absences in this course is eligible to be reported for excessive absences; any unexcused absence(s) over this limit will lead to the loss of five percent of your final grade per additional absence. For example, if you have four unexcused absences, your final grade of 94% would drop to 89% (-5%). If you have five unexcused absences, it would become 84% (-10%) and so on.

## Makeup Work Policy

Students will be excused from attending class on the day of a graded activity or when attendance contributes to a student's grade, for the reasons stated in Student Rule 7, or other reason deemed appropriate by the instructor.

Please refer to Student Rule 7 in its entirety for information about makeup work, including definitions, and related documentation and timelines.

Absences related to Title IX of the Education Amendments of 1972 may necessitate a period of more than 30 days for make-up work, and the timeframe for make-up work should be agreed upon by the student and instructor" (Student Rule 7, Section 7.4.1).

"The instructor is under no obligation to provide an opportunity for the student to make up work missed because of an unexcused absence" (Student Rule 7, Section 7.4.2).

Students who request an excused absence are expected to uphold the Aggie Honor Code and Student Conduct Code. (See Student Rule 24.)

If you miss class because of an excused absence, you should email your instructor no later than 24 hours after your absence with an explanation and documentation. If you do so, you will have one week to do makeup work (the one week starts after you return to class). If you do not do the makeup work, your excused absence will be counted as an unexcused absence. To make up the day you missed, you should write a 250-word summary based on the material that you missed that day (lectures, reading, activities,

etc.). You should submit that summary to “Makeup Work” on Canvas under “Assignments” (see the submission page for more information).

## Academic Integrity Statement and Policy

“An Aggie does not lie, cheat or steal, or tolerate those who do.”s

“Texas A&M University students are responsible for authenticating all work submitted to an instructor. If asked, students must be able to produce proof that the item submitted is indeed the work of that student. Students must keep appropriate records at all times. The inability to authenticate one’s work, should the instructor request it, may be sufficient grounds to initiate an academic misconduct case” (Section 20.1.2.3, Student Rule 20).

**Texas A&M at College Station**
*You can learn more about the Aggie Honor System Office Rules and Procedures, academic integrity, and your rights and responsibilities at aggiehonor.tamu.edu.*

I absolutely will not tolerate any academic misconduct whatsoever: no matter how small or seemingly trivial. This includes cheating, fabrication, and plagiarism. If you commit academic misconduct in this class, then you will automatically fail the course: no exceptions.

## Notice of Nondiscrimination

Texas A&M University is committed to providing safe and non-discriminatory learning, living, and work environments for all members of the University community. The University provides equal opportunity to all employees, students, applicants for employment or admission, and the public regardless of race, color, sex (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, or veteran status. Texas A&M University will promptly, thoroughly, and fairly investigate and resolve all complaints of discrimination, harassment (including sexual harassment), complicity and related retaliation based on a protected class in accordance with System Regulation 08.01.01, University Rule 08.01.01.M1, Standard Administrative Procedure (SAP) 08.01.01.M1.01, and applicable federal and state laws. In accordance with Title IX and its implementing regulations, Texas A&M does not discriminate on the basis of sex in any educational program or activity, including admissions and employment. The following person has been designated to handle inquiries and complaints regarding the non-discrimination policies: Jennifer M. Smith, TAMU Associate VP & Title IX Coordinator at YMCA Ste 108, College Station, TX 77843, 979-458-8407, or email civilrights@tamu.edu. For other reporting options, visit https://ocrcas.ed.gov/contact-ocr to locate the address and phone number of the office that serves your area, or call 1-800-421-3481.

## Civil Rights, Free Speech, and Title IX Policies

Texas A&M University is committed to fostering a learning environment that is safe and productive for all. University policies and federal and state laws prohibit discrimination and harassment based on an individual’s race, color, sex, (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, veteran status, or any other legally protected characteristic. This includes

forms of sex-based violence, such as sexual assault, sexual harassment, sexual exploitation, dating/domestic violence, and stalking.

Students can report discrimination/harassment, access supportive resources, or learn more about their options for resolving complaints on the University's Civil Rights & Title IX webpage.

Students should be aware that all university employees (except medical or mental health providers) are mandatory reporters, which means that if they observe, experience or become aware of an incident that they reasonably believe to be discrimination/harassment alleged to have been committed by or against a person who was a student or employee at the time of the incident, the employee must report the incident to the university.

## Americans with Disabilities Act (ADA) Policy

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact the Disability Resources office on your campus (resources listed below) Disabilities may include, but are not limited to attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability related needs with Disability Resources and their instructors as soon as possible.

To request academic accommodations, contact the designated ADA office based on your location:

- Texas A&M University, College of Nursing, College of Dentistry, Irma Lerma Rangel College of Pharmacy College Station, College of Medicine, School of Public Health, Institute of Biosciences and Technology, EnMed Program, Bush School in Washington DC, Mays Business School – CityCentre, TAMU Engineering Academies, Texas A&M University Higher Education Center at McAllen and Texas A&M University at Galveston should contact Disability Resources at (979) 845-1637 or disability@tamu.edu.

If you are experiencing difficulties with your approved accommodations, contact the office responsible for approving your accommodations or the Texas A&M ADA Coordinator Julie Kuder at ADA.Coordinator@tamu.edu or (979) 458-8407.

## Pregnancy Accommodations

Texas A&M provides reasonable accommodations to students due to pregnancy and/or related conditions, such as childbirth, recovery and lactation. Students should contact the University's Pregnancy Coordinator as soon as they become aware of the need for accommodation. Depending on the circumstances, accommodations could include extended time to complete assignments or exams, changes in course sequence, or modifications to the physical classroom environment. Texas A&M will also allow a voluntary leave of absence, ensure the availability of lactation space, and maintain grievance procedures to provide for the prompt and equitable resolution of complaints of sex discrimination. For information regarding pregnancy accommodations, email TIX.Pregnancy@tamu.edu.

## Statement on Mental Health and Wellness

Texas A&M University recognizes that mental health and wellness are critical factors influencing a student's academic success and overall wellbeing. Students are encouraged to engage in healthy self-care practices by utilizing the resources and services available through University Health Services on its mental health webpage. The TELUS Health Student Support app provides access to professional counseling in multiple languages anytime, anywhere by phone or chat, and the 988 Suicide & Crisis Lifeline offers 24-hour emergency support at 988 or 988lifeline.org.

**Texas A&M College Station**
Students needing a listening ear can contact University Health Services (979.458.4584) 24-hour emergency help is also available through the 988 Suicide & Crisis Lifeline (988) or at 988lifeline.org.

## Statement on the Family Educational Rights and Privacy Act (FERPA)

FERPA is a federal law designed to protect the privacy of educational records by limiting access to these records, to establish the right of students to inspect and review their educational records and to provide guidelines for the correction of inaccurate and misleading data through informal and formal hearings. Currently enrolled students wishing to withhold any or all directory information items can do so within howdy.tamu.edu using the Directory Information Withholding Form. The complete FERPA Notice to Students and the student records policy is available on the Office of the Registrar webpage.
Items that can never be identified as public information are a student's social security number, citizenship, gender, grades, GPR or class schedule. All efforts will be made in this class to protect your privacy and to ensure confidential treatment of information associated with or generated by your participation in the class.

Directory items include name, UIN, local address, permanent address, email address, local telephone number, permanent telephone number, dates of attendance, program of study (college, major, campus), classification, previous institutions attended, degrees honors and awards received, participation in officially recognized activities and sports, medical residence location and medical residence specialization.

# Other Course Information

## Artificial Intelligence Statement

We in the Department of English believe that writing is central to the production of knowledge. The written word is how ideas circulate but, more importantly, the act of crafting words, sentences, paragraphs, and essays refines thoughts into ideas that matter. As such, we strongly stand against the usage of generative artificial intelligence—applications such as ChatGPT or Bard—as a replacement for the act of writing that has been the bedrock of human knowledge for thousands of years.

Writing has always incorporated tools as well as the voices and ideas of other people. GenAI can be a powerful tool in any writer's arsenal, but its use is not without risk. While GenAI's ability to convincingly string words together has a place in the writing process, it also risks introducing factual inaccuracies and,

more importantly, risks making invisible the important connections between writing and thinking we are cultivating in this class.

Given these risks and the importance I place on writing as *your* thought process, the use of Gen AI in this class will be treated as plagiarism. As such, any usage of GenAI will be subject to the university's academic integrity policy, which may include, but is not limited to, failing the course and/or disciplinary action.

## Free Speech and Civil Discourse

Texas A&M recognizes that the pursuit of truth through open and robust discourse is critical to academic inquiry. However, as a community of scholars, the university has an aspirational expectation that such discourse will be conducted in accordance with Aggie Core Values. In this "marketplace of ideas," we encourage civil dialogue creating an environment that allows individuals to express their ideas and to have their ideas challenged in respectful and responsible ways. Students can learn more about Freedom of Expression and Free Speech on the University's website about the First Amendment.

## Controversial and Sensitive Materials

This course will provide students with opportunities to read, write, and think about a range of topics– topics that may include race, gender, and social justice. Students are encouraged to consider and discuss these and other topics without fear or censorship. Such critical inquiry is a hallmark of all high-quality education, and this course aspires to provide its students with this type of education.

Moreover, several of the texts that we will analyze will likely discomfort and/or disturb you. This is an introductory level course to writing about literature, and because it is not bound by genres, movements, or special topics, we will discuss a variety of authors and approaches attempting to understand the broad array of human experiences. Some of these experiences are mature and unpleasant and include death, disease, abuse, oppression, and violence.

Ultimately, I will not ask you to repress your emotions. Rather, I want you to use them constructively, respectfully, and critically. Instead of hiding or being in denial about why you are feeling uncomfortable, investigate the basis of your discomfort in a smart, healthy, and productive way. What can your discomfort teach you about yourself, literature, writing, and society?

It goes without saying that all materials in this class are for educational purposes only—not activism. Our authors and texts vary in background, tone, and viewpoint, and you are welcome to disagree and question their implied assumptions. If there is a topic that is triggering for you or content with which you otherwise do not need to interact, you must email me before the third day of our class and in writing explain your perspective so that we can discuss how to proceed.

# Exhibit C

TEXAS A&M UNIVERSITY

Landon Sadler <lansadler2016@tamu.edu>

# Syllabus Feedback on ENGL 203.507, 203.508, 203.509, and 203.531

6 messages

**Pilsch, Andrew T** <apilsch@tamu.edu> Fri, Jan 9, 2026 at 11:59 AM
To: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Landon,

I have reviewed your syllabuses and agree with your assessment posted to the AAUP Signal chat (included as a screenshot for your reference) that *Moonlight* and “Trans/generation” are not permitted under System Policy 08.01, especially given the college’s interpretation that I shared from Cynthia Werner.

Given that 203 is in the core, your only option is to remove the material from the syllabus. Please upload an updated syllabus without the readings in question by 5PM on the 16th.

Let me know if you have any questions,

Andrew

--
Andrew Pilsch
Interim Department Head and Associate Professor, Department of English
https://andrew.pilsch.com




**IMG_4507.jpg**
249K

**Landon Sadler** <lansadler2016@tamu.edu> Fri, Jan 9, 2026 at 12:58 PM
To: "Pilsch, Andrew T" <apilsch@tamu.edu>

Hi, Andrew:

Thanks for the feedback, and I understand and am unsurprised. I have a quick question, though, for Moonlight’s replacement.

Would Lady Bird, Women Talking, and/or Everything Everywhere All at Once make suitable replacements? If the bar is Cynthia Werner’s statement about major plot lines, then Lady Bird and Women Talking easily clear it. (It feels like the goalpost for censorship is constantly moving, though, and I don’t know whether there have been any updates/reinterpretations.)

My first instinct was to replace Moonlight with Everything Everywhere All at Once, which has produced the best engagement and analysis of the three among my students, but I wanted to get your feedback first.

As for Alok’s poetry, I’ll just remove their poem, and my students will read one fewer poem that day.

I imagine you're very busy, but please let me know when you can, and I'll replace my syllabi in the Drive.

Best,

Landon Sadler, PhD
he/any pronouns
Lecturer, English
Faculty Affiliate with Women's and Gender Studies
Texas A&M University
ENGL 203, sections 507, 508, 509, and 531

My office hours are Tuesdays and Thursdays 2:30-3:30 pm and by appointment. :)
[Quoted text hidden]

---

**Pilsch, Andrew T** <apilsch@tamu.edu> — Fri, Jan 9, 2026 at 1:18 PM
To: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Yes, I think Everything Everywhere All at Once would be fine, but Lady Bird or Women Talking would also work.

Best,

Andrew
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> — Sun, Jan 11, 2026 at 7:33 PM
To: "Pilsch, Andrew T" <apilsch@tamu.edu>

Hi, Andrew:

I'm letting you know that I have made the changes to my 203 syllabi. I removed Alok's poem for week 8, and I swapped *Everything Everywhere All at Once* in place of *Moonlight* for week 12.

You'll find the updated syllabi in our Drive folder. If there is anything else you need from me, please let me know.

Hope this semester goes great for our department,
[Quoted text hidden]
--
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> — Sun, Jan 18, 2026 at 3:52 PM
To: Landon Sadler <lansadler2008@yahoo.com>

[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> — Tue, Jun 30, 2026 at 9:43 PM
To: Landon Sadler <lansadler2008@yahoo.com>

---------- Forwarded message ---------
From: **Landon Sadler** <lansadler2016@tamu.edu>
Date: Sun, Jan 11, 2026 at 7:33 PM
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

# Exhibit D

TEXAS A&M UNIVERSITY

Course Syllabus

# Syllabus

## Course Information

| | |
|---|---|
| Course Number: | ENGL/WGST 333 |
| Course Title: | LGBTQ Literatures |
| Section: | TBA |
| Time: | 12:40-1:30 pm, MWF |
| Location: | LAAH 466 |
| Credit Hours: | 3 |

## Instructor Details

| | |
|---|---|
| Instructor: | Landon Sadler |
| Office: | LAAH 378 |
| Phone: | N/A |
| E-Mail: | lansadler2016@tamu.edu |
| Office Hours: | 2:50-3:50 pm, MW |

## Course Description

LGBTQ texts studied in their cross-cultural, historical, political contexts. Topics may include but are not limited to: studies in camp, authorship, (mis)representations in popular culture, the closet and queer coding, queer visual and performance cultures; race, sex, empire. Instructors teaching this class will choose texts, assessments, and approaches that represent current scholarship and satisfy course learning objectives.

## Course Prerequisites

Junior or senior classification.

## Special Course Designation

None.

## Course Learning Outcomes

Upon completion of this course, the learner will be able to do the following:

- Identify and define key terms and concepts in LGBTQ literatures, LGBTQ studies, and literary studies in exams, quizzes, class discussions, and written work.
- Make clear claims about assigned course readings and viewings in these fields in written work using thesis-driven arguments, critical thinking, and textual evidence.
- Persuasively communicate ideas about LGBTQ literatures to a variety of audiences in different forms such as written, oral, and/or visual.

- Make connections across LGBTQ literary works and historical, cultural, political, and scholarly contexts.

## Textbook and/or Resource Materials

You will need to obtain the following four texts: the novel *Giovanni's Room* by James Badlwin, the play *M. Butterfly* by David Henry Hwang, and the nonfiction books *He/She/They* by Schuyler Bailar and *Beyond the Gender Binary* by Alok Vaid-Menon. The first two are influential and widely read works of LGBTQ literatures; the last two are accessible forays into LGBTQ studies that also contain literary elements, particularly memoir and verse.

Any form or edition for the above four texts is fine except for *M. Butterfly* insofar as we will study the 2017 Broadway revival edition instead of the first 1988 edition. The new edition is longer and contains vital changes to plot and theme.

Additionally, we will watch several films, both long and short. I have done my best to choose texts from streaming services that are free to watch with ads (*Tubi* and *YouTube*) and without ads (*Kanopy*). Because streaming services drop and add texts monthly, you may occasionally need to use another platform to view them.

All other readings such as poems, short stories, and scholarly articles will be available for free on Canvas.

## Grading Policy

*A = 100-90 B = 89.99-80 C = 79.99-70 D = 69.99-60 F = 59.99 or less*

Your grade will be calculated using the following formula:
- 2.5% Class Notes
- 5% Attendance
- 10% Participation
- 10% Poster Presentation and Reflective Essay
- 12.5% Pop Quizzes
  - 6 total, 1 dropped
  - 2.5% each quiz
- 15% Group Presentation and Reflective Essay
- 20% Midterm Exam
- 25% Final Portfolio

## Assignment Overview

Class Notes: At the end of week 1, each student will sign up to take notes for the class on their chosen day. That way, when another student is absent, they can look at the class notes to see what they missed. These notes will be available in a shared Google Drive, and I will grade them based on accuracy and completion.

Attendance: Your attendance score equals the days you are present divided by 41, which is the number of in-person classes we have this semester. Remember that if you don't do the makeup work for an excused absence, the excused absence becomes unexcused, and therefore, you won't get your attendance point for the day that you missed (see the makeup policy for more information). If you are late to class, you may only get a fraction of the attendance point for that day. Attendance is taken by hand a few minutes after class begins.

Participation: There are many ways for a student to show that they are actively engaging with course materials. First, to achieve high marks, raise your hand to answer and ask questions, contribute during group activities, and do not be disruptive or inattentive during class. In addition, students should complete every writing activity from informal activities such as writing warmups to formal activities such as discussion board posts. Discussion board posts will be evaluated based on completion and will have students share materials that they may use in their final portfolios.

Poster Presentation: You will select an LGBTQ literary text that I am not teaching this semester and deliver a poster presentation on why it would make a good addition to a future version of this class. Your literary text need not be a novel, poem, or play, so pick a narrative genre that appeals to you such as a song, webisode, or video game. You will speak for 3 minutes about the educational value of your text, and then, you will submit a short written reflection in which you closely read a portion of your text and explain what role it may play as an introductory text in your portfolio.

Pop Quizzes: There will be six pop quizzes at the beginning of class throughout the semester. I will drop your lowest quiz. "Pop" means I won't announce when they'll be, and the quizzes will be closed book. Each quiz will be six questions, and each question will be either multiple choice or true/false. The questions will cover the required "readings"—e.g., textbook chapters, short stories, movies—as well as my lectures. Often, the questions will test basic reading comprehension, e.g., the setting of a movie, the ending of a short story, or the definition of a theoretical term. The quizzes will be taken online with a computer or tablet, not phone; they also must be taken under my supervision. If you need a different format (perhaps because of a disability accommodation), email me before the end of the fourth day of class so that we can make a plan in writing. We will take a practice quiz together as a class during the second week to become familiar with the format.

Group Presentation: During the second week of class, you will join a group of around five students. Each group will be given one of our visual texts to "teach" to the class. Your group will do three things on presentation day: deliver a 15-minute PowerPoint presentation that connects the text to literary and LGBTQ scholarship, do a 10-minute Q&A in which you answer my questions about your research, and facilitate a 15-minute class discussion about your text. The last part should be creative and engaging. After your group presents, each person in the group has a few days to submit a written essay, which includes a peer evaluation and a reflection on your research process. The texts you may present over are *Pariah*, *I Saw the TV Glow*, *Saving Face*, *Twinless*, *Paris Is Burning*, *Joy Land*, and *The Way He Looks*.

Midterm Exam: The exam has two parts: first, 25 questions that are a combination of multiple choice and T/F and, second, a timed write. Similar to our quiz questions, the exam questions will be objective and test your understanding of key terms and events from the literary and scholarly texts from the first half of the semester. The timed write will require you to pick one of three prompts; each prompt requires you to use a specific scholarly text as a lens to analyze one of a specific literary text. I will name the texts and evaluate your timed write chiefly on framing, focus, and evidence. Like the quizzes, the

midterm exam will be closed notes, done on a laptop or tablet, and taken under my supervision. You will turn in your phone before the exam begins, and you will stay in your seat until the 50-minute exam is over.

Final Portfolio: The portfolio will be the culmination of your work in this class. For several class days, you will be given a genre—such as reality television, animated film, or video game—and you will pick a corresponding text to read before class and discuss during class. You will keep track of your chosen texts on our discussion boards, and in rare cases, I may ask you to choose a different text if it does not meet the prompt or is otherwise unsuitable for LGBTQ Literatures. Between five and seven double-spaced pages, your portfolio should in polished paragraphs and formal sentences establish a theme that unites three of your chosen texts and three of the literary texts I have assigned. In doing so, you will articulate how you understand LGBTQ Literatures as an area of study and what contributions your texts offer to the literary and scholarly communities. The portfolio will require an author's note, a thesis statement, and in-text citations in which you introduce, cite, and explain in MLA. I will grade your portfolio based on three criteria: framing and focus, evidence and analysis, and style and mechanics.

## Late Work Policy

The quizzes, solo presentation, midterm exam, and participation activities will be accepted late only with an excused absence. Otherwise, the grade is automatically a zero. For the written submissions—the reflective essays and final portfolio—you will lose 10% of the final assignment's grade for every day past the due date. For example, if you turn in the final portfolio two days late, then your paper's hypothetical score of 91 would drop to 71. Students who miss the group presentation will be handled on a case-by-case basis.

The Late Paper Policy for this course follows the guidelines described in the University Student Rules, "Section 7. Attendance." Please note that your instructor is not responsible for drawing your attention to any missed assignment. While your instructor may generously choose to alert you to a missed assignment, this is ultimately your responsibility.

If you miss class because of an excused absence, you should email your instructor no later than 24 hours after your absence with an explanation and documentation. If you do so, you will have one week to do makeup work (the one week starts after you return to class). If you do not do the makeup work, your excused absence will be counted as an unexcused absence. To make up the day you missed, you should write a 250-word summary based on the material that you missed that day (lectures, reading, activities, etc.). You should submit that summary to "Makeup Work" on Canvas under "Assignments" (see the submission page for more information).

## Course Schedule

Readings are due before class begins; this includes short stories, book chapters, plays, movies, news articles, and the like. Consequently, you should come to class prepared to discuss the readings. You should also bring a laptop or tablet to class to do online quizzes and writing warmups; I will not allow you to use your phone to take a quiz.

### *Week 1: Introduction*

Topics: class expectations and structure, LGBTQ literatures, and LGBTQ studies

- Monday, Aug. 24
  - Read syllabus by 11:59 pm (but ideally before class)
  - Post to Discussion Board 1: Introductions
- Wednesday, Aug. 26
  - Read “Preface” (xi and xiii) and “Introduction” (xix-xxxiii) of *Finding Out: An Introduction to LGBTQ Studies*
- Friday, Aug. 28
  - Watch comedy special “Hanna Gadsby's Gender Agenda”

### *Week 2: Before Identity*

Topics: same-sex relationships, gender bending, and other aspects of "queerness" from antiquity to the 19th century

- Monday, Aug. 31
  - Read poems by Sappho: “Fragment 1,” “Fragment 2,” Fragment 16,” and “Fragment 94”
  - Read first half of Ch. 1 “Before Identity: The Ancient World through the 19th Century” from *Finding Out*
- Wednesday, Sep. 2
  - Read second half of Ch. 1 “Before Identity: The Ancient World through the 19th Century” from *Finding Out*
  - Read *PBS*’s “A Map of Gender-Diverse Cultures,” and spend at least 15 minutes interacting with the map of “World Gender Customs”
- Friday, Sep. 4
  - Read essay “Capitalism and Gay Identity” by John D’Emilio
  - Read short story “I Sexually Identify as an Attack Helicopter” by Isabel Fall

### *Week 3: Constructing Gender*

Topics: sex, gender, sexuality, gender identity, transgender, and nonbinary

- Monday, Sep. 7: Labor Day
  - No class because of Labor Day
- Wednesday, Sep. 9
  - Watch poetry performances by Vaid-Menon: “Trans/Generation,” “Funeral,” “The Bible Belt,” and “Daddy Issues”
  - Read pages 1-36 of *Beyond the Gender Binary* by Vaid-Menon
- Friday, Sep. 11
  - Read pages 37-63 of *Beyond the Gender Binary* by Vaid-Menon
  - Read essay “The Cultural Politics of Softness” by Andi Schwartz
  - Spend at least 10 minutes looking at Vaid-Menon’s Instagram

### *Week 4: Visualizing LGBTQ Literatures*

Topics: visual rhetoric, poster design, soft femme theory, and radical softness

- Monday, Sep. 14
    - Students in Group A present their posters during class
    - Read post "Radical Softness as a Weapon" by artist Laura Mathis, and look closely at the art on their page
- Wednesday, Sep. 16
    - Students in Group B present their posters during class
    - Read article "Two Artists Turn Montreal from 'Bro Town' to 'Bow Town'" by Lisa Sproull
    - Look for at least 10 minutes at Starchild Stela's art on her Facebook page
- Friday, Sep. 18
    - Students in Group C present their posters during class
    - Read article "Femme Internet Aesthetics and the Politics of 'Softness'" by Andi Schwart
- Sunday, Sep. 20
    - Every student submits their own reflective essay to Canvas by 11:59 pm

## *Week 5: Listening to LGBTQ Literatures*

Topics: gay anthem, Q.U.E.E.N., dirty computers, and the Other

- Monday, Sep. 21
    - Listen to the following seven songs *and* seven LGBTQ songs of your choice
        - "Gay Agenda" by Shamir
        - "Send My Love to John" by Rina Sawayama
        - "Silk Chiffon" by Muna
        - "Blame Brett" by The Beaches
        - "Flamboyant" by Dorian Electra
        - "Alien Superstar" by Beyoncé
        - "Q.U.E.E.N." by Janelle Monáe
    - Post to Discussion Board 2: Songs, which asks you to list your seven songs and analyze three of them
- Wednesday, Sep. 23
    - Listen to three songs posted by other classmates on Discussion Board 2
    - Read Janelle Monáe's interview with Nicole Mastrogiannis
    - Watch Janelle Monáe's visual album *Dirty Computer*
- Friday, Sep. 25
    - Watch film *Pariah* by Dee Rees
    - Research Presentation Group 1 presents
- Sunday, Sep. 27
    - Each person in Presentation Group 1 submits their reflective essay to Canvas by 11:59 pm

## *Week 6: Timing LGBTQ Literatures*

Topics: chrononormativity, queer time, coming out, and the closet

- Monday, Sep. 28
    - Read essay "Queer Time: The Alternative to 'Adulting'" by Sara Jaffe
    - Read "Introduction," Ch. 1-2, and Ch. 8 of *He/She/They* by Bailar (vii-21 and 91-108)
- Wednesday, Sep. 30

  - Consume an LGBTQ literary text of your choice that is targeted to young adults for at least 30 minutes
  - Post to Discussion Board 3: Young Adult, which asks you to identify and analyze your young adult text
  - Read Ch. 11-13 (pages 143-174) of *He/She/They* by Bailar
- Friday, Oct. 2
  - Watch film *I Saw the TV Glow* by Jane Schoenbrun
  - Research Presentation Group 2 presents
- Sunday, Oct. 4
  - Each person in Presentation Group 2 submits their reflective essay to Canvas by 11:59 pm

### *Week 7: Intersecting LGBTQ Literatures*

Topics: intersectionality, gender euphoria, and Asian American identity and diaspora

- Monday, Oct. 5
  - Read Ch. 18-20 (pages 227-279) of *He/She/They* by Bailar
- Wednesday, Oct. 7
  - Read poem "Places" by Willyce Kim
  - Read short stories "Auntland" and "Xífù" by K-Ming Chang
- Friday, Oct. 9
  - Watch film *Saving Face* by Alice Wu
  - Research Presentation Group 3 presents
- Sunday, Oct. 11
  - Each person in Presentation Group 3 submits their reflective essay to Canvas by 11:59 pm

### *Week 8: Dramatizing LGBTQ Literatures*

Topics: Orientalism, imperialism, gender performativity, and staging

- Monday, Oct. 12
  - Read first act of *M. Butterfly* by Hwang
- Wednesday, Oct. 14
  - Read second act of *M. Butterfly* by Hwang
- Friday, Oct. 16
  - Watch film *Twinless* by James Sweeney
  - Research Presentation Group 4 presents
- Sunday, Oct. 18
  - Each person in Presentation Group 4 submits their reflective essay to Canvas by 11:59 pm

### *Week 9: Televising LGBTQ Literatures*

Topics: neoliberalism, ethics of care, compulsory authenticity, and reality TV

- Monday, Oct. 19
  - Take midterm exam during class

- Wednesday, Oct. 21
  - Watch at least 50 minutes of an LGBTQ reality show of your choice
  - Post to Discuss Board 4: Reality TV, which asks you to identify and analyze your reality show
- Friday, Oct. 23
  - Watch Ziwe's interview with George Santos
  - Read essay "Care and Neoliberalism on *Queer Eye*, *RuPaul's Drag Race*, and *Pose*" by Landon Sadler

### *Week 10: Reading LGBTQ Literatures (the House Down Boots)*

Topics: houses, ballroom, throwing shade, and camp

- Monday, Oct. 26
  - Watch documentary *Paris Is Burning* by Jennie Livingston
  - Research Presentation Group 5 presents
- Wednesday, Oct. 28
  - Read essay "Is Paris Burning?" by bell hooks
  - Read essay "'We're All Born Naked and the Rest Is' Mediation: Drag as Automediality" by Anna Poletti and Julie Rak
- Friday, Oct. 30
  - Watch first two episodes of TV series *Pose*
- Sunday, Nov. 1
  - Each person in Presentation Group 5 submits their reflective essay to Canvas by 11:59 pm

### *Week 11: Embodying LGBTQ Literatures*

Topics: disability, consent, medicalization, and pathology

- Monday, Nov. 2
  - Watch documentary *Acsexybility* by Daniel Gonçalves
- Wednesday, Nov. 4
  - Read short story "The Husband Stitch" by Carmen Maria Machado
  - Read Ch. 6 and 7 of *He/She/They* by Bailar (pages 74-89)
- Friday, Nov. 6
  - Watch film *The Way He Looks* by Daniel Ribeiro
  - Research Presentation Group 6 presents
- Sunday, Nov. 8
  - Each person in Presentation Group 6 submits their reflective essay to Canvas by 11:59 pm

### *Week 12: Playing LGBTQ Literatures*

Topics: player sexuality, the bisexual button, queer coding, and hijra

- Monday, Nov. 9
  - Play or watch someone play at least 45 minutes of an LGBTQ game (e.g., video game, board game, tabletop game)

  - Post to Discuss Board 5: Game, which asks you to identify and analyze your game
  - Read first part of Ch. 17 of *He/She/They* (198-214) by Bailar
- Wednesday, Nov. 11
  - Watch video essay "How Bisexuality Changed Video Games" by Verity Ritchie
  - Read Ch. 17 of *He/She/They* (pages 198-226) by Bailar
  - Read second part of Ch. 17 of *He/She/They* (214-226) by Bailar
- Friday, Nov. 13
  - Watch film *Joy Land* by Saim Sadiq
  - Research Presentation Group 7 presents
- Sunday, Nov. 15
  - Each person in Presentation Group 7 submits their reflective essay to Canvas by 11:59 pm

### *Week 13: Digitizing LGBTQ Literatures*

Topics: asexuality, aromanticism, indigeneity, and (mis)representation

- Monday, Nov. 16
  - Watch animation "Being Not Straight" by Jaiden Dittfach
  - Watch video essay "The Rise of Asexual Representation" by Rowan Ellis
- Wednesday, Nov. 18
  - Watch Socratic dialogues "Tiffany Tumbles" and "Transtrenders" by Natalie Wynn
  - Read Ch. 15 and 16 of *He/She/They* (pages 183-197) by Bailar
- Friday, Nov. 20
  - Read excerpted poems by Tommy Pico: "IRL," "Junk," and "Feed"
  - Read essay "Can One TV Show Make a Difference? *Will & Grace* and the Parasocial Contact Hypothesis" by Edward Schiappa and others

### *Week 14: Relating LGBTQ Literatures*

Topics: internalized homophobia, shame, repression, and the room

- Monday, Nov. 23
  - Read first two-fifths of novel *Giovanni's Room*
- Wednesday, Nov. 25
  - Reading day
- Friday, Nov. 27
  - Thanksgiving holiday

### *Week 15: Remembering LGBTQ Literatures*

Topics: portfolio, allyship, farewells, and LGBTQ Literatures revisited

- Monday, Nov. 30
  - Read second two-fifths of novel *Giovanni's Room*
- Wednesday, Dec. 2
  - Attend last day of class
  - Read last fifth of novel *Giovanni's Room*

    - Read Ch. 21-23 of *He/She/They* (pages 281-315) by Bailar
- Friday, Dec. 4
    - Reading day
- Monday, Dec. 7
    - Submit final portfolio to Canvas by 11:59 pm

## Other Course Information

### *Communication*

Please post questions about assignments, rubrics, lectures, reading materials, and other course- related matters on the discussion forum called "Raise Your Hand." Asking your question on the forum (and not through email) is important because other students likely have the same question, and this prevents me from needlessly answering the same question several times over email.

While Raise Your Hand is for questions in every student's interest, email is for personal matters. In other words, if you need to talk to me about an excused absence, disability accommodation, your grade in the class, or so on, then please email me. If you want to meet with me during my office hours, you should sign up for a timeslot on the Google sheet, which you can find at the top of the syllabus.

During weekdays, I aim to respond to student emails and Raise Your Hand questions within 24 hours. Depending on my schedule, I may not respond to them at all during the weekend, and you may receive a response to a weekend question on Monday. Please contact me early enough to allow plenty of time for me to respond if your question is time sensitive.

Please also refrain from bombarding me with multiple emails within a 24-hour period. I promise that I prioritize student needs and will respond to you as quickly as I am able. If more than 48 hours have gone by without a response from me, please email me to politely remind me of our discussion. I receive a lot of emails, and the sheer volume does, occasionally, result in an email slipping by unnoticed.

### *Technology Support*

Students who encounter technology issues in Canvas should contact Helpdesk Central at helpdesk@tamu.edu or by phone (979)845-8300. Chat support is also available at the IT Helpdesk page.

### *Writing Center*

The University Writing Center (UWC) has trained peer consultants available to work with you on any kind of writing or speaking project, including research papers, lab reports, application essays, or creative writing, and at any stage of your process, whether you're deciding on a topic or reviewing your final draft. You can also get help with public speaking, presentations, and group projects. We can work with you in person at our Evans location or via Zoom or email. To schedule an appointment or to view our handouts or videos visit writingcenter.tamu.edu. If you have questions, need help making an appointment, or encounter difficulty accessing our services, call 979-458-1455 or email uwc@tamu.edu.

# University Policies

## Attendance Policy

The university views class attendance and participation as an individual student responsibility. Students are expected to attend class and to complete all assignments.

Please refer to Student Rule 7 in its entirety for information about excused absences, including definitions, and related documentation and timelines.

You are required to attend class regularly. Any student in excess of four unexcused absences in this course is eligible to be reported for excessive absences; any unexcused absence(s) over this limit will lead to the loss of five percent of your final grade per additional absence. For example, if you have five unexcused absences, your final grade of 94% would drop to 89% (-5%). If you have six unexcused absences, it would become 84% (-10%) and so on.

## Makeup Work Policy

Students will be excused from attending class on the day of a graded activity or when attendance contributes to a student's grade, for the reasons stated in Student Rule 7, or other reason deemed appropriate by the instructor.

Please refer to Student Rule 7 in its entirety for information about makeup work, including definitions, and related documentation and timelines.

Absences related to Title IX of the Education Amendments of 1972 may necessitate a period of more than 30 days for make-up work, and the timeframe for make-up work should be agreed upon by the student and instructor" (Student Rule 7, Section 7.4.1).

"The instructor is under no obligation to provide an opportunity for the student to make up work missed because of an unexcused absence" (Student Rule 7, Section 7.4.2).

Students who request an excused absence are expected to uphold the Aggie Honor Code and Student Conduct Code. (See Student Rule 24.)

If you miss class because of an excused absence, you should email your instructor no later than 24 hours after your absence with an explanation and documentation. If you do so, you will have one week to do makeup work (the one week starts after you return to class). If you do not do the makeup work, your excused absence will be counted as an unexcused absence. To make up the day you missed, you should write a 250-word summary based on the material that you missed that day (lectures, reading, activities, etc.). You should submit that summary to "Makeup Work" on Canvas under "Assignments" (see the submission page for more information).

## Academic Integrity Statement and Policy

"An Aggie does not lie, cheat or steal, or tolerate those who do."

"Texas A&M University students are responsible for authenticating all work submitted to an instructor. If asked, students must be able to produce proof that the item submitted is indeed the work of that student. Students must keep appropriate records at all times. The inability to authenticate one's work, should the instructor request it, may be sufficient grounds to initiate an academic misconduct case" (Section 20.1.2.3, Student Rule 20).

**Texas A&M at College Station**

*You can learn more about the Aggie Honor System Office Rules and Procedures, academic integrity, and your rights and responsibilities at aggiehonor.tamu.edu.*

I absolutely will not tolerate any academic misconduct whatsoever: no matter how small or seemingly trivial. This includes cheating, fabrication, and plagiarism. If you commit academic misconduct in this class, then you will automatically fail the course: no exceptions.

## Notice of Nondiscrimination

Texas A&M University is committed to providing safe and non-discriminatory learning, living, and work environments for all members of the University community. The University provides equal opportunity to all employees, students, applicants for employment or admission, and the public regardless of race, color, sex (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, or veteran status. Texas A&M University will promptly, thoroughly, and fairly investigate and resolve all complaints of discrimination, harassment (including sexual harassment), complicity and related retaliation based on a protected class in accordance with System Regulation 08.01.01, University Rule 08.01.01.M1, Standard Administrative Procedure (SAP) 08.01.01.M1.01, and applicable federal and state laws. In accordance with Title IX and its implementing regulations, Texas A&M does not discriminate on the basis of sex in any educational program or activity, including admissions and employment. The following person has been designated to handle inquiries and complaints regarding the non-discrimination policies: Jennifer M. Smith, TAMU Associate VP & Title IX Coordinator at YMCA Ste 108, College Station, TX 77843, 979-458-8407, or email civilrights@tamu.edu. For other reporting options, visit https://ocrcas.ed.gov/contact-ocr to locate the address and phone number of the office that serves your area, or call 1-800-421-3481.

## Civil Rights, Free Speech, and Title IX Policies

Texas A&M University is committed to fostering a learning environment that is safe and productive for all. University policies and federal and state laws prohibit discrimination and harassment based on an individual's race, color, sex, (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, veteran status, or any other legally protected characteristic. This includes forms of sex-based violence, such as sexual assault, sexual harassment, sexual exploitation, dating/domestic violence, and stalking.

Students can report discrimination/harassment, access supportive resources, or learn more about their options for resolving complaints on the University's Civil Rights & Title IX webpage.

Students should be aware that all university employees (except medical or mental health providers) are mandatory reporters, which means that if they observe, experience or become aware of an incident that they reasonably believe to be discrimination/harassment alleged to have been committed by or against a person who was a student or employee at the time of the incident, the employee must report the incident to the university.

## Americans with Disabilities Act (ADA) Policy

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact the Disability Resources office on your campus (resources listed below) Disabilities may include, but are not limited to attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability related needs with Disability Resources and their instructors as soon as possible.

To request academic accommodations, contact the designated ADA office based on your location:

- Texas A&M University, College of Nursing, College of Dentistry, Irma Lerma Rangel College of Pharmacy College Station, College of Medicine, School of Public Health, Institute of Biosciences and Technology, EnMed Program, Bush School in Washington DC, Mays Business School – CityCentre, TAMU Engineering Academies, Texas A&M University Higher Education Center at McAllen and Texas A&M University at Galveston should contact Disability Resources at (979) 845-1637 or disability@tamu.edu.

If you are experiencing difficulties with your approved accommodations, contact the office responsible for approving your accommodations or the Texas A&M ADA Coordinator Julie Kuder at ADA.Coordinator@tamu.edu or (979) 458-8407.

## Pregnancy Accommodations

Texas A&M provides reasonable accommodations to students due to pregnancy and/or related conditions, such as childbirth, recovery and lactation. Students should contact the University's Pregnancy Coordinator as soon as they become aware of the need for accommodation. Depending on the circumstances, accommodations could include extended time to complete assignments or exams, changes in course sequence, or modifications to the physical classroom environment. Texas A&M will also allow a voluntary leave of absence, ensure the availability of lactation space, and maintain grievance procedures to provide for the prompt and equitable resolution of complaints of sex discrimination. For information regarding pregnancy accommodations, email TIX.Pregnancy@tamu.edu.

## Statement on Mental Health and Wellness

Texas A&M University recognizes that mental health and wellness are critical factors influencing a student's academic success and overall wellbeing. Students are encouraged to engage in healthy self-care practices by utilizing the resources and services available through University Health Services on its mental health webpage. The TELUS Health Student Support app provides access to professional counseling in multiple languages anytime, anywhere by phone or chat, and the 988 Suicide & Crisis Lifeline offers 24-hour emergency support at 988 or 988lifeline.org.

**Texas A&M College Station**
Students needing a listening ear can contact University Health Services (979.458.4584) 24-hour emergency help is also available through the 988 Suicide & Crisis Lifeline (988) or at 988lifeline.org.

## Statement on the Family Educational Rights and Privacy Act (FERPA)

FERPA is a federal law designed to protect the privacy of educational records by limiting access to these records, to establish the right of students to inspect and review their educational records and to provide guidelines for the correction of inaccurate and misleading data through informal and formal hearings. Currently enrolled students wishing to withhold any or all directory information items can do so within howdy.tamu.edu using the Directory Information Withholding Form. The complete FERPA Notice to Students and the student records policy is available on the Office of the Registrar webpage.
Items that can never be identified as public information are a student's social security number, citizenship, gender, grades, GPR or class schedule. All efforts will be made in this class to protect your privacy and to ensure confidential treatment of information associated with or generated by your participation in the class.

Directory items include name, UIN, local address, permanent address, email address, local telephone number, permanent telephone number, dates of attendance, program of study (college, major, campus), classification, previous institutions attended, degrees honors and awards received, participation in officially recognized activities and sports, medical residence location and medical residence specialization.

# Other Course Information

## Artificial Intelligence Statement

We in the Department of English believe that writing is central to the production of knowledge. The written word is how ideas circulate but, more importantly, the act of crafting words, sentences, paragraphs, and essays refines thoughts into ideas that matter. As such, we strongly stand against the usage of generative artificial intelligence—applications such as ChatGPT or Bard—as a replacement for the act of writing that has been the bedrock of human knowledge for thousands of years.

Writing has always incorporated tools as well as the voices and ideas of other people. GenAI can be a powerful tool in any writer's arsenal, but its use is not without risk. While GenAI's ability to convincingly string words together has a place in the writing process, it also risks introducing factual inaccuracies and,

more importantly, risks making invisible the important connections between writing and thinking we are cultivating in this class.

Given these risks and the importance I place on writing as *your* thought process, the use of GenAI in this class will be treated as plagiarism. As such, any usage of GenAI will be subject to the university's academic integrity policy, which may include, but is not limited to, failing the course and/or disciplinary action.

## Free Speech and Civil Discourse

Texas A&M recognizes that the pursuit of truth through open and robust discourse is critical to academic inquiry. However, as a community of scholars, the university has an aspirational expectation that such discourse will be conducted in accordance with Aggie Core Values. In this “marketplace of ideas,” we encourage civil dialogue creating an environment that allows individuals to express their ideas and to have their ideas challenged in respectful and responsible ways. Students can learn more about Freedom of Expression and Free Speech on the University’s website about the First Amendment.

## Controversial and Sensitive Materials

This course will provide students with opportunities to read, write, and think about a range of topics–topics that may include race, gender, and social justice. Students are encouraged to consider and discuss these and other topics without fear or censorship. Such critical inquiry is a hallmark of all high-quality education, and this course aspires to provide its students with this type of education.

Moreover, several of the texts that we will analyze will likely discomfort and/or disturb you. This is a junior- and senior-level course about LGBTQ Literatures, and because it is not bound by historical period, literary movements, or special topics, we will discuss a variety of authors and approaches attempting to understand the broad array of human experiences. Some of these experiences are mature and unpleasant and include death, disease, abuse, trauma, and violence.

Ultimately, I will not ask you to repress your emotions. Rather, I want you to use them constructively, respectfully, and critically. Instead of hiding or being in denial about why you are feeling uncomfortable, investigate the basis of your discomfort in a smart, healthy, and productive way. What can your discomfort teach you about yourself, literature, writing, and society?

It goes without saying that all materials in this class are for educational purposes only—not activism. Our authors and texts vary in background, tone, and viewpoint, and you are welcome to disagree and question their implied assumptions. If there is a topic that is triggering for you or content with which you otherwise do not need to interact, you must email me before the fourth day of our class and in writing explain your perspective so that we can discuss how to proceed.

# Exhibit E

TEXAS A&M UNIVERSITY

Landon Sadler <lansadler2016@tamu.edu>

## ENGL/WGST 333 for fall 2026

16 messages

**Mize, Britt A** <bmize@exchange.tamu.edu> Mon, Feb 23, 2026 at 12:38 PM
To: "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Hi Vanita and Landon,

I'm writing you both together because I have you each down to teach a small section of ENGL/WGST 333 in the fall. There are two separate things I need to ask you to coordinate on, and both will need to happen pretty soon. (Vanita, I know you're on leave this semester, so, I'm sorry about that, but there's no way for us to get around this procedural requirement for upcoming fall classes.)

1. First, and most simply: a new university-level rule requires that for any course being taught in more than one section, the "learning outcomes" stated in the syllabus for each section must be identical. This means the two of you will need to agree on a list of learning outcomes which you will both use verbatim in your individual syllabi. I recommend keeping them few, and worded as simply as possible. You might begin by comparing your own lists from recent sections to see what they have in common, and work from there.

Once you've settled on your shared list, please send it to me to have on hand for reference in the upcoming syllabus certification process. If you could do this by Friday, 3/6, before spring break, that would be great.

2. This one is going to require more intellectual labor, but it's labor that I think you will both be invested in. As you know, TAMU System Policy 08.01 prohibits teaching "topics related to sexual orientation or gender identity" without prior approval of the TAMU President. (Those approvals are being referred to as "exceptions," and that's what I'll call it below.) Obviously the subject matter of ENGL/WGST 333 will require such an exception every single time it is offered—indeed, we are about to learn through this process whether we will even be allowed to run this course at all.

That's why this is important, so it deserves your smart thinking and cooperation to put together a good exception request. It need not be lengthy, but it should be a well-reasoned argument showing why ENGL majors need access to such a course to be well educated according to the norms of our discipline, and well prepared for success entering graduate programs and many of the careers ENGL majors pursue.

I suggest sticking with ENGL majors for this purpose; since WGST is being dismantled, if we were to tie a justification for 333 too strongly to WGST it could hurt our ability to argue for it in the future, after WGST is "taught out" over the next couple of years.

Andrew just announced a 3/16 deadline for exception requests—that's the Monday immediately following Spring Break. So, again with apologies, this is something the two of you will need to coordinate on quickly. The drafted exception request should go directly to Andrew, and he may offer feedback at that time to give it the best chance of success.

I surely don't have to tell you that I hate every single thing about this, and I'm sorry to have to ask you to justify something that ought never to have been at issue. The task is both onerous and offensive. But it really is a question, now, of doing everything possible to be able to keep 333 in our course rotation.

Thank you and all best,
Britt

———————

Professor and Associate Head
Department of English

---

**Landon Sadler** <lansadler2016@tamu.edu> Mon, Feb 23, 2026 at 1:45 PM
To: Bradford Garcia <bag2889@tamu.edu>

Landon Sadler, PhD

he/any pronouns
Lecturer, English
Faculty Affiliate with Women's and Gender Studies
Texas A&M University
ENGL 203, sections 507, 508, 509, and 531

My office hours are Tuesdays and Thursdays 2:30-3:30 pm and by appointment. :)
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> Sat, Feb 28, 2026 at 8:00 AM
To: Vanita Reddy <vdreddy@tamu.edu>

Hi, Vanita!

I hope you're doing well! I've read through the examples of exception requests Sally and Britt sent us. Britt would like our learning outcomes by next Friday, and I want to ask how you would like us to coordinate the learning outcomes for LGBTQ Literatures.

Britt suggested looking at the outcomes for past courses, which seems like a great idea. I can do that over the weekend and send you a rough draft of learning outcomes by Monday at 11:59 pm. Does that sound okay? In my head, it makes the most sense for each of us to make our own lists by Monday and then combine/revise the lists together (but that's just a suggestion).

By the way, the last (and only) time I taught LGBTQ Lit was fall 2020 during the pandemic, and I imagine I probably stayed close to the learning outcomes other instructors wrote. This is all to say that you have much more experience with the course than I do, and I trust your expertise.

Please also let me know how you would like us to coordinate the exception request. We're supposed to submit the same request, correct?

Let's do right by LGBTQ Literatures!

---------- Forwarded message ---------
From: **Mize, Britt A** <bmize@exchange.tamu.edu>
Date: Mon, Feb 23, 2026 at 12:38 PM
Subject: ENGL/WGST 333 for fall 2026
To: Reddy, Vanita D <vdreddy@tamu.edu>, Sadler, Landon J <lansadler2016@exchange.tamu.edu>

[Quoted text hidden]

--
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Mon, Mar 2, 2026 at 6:35 AM
To: Landon Sadler <lansadler2016@tamu.edu>

hi, Landon
Thanks for getting this conversation started (and I hope you are hanging in there). I'm heading to NY in a couple hours for book talks this week, so we will have to do this via email. Please do send me your LOs and I'll look them over and combine/revise with mine included. Yes, it's my understanding that we submit the same exception request (or, that Andrew does). I'll be in touch after I receive our LOs.

best and til soon,
Vanita

[Quoted text hidden]
--

*Please note that I am on research leave during Fall 2025 and Spring 2026 and may be slower to respond to emails during this time.

Vanita Reddy
Associate Professor, English, TAMU
TAMU Arts and Humanities Fellow (2025-2028)
Core Faculty, Women's and Gender Studies
Affiliate Faculty, Race and Ethnic Studies Institute, TAMU
(she/her/hers)

Select Publications:
***MeToo and the Politics of Transnational Feminism: An Anthology*** (NYU Press 2025), with Chaitanya Lakkimsetti: https://nyupress.org/9781479825653/metoo-and-the-politics-of-transnational-feminism/

**"MeToo and Transnational Gender Justice,"** with Chaitanya Lakkimsetti, Special Dossier for *Feminist Formations* vol 33, no. 3 2021

**"Feminist and Queer Afro-Asian Formations,"** with Anantha Sudhakar, a special issue of *The Scholar and Feminist Online* (2018): https://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/
http://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/

***Fashioning Diaspora: Beauty, Femininity, and South Asian American Culture*** (Temple UP, 2016)
http://www.temple.edu/tempress/titles/2328_reg.html

---

**Vanita Reddy** <vdreddy@tamu.edu> Fri, Mar 6, 2026 at 8:21 AM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Hi Britt
I'm traveling this week for talks and have found it inordinately difficult to meet the both the annual review and syllabus review deadline of today. Is there a way I could have until the end of weekend to complete the latter, especially given I'm on leave?

Best
Vanita

*Please note that I am on research leave during Fall 2025 and Spring 2026 and may be slower to respond to emails during this time.

Vanita Reddy
Associate Professor, English, TAMU
TAMU Arts and Humanities Fellow (2025-2028)
Core Faculty, Women's and Gender Studies
Affiliate Faculty, Race and Ethnic Studies Institute, TAMU
(she/her/hers)

Select Publications:
***MeToo and the Politics of Transnational Feminism: An Anthology*** (NYU Press 2025), with Chaitanya Lakkimsetti: https://nyupress.org/9781479825653/metoo-and-the-politics-of-transnational-feminism/

**"MeToo and Transnational Gender Justice,"** with Chaitanya Lakkimsetti, Special Dossier for *Feminist Formations* vol 33, no. 3 2021

**"Feminist and Queer Afro-Asian Formations,"** with Anantha Sudhakar, a special issue of *The Scholar and Feminist Online* (2018): https://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/
http://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/

***Fashioning Diaspora: Beauty, Femininity, and South Asian American Culture*** (Temple UP, 2016)
http://www.temple.edu/tempress/titles/2328_reg.html

[Quoted text hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Fri, Mar 6, 2026 at 8:31 AM
To: "Reddy, Vanita D" <vdreddy@tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Hi Vanita,

Thank you for checking in about this. The syllabus submission deadline for fall courses is officially not until 3/31; the 3/6 date was my own, and was only for the learning outcomes list. It is okay if you and Landon need to submit your shared list (which will go into both of your syllabi) shortly after spring break.

The annual review deadline of today was set by Andrew, and I don't have anything to do with that process. Touch base with him about any possible extension on that.

All best,
Britt
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Fri, Mar 6, 2026 at 9:43 AM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

yes, understood about the annual review! thank you so much for this extension re the syllabus review. Landon: I'll be in touch next week (which I know is spring break, so no pressure to respond if you're traveling).
VR
[Quoted text hidden]
--
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> Sat, Mar 7, 2026 at 11:58 AM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>

Hi, Britt!

Andrew said you were not feeling well at the faculty meeting yesterday, and I hope you're doing better!

I wrote a few learning outcomes, and I would like your feedback on them if possible. I tried to follow your advice about keeping them clear and short. I also took inspiration from Sara DiCaglio's awesome learning outcomes for 203 as well as the learning outcomes for 333 that showed up in recent syllabi.

By the way, how many outcomes would you suggest we have?

Landon's suggested rough learning outcomes:

- To identify key terms, concepts, and themes in LGBTQ literatures and literary studies
- To make connections across LGBTQ literary works and historical, cultural, and scholarly contexts
- To express clear claims about LGTBQ literatures in written work using thesis-driven arguments, critical thinking, and textual evidence
- To persuasively communicate ideas about LGBTQ literatures to a variety of audiences in different forms such as written, oral, and/or visual

Thanks in advance,
Landon
[Quoted text hidden]
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Mon, Mar 9, 2026 at 3:37 PM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

hi, Britt
Landon and I are working on the 333 learning outcomes, and I have a couple questions:

1. 333 is no longer part of the core curriculum as I understand it (otherwise it wouldn't warrant an exception) but I just want to be extra sure.
2. Does 333 still need to satisfy/meet the KPLC course objectives? or. have those gone away, too?

thanks,
vanita
[Quoted text hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Mon, Mar 9, 2026 at 8:38 PM
To: "Reddy, Vanita D" <vdreddy@tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "Vasilakis, Apostolos" <vasilakis@tamu.edu>

Hi Vanita (and Landon),

Yes, it's correct that 333 has been removed from the Core. And as far as we understand, there has been no change to the KPLC objectives. I'm copying Apostolos too in case he has any updates.

All best,
Britt
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> Mon, Mar 9, 2026 at 10:03 PM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: Vanita Reddy <vdreddy@tamu.edu>

Hi, Britt!

Vanita and I have put our outcomes together. Here are our proposed new learning outcomes:
1) To identify and define key terms and concepts in LGBTQ literatures, LGBTQ studies, and literary studies in exams, quizzes, class discussions, and written work.
2) To make clear claims about assigned course readings and viewings in these fields in written work using thesis-driven arguments, critical thinking, and textual evidence.
3) To persuasively communicate ideas about LGBTQ literatures to a variety of audiences in different forms such as written, oral, and/or visual.
4) To make connections across LGBTQ literary works and historical, cultural, political, and scholarly contexts.

This feels like a strong list to me and sets us up for writing great syllabi. If you have feedback for us on our outcomes, please let us know.

Thank you for all your hard work,
Landon
[Quoted text hidden]
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Tue, Mar 10, 2026 at 8:16 AM
To: Landon Sadler <lansadler2016@tamu.edu>
Cc: "Mize, Britt A" <bmize@exchange.tamu.edu>

hi, all,
Landon, thanks for copying these objectives and sending to Britt.
Britt, I was asking about the KPLC objectives because I have included these and how to meet them on my most recent 333 syllabus (Spring 2024). But I did not include them in the LOs here, since I understand these as separate objectives. Is this correct?

best
Vanita
[Quoted text hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, Mar 10, 2026 at 8:55 AM
To: "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Hi Vanita and Landon,

First, I think your list of 4 learning outcomes looks great.

On your question about whether the KPLC objectives are to be a separate list, I'm actually not sure. Let me check with Andrew on this since he ultimately is the one who certifies the syllabus. I'll write again when I've done this.

All best,
Britt
[Quoted text hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, Mar 10, 2026 at 10:34 AM
To: "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>
Cc: "Vasilakis, Apostolos" <vasilakis@tamu.edu>

Hi Vanita and Landon,

Andrew reminded me that "KPLC" is a Core Curriculum designation, so now that 333 is out of the Core, those learning outcomes are not relevant and can be discarded. You can simply use the list the two of you have agreed on.

I'm copying Apostolos in case he has anything to add or correct about this.

All best,
Britt
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Tue, Mar 10, 2026 at 10:42 AM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "Vasilakis, Apostolos" <vasilakis@tamu.edu>

great, ty!
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> Wed, Aug 19, 2026 at 12:23 AM
To: Landon Sadler <lansadler2008@yahoo.com>

---------- Forwarded message ---------
From: **Mize, Britt A** <bmize@exchange.tamu.edu>
Date: Mon, Feb 23, 2026 at 12:38 PM
Subject: ENGL/WGST 333 for fall 2026
To: Reddy, Vanita D <vdreddy@tamu.edu>, Sadler, Landon J <lansadler2016@exchange.tamu.edu>

[Quoted text hidden]

--
Landon Sadler, PhD
he/any pronouns
Lecturer, English
Faculty Affiliate with Women's and Gender Studies
Texas A&M University
ENGL/FILM 324-500, Science Fiction Film
ENGL 104, sections 534, 535, and 356, Rhetoric & Composition

My office hours are Monday and Wednesday 2:50-3:50 pm and by appointment. :)

# Exhibit F

TEXAS A&M UNIVERSITY

Landon Sadler <lansadler2016@tamu.edu>

# ENGL 333 follow-up

5 messages

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, May 19, 2026 at 4:03 PM
To: "Werner, Cynthia A" <werner@tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Dear Cynthia,

I'm writing as the person in charge of my department's lineup of course offerings and teaching assignments. The exception denial for ENGL 333 for fall raises some important questions, which I think I can boil down to two items. Thank you in advance for helping me sort these out. I am copying Andrew and the affected faculty (Vanita Reddy and Landon Sadler).

1. I agree with Vanita's point in an earlier message to you that the preemptive cancellation of her fall 2026 section, prior to the submission of any exception request for it, seems arbitrary. Policy 08.01 speaks of "courses," not "sections," so it may be that the decision to cancel both sections of 333 is not a violation of 08.01 outright. However, it is at odds with the procedures in place here on our campus for executing 08.01, which have been section-by-section and instructor-by-instructor in recognition that sections may differ in their specifics.

Disallowing Vanita any opportunity to comply with 08.01 via an exception request for fall 2026 appears unjust and outside the spirit of the existing procedures. Although I take it to be a *fait accompli* at this point, all of us in ENGL would benefit from any clarification or explanation you can offer of this unexpectedly far-reaching result of a single exception request for a single section by a single instructor.

2. We were given no reason for the denial of Landon's exception request for his section of ENGL 333. The Provost's message sent just a little while ago mentioned courses cancelled for "non-compliance," and ENGL 333 must have been one of those. However, in what way it was found non-compliant needs to be explained to us so that we can avoid the same result when we request an exception for the section of ENGL 333 that is planned for spring 2027.

Policy 08.01 identifies at least two ways this exception request might have failed: the course might have been deemed to "advocate" "gender ideology," which no TAMU course can do; or the request might not have successfully made the case for a "necessary educational purpose."

Can you please clarify for us which of these was the problem—or if there was a different problem, what it was? This is something we urgently need to know as we prepare for spring 2027 and finalize teaching assignments.

Thank you and all best,
Britt Mize

———————————

Professor and Associate Head
Department of English
Texas A&M University

**Werner, Cynthia A** <werner@tamu.edu> Tue, May 19, 2026 at 4:24 PM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>

This is the exact information we received in writing re: ENGL 333. The response below suggests that the issue for Landon's section (which would transfer to Vanita's section) is that there was a perception by others (not us) that there was insufficient justification for the educational purpose of offering the course.

I have already provided an explanation of the additional information we received orally. We asked about Vanita's section in that discussion, and we were told to cancel both sections.

***

Status:
Exception Denied - Please cancel this course.

Condition:
Not required or adequately justified given the high preponderance of non-compliant material.

---

**From:** Mize, Britt A <bmize@exchange.tamu.edu>
**Sent:** Tuesday, May 19, 2026 4:03 PM
**To:** Werner, Cynthia A <werner@tamu.edu>
**Cc:** Pilsch, Andrew T <apilsch@tamu.edu>; Reddy, Vanita D <vdreddy@tamu.edu>; Sadler, Landon J <lansadler2016@exchange.tamu.edu>
**Subject:** ENGL 333 follow-up
[Quoted text hidden]

---

**Landon Sadler** <lansadler2016@tamu.edu> Tue, May 19, 2026 at 4:52 PM
To: Bradford Garcia <bag2889@tamu.edu>

Landon Sadler, PhD
he/any pronouns
Lecturer, English
Faculty Affiliate with Women's and Gender Studies
Texas A&M University
ENGL 203, sections 507, 508, 509, and 531

My office hours are Tuesdays and Thursdays 2:30-3:30 pm and by appointment. :)

---------- Forwarded message ---------
From: **Mize, Britt A** <bmize@exchange.tamu.edu>
Date: Tue, May 19, 2026 at 4:03 PM
Subject: ENGL 333 follow-up
To: Werner, Cynthia A <werner@tamu.edu>
[Quoted text hidden]
[Quoted text hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, May 19, 2026 at 5:02 PM
To: "Werner, Cynthia A" <werner@tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>

Thank you, Cynthia—this is helpful, seeing the exact language given to you (though scant), and your perception that it means inadequate justification of “necessary educational purpose."

We do understand that it was not the College’s decision, but you are our point of contact for knowing reasons and making adjustments accordingly for spring. So I appreciate this.

All best,
Britt
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Tue, May 19, 2026 at 5:37 PM
To: Cynthia Werner <werner@tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>, Britt Mize <bmize@exchange.tamu.edu>

Dear Cynthia,

While I understand that the College received a direct order, as it were, from the Provost to cancel my 333 course, I would like to know: is the College asking for these explanations from the Provost in writing? If so, what is the Provost's Office telling the College when it makes these requests? If it is not asking for them in writing, why not?

If the exception request for 333 was its lack of sufficient justification for its educational purpose, then why cannot the Provost's Office provide this explanation **in writing?** This would then hold the Provost's Office responsible for having to answer to HOW the exception request did not make the case for a "necessary educational purpose." It would have also allowed me to revise the exception request so that this educational purpose could be clarified.

I ask these questions respectfully as a tenured faculty member with the understanding (I hope) that the College is making the process of censoring our classes as difficult as possible.

best
Vanita

[Quoted text hidden]
--
*Please note that I am on research leave during Fall 2025 and Spring 2026 and may be slower to respond to emails during this time.

Vanita Reddy
Associate Professor, English, TAMU
TAMU Arts and Humanities Fellow (2025-2028)
Core Faculty, Women's and Gender Studies
Affiliate Faculty, Race and Ethnic Studies Institute, TAMU
(she/her/hers)

Select Publications:
***MeToo and the Politics of Transnational Feminism: An Anthology*** (NYU Press 2025), with Chaitanya Lakkimsetti: https://nyupress.org/9781479825653/metoo-and-the-politics-of-transnational-feminism/

**"MeToo and Transnational Gender Justice,"** with Chaitanya Lakkimsetti, Special Dossier for *Feminist Formations* vol 33, no. 3 2021

**"Feminist and Queer Afro-Asian Formations,"** with Anantha Sudhakar, a special issue of *The Scholar and Feminist Online* (2018): https://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/
http://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/

***Fashioning Diaspora: Beauty, Femininity, and South Asian American Culture*** (Temple UP, 2016)
http://www.temple.edu/tempress/titles/2328_reg.html

# Exhibit G

Outlook

## Re: Question and an Update!

**From** Landon Sadler <lansadler2008@yahoo.com>
**Date** Mon 8/3/2026 12:26 PM
**To** Leonard Bright <drleonardbright@hotmail.com>; Vanita Reddy <vanitadreddy@gmail.com>; Chloe Kempf <ckempf@aclutx.org>
**Cc** Sophia Howard <SHoward@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>

**Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

CAUTION: This message is from an external sender. Please be cautious of links & attachments.

Hi, team!

On June 26th, 2026, Andrew Pilsch (the interim department head at the time) sent the English faculty the following information about deadlines. I'm going to forward the email to Chloe, Sofia, and Tommy.

- For courses that will need new **exception requests**, a request and a complete syllabus need to be submitted to the department head by **noon on October 5**
- For **all other syllabuses**, a syllabus must be submitted for approval through Simple Syllabus by **5pm on October 13**
- Of note, the Provost's Office has declared **October 2** will be the day Simple Syllabus populates with courses for Spring. I would suggest having your syllabus drafted before the day it opens.

The bolding was part of Andrew's original email.

Best wishes,
Landon

On Monday, August 3, 2026 at 12:14:58 PM CDT, Chloe Kempf <ckempf@aclutx.org> wrote:

Sorry all I meant spring 2027!

Get Outlook for iOS

---

**From:** Chloe Kempf <ckempf@aclutx.org>
**Sent:** Monday, 03 August 2026 11:40:16
**To:** Leonard Bright <drleonardbright@hotmail.com>; Vanita Reddy <vanitadreddy@gmail.com>; lansadler2008@yahoo.com <lansadler2008@yahoo.com>
**Cc:** Sophia Howard <SHoward@aclutx.org>; Thomas Buser-Clancy <tbuser-clancy@aclutx.org>
**Subject:** Question and an Update!

Hi team,

We are still on track to file the lawsuit today! Most likely late afternoon. We will let you know when it is on file and will send you a final copy.

In the meantime, we had a question — have you already been told the deadline(s) for Spring 2026 syllabus review? If so, can you please share them with us and note your source?

Thanks so much,

Chloe

**Chloe Kempf**

Pronouns: she, her, hers

Staff Attorney
American Civil Liberties Union of Texas
P.O. Box 8306, Houston, Texas 77288
with offices in Austin, Brownsville, Dallas, and El Paso

ACLU
Texas