**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**DECLARATION OF CHAITANYA LAKKIMSETTI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Chaitanya Lakkimsetti, declare as follows:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration. With this declaration, I am speaking for myself only and nothing I say is said on behalf of the Texas A&M System. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge.

2. I began working at Texas A&M University in 2014 as an assistant professor of Sociology and Women's and Gender Studies. I received tenure in 2020. I am now an associate professor of Sociology with an affiliation with Women's and Gender Studies. My research focuses on gender, sexuality, law, and citizenship. I have taught classes on the sociology of gender, feminist theory, gender and society, women's and gender studies, sexualities and gender in transnational perspectives, and contemporary sociological theory. A true and correct copy of my recent CV is attached as Exhibit A.

3. I am currently a member of the College Station Chapter of AAUP. I joined AAUP in 2025.

4. I am aware of the revisions to System Policy 08.01 in November and December of 2025 to ban advocacy of "race or gender ideology" or "topics related to sexual orientation or gender identity" (the "Censorship Policy").

5. I received an exception under the Censorship Policy to teach my Sociology of Gender course (SOCI/WGST 316) for the Spring 2026 Semester. I did not have to modify my syllabus in any way and taught the class as normal.

6. However, in January 2026, after receiving the exception, my department head noted to me that there was "some concern from the President or the provost-level committee" about one of the readings in my syllabus by Anne Fausto-Sterling. She added "[t]his was communicated to me verbally, so I don't have it in writing, and I also do not know why because the course was approved. But I wanted to let you know this because, assuming that we have to continue asking for the approvals every time we teach it, that we might want our justification to explicitly include

why that article needs to be used." A true and correct copy of this email exchange is attached as Exhibit B.

7. In March 2026, my department head emailed me to say that I needed to submit an exception request for my upcoming Fall 2026 Sociology of Gender course. She noted "[w]e have discussed in multiple faculty meetings, and I have stated in earlier emails that I have sent about 08.01, that **central admin** interprets gender identity as having to do with nonbinary/trans identity, and for the prohibition on teaching about sexual orientation, they interpret that to be material that is about people who are not heterosexual. Again, this is not me, it is BoR/central admin." A true and correct copy of this email exchange is attached as Exhibit C (emphasis in original).

8. Based on my department head's guidance, I applied for an exception for my Fall 2026 Sociology of Gender class and included a justification for the Anne Fausto-Sterling reading, "The Five Sexes, Revisited" (2000). This reading discusses the complex ways in which people think about and experience gender identity and sexuality and how that analysis intersects with medical biological sex categories, which are often based on sex organs and/or chromosomes. It also discusses intersex individuals[1] and examples of their political activism. To justify the reading's educational purpose, I noted that an understanding of these concepts is essential for the "significant number of A&M sociology majors [who] go onto careers in nursing, medicine, social work, and marriage and family therapy/counseling." In fact, many of the exams required to become social workers, counselors, and medical doctors test students on concepts like sexual orientation and gender identity. Finally, I noted that the reading's discussion of intersex people did not relate

---

[1] *Intersex* is a term for people unique variations in reproductive or sex anatomy, outside of the typical male/female sex categories, including variations in chromosomes, genitals, or internal organs like testes or ovaries.

to sexual orientation or gender identity—rather, it is my view that "intersex" represents more of a sex category. A true and correct copy of my course exception justification is attached as Exhibit D.

9. After submitting my request, my department head informed me that, under the Censorship Policy, the University was prohibiting me from teaching the 2000 Anne Fausto-Sterling article, "The Five Sexes, Revisited." My department head instructed me that the University was requiring me to replace this reading with the author's 1993 piece titled "The Five Sexes."

10. I was not provided with an explanation for this decision and was left to guess at why one version of the reading was deemed acceptable and the other was not. In that earlier 1993 piece, Fausto-Sterling focus was to expand the category of "sex" beyond male and female. By contrast, in the 2000 piece that I was prohibited from teaching, the author revisited her prior views on sex and gender and acknowledged that these concepts were not as black and white; rather, the author argued that gender is not necessarily tied to an individual's sex organs. She also included more about intersex individuals and their political activism to gain recognition and bodily autonomy.

11. I do not understand how assigning one particular version of this reading could be seen as advocating for gender ideology or a topic related to gender identity, but assigning an earlier version would not be seen as that. To begin with, I do not think that just by assigning a reading I am advocating any particular thought or ideology, even if the reading discusses other people's historical activism. I assign readings to help teach my students to think critically and come to their own conclusions. Further, none of my lessons or assigned readings, including the 2000 Anne Fausto-Sterling article, assert the view that gender identity is somehow more important or more

valuable than biological sex characteristics. Indeed, my teaching revolves around the complex interplay between these concepts and never prioritizes one over another.

12. The decision also seems arbitrary to me because I was allowed to keep a separate reading called "The Medical Construction of Gender: Case Management of Intersexed Infants" by Suzanne Kessler. Like "The Five Sexes, Revisited," this piece similarly details intersex issues, associated medical interventions, and the complex social, cultural, and medical factors involved in these decisions. I received no explanation and do not understand why this reading was approved but "The Five Sexes, Revisited" was censored.

13. Further, in my mind, both versions of the Anne Fausto-Sterling reading could arguably be considered topics related to sex categories, which many equate with gender. The fact that only one version of the reading was flagged and that the flagged reading presented a more fluid vision of gender demonstrates to me that the Censorship Policy is really targeting particular views on gender identity. This conclusion is bolstered by my department head's guidance that "**central admin** interprets gender identity as having to do with nonbinary/trans identity[.]" (emphasis in original, *see* Exhibit C).

14. That belief is reinforced by that fact that for my Fall 2026 Sociology of Gender course, I included a reading that discusses the cisgender siblings of transgender people. In my exception justification, I noted that "This reading is more about cisnormativity than transgender identity." The reading was approved. I believe it is because the focus of the reading was on the cisgender people. Overall, it is my impression that the Censorship Policy is targeting LGBTQ+ viewpoints.

15. Further, for my Fall 2026 Contemporary Social Theory class, I included two chapters from *Gender Trouble* by Judith Butler. While I was permitted to teach these chapters, my department head communicated that University authorities had determined that the approval to teach this class was conditioned on the requirement that I expressly state in my syllabus that I was teaching only those two chapters and that students were not required to read the entire book. In essence, my teaching of *Gender Trouble* was treated as somehow more dangerous than other readings in my course, and I was only given permission to proceed if I treated this work differently and applied more guardrails than with any other work I teach. I was not given an explanation for these requirements and they seem arbitrary to me. They also often seem driven by a cursory look at a material's title and not an actual analysis of whether the content of the work violates the Policy.

16. The Censorship Policy's tight restrictions on and pre-approval of curriculum discourage me from engaging with my class on pedagogically appropriate student questions or relevant current events. This undermines my teaching methods and restricts my students' learning potential.

17. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2026.

______________________________

Dr. Chaitanya Lakkimsetti

# Exhibit A

# Chaitanya Lakkimsetti

Associate Professor of Sociology
Texas A&M University
354 WCSS, 2935 Research Pkwy, College Station, TX 77845
clakkimsetti@tamu.edu

## EMPLOYMENT

2020-present Associate Professor, Sociology, Texas A&M University

2014–2020 Assistant Professor, Sociology & Women's and Gender Studies, Texas A&M University

2012–2014 Andrew Mellon Postdoctoral Fellow at University of Southern California in Gender Studies and the Center for Feminist Research

2010–2012 College Fellow, Harvard University in the Committee on Degrees in Studies of Women, Gender and Sexuality

## ADMINISTRATIVE APPOINTMENTS

2022-2023 Associate Department Head, Sociology, Texas A&M University

## EDUCATION

*University of Wisconsin*. Ph.D. in Sociology. August 2010.
Dissertation: "Governing Sexualities: Biopower, Governmentality and Citizenship in Postcolonial India"
*Winner of Law& Society Association's Best Dissertation Award, 2011.

*University of Hyderabad.* M.Phil. in Political Science. July 1998.
Thesis: "Legal Response to Rape: Case Study of a *Mahila* (Women's) Court"

*University of Hyderabad.* M.A. in Political Science. 1996

## BOOKS

### Monographs

Lakkimsetti, Chaitanya. 2020. *Legalizing Sex: Sexual Minorities, AIDS and Citizenship in India.* New York: NYU Press.
Reviewed in: American Journal of Sociology, Contemporary Sociology, Contemporary South Asia, GLQ Review, Journal of International Women's Studies, Social Forces,

### Edited Anthologies

Lakkimsetti, Chaitanya, Vanita Reddy. 2025. *#MeToo and The Politics of Transnational Feminism: An Anthology*. New York: NYU Press.
Reviewed in: Gender & Society

## REFEREED JOURNAL ARTICLES

Over, Defne, Emilce Santana, Ernesto Amaral, **Chaitanya Lakkimsetti**, Anna Estelle Kelly, and Dulce Espinoza. 2025. "A comprehensive analysis of COVID-19 Vaccination Behavior: The Influence of religion, information sources, political leanings, and demographic factors". *PLoS One*, *20*(5), e0323815.

Lakkimsetti, Chaitanya. 2024. ""Hang the Rapists Immediately": Rape Vigilantism, State Violence, and Impunity in Contemporary India." *Signs*: *Journal of Women in Culture and Society* 49(4): 755-777.

Lakkimsetti, Chaitanya and Vanita Reddy. 2021. "#MeToo and Transnational Feminism: An Introduction." *Feminist Formations* 33(3): 224-238.

Lakkimsetti, Chaitanya. 2021. "Stripping Away at Respectability: #Metoo India and the Politics of Dignity." *Feminist Formations* 33(3): 303-317.

Lakkimsetti, Chaitanya. 2017. ""Home and Beautiful Things": Aspirational Politics in Dance Bars in India." *Sexualities* 20(4): 463-481.

Lakkimsetti, Chaitanya. 2016. "Empowered Criminals and Global Subjects: Gender and the Paradox of Transnational Advocacy in India." *Qualitative Sociology* 39: 375-396.

Lakkimsetti, Chaitanya. 2016. ""From Dance Bars to the Streets": Moral Dispossession and Eviction in Mumbai." *positions: asia critique* 24 (1). 205-230.

Lakkimsetti, Chaitanya. 2014. ""HIV is Our Friend": Prostitution, Power and State in Postcolonial India." *Signs: Journal of Women in Culture and Society* 40 (1): 201-226.

Lakkimsetti, Chaitanya. 1999. “Legal Response to Rape: Case Study of a Women’s Court.” *Indian Journal of Human Rights* III (1&2): 135- 162.

## JOURNAL ISSUES (CO-EDITED)

2021 Dossier for *Feminist Formations*, “#MeToo and the Transnational Gender Justice,” With Vanita Reddy. 33.3 (Winter 2021).

## BOOK CHAPTERS

Lakkimsetti, Chaitanya and Vanita Reddy. 2025. “Introduction: Routing #MeToo Through Transnational Feminist Thought”. In *#MeToo And The Politics of Transnational Feminism: An Anthology* edited by Chaitanya Lakkimsetti & Vanita Reddy. New York: NYU Press. 1-25.

Lakkimsetti, Chaitanya and Vanita Reddy. 2025. “Patriarchal Protectionism, Hegemonic Masculinity, and #MeToo: A Comparative Feminist Analysis of Gender-Based Violence in India and the US”. In *#MeToo And The Politics of Transnational Feminism: An Anthology* edited by Chaitanya Lakkimsetti & Vanita Reddy. New York: NYU Press. 25-44.

Lakkimsetti, Chaitanya. 2022. “Traditional Genders, Modern Sexualities: Struggles Around Sexual and Gender Nonconformity in Postcolonial India”. In *Sociology of South Asia: Postcolonial Legacies, Global Imaginaries* edited by Smitha Radhakrishnan & Gowri Vijayakumar, Palgrave Macmillian. 121-150.

## OTHER PUBLICATIONS

Lakkimsetti, Chaitanya. 2021.“Queer in Translation: Sexual Politics under Neoliberal Islam,” Invited Book Review”. *American Journal of Sociology*.

Lakkimsetti, Chaitanya, Vanita Reddy. 2019. “Feminine Vulnerability and Toxic Masculinity: A Comparative Feminist Analysis of #metoo,” *Rejoinder* (4). https://irw.rutgers.edu/rejoinder.

Lakkimsetti, Chaitanya. 2017. "Sexual States: Governance and the Struggle against the Antisodomy Law in India’s Present," Invited Book Review. *Contemporary Sociology 46(5):* 593-595.

Lakkimsetti, Chaitanya. 2012. “Dangerous Sex, Invisible Labor: Sex Work and the Law in India” Invited Book Review. *Rights Work*.

## WORK IN PROGRESS

Chaitanya Lakkimsetti and Vanita Reddy, “Visual Economies of Sexual Violence: Law, Community Based Art, and Aesthetic Justice.” (Manuscript in Preparation)

Chaitanya Lakkimsetti and Vanita Reddy, "Gender As/In "Crisis:" Academic Censorship, Affect, and Feminist Resistance Practices in Higher Education.(Under review, *Signs*)

Emilce Santana, Defne Over, Chaitanya Lakkimsetti, Dulce Espinoza, and Anna Estelle Kelly. "More Chores, More Shots? Exploring the Relationship between Domestic Work and Vaccine Behavior by Gender." (Under Review, *Socius*)

Chaitanya Lakkimsetti and Paulina Garcia-Del Moral, "Towards a Sociology of Impunity: Rethinking Impunity as Gendered Governance in India and Mexico." (Under review, *Gender & Society*)

**PROFESSIONAL ACTIVITIES AND AWARDS**

2015-17 National Science Foundation-ADVANCE Scholar Mentor Program, Texas A&M University

2013-14 New Directions in Feminist Research Fellow, Center for Feminist Research USC

2012&2011 Harvard University Certificate of Teaching Excellence

2011 Best Dissertation of the Year Award, Law & Society Association

2010 Young Scholars in Social Movements Award, Center for the study of Social Movements, University of Notre Dame, South Bend

2009 Mellon Fellow, Future of Minority Studies Workshop, Cornell University

2004 A. Eugene Havens Award, University of Wisconsin-Madison

**FELLOWSHIPS AND GRANTS**

2025 Arts & Humanities Fellowship, Division of Research, Texas A&M Co-PI, $15,000

2024-25 American Institute of Indian Studies, Senior Fellowship (NEH Sponsored Grant).

2024 STRP Collaborative Grant, College of Arts& Science, $10,000 (PI: Vanita Reddy, Co-PI Chaitanya Lakkimsetti), Texas A&M University

2024 STRP Grant, College of Arts& Science, $ 5000, Texas A&M University

2023 Academy for the Visual and Performing Arts Grant (PI: Chaitanya Lakkimsetti, Co-PI Vanita Reddy), Texas A&M. $7,500.

2023 Internal Faculty Fellowship, Glasscock Center for the Humanities, Texas A&M

2021 Undergraduate Faculty Fellow, Glasscock Center for the Humanities, Texas A&M

2021 "Effective Communication Strategies During COVID-19", T3 Grant, Texas A&M University (PI: Chaitanya Lakkimsetti, Co-PIs: Defne Over and Joseph Sharkey), $30,000

2020 "Effective Communication Strategies During COVID-19", Innovation X Grant, Texas A&M University (PI: Chaitanya Lakkimsetti, Co-PIs: Emilce Santana, Defne Over, Ernesto Amaral, Maria Perez-Patron, Ceyhun Eksin and Jennifer Mercieca), $10,000.

2019 "Towards Fairness in Deep Neural Networks with Learning Interpretation," National Science Foundation (PI: Dr. Xia Hu, Co-PIs: James Caverlee, Na Zou, Chaitanya Lakkimsetti). $809,211.

2019 "#MeToo and the Transnational Politics of Social Media Feminism Social Media Feminism, Glasscock Three-Year Seminar Grant (with Vanita Reddy), $7,500.

2019 "Devotional Practices and Sexuality in Contemporary India." Arts & Humanities Fellowship, Texas A&M University, $15,000.

2019 "LGBTQ Social Movements and Law In India." Glasscock Center Faculty Fellowship, Texas A&M University, $5,000.

2017 Buttrill Ethics Grant, Glasscock Center for the Humanities, $750.

2016 Collaborative Grant, Glasscock Center for the Humanities (with Vanita Reddy, English and Jyotsna Vaid, Psychology), $2000.

2015 "Transgender: Localization of a Global Category." Glasscock Center Faculty Fellowship, Texas A& M University, $5,000.

2012–2014 Andrew Mellon Postdoctoral Fellow, University of Southern California

2008 "Governing Sexualities: Law, Biopower, and Citizenship in Postcolonial India." National Science Foundation Doctoral Dissertation Improvement Grant, $10,000.

2007 Martin P. Levin Memorial Dissertation Fellowship, American Sociological Association, $3000.

## SELECTED CONFERENCE PRESENTATIONS

2025 "Feminist Exigencies and the Institutional Lives of Authoritarianism", SWS Conference, San Diego. (With Vanita Reddy & Koyel Khan)

2024 "Visual Economies of Sex Violence: Law, Community Based Art, and Aesthetic Justice", NWSA Conference, Detroit.

2024 "From Carcerality to Impunity: Rethinking State Violence as Gendered Governance in India and Mexico", American Sociological Association Conference, Montreal.

2024 "Routing #MeToo through Transnational Feminist Thought", Sociologist for Women in Society Meeting, Albuquerque.

2023 ""Who is the encounter specialist:" Rape Vigilantism, and State Violence in India", American Sociological Association Conference, Philadelphia.

2022 "Stripping Away at Respectability: #Metoo and Transnational Gender Justice", Law and Society Association International Conference, Lisbon, Portugal

2019 "Female Vulnerability and Toxic Masculinity: Comparative Feminist Analysis of the #MeToo Movement." National Women's Studies Association, San Francisco.

"Subaltern Perspectives on Violence." American Sociological Association Annual Meeting. New York.

2016 "Aspirational Politics, Pleasure and desire in Sexuality Studies." American Sociological Association Annual Meeting. Seattle.

"Transnational Conversations on Social Justice". Invited Panel. Sociologist for Women in Society Meeting, Memphis.

2014 "Home and Beautiful Things: Aspirational Politics of Sex in Dance Bars in India." National Women's Studies Association Meeting, San Juan. Puerto Rico.

2013 "Empowered Criminals and Paper Subjects: Gender and the Paradox of Transnational Advocacy in India." American Sociological Association Annual Meeting, New York City.

2011 "Thinking Beyond Civil Society: A Postcolonial Approach to Sexuality Research. American Sociological Association Annual Meeting, Las Vegas, NV.

"Modernity's Traditions in the age of Globalization: Anti-sodomy laws, and Citizenship in Postcolonial India." Selected for Transnational Sexuality and Gender pre-conference at the Eastern Sociological Society Annual Meeting, Philadelphia PA.

"Sexual Citizenship! Mobilizing for Sex Workers' and Homosexual Rights in India. Eastern Sociological Society Annual Meeting, Philadelphia, PA.

2010 "HIV is our Friend:" Biopower and Citizenship in Postcolonial India." Selected for Young Scholars in Social Movements Conference, University of Notre Dame, South Bend, Indiana.

2009 "Protecting Passive Women from Perverse Men': Struggles around Sexuality and Rearticulation of the Nation in Contemporary India." Selected for Annual South Asian Studies Conference, Madison. Wisconsin.

"Prostitution, Sexuality and Biopower in Postcolonial India." American Sociological Association Annual Meeting, San Francisco, California.

2008 "From Contagious Diseases to HIV: Prostitution, Biopower and Sexuality in India." Selected for Annual South Asian Studies Conference, Madison. Wisconsin.

"How Should I Know That My Ass Belongs to the State: Globalization, Anti-sodomy law, and the discursive struggles around homosexuality in Postcolonial India." Selected presentation, Queer Studies Conference, UCLA, Los Angeles CA.

**INVITED TALKS AND PRESENTATIONS**

2026 #MeToo and the Politics of Transnational Feminism: An Anthology (Invited Book talk), NYU, Center for the Study of Gender and Sexuality.

#MeToo and the Politics of Transnational Feminism: An Anthology (Invited Book talk), University of Albany, Women's, Gender, and Sexuality Studies Department.

2025 "Legalizing Sex: Sexual Minorities, AIDS, and Citizenship in India," Anveshi: Research Center for Women's Studies, Hyderabad, India.

""Hang the Rapists Immediately": Rape Vigilantism, and State Impunity in India", Center for Women's Studies, Jawaharlal Nehru University, New Delhi, India.

"Vigilantism, State, and Sexual Impunity in Contemporary India", Center for the Study of Developing Societies, New Delhi, India.

"Demanding Death: Rape, Death Penalty, and Vigilanti Violence in India", Center for Law & Justice, Adamas University, Kolkata, India.

2022 "Stripping Away at Respectability: #MeToo India and Politics of Dignity", for the #MeToo in Asia Symposium organized by the Korea Center and Munk School, University of Toronto.

"Legalizing Sex: Sexual Minorities, AIDS, and Citizenship in India", Loyola University, Chicago; and Bogazici University, Turkey.

2020 "Legalizing Sex: Sexual Minorities, AIDS, and Citizenship in India", for the Social Reproduction Project, King's College, London.

"Caravanning Morality": Anti-trafficking campaigns in India and sexual politics," for the Social Reproduction Project, King's College, London.

2018 "From AIDS to Rights: Using Biopower to Achieve Citizenship in India ", Department of Sociology, University of Wisconsin, Madison.

2015 "Sex work, State, and Law," Department of Sociology, University of Texas, Austin.

2013 "From Dance Bars to Streets": Understanding the Boundaries of Intimate Labor in India." Intimate Industries in Asia Workshop. Pomona College, Pomona CA.

"HIV is our Friend: Sex Work and State Regulation in India." For the Presidential Panel on Sex work and Trafficking. Pacific Sociology Association Annual Meeting, Reno NV.

2012 "Empowered Criminals and Paper Subjects: Gender and the Paradox of Transnational Advocacy in India." Sociology Department & Committee on Degrees on Women Gender and Sexuality. Harvard University.

2011 "HIV is Our Friend: Prostitution, Biopower and State in Postcolonial India," Mahindra Humanities Center: Gender and Sexuality Lecture Series. Harvard University.

"Sexual Politics and State in Contemporary India", Department of Government. Harvard University.

2010 "Sexing Security: Globalization, Biopolitics, and Law in Postcolonial India." New Perspectives on Gender and Human Security Workshop, Madison.

2006 "Colonialism, Social Reform and the Question of the Child Widow in Colonial India." Invited Presentation, Gender, Genre, and Political Transformations: Interdisciplinary Conference on Transnational Gender Research. University of Minnesota, Minneapolis.

## COURSES TAUGHT

**Sociology & Women's and Gender Studies, Texas A&M University**

*SOCI 615:* Contemporary Sociological Theory (Spring 2026)

*WGT 601:* Feminist Theory (Spring 2025)

*SOCI/WGST 661*: Sociology of Gender (graduate course, Spring 2023, Fall 2020)

*WGST/SOCI 689*: Sexualities and Genders in Transnational Perspective (graduate course, Spring 2017)

*WGST 200*: Introduction to Women's and Gender Studies (Fall 2018, Spring 2017)

*SOCI/WGST 207*: Introduction to Gender & Society (Spring 2024, 2023, 2020, 2019, 2018, 2016; Fall 2022, 2020, 2016, 2016, 2014)

*SOCI/WGST 316*: Sociology of Gender (Spring 2026, 2025, 2024, 2023, 2020, 2018, 2016; Fall 2024, 2022, 2021, 2020, 2016)

*SOCI 430:* Contemporary Social Theory (Fall 2024)

*SOCI/WGST 485*: Global Gender Justice (Spring 2021, Fall 2022)

**Gender Studies Program, University of Southern California**

Political Economy of Sex Work (graduate course, Spring 2014)
Intimate Lives Intimate Work (Spring 2013)
Gender, Social Inequalities, and Social Justice (Fall 2013, Fall 2012)

**Studies of Women, Gender and Sexuality, Harvard University**

Gender and Sexuality in Contemporary South Asia (Spring 2012)
Political Economy of Sex Work (Fall 2011)
Transnational Feminist Theory (Spring 2011)
Queer Transnational Studies (Spring 2011)
Cultures of Sexuality in Global Perspective (Fall 2010)

## SERVICE: Texas A&M University (2014-present)

### *Sociology Department*

Annual Review Committee (2026-2028)
Graduate Admissions Committee (2023-2025)
Colloquium Committee (2023-2024)
Faculty Awards Committee (2022-2023)

Associate Department Head (2022-2023)
Interim Associate Department Head (Fall 2021)
Transformational Hire Committee (Fall 2022-Spring 2023)
Faculty and Staff Awards Committee (2020-2021); Chair (2022-2023)
Graduate Retention Committee (2020-2021)
Executive Council (2019-2021)
Interim Head Search Committee (2018)
Graduate Student Award Committee (2014-2020)

***Women's and Gender Studies***

Graduate Assessment Committee (2024)
Dissertation Research Award Committee (2021)
Jameson Prize Committee (2020)
Program Review Committee (2015-2018)
Ad-hoc Awards Committee (Fall 2018)

***College Level Service***

Faculty Advisory Board, College of Arts & Sciences, Texas A&M (2023-2026)
Co-chair, Task Force to create LGBTQ minor (2020-2022)
Co-coordinator of the South Asia Working Group, Glasscock Center for the Humanities (2018-2019; 2023-2025)
Co-Director "MeToo and the Transnational Politics of Social Media Feminisms", Glasscock Center for the Humanities (2019-2022)

***University Level Service***

Advisory Board Member, Glasscock Center for the Humanities (2023-2025)
Reviewer, Innovation X Grants (Spring 2022)
College of Liberal Arts strategic planning committee (2021)
Arts & Humanities Fellowship reviewer (2020)

## PROFESSIONAL ACTIVITIES

Council at large member, Sociology for Women in Society, 2024-2025.

Senior Co-Chair, Publications Committee (elected), Sociologist for Women in Society, 2023-2025.

Program Committee Member, Sex & Gender Section, American Sociological Association. 2022-2024.

Session Organizer for American Sociological Association: Session on *Gender: An Intersectional Analysis*, 2023.

Junior Co-Chair, Publications Committee (elected), Sociologist for Women in Society, 2022-2023

Member, Publications Committee (elected), Sociologist for Women in Society, 2022-2023.

Program Committee, Sex & Gender Section, American Sociological Association, 2022-2023.

Session Organizer for Law and Society International Conference: Session on #MeToo and Transnational Gender Justice, 2022.

Chair, Best Graduate Students Paper Award, Sexualities Section, *American Sociological Association*, 2022.

Member, Sexualities Section's Nomination Committee, *American Sociological Association*, 2020-2021.

Council Member (elected), Sexualities Section, *American Sociological Association*, 2021-2023.

Member, Sexualities Early Career Award Committee for Sexualities Section, *American Sociological Association*, 2020-2021.

Chair, Reading List Committee for Sexualities Section, American Sociological Association, 2020.

Session Organizer for *American Sociological Association Annual Meeting* session: Session on Gender, San Francisco. 2020.

Plenary Presider "Methodologies in Sexualities" Sexualities Pre-conference. *American Sociological Association*, Philadelphia. 2018.

Session Organizer for *American Sociological Association Annual Meeting* session: "Transnational Sexualities", Montreal, CA, 2017.

Best Article Award Committee for Sex & Gender Section, *American Sociology Association*, 2015.

Session Organizer for *American Sociological Association Annual Meeting*: "Gender and Sexual Politics: The States of Neoliberalism", San Francisco, CA, 2015.

Session Organizer (with Katie Hassan) for *National Women's Studies Association*: "Technologies of Intimacy," San Jose, Puerto Rico, 2014.

## STUDENT ADVISING AT TAMU

**Current Graduate Student Dissertation Committees:**
American Soto Arzat (Sociology)
Azzurra Crispino (Sociology)
Destiny Hannon (Sociology)
Urnisa Karmakar (English)
Pujarinee Mitra (English)
Omniya Mohamed (Educational Administration & Human Resource Development)
Sirsha Nandi (English)
Stephanie Smith (Sociology)
Charlene Shroulote Duran (Sociology, Co-chair)

**Past Graduate Student Dissertation Committees:**
Sakina Ali (Education, August 2022)
Gisele Cardoso de Lemos (English, 2021)
Ceylan Engin (Sociology, August 2018)
Cheryl Rollman-Tinajero (Sociology, May 2021)

**Masters Student Committees:**
Hazal Hurman (Sociology, August 2019)
Stephanie Smith (Sociology, 2024)

**Undergraduate Student Thesis Advisor**:
Tanvi Deshpande (2022)
Marla Guerra (2022)
Abigail Jablon (2022)

## OCCASIONAL REVIEWER FOR THE FOLLOWING JOURNALS & UNIVERSITY PRESSES

American Sociological Review 2015
Contemporary Sociology 2016
Feminist Formations 2020
Gender & Society 2009 2010 2011 2013 2019 2023 (2) 2024 2025 (3) 2026
Sexualities 2015
Signs 2026
Sociological Focus 2014
Sociological Theory 2024
Stanford University Press 2020
Rutgers University Press 2021
Cambridge University Press 2021
Oxford University Press 2024
University of California Press 2025

# Exhibit B

**Subject:** Re: PS
**Date:** Saturday, January 31, 2026 at 8:18:39 AM Central Standard Time
**From:** Lakkimsetti, Chaitanya
**To:** Glanville, Jennifer

Jennifer,

Thank you for clarifying. It was confusing because they said we got exception and then pointed to Ann Fausto-Sterling. We can provide a justification if they make us go through this next time.

Hope you can have a calm weekend,

Best,
Chaitanya

---

**From:** Glanville, Jennifer <jglanville@tamu.edu>
**Date:** Saturday, January 31, 2026 at 7:19 AM
**To:** Lakkimsetti, Chaitanya <clakkimsetti@tamu.edu>
**Subject:** RE: PS

Chaitanya-your class is fine as is this semester. That is what the official email that I sent you says.

Sorry for not being clear. For future semesters if this same process is what we have to deal with, we might have to do some justification of that article.

Jennifer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jennifer Glanville
Professor and Department Head
Department of Sociology
College of Arts & Sciences l Texas A&M University

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

**From:** Lakkimsetti, Chaitanya <clakkimsetti@tamu.edu>
**Sent:** Friday, January 30, 2026 8:55 PM
**To:** Glanville, Jennifer <jglanville@tamu.edu>
**Subject:** Re: PS

Jennifer,

Just to clarify, I am not given an exception but am being censored for teaching Ann Fausto-Sterling? I am supposed to teach Ann Fausto Sterling this Tuesday., could you let me know what i am supposed to do?

Ann Fausto-sterling is important because social construction of gender makes a distinction between sex, sex category, and gender and students should understand the difference between all three. Is the President's office asking me tell students that intersex students don't exist?

Thank you,
Chaitanya

**From:** Glanville, Jennifer <jglanville@tamu.edu>
**Date:** Friday, January 30, 2026 at 3:51 PM
**To:** Lakkimsetti, Chaitanya <clakkimsetti@tamu.edu>
**Subject:** PS

Chaitanya-just head's up that I guess some concern from the President or the provost-level committee was expressed about the Fausto-Sterling article. This was communicated to me verbally, so I don't have it in writing, and I also do not know why because the course was approved. But I wanted to let you know this because, assuming that we have to continue asking for the approvals every time we teach it, that we might want our justification to explicitly include why that article needs to be used.

Jennifer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jennifer Glanville
Professor and Department Head
Department of Sociology
College of Arts & Sciences l Texas A&M University

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Exhibit C

**Subject:** RE: instructions for course exceptions, due 3/17
**Date:** Wednesday, March 4, 2026 at 8:31:45 PM Central Standard Time
**From:** Glanville, Jennifer
**To:** Lakkimsetti, Chaitanya, Wolf, Joan B, Santana, Emilce
**CC:** Woods, Timothy S

Hi Chaitanya,

I thought I'd mentioned the process for fall was going to include indicating what specific readings create the need for the exception and how they are justified, etc. at our meeting on Feb 25th when I gave an overview of the process for syllabi review that had just been unveiled. My apologies if I did not. At any rate, this is the process that the Provost's office has come up for this time around. I pasted the passage you are asking about verbatim from the new form that was created by the Provost's office, a form that we are required to submit for each of the exception requests. I am certainly aware that heterosexuality is a sexual orientation, etc. I understand that this is extremely frustrating. I am probably just as frustrated as you are.

We have discussed in multiple faculty meetings, and I have stated in earlier emails that I have sent about 08.01, that **central admin** interprets gender identity as having to do with nonbinary/trans identity, and for the prohibition on teaching about sexual orientation, they interpret that to be material that is about people who are not heterosexual. Again, this is not me, it is BoR/central admin. And this is not my review. It will be going to the President and Provost for a decision.

In the case of 316, we know from the last exception request that we will need to justify the Fausto-Sterling article. I think that we can articulate strong justification for that and any other material related to non-binary identity and/or sexual orientation other than heterosexuality and will hopefully get approval for the exception.

I'm happy to further discuss as needed, but let's please keep in mind that we are not dealing with my definitions or rules.

Best,

Jennifer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Jennifer Glanville
Professor and Department Head
Department of Sociology
College of Arts & Sciences I Texas A&M University
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

**From:** Lakkimsetti, Chaitanya <clakkimsetti@tamu.edu>
**Sent:** Wednesday, March 4, 2026 9:18 AM
**To:** Glanville, Jennifer <jglanville@tamu.edu>; Wolf, Joan B <wolfj@tamu.edu>; Santana, Emilce <santana@tamu.edu>
**Cc:** Woods, Timothy S <twoods@tamu.edu>
**Subject:** Re: instructions for course exceptions, due 3/17

Jennifer,

Thank you so much for sending the template, I acknowledge the receipt of your email. However, I am not clear about the following requirements:

Based on System Policy, which of the following topics are included in the course (please select all that apply): race Ideology, gender ideology, sexual orientation and gender identity.
• For each of these topics: Where is it addressed in the schedule of topics? Which week(s)?
o Which readings, assignments, activities, if any, are related to race ideology, gender ideology, sexual orientation, and/or gender identity?
o What is the educational necessity of including the identified course content and materials?

I am seeking clarification as to whether the questions you asked us to answer are related to a new review requirements for the Fall 2026 semester, we were not required to provide this information for the exemption process for the Spring 2026 semester?

I would like to underscore that I don't teach gender or race ideology as defined by the system policy and there is no definition of gender identity and sexual orientation that is provided. Academic definitions of sexual orientation also include heterosexuality, and cisgender as a gender identity.

Could you please clarify what you mean by gender identity and sexual orientation for the purposes of this review.

Thank you very much for your time and consideration,

Best,
Chaitanya

---

**From:** Glanville, Jennifer <jglanville@tamu.edu>
**Date:** Wednesday, March 4, 2026 at 9:51 AM
**To:** Wolf, Joan B <wolfj@tamu.edu>, Lakkimsetti, Chaitanya <clakkimsetti@tamu.edu>, Santana, Emilce <santana@tamu.edu>
**Cc:** Woods, Timothy S <twoods@tamu.edu>
**Subject:** instructions for course exceptions, due 3/17

Hi everyone,

I believe we will need to submit an exception request for one (or both) of your courses: 315, 316, 317, and 489.

Simple Syllabus is not available until 3/16, and ultimately, Fall 2026 syllabi will have to be in Simple Syllabus. You can create word document for your syllabus using the template I've attached, or you can get me the Simple Syllabus version by however late you want on Tuesday, 3/17 so that I'll have it by the time I start working the morning of 3/18.

It would be a very good idea to add disclaimer language in syllabus that clearly states something about how students do not need to hold any specific beliefs to do well in the course.

In addition to your syllabus, I am going to need the following information for the form I need to submit. I expect that we might need to do some back and forth on putting forth the most persuasive

(to the audience we must convince) justification we can.

Based on System Policy, which of the following topics are included in the course (please select all that apply): race Ideology, gender ideology, sexual orientation and gender identity.
• For each of these topics: o Where is it addressed in the schedule of topics? Which week(s)?
o Which readings, assignments, activities, if any, are related to race ideology, gender ideology, sexual orientation, and/or gender identity?
o What is the educational necessity of including the identified course content and materials?

We are all very busy and emails get lost easily. If you could please reply to me saying that you got the email so that I know you know the deadline and what I need from you, that would be very helpful.

Thanks,

Jennifer
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Jennifer Glanville
Professor and Department Head
Department of Sociology
College of Arts & Sciences l Texas A&M University
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Exhibit D

1) **Which of the following topics are included in the course race Ideology, gender ideology, sexual orientation and gender identity.**

My course doesn't include race ideology, and gender ideology as defined in system policy 08.01. It includes sexual orientation and gender identity.

2) **For each of these topics: Where is it addressed in the schedule of topics? Which week(s)?**

Week 8 (October 15): Is a research article on how siblings of transgender youth resist cisnormativity. This reading is more about cisnormativity than transgender identity.

Week 11 (November 5): Is about Latina Lesbians and how they navigate migration.

3) **Which readings, assignments, activities, if any, are related to race ideology, gender ideology, sexual orientation, and/or gender identity?**

None of the readings, assignments or activates are about race ideology or gender ideology. The quizzes contain material that cover **weeks 8 & 11**. Students need to understand the main arguments of the above-mentioned readings. They will not be tested in their beliefs.

o What is the educational necessity of including the identified course content and materials?

A significant number of A&M sociology majors go onto careers in nursing, medicine, social work, and marriage and family therapy/counseling. An understanding of the complex ways in which people think about and experience gender identity and sexuality is central to our students' future success in gaining admission to graduate programs and career success in those fields. For example, the Association for Social Work Boards examination includes questions on LGBTQ+ cultural competency, health disparities, trauma, and inclusive practice. The exam to become a licensed marital and family counselor, administrated by the Association of Marital and Family Therapy Regulatory Boards (AAMFTRB), covers diversity considerations including gender identity and sexual orientation. Some of our top undergraduate majors are admitted to nursing and medical school programs and pre-med students regularly enroll in sociology courses, including SOCI 316, in order to prepare for medical school and the admissions test. The Medical College Admissions Test (MCAT) includes a sociology/psychology section that tests gender identity concepts focusing on issues like self-concept, identity formation, social construction of gender, gender roles, and theories like gender schemas/scripts. In addition, MCAT also contains questions around chromosomes and individual sex characteristics. Students understanding of sex categories and how medical institutions approach intersex conditions is important for the purposes of their future training as medical students. For In sum, the teaching of ideas and concepts related to gender identity and sexuality in this course have a definite and necessary educational purpose in preparing our students for careers in these and other

fields. Without this exposure and knowledge, A&M students may find themselves at a significant disadvantage in gaining admission to professional schools and licensing board exams across many careers central to our discipline.

Note: C.J Pascoe's work is about hegemonic masculinity not gender identity or sexual orientation

Week 4 : Fausto-Sterling and Kessler's readings on intersex are about sex category not sexual or gender identity.