**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**DECLARATION OF VANITA REDDY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Vanita Reddy, declare as follows:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge. I am a Plaintiff in the above-captioned matter. I am suing on behalf of myself and as a member of American Association of University Professors (AAUP).

2. I began working at Texas A&M University in 2009 as an assistant professor of English. In 2013-2014, I was a postdoctoral fellow at Indiana University. Other than that one year, I have worked as a professor at Texas A&M since 2009. I received tenure in September 2016. I am now a tenured associate professor in the English Department and core faculty in the Women's and Gender Studies program. My research focuses on the intersections of race, gender, and sexuality in diasporic and transnational contexts. I have taught classes on multiethnic literature, Asian American literature and culture, literary theory, LGBTQ+ literature, gender theory, and feminist theory, among others. I have received several fellowships, grants, and honors, including two Arts and Humanities fellowships. A true and correct copy of my recent CV is attached as Exhibit A.

3. I have been a member of the AAUP since Fall 2025.

4. I was on Faculty Development Leave for the Fall 2025- Spring 2026 school year, but during that time, I attempted to stay up to date with University policy changes, communications, and other incidents.

5. The Board introduced System Policy 08.01 in November 2025 and revised it in December 2025. It is my understanding that the Policy prohibits certain topics from being taught or discussed at Texas A&M, despite those topics having been taught here for decades. Indeed, I have taught my classes many times, and never before the enactment of this Policy have I feared or experienced censorship.

6. The University also announced that, going forward, all syllabi must face mandatory review before the start of each semester. Prior to this, there was no formal syllabus review process prior to the start of term for classes in the English Department. The only reviews I was aware of

before the inception of the Policy were the informal, end-of-year reviews conducted by the English Department's Evaluation Advisory Committee (EAC). These reviews are for advisory purposes only—to make recommendations for the following year and, unlike the Policy's reviews, which can extend to the Provost or President, the EAC's reviews take place only at the Department level.

7. While I was on leave, I was informed that I was scheduled to teach the undergraduate course Lesbian, Gay, Bisexual, Transgender and Queer ("LGBTQ") Literatures (ENGL/WGST 333) in the Fall 2026 Semester.

8. Over my years of teaching, I have developed syllabi and course plans for my section of LGBTQ Literatures, which I have taught numerous times with no issues or complaints.

9. On January 30, 2026, University Provost Alan Sams announced that the University would be ending the Women's and Gender Studies (WGST) curricular programs "as part of the broader implementation of the recently updated System policy." A true and correct copy of this communication is attached as Exhibit B. Many of the classes I teach are cross-listed between English and WGST, and this change is likely to decrease enrollment in my classes because the classes will be less visible to students.

10. I was told that because I was on Faculty Development Leave, I had until August 5, 2026, to submit my syllabi for review under the new process, while the rest of my colleagues who were not on leave had a deadline in March 2026.

11. In March 2026, I received English Department published guidance on the Policy entitled "Department of English Understanding of Course Content Eligibility under TAMU System Policy 08.01's Phrase 'Topics Related to Sexual Orientation or Gender Identity.'" The departmental clarification explicitly declares that the phrase "topics related to sexual orientation

or gender identity," "will not be applied to heteronormative orientation and identity." Instead, the guidance clarifies that the Policy refers to and prohibits exclusively discussion of LGBTQ+ or nonnormative genders and sexualities—meaning "gender identity" refers exclusively to those who are not cisgender and "sexual orientation" refers exclusively to those who are not straight. This guidance made explicit what I had understood to be the common interpretation of the Censorship Policy—that its prohibition on "gender ideology," "sexual orientation" and "gender identity" was designed to exclusively target discussion of LGBTQ+ or nonnormative gender identities and sexualities, even if those words do not actually appear in the Censorship Policy itself. A true and correct copy of this guidance is attached as Exhibit C.

12. In March, while I was on still on Leave, my Associate Department Head asked me to assist a colleague—Landon Sadler—in crafting an exception request for Landon's section of LGBTQ Literatures. While we were both scheduled to teach that class in Fall 2026, each of our individual sections would have different syllabi, but I assisted him in crafting his exception request as a professional courtesy. The Interim English Department Head had concluded that the exception request was required because LGBTQ Literatures necessarily involved teaching topics related to gender identity and sexual orientation, specifically LGBTQ+ authors and identities.

13. I was under the impression that I would have my own, equal opportunity to submit an exception request for my section of LGBTQ Literatures by the August deadline given to me while on leave. But when Professor Sadler submitted the request for his section of the course, the request was denied and both sections of the course, including mine, were canceled. I was surprised by this because the deadline for my LGBTQ Literatures syllabus review and exception request had not passed.

14. Associate Dean Cynthia Werner at the College of Arts and Sciences informed me via email that my class was canceled by the Provost because the exception was "[n]ot required or adequately justified given the high preponderance of non-compliant material," which Werner took to mean that "there was a perception by others . . . that there was insufficient justification for the educational purpose of offering the course." But I was never informed what the exact standards were for obtaining an exception and the official reason as to why this course could not qualify. A true and correct copy of my email correspondence with Dean Werner is attached as Exhibit D.

15. I have taught LGBTQ Literatures 11 times in the past without incident. I consider this an important course because it is one of the only English courses (there is only one other which has ever been taught) that explicitly centers on LGBTQ literary content; it is one of the few upper-division English courses that often attracts more non-majors than majors to the course from all over the university; it frequently has a waiting list of students; it is considered a valid and important field of study in English academia; and because it closely relates to my academic and research interests in both literature and gender studies. Because of this, I wish to continue teaching LGBTQ Literatures in the future, but as long as the Censorship Policy is in place, I do not believe I will be permitted to teach the class, regardless of what I propose for a syllabus or how I intend to teach the materials, because the class necessarily involves LGBTQ+ topics and discussions.

16. LGBTQ Literatures was canceled under the Censorship Policy, but to my knowledge, the Women Writers (ENGL 374) and Studies in Women Writers (ENGL 474) courses have not been canceled or modified. Even though each of these courses emphasize authors with certain gender identities—queer and transgender people in LGBTQ Literatures and women in Women Writers and Studies in Women Writers—only one was censored. This indicates to me that the Policy targets only non-normative gender identities.

17. As a replacement for LGBTQ Literatures, the English Department assigned me to teach American Ethnic Literature (ENGL 338), which studies the writings of Black Americans, American Indians, Jewish Americans, Latino/as and other ethnic groups. I submitted my syllabus for review and my class will be moving forward as scheduled. My syllabus is attached as Exhibit E.

18. I do not understand what the Censorship Policy prohibits and allows. With regard to its prohibition on "race ideology," I am not sure what it means to "advocate" "race ideology." Based on the definition and what I have seen of the Policy's implementation, this prohibition appears to be an attempt to implement standards based on subjective, feelings-based concepts such as "guilt" and "shame," even if it requires the censorship of otherwise relevant curriculum. I fear this prohibition will impact my ability to teach American Ethnic Literature, which necessarily includes topics of race. The Policy is so vague and arbitrary that I fear that some of my required readings about Jim Crow, settler colonialism, and exclusionary immigration law could be targeted for censorship. These readings highlight the existence and harms of white supremacy and historical social hierarchies, which could lead to me or my class being characterized as "advocating . . . race ideology" by "accus[ing certain people] of being oppressors in a racial hierarchy" or of making certain people feel guilty. I fear this accusation could be made either by an administrator or by a student reporting me through the special-made portal. I do not wish to modify or cut any of my planned readings, as they are essential to convey the core concepts of the class, which necessarily revolve around discussions of race. For instance, in early twentieth-century writer Zitkala Sa's *American Indian Stories* (1921), Sa writes about the devastation of native communities by settler colonial policies and practices. Similarly, in teaching Toni Morrison's acclaimed novel *The Bluest Eye* (1970), it is impossible not to teach about separate-

but-equal (Jim Crow) laws as context for fully comprehending and critically analyzing Morrison's portrayal of internalized racism and colorism among Black men, women, and girls.

19. I also do not know what it means to "advocate" "gender ideology" or to teach topics related to sexual orientation or gender identity. My understanding is that the Policy is being implemented by the University to censor and prohibit discussion of LGBTQ+ or nonnormative gender identities and sexualities specifically. This is demonstrated by the English Department's guidance and the fact that the University cancelled LGBTQ Literatures and the entire WGST program on the basis that they violated the Policy. While the text of the Policy itself does not single out LGBTQ+ or nonnormative gender identities and sexualities, my perception of its implementation is that this Policy is an ideological project that targets only disfavored viewpoints—for example, discussions of heterosexuality are acceptable but discussions of homosexuality are not.

20. Further, the definitions of gender and race ideology are vague, arbitrary, and impossible for me to implement because of their reliance on the subjective feelings of other people. The Policy's definition of race ideology relies on concepts such as "guilt" and "shame," while its gender ideology definition relies on personal conceptions of "value." There is no way for me to anticipate in advance when a lesson might cause any student to feel guilt, shame, or that their ideas or identities are less valuable.

21. This vagueness has caused me to self-censor one of my classes for fear that I would violate the policy and that my class would be canceled. Specifically, in American Ethnic Literature, I removed a play from my syllabus called *Giving Up the Ghost* by Cherríe Moraga. This play details a lesbian love story and explores Chicana and Mexican-American identities. Because the play deals with LGBTQ+ identities as part of its representation of racial issues, I thought it was

likely that an administrator would find that it violated the Policy, so I pre-emptively removed it from my syllabus in an attempt to get the class approved.

22. Informal guidance from the College of Arts and Sciences further exacerbated my difficulty understanding and complying with the Policy. I learned from public reporting that, when asked about whether novels that contain LGBTQ+ characters can be taught in the English Department, Associate Dean Werner stated that if a novel contains a queer character but is not being used to cover topics related to sexual orientation, then "I personally think it is okay to keep the book in the course." When asked about how to respond to student questions about gender that will arise organically in the classroom, Associate Dean Werner replied that instructors must consider the "topic prior to the question, existence of course exception approval, how the question is framed (including the tone)" before answering. A true and correct copy of this public reporting is attached as Exhibit F. This guidance demonstrates the arbitrariness of the Policy—I must somehow make instantaneous "personal" judgments about vague concepts like "tone" in an attempt to comply with the Policy. I do not know how to do so.

23. This informal guidance also compounded my confusion as to what was considered a "topic related to sexual orientation or gender identity" under the Policy. The Policy is completely silent as to what constitutes "a topic." I am unsure of what threshold of content is required to reach the level of a topic – a stray mention? One character in a reading? One reading out of many? According to the guidance from Associate Dean Werner, one LGBTQ+ character in one reading may not constitute a "topic," but even that requires a "personal" judgment call, using parameters that are totally unclear to me.

24. The Policy, its associated guidance, and its implementation discriminate against my professional, academic viewpoints, informed by my academic training and expertise. They

essentially prohibit the discussion of LGBTQ+ or nonnormative gender identities and sexualities, but not straight and cisgender ones, which discriminates against the foundational viewpoint of the discipline of women's and gender studies. Namely, the result of the Policy is an assertion that sex differences are inherent in our "natural order," which must be restored, and that the viewpoint of women's and gender studies scholars, like myself, that our sex assigned at birth does not determine our gender, sexual orientation, or general place in the social hierarchy, must be censored. Further, while this is my professional viewpoint of sex and gender, and one which I would ordinarily convey in my teaching, it is never a viewpoint that I would have required my students to hold to succeed in my classes or for any other reason.

25. I intend to continue teaching at Texas A&M and wish to provide the best possible educational environment for my students. Because I do not understand how to comply with the Policy, I do not know how to plan my courses moving forward. The Policy interferes with my right to speak freely in the classroom because I am not sure what the policy prohibits.

26. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2026.

Vanita Reddy

Dr. Vanita Reddy

# Exhibit A

**Vanita Reddy**
**Curriculum Vitae**
**Department of English**
**Texas A&M University**
**399 Spence St.**
**4227 TAMU**
**Phone: 979-862-1411**
**vdreddy@tamu.edu**

## EDUCATION

| | |
|---|---|
| 2009 | Ph.D., English, University of California, Davis; Designated Emphases in Critical Theory and Feminist Theory and Research |
| 2002 | M.A., English, University of California, Davis |
| 1998 | B.A., English and Communication, Trinity University |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2016-Present | Associate Professor, English, Texas A&M University (TAMU) |
| 2009-2016 | Assistant Professor, English, TAMU |
| 2013-2014 | Postdoctoral Fellow, Department of Gender Studies, Indiana University, Bloomington |
| 2009-2021 | Faculty Affiliate, Women's and Gender Studies |
| 2021-Present | Core Faculty, Women's and Gender Studies, TAMU |
| 2011-Present | Affiliated Faculty, Race and Ethnic Studies Institute, TAMU |

## PUBLICATIONS: PEER REVIEWED

### BOOKS

*MeToo and the Politics of Transnational Feminism: An Anthology*, New York: NYU Press, 2025 (co-edited with Chaitanya Lakkimsetti).

*Fashioning Diaspora: Beauty, Femininity, and South Asian American Culture*. Philadelphia: Temple UP, 2016.

### ARTICLES

| | |
|---|---|
| 2024 | "Afro-Asian Femme Aesthetics in Anti-Colorism Campaigns" *Verge: Studies in Global Asias*. Vol. 10, Issue 1: 25-51. |
| 2021 | "MeToo and the Transnational Gender Justice: An Introduction" (with Chaitanya Lakkimsetti), *Feminist Formations*. vol. 33, no.3, 2021, pp. 224-238. |
| 2020 | "Femme Migritude: Shailja Patel's Afro-Asian Poetics" *the minnesota review*, vol. 94, 2020, pp. 67-84. (lead scholarly article; special issue on Migritude) |
| 2018 | "Introduction: Feminist and Queer Afro-Asian Formations," *The Scholar and Feminist Online* (with Anantha Sudhakar), vol. 14, no. 3, 2018. |

2017 "Affect, Aesthetics, and Afro-Asian Studies," *Journal of Asian American Studies*, vol. 20, no. 2, 2017, pp. 289-294.

2015 "Afro-Asian Intimacies and the Politics and Aesthetics of Cross-Racial Struggle in Mira Nair's *Mississippi Masala," Journal of Asian American Studies*, vol. 18, no. 3, 2015, pp. 233-63.

2013 "Beauty and the Limits of Belonging in Bharati Mukherjee's *Jasmine*," *Contemporary Literature*, vol. 54, no. 2, 2013, pp. 337-68.

2011 "Jhumpa Lahiri's Feminist Cosmopolitics and the Transnational Beauty Assemblage," in *Meridians: feminism, race, transnationalism*, vol. 11, no. 2, 2013, pp. 29-59.

## BOOK CHAPTERS

2026 "Fashion Modeling, Risk, and 'Muslim Chic' in Kavita Daswani's *Salaam, Paris"* in *Fashion and Literature*: Cambridge UP, 2026. 207-224.

2025 "Introduction: Routing #MeToo Through Transnational Feminist Thought" (with Chaitanya Lakkimsetti). *MeToo and the Politics of Transnational Feminism: An Anthology*, edited by Chaitanya Lakkimsetti and Vanita Reddy, NYU Press, 2025, pp. 1-22.

2025 "Patriarchal Protectionism, Toxic Masculinity, and #MeToo: A Comparative Feminist Analysis of Gender-Based Violence in India and the United States," (with Chaitanya Lakkimsetti). *MeToo and the Politics of Transnational Feminism: An Anthology*, edited by Chaitanya Lakkimsetti and Vanita Reddy, NYU Press, pp. 25-44.

2021 "Beauty, Colorism, and Anti-Colorism in Transnational India." *Beauty Politics*, edited by Maxine Craig, Routledge, 2021, pp. 94-102.

2021 "Queer South Asian Desire, Blackness, and the Apartheid State." *Queer and Asian 2.0*, edited by Kale Fajardo, Alice Hom, and Martin Manalansan, Temple UP, 2021, pp. 112-122.

2020 "Family Togetherness, Affect Aliens, and the Ugly Feelings of Being Included." *Feminist and Queer Theory Reader*, edited by L. Ayu Saraswati and Barbara Shaw, Oxford UP, 2020, pp. 271-275.

2017 "Diasporic Beauty and Fashionability." *Routledge Handbook of the Indian Diaspora*, edited by Radha Hedge and Ajaya Sahoo, New York and London, Routledge, 2017, pp. 183-199.

## JOURNAL ISSUES (EDITED/CO-EDITED)

2021 Dossier for *Feminist Formations*, "#MeToo and the Transnational Gender Justice," with Chaitanya Lakkimsetti, vol. 33, no. 3, 2021.

2018 Special Issue of *Scholar and Feminist Online* on "Afro-Asian Feminist and Queer Formations," with Anantha Sudhakar. vol. 14, no. 3, 2018.

## PUBLICATIONS: (OTHER)

2023 Invited Book Review for *Journal of African American History*. "*Sounds From the Other Side: Afro-South Asian Collaborations in Black Popular Music.*" vol. 108, no. 2, 2023, pp. 331-332.

2019 "Feminine Vulnerability and Toxic Masculinity: A Comparative Feminist Analysis of #MeToo," *Rejoinder* 4 (Spring 2019) (with Chaitanya Lakkimsetti)

2018 Invited Film Review for *Films for the Feminist Classroom: The Illusionists* (2015), *Beauty Mark* (2008), *and On Beauty* (2015). (1,500 words).

2017 "Remedios: The Uses of Anger," *Asterix: A Journal of Art, Literature, and Criticism*, vol. 30, 2017.

2015 Invited Book Review. "*Seeing Beauty, Sensing Race in Transnational Indonesia*" for *Signs: A Journal of Women, Culture, and Society*, vol. 40, no. 3, 2015, pp. 781-83.

2010 "Come for the Saris, Stay for the Politics." *Migritude*, New York, Kaya Press, 2010, pp. 140-147.

## WORKS-IN-PROGRESS

### ARTICLES

"Visual Economies of Sexual Violence: Law, Community-Based Art and Aesthetic Justice" (with Chaitanya Lakkimsetti; Revise & Resubmit for *Gender & Society*)

"Feminist Exigencies in the Institutional Lives of Authoritarianism" (with Koyel Khan and Chaitanya Lakkimsetti)

### BOOKS

*Visual Economies of Sexual Violence: Law, Community-Based Art, and Social Justice,* (co-authored with Chaitanya Lakkimsetti)

*Global Intimacies* (second monograph on comparative South Asian diasporas)

## FELLOWSHIPS, AWARDS, AND HONORS

2025 – 2028 Arts and Humanities Fellow ($5,000/year for 3 years), *Visual Economies of Sexual Violence*, TAMU, Division of Research

2024 Glasscock Publication Support Grant ($1,000, with Chaitanya Lakkimsetti, for *#MeToo and the Politics of Transnational Feminism: An Anthology* )

2024 STRP Grant, *Aesthetic Justice: Social Change through Feminist Art*, College of Arts and Sciences, TAMU ($10,000, with Chaitanya Lakkimsetti)

2023 English Department One-Time Merit Award

2023 APVA Grant, *Aesthetic Justice: Raising Social Consciousness for Sexual Assault Survivors through Community Art*, TAMU ($7,500, with Chaitanya Lakkimsetti)

2023 Carlos H. Cantu Endowment, "Asian American Popular Culture," College of Liberal Arts and Sciences ($6,000)

2022 CIRTS Travel Award, College of Liberal Arts, TAMU ($1,500)

2021 CRISS Grant, College of Liberal Arts, TAMU ($1,500)
2020 Glasscock Undergraduate Summer Seminar stipend ($5,000)
2019-22 Glasscock Three-Year Seminar Grant, "#MeToo and the Transnational Politics of Social Media Feminism" ($3,000/year for 3 years)
2018-21 Arts and Humanities Fellow ($5,000/year for 3 years/extended through 2022 due to COVID restrictions on travel), *Global Intimacies*, Division of Research
2018 Glasscock Internal Faculty Fellow ($1,000+ one course teaching release)
2016 Collaborative Grant, Lead Author, Glasscock Center for the Humanities, Fall 2016, $1,500 (with Chaitanya Lakkimsetti, Sociology, and Jyotsna Vaid, Psychology)
2016 Aggie Allies Rainbow Award for Accountability, Climate, and Equity (ACE) Department of Multicultural Services
2016 Department Scholarly and Creative Activity, Department of English, TAMU, $1,256, Spring/Summer 2016
2016 Undergraduate Professional and Research Experience Project (UPREP), Department of English, TAMU
2015-17 TAMU ADVANCE Scholar, Dean of Faculties Office
2015 Summer Graduate Research Assistant, Department of English, $650.
2015 Publication Support Grant, Glasscock Center for the Humanities, Spring 2015, $1000
2015 Undergraduate Professional and Research Experience Project (UPREP), Department of English, TAMU, Spring 2015, $750.
2012 Undergraduate Professional and Research Experience Project (UPREP), Department of English, TAMU, Fall 2012, $750.
2011 East of California/Penn State University Faculty Development Workshop Grant
2011 Program to Enhance Scholarly and Creative Activities Grant, TAMU Division of Research, 2011-2012 academic year, $9998.08.

## OFF-CAMPUS INVITED TALKS/PRESENTATIONS (SELECTED)

2026 Invited speaker for book publication, *#MeToo and the Politics of Transnational Feminism*, SUNY Albany, Department of Women's, Gender and Sexuality Studies
2026 Invited speaker for book publication, *#MeToo and the Politics of Transnational Feminism*, NYU Center for the Study of Gender and Sexuality
2023 Invited Panelist (via Zoom) "Feminist and Queer Afro-South Asian Formations," for "Perspectives on Black/South Asian Solidarity: An Interdisciplinary Roundtable" (South Asian Literary Association Conference, April 1, 2023)
2021 Invited Speaker (via Zoom), UC Riverside, Department of Dance, Book Launch of Anusha Kedhar's *Flexible Bodies* (Oxford UP)
2017 Invited Speaker for "Fatal Love: Where Are We Now?" Art Exhibition on South Asian Visual Art, Queens Museum (New York City, June 30-July 2, 2017)
2016 "Fashioning Diaspora," NYU, Asian/Pacific/American Institute (Book talk)
2016 "Feminist and Queer Afro-Asian Formations," University of Maryland, Department of Women's Studies
2016 "Beauty's Attachments," Ohio State University, Asian American Studies Program and Sexuality Studies Program, Columbus, OH, April 2016.
2015 "Salaam E Ishq," Panel Discussant for "Mighty Real: The Politics of Queer Nightlife," University of Texas at Austin, Department of Women's and Gender Studies

2014 "Proximate Histories: Shailja Patel's Afro-Asian Poetics," Paper for Invited Panel for Ethnic Studies Committee of American Studies Association, Los Angeles, CA

2014 "Refashioning Indo-Chic: Bindis, Turbans, Porn," IU, Bloomington, Gender Studies Research Colloquium

2013 "Beyond Indo-Chic," Process/Practice/Portfolio, South Asian Women's Creative Collective (SAWCC) Seminar on South Asian Visual Artists and Academics, New York University, Asian/Pacific American Institute.

## CONFERENCE PANELS CHAIRED OR ORGANIZED (SELECTED)

2022 #MeToo and the Transnational Politics of Social Media Feminism," Law and Society Conference, Lisbon, Portugal

2019 #MeToo and the Transnational Politics of Social Media Feminism," National Women's Studies Association Conference, San Francisco, CA

2019 "Marriage and Family," Asian American Studies Association, Madison, WI

2018 "Queer and Feminist Afro-Asian Formations," National Women's Studies Association, Atlanta, GA

2018 "Queer and Feminist Afro-Asian Formations," American Studies Association, Atlanta, GA

2018 "Queer and Feminist Afro-Asian Formations," Asian American Studies Association, San Francisco, CA

2017 "New Directions in Queer and Feminist South Asian Diasporic Critiques," Asian American Studies Association, Portland, OR (chaired panel virtually).

2016 "Decolonizing Beauty and Fashion: A Roundtable Discussion," National Women's Studies Association Conference, Montreal, Quebec.

2016 "Neoliberalism's Genres: Feminized and Popular Forms in Asian American Literature" Asian American Studies Association, Miami, FL.

2015 "Sartorial Borders," Asian American Studies Association, Evanston, IL.

## CONFERENCE PAPERS PRESENTED (SELECTED)

2024 "Routing #MeToo through Transnational Feminist Thought," Sociologists for Women in Society, Albuquerque, NM.

2023 "An Aesthetics of Cross-Racial Intimacy in Desh Pardesh: Blackness, Indigeneity and South Asian Racialization," American Studies Association, Montreal, Quebec.

2022 #MeToo and the Transnational Politics of Social Media Feminism," Law and Society Conference, Lisbon, Portugal.

2022 "Remembering Anantha Sudhakar, Panelist, Asian American Studies Association Conference Denver, CO.

2022 "Beauty Worlds," Asian American Studies Association Conference, Invited Panel Discussant, Denver, CO.

2019 "Feminine Vulnerability and Toxic Masculinity: A Comparative Feminist Analysis of #MeToo in India and the US" (with Chaitanya Lakkimsetti), National Women's Studies Association, San Francisco, CA.

2019 "South Asian Queer Desire, Blackness, and the Apartheid State," American Studies Association, Honolulu, HI.

2018 "New Regimes of Visibility: South Asian Diasporic Visual and Performance Cultures," Asian American Studies Association, San Francisco, CA.

2017 "Affect, Intersectionality, and the Women's March on Washington," for panel "This is What Democracy Looks Like? Critiques of Intersectionality at the Women's March on Washington," Panelist, National Women's Studies Association, Baltimore, Maryland.

2017 "Asian American Studies in the Age of Black Lives Matter," Invited Panelist, Asian American Studies Association, Portland, OR (virtual paper presentation)

2016 "Beauty, Biopolitics, and (Cruel) Optimism: (Re)Assembling Beauty's Neoliberal Attachments in a Globalizing India," National Women's Studies Association, Montreal, Quebec.

2016 "Fashion's Labor Economies, Citizenship, and South Asian American Chick Lit," Asian American Studies Association, Miami, FL.

**OTHER**

2020 Interviewed by *New Books Network* for podcast on *Fashioning Diaspora*

## PROFESSIONAL DEVELOPMENT

2011 Completion of semester-long Faculty Teaching Academy, Center for Teaching Excellence, TAMU.

## TEACHING AND RESEARCH FIELDS

South Asian Diasporic Literature and Culture
Asian American Literature and Culture
20th and 21st Century U.S. Multi-Ethnic and Postcolonial Literatures
Transnational Feminisms and Queer Theory
Comparative Race and Ethnic Studies

## COURSES TAUGHT

### TAMU

ENGL 665: Afro-Asian Intimacies
ENGL 695: Publication and Professionalization
ENGL 645: Topics in Transnational Literature and Culture: Race, Citizenship, and Globalization in Cultures of Fashion and Beauty
Glasscock Center Undergraduate Summer Scholars Program, "MeToo and the Transnational Politics of Social Media Feminism" (two-week intensive seminar, Summer 2020)
ENGL/WGST 680 Theories of Gender (graduate course)
ENGL673/WGST 698 Global Intimacies (graduate course)
ENGL 683 Queer of Color Critiques (graduate course)
ENGL/WGST 474 Studies in Women Writers: Asian American Women's Writing
ENGL 489/WGST 401: Feminist Theory
ENGL 401: Contemporary Literary Theory
ENGL 308 History of Literary Criticism
ENGL 338 American Ethnic Literature

ENGL/WGST 333 Gay and Lesbian Literature
ENGL 228 Post-Civil War US Literature to the Present
ENGL 481 Senior Seminar: Race, Sex, Empire
ENGL 219: Literature and the Other Arts
ENGL 685: Directed Readings: Theories and Economies of Affect
ENGL 685 Graduate Seminar: Transnational Asian American Cultural Production
ENGL 481 Senior Seminar: Queer of Color Literatures and Critiques
ENGL 352 20th Century Literature, Post-WWII
ENGL 485 Directed Readings: The Postcolonial and the Postmodern

## INDIANA UNIVERSITY

G215: Sex and Gender in Cross-Cultural Perspective
G102: Sexual Politics

## GRADUATE STUDENT SERVICE: M.A. & PHD COMMITTEES

### IN-PROGRESS

2024 Committee Member, Juliet Letteney (PhD, Communication and Journalism, TAMU)
2024 Committee Member, Anum Ahmed (PhD, Communication and Journalism, TAMU)
2024 Committee Chair, Sohee Kim (PhD, English, TAMU)
2024 Committee Chair, Urnisa Karmakar (PhD, English, TAMU)
2023 Committee Chair, Akshara Dafre (PhD, English, TAMU)
2023 Committee Chair, Pujarinee Mitra (PhD, English, TAMU)
2022 Committee Chair, Soyeon Kim (PhD, English, TAMU)
2022 Committee Member, Macy Dunklin (PhD, Communication, TAMU)
2022 Committee Member, Sirsha Nandi (PhD, English, TAMU)
2021 Committee Member, Davis Winchester (PhD, English, TAMU)
2020 Committee Member, Katie Rowe (PhD, Sociology, TAMU)
2019 Committee Chair, Zhuwen Zhang (PhD, English, TAMU)
2017 Committee Member, Desirae Embree (PhD, English, TAMU)

### COMPLETED

2019-24 Committee Chair, Seon-Myung Yoo (PhD, English, TAMU)
2020-24 Committee Member, Janet Cho (PhD, English, TAMU)
2017-24 Committee Member, Kyung Lyn Bae (PhD, English, TAMU)
2021-23 Committee Member, Paige Jennings (PhD, Communication, TAMU)
2013-23 Committee Chair (substituting for Shona Jackson), Alma Villanueva (PhD, English, TAMU)
2020-23 Committee Member, Hyunjoo Yu (PhD, English, TAMU)
2018-22 Committee Chair, Landon Sadler (PhD, English, TAMU)
2017-21 Committee Member, Seul Lee (PhD, English, TAMU)
2017-19 Committee Member, Caitlin Miles (PhD, Communication, TAMU)
2015-20 Committee Member, Gisele Cardoso De Lemos (PhD, English, TAMU)
2015-16 Committee Member, Jeonjin Lee (MA Performance Studies, TAMU)
2014-20 Committee Member, Dhrubaa Mukherjee (PhD, English, TAMU)

2011-13 Committee Member, Garrett Nichols (PhD, English, TAMU)
2012-13 Committee Member, Dhrubaa Mukherjee (MA, English, TAMU)

**PROFESSIONAL SERVICE**

2023 Tenure Reviewer, University of Toronto, Women and Gender Studies
2023 Manuscript Reviewer (third review), Duke University Press
2023 Program Committee Member, Asian American Studies Association
2023 First Year Review Committee, Department of English, Graduate Studies, TAMU
2022 Contributor to SAADA's (South Asian American Digital Archive) *South Asian America in the Classroom: Lesson plans for college-level educators* (2023)
2022 Journal Peer Reviewer, *Genre: Forms of Discourse and Culture* (Duke UP)
2022 Manuscript Reviewer (second review), Duke University Press
2022-23 Program Committee Member, Asian American Studies Association
2021-22 Committee Member, Asian American Studies Association Prose Book Award
2021 Journal Peer Reviewer, *Journal of Asian American Studies* (Johns Hopkins UP)
2021 Journal Peer Reviewer, *meridians: feminism, race, transnationalism* (Duke UP)
2021 Invited Manuscript Reviewer for Assistant Professor book manuscript in progress (ms under review at Duke UP) University of Toronto; Three-Day Book Manuscript Workshop
2021 Journal Peer Reviewer, *Porn Studies* (Routledge)
2020 Tenure Reviewer, UCSB, Department of English
2020 Letter Writer, Solicited by Stanford University Department of English for external faculty appointment to Professor of English
2020 Journal Peer Reviewer, *Ethnicities* (SAGE)
2020 Journal Peer Reviewer (first and second review), *Journal of Asian American Studies*
2020 Journal Peer Reviewer for Special Issue *of Journal of Asian American Studies*, "WeToo: A reader"
2020 Journal Peer Reviewer, *Journal of Postcolonial Writing*
2020 Journal Peer Reviewer*, Social Identities*
2020 Manuscript Reviewer, Routledge
2020 Manuscript Reviewer, Duke University Press
2019 Manuscript Reviewer, University of Michigan Press
2019 Journal Peer Reviewer, *South Asian Review* (Routledge)
2019-present Advisory Editor, *Genre: Forms of Discourse and Culture* (Duke UP)
2019 Invited Reviewer for National Endowment for the Humanities (NEH) Fellowships (review cycle May 2019-June 2019)
2019 Journal Peer Reviewer, *MELUS: Multiethnic Literatures of the United States* (Oxford UP)
2018 Session Reviewer for National Women's Studies Association Conference (NWSA)
2018 Manuscript Reviewer (second review), New York University Press
2017-21 Editorial Board Member, *Journal of Asian American Studies* (Johns Hopkins UP)
2017 Manuscript Reviewer, New York University Press
2017 Journal Peer Reviewer, *Journal of Asian American Studies* (Johns Hopkins UP)
2016 Journal Peer Reviewer, *Journal of Asian American Studies* (Johns Hopkins UP)
2016 Journal Peer Reviewer, *Genre: Forms of Discourse and Culture* (Duke UP)
2016 Journal Peer Reviewer, *Feminist Formations* (appointed permanent reviewer) (Johns Hopkins UP)
2014 Journal Peer Reviewer, *Children's Literature Association Quarterly* (Johns Hopkins UP)

2012 Journal Peer Reviewer, *ARIEL: A Review of International English Literature* (permanent reviewer) (Johns Hopkins UP)
2011 Journal Peer Reviewer, *Feminist Formations* (Johns Hopkins UP)

**UNIVERSITY/DEPARTMENTAL SERVICE (TAMU)**

| | |
|---|---|
| 2026 | Arts and Humanities Fellowship Faculty Reviewer |
| 2023-Present | Co-Director, Race and Ethnic Studies Institute RESI Asian American Diaspora Studies Working Group |
| 2023-2024 | Member, Race and Ethnic Studies Institute (RESI) Advisory Board |
| 2022-23 | Committee Member, First-Year Review Committee, Graduate Studies, (English) |
| 2022-23 | Committee Member, Pre-1900 American Literature Faculty Search Committee (English) |
| 2022 | Event Organizer, "Standing in Solidarity Against AAPI Racism Symposium," Asian American Studies Task Force, TAMU |
| 2021-23 | Faculty Mentor for ACES Fellow Rachel Lim (History) |
| 2021-22 | Chair, Tenure and Promotion Committee, Terri Pantuso (English) |
| 2021-22 | Chair, Third-Year Review Committee for Regina Mills (English) |
| 2021-22 | Chair, Diversity Committee (English) |
| 2021-22 | Committee Member, DEI Committee (College of Liberal Arts) |
| 2021 | Event Organizer, "Ending Anti-AAPI Violence and Racism: A Roundtable," Asian American Studies Task Force, TAMU |
| 2021 | Guest Speaker on Gender-Based Violence, Aggie Arrows (TAMU Social Justice Sorority) |
| 2020-Present | Organizer and Member, Asian American Studies Task Force (TAMU) |
| 2020 | Respondent for Glasscock Book Chat Series, *Legalizing Sex: Sexual Minorities, AIDS, and Citizenship in India* by Chaitanya Lakkimsetti (TAMU, Sociology and Women's and Gender Studies) |
| 2019-20 | Proposal Reviewer, Arts and Humanities Fellowship, College of Liberal Arts |
| 2019 | Committee Member, Tenure and Promotion Review Committee, Chaitanya Lakkimsetti (Sociology/WGST) |
| 2019 | Keynote Speaker, Asian Students' Council LEAD Conference, Division of Multicultural Services |
| 2018 | Graduate Student Orientation speaker on Campus Climate, Department of English (virtual PPT presentation) |
| 2018 | GAT Orientation speaker on Safety and Inclusion in the Classroom, Department of English (virtual PPT presentation) |
| 2018-present | Committee Member, First-Year Review Committee, Graduate Studies, (English) |
| 2018-19 | Ad Hoc Member of Diversity Committee, Department of English |
| 2018 | ENGL 485 Directed Readings: The Postcolonial and the Postmodern |
| 2018 | Speaker "Academic Freedom and Scholarly Activism" panel, co-sponsored by OGAPS, EGSA, and Glasscock Center for the Humanities |
| 2017-18 | Committee Member, First-Year Review Committee, Graduate Studies, (English) |
| 2017-18 | Co-Convener, South Asia Studies Working Group, Glasscock Center for the Humanities |
| 2017-18 | Search Committee Member for Latinx Literature and Culture faculty position and Latinx Creative Writing faculty positions, Dept. of English |
| 2017 | Graduate Student Orientation speaker on Campus Climate, Department of English |
| 2017 | GAT Orientation Diversity Committee speaker, Department of English |

| | |
|---|---|
| 2017 | Research Chair, Mid-Tenure Review, Chaitanya Lakkimsetti (Sociology and Women's and Gender Studies) |
| 2016 | Featured Speaker for Department of Multicultural Services Class of 2020 Welcome Social (August 2016) |
| 2016 | GAT Orientation Diversity Committee speaker, Department of English |
| 2016 | Graduate Student Orientation panel organizer and speaker, "Intersectionality and Campus Climate," Department of English |
| 2015-18 | Committee Member, Graduate Studies Committee, Department of English |
| 2015-18 | Chair, Diversity Committee, Department of English |
| 2015-18 | Committee Member, Diversity Committee (College of Liberal Arts) |
| 2015 | "Fashioning Diaspora," Women's Research on Women Symposium, College of Education and Human Development's Education Leadership Research Center, Office of Organizational Development and Diversity Initiatives, Women's Faculty Network, and Women's and Gender Studies, TAMU |
| 2014-15 | Member, Diversity Committee, Department of English |
| 2014 | "How I Teach," English Department Brownbag Colloquium |
| 2013 | "Vincent Who?," Panel Presenter for Asian Presidents Council, TAMU. |
| 2012 | ENGL 685: Directed Readings: Theories and Economies of Affect |
| 2012 | Faculty Coordinator, Leah Lakshmi Piepzna-Samarasinha, "Love Cake," Department of English |
| 2011-13 | Program Review Committee, Women's and Gender Studies Program. |
| 2011-13 | Hiring Priorities Committee, Department of English. |
| 2011-19 | Faculty Co-Sponsor, Shades of Queer (undergraduate LGBT of color undergraduate organization). |
| 2010-present | Graduate Faculty Member, Dept. of English |
| 2010 | "Transnational Beauty: Migrancy, Locality and Racialized Strangeness in Bharati Mukherjee's *Jasmine*" Graduate Student Orientation Lecture, Department of English, TAMU. |
| 2010 | "The Repeal of Section 377 of the Indian Penal Code and the History of Sexuality," Gender Regimes Around the World: The Social Cost of Alternative Gender and Sexuality, MSC Institute for International Awareness Symposium, TAMU. |
| 2010 | Co-Coordinator, Queer of Color Symposium, Dept. of English and Women's and Gender Studies Program |
| 2009 | Faculty Mentor, Graduate Assistant Training Program, Department of English. |

## ACADEMIC AFFILIATIONS

Asian American Studies Association
American Studies Association
National Women's Studies Association
Modern Language Association
Cultural Studies Association

## LANGUAGES

Hindi (spoken competency)
Telugu (spoken competency)
Spanish (spoken and written competency)

# Exhibit B

JANUARY 30, 2026

## Curricular Review Completed Across All Colleges and Schools

*Collapse -*

### Dear Colleagues,

I would like to share an update on the completion of the university's course review for the spring 2026 semester and outline related actions taken in accordance with **Texas A&M University System Policies 08.01** and **12.01**.

Over the past several weeks, faculty and administrators reviewed approximately 5,400 course syllabi to ensure compliance with System policy. In most cases, courses were confirmed or adjusted within departments without the need for further review. This reflects the vital role and collaborative work of faculty and departmental leadership. In some instances, however, courses required review by my office and by Interim President Tommy Williams.

At the conclusion of this process, a total of 6 courses were canceled because they did not comply with A&M System policy, which represents 0.11 percent of the total courses offered this semester. The Interim President also granted exceptions for 48 courses. Exceptions were granted primarily in graduate level clinical programs, such as Psychological and Brain Sciences, and courses in the Naresh K. Vashisht College of Medicine, where these topics are academically relevant and necessary to prepare clinical professionals.

Additionally, as part of the broader implementation of the recently updated System policy, we made the difficult decision to begin winding down the Women's and Gender Studies (WGST) academic programs, including the BA, BS, Graduate Certificate and the Minor. This decision is based on the requirements of System policy and limited student interest in the program based on enrollment over the past several years. A teach-out plan will ensure all current students can complete the program as planned, and college leaders have been in contact with those students.

As we move forward, our focus remains on supporting our students, sustaining academic excellence and ensuring that Texas A&M continues to fulfill its mission as a land-grant university committed to teaching, discovery and service. Periods of transformational change require clarity, care and collaboration. You all continue to demonstrate your commitment to our students and mission, and I am confident we will continue to navigate this transition thoughtfully and responsibly. Together, we are providing a rigorous, relevant and future-focused educational experience that prepares our students to lead with knowledge, integrity and purpose.

Thank you sincerely for your patience, professionalism and hard work over the past few weeks. I look forward to a successful semester ahead.

Sincerely,

**Alan**

Alan Sams
*Provost and Executive Vice President*

# Exhibit C

COLLEGE OF ARTS & SCIENCES

Department of English

TEXAS A&M UNIVERSITY

# Department of English Understanding of Course Content Eligibility under TAMU System Policy 08.01's Phrase "Topics Related to Sexual Orientation or Gender Identity"

> No system academic course will advocate race or gender ideology, or **topics related to sexual orientation or gender identity**. Upon prior written approval of the member CEO after review of the course and relevant course materials, specific non-core curriculum or graduate courses in some disciplines may teach race or gender ideology, or **topics related to sexual orientation or gender identity**. Such approval may be granted in limited circumstances upon demonstration of a necessary educational purpose.
>
> —TAMU System Policy 08.01 (hereafter "08.01" or "the rule")

Communication from the College of Arts and Sciences has indicated that the phrase highlighted above will not be applied to heteronormative orientation and identity.

## I. Purpose and Scope

This document is intended to guide department instructors and administrators in (1) planning courses, (2) deciding whether exception requests to the President (the "approval" referenced in the rule) are needed, (3) certifying syllabuses, and (4) responding to any complaints that arise while a course is in progress. It will serve as a basis for department-level adjudication of complaints and will provide initial explanation, to higher administrative levels, of our discipline-specific reasoning about the subject matter and teaching of ENGL courses. While discussion here concentrates on the teaching of literature-heavy courses[1]—a large curricular area broadly affected by the rule's phrasing—we note that the reasoning offered also applies to other curricular areas of English, such as rhetoric and creative writing.

In addressing the practical implications of 08.01 for teaching in the Department of English, this document focuses on the phrasing that is highlighted above, and particularly its second instance, where the verb governing the phrase shifts from "advocate" to "teach." ENGL courses are not likely to "advocate" any of the rule's identified subject matter, according to University clarifications of "advocate" that involve tying credit requirements to students' personal belief; nor are ENGL courses in general likely to teach "race ideology" or "gender ideology" as those terms have been defined by the System. Thus those parts of 08.01 do not greatly affect the planning and teaching of ENGL courses, and cases which those parts of the rule would identify as needing exception requests would arise individually.

By contrast, the highlighted phrasing, as governed by the verb "teach," has pertinence to the routine execution of a large number of ENGL courses and thus requires close consideration.

[1] We understand the terms "literature" and "text" to include works of film as well as written and printed media.

# II. Key Points in Discipline-Specific Application of the Rule

The eligibility of course content and classroom activity in view of the prohibition of, or approval required for, the teaching of "topics related to [LGBTQ] sexual orientation or gender identity" rests on the phrase "teach … topics related to." There are two essential issues: what it means to "teach" something that is *contained within* fictional representation or literary reference; and how the word "topic" is best applied in relation to course design and classroom treatment of fictional representations or literary references.

While these issues will be articulated here in ways that make sense specifically within our academic discipline, the perspective put forward below aligns with case-by-case guidance received from the College in spring 2026 as to which courses did or did not require exception requests, and also with the heuristic for determining eligibility offered by the Office of the Provost.

### A. Teaching Literary Content

In the ordinary practices and frames of reference of our discipline, to teach a text containing *instances of, reference to, or representation of X* is fundamentally different from *teaching about X*. For example, an instructor who is teaching Shakespeare's plays *A Midsummer Night's Dream* or *The Tempest* is not *teaching about* fairies or shipwreck castaways, although fairies and castaways are major characters in the two plays respectively. Similarly, an instructor teaching *As You Like It* is not typically *teaching about* non-normative gender presentation, although deliberate confusions of gender drive important plot elements of the play; these confusions are simply a fact of the story, not the subject of instruction. Likewise, an instructor teaching Shakespeare's sonnet cycle is not *teaching about* bisexual attraction, although several of the sonnets, including one or two of the most famous poems in the English language, explore a tense love triangle that includes homoerotic desire between two men; these attractions are simply a feature of the emotional situation the poems describe, not the subject of instruction.

In the department's understanding, consistent with the universal practices of our discipline for college-level teaching, *As You Like It* or the sonnets of Shakespeare would be an appropriate inclusion in any course, Core or non-Core, whose catalog description a Shakespeare play or poems are well-suited to satisfying. The same reasoning applies to any text whose inclusion in a particular course is well-motivated by its aptness to satisfying that course's catalog description.

Any literary work is a complex whole in which one might identify innumerable content elements. This fact, together with the distinction between teaching a literary text and making some particular thing it references the subject of instruction, means that the mere presence of some LGBTQ literary content is not enough to violate 08.01. In the department's understanding, and consistent with guidance received during spring 2026, the rule's restrictions become prohibitive when LGBTQ literary content is so central to one or more works selected, or when the instructor intends to give it such emphasis in course design or classroom activity, that it can be reasonably perceived as what is being *taught about*: that is, it becomes a *topic*.

### B. Teaching Topics

We understand the word "topic" to denote a thematic emphasis for a course or for a significant portion of a course. It does not describe all possible subject matter that might come up for discussion or explanation, but a larger-scale, purposefully thematic choice of material and its intended treatment.[2]

In judging the threshold at which a concept or element of literary content becomes *topical*, the fuller shape of the course matters greatly. In a Shakespeare course that covers several plays, each text—for instance, *A Midsummer Night's Dream* or *The Tempest*—is itself one of the course's several topics, in that each play would receive substantial, foregrounded treatment for a portion of the course. It would not, however, be reasonable to identify any single content element of one play (fairies, shipwreck survivors) as a topic of the course. Similarly, *As You Like It* or Shakespeare's sonnet cycle would be among the topics of a Shakespeare course, but no single element of their content (non-normative gender presentation, bisexual desire) would automatically be topical.

---

[2] This distinction is supported by the existing designation of certain courses as variable-topic or special topics courses, with individual iterations to be explicitly defined by a thematic focus; and by the already-recognized allowance that some such courses may be repeated when on a different pre-identified topic. We understand the concept of topicality explained here to be in agreement with the criterion of "preponderance" disseminated by the Office of the Provost.

Literary content elements become topical if the instructor selects materials on the basis of that content so as to create a larger-scale thematic focus. Such a focus is obvious in the declaration of topics for variable-topic courses, but may also occur within other courses that do not have formally declared topics. For instance, if an instructor of ENGL 231 (Survey of English Literature I) clustered *A Midsummer Night's Dream* together with the Middle English romance *Sir Launfal* and excerpts from Spenser's *Faerie Queene*—all texts that feature intersections of the fairy realm with the human world—and chose to organize substantial lecture and discussion of all three works thematically around this content, it would then be reasonable to regard literary fairies as a topic of that portion of the course. A course that grouped *The Tempest*, Defoe's *Robinson Crusoe*, and Homer's *Odyssey* for the purpose of examining literary treatments of shipwreck survivors would be topicalizing that common content element, and likewise, non-normative gender presentation in *As You Like It* or bisexual attraction in Shakespeare's sonnets would become topical if those texts were grouped with others having similar content for the purpose of creating a thematic focus in reading, lecture, and discussion.

# III. Exception Requests, Syllabus Certification, and Department Adjudication of Complaints

According to the perspectives outlined above, a few existing ENGL courses are clearly about, or are sure to include, "topics related to [LGBTQ] sexual orientation or gender identity," based on their course titles and catalog descriptions, and will automatically require an exception request. Exception requests would similarly be needed for any variable-topic course whose declared and department-approved topic is sure to include some thematic emphasis on LGBTQ gender identity or sexual orientation, or which will employ the established methodologies of LGBTQ studies.

In all other cases—courses that do not have variable topics, or whose declared topics do not plainly require seeking an exception—instructors should ask themselves these questions when planning the course and constructing its syllabus:

- Are course materials selected for the purpose of teaching subject matter "related to [LGBTQ] sexual orientation and gender identity" rather than for their aptness to satisfying the catalog description and stated learning outcomes?
- Does LGBTQ content, as the teaching of this course will address it, reach a threshold of thematic emphasis at which it could reasonably be identified as a "topic" of the course or of a significant portion of the course?

If the instructor's answer to both questions is "no," there is probably no need to seek a Presidential exception. If the instructor's answer to either question is "yes," a Presidential exception should be sought. Under 08.01, exceptions may be granted for non-core and graduate courses.

In cases that the instructor feels may be perceived as questionable, even if the Head does not believe that a Presidential exception is needed, the instructor may seek an exception for the reassurance of higher-level advance approval. The Head will facilitate the exception request just as if it were unquestionably necessary.

In syllabus certification, if the Department Head concurs with the instructor's "no" answer to both questions, the syllabus can be certified as compliant with 08.01. If an exception request is underway and not yet resolved, certification must be provisional, pending the results of the request.

In case of a complaint during the course, the Head will carefully consider the claims of the complainant, consult with the instructor, and then decide, according to information credibly offered and the heuristic guidance of the Office of the Provost, whether instruction has been consistent with negative answers to the questions above, and with the outcome of an exception request if one was made.

# Exhibit D

TEXAS A&M UNIVERSITY

Vanita Reddy <vdreddy@tamu.edu>

# ENGL 333 follow-up

8 messages

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, May 19, 2026 at 5:03 PM
To: "Werner, Cynthia A" <werner@tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>

Dear Cynthia,

I'm writing as the person in charge of my department's lineup of course offerings and teaching assignments. The exception denial for ENGL 333 for fall raises some important questions, which I think I can boil down to two items. Thank you in advance for helping me sort these out. I am copying Andrew and the affected faculty (Vanita Reddy and Landon Sadler).

1. I agree with Vanita's point in an earlier message to you that the preemptive cancellation of her fall 2026 section, prior to the submission of any exception request for it, seems arbitrary. Policy 08.01 speaks of "courses," not "sections," so it may be that the decision to cancel both sections of 333 is not a violation of 08.01 outright. However, it is at odds with the procedures in place here on our campus for executing 08.01, which have been section-by-section and instructor-by-instructor in recognition that sections may differ in their specifics.

Disallowing Vanita any opportunity to comply with 08.01 via an exception request for fall 2026 appears unjust and outside the spirit of the existing procedures. Although I take it to be a *fait accompli* at this point, all of us in ENGL would benefit from any clarification or explanation you can offer of this unexpectedly far-reaching result of a single exception request for a single section by a single instructor.

2. We were given no reason for the denial of Landon's exception request for his section of ENGL 333. The Provost's message sent just a little while ago mentioned courses cancelled for "non-compliance," and ENGL 333 must have been one of those. However, in what way it was found non-compliant needs to be explained to us so that we can avoid the same result when we request an exception for the section of ENGL 333 that is planned for spring 2027.

Policy 08.01 identifies at least two ways this exception request might have failed: the course might have been deemed to "advocate" "gender ideology," which no TAMU course can do; or the request might not have successfully made the case for a "necessary educational purpose."

Can you please clarify for us which of these was the problem—or if there was a different problem, what it was? This is something we urgently need to know as we prepare for spring 2027 and finalize teaching assignments.

Thank you and all best,
Britt Mize

————————————

Professor and Associate Head
Department of English
Texas A&M University

---

**Werner, Cynthia A** <werner@tamu.edu> Tue, May 19, 2026 at 5:24 PM
To: "Mize, Britt A" <bmize@exchange.tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>

This is the exact information we received in writing re: ENGL 333. The response below suggests that the issue for Landon's section (which would transfer to Vanita's section) is that there was a perception by others (not us) that there was insufficient justification for the educational purpose of offering the course.

I have already provided an explanation of the additional information we received orally. We asked about Vanita's section in that discussion, and we were told to cancel both sections.

***
Status:
Exception Denied - Please cancel this course.

Condition:
Not required or adequately justified given the high preponderance of non-compliant material.

---

**From:** Mize, Britt A <bmize@exchange.tamu.edu>
**Sent:** Tuesday, May 19, 2026 4:03 PM
**To:** Werner, Cynthia A <werner@tamu.edu>
**Cc:** Pilsch, Andrew T <apilsch@tamu.edu>; Reddy, Vanita D <vdreddy@tamu.edu>; Sadler, Landon J <lansadler2016@exchange.tamu.edu>
**Subject:** ENGL 333 follow-up
Quoted te t hidden]

---

**Mize, Britt A** <bmize@exchange.tamu.edu> Tue, May 19, 2026 at 6:02 PM
To: "Werner, Cynthia A" <werner@tamu.edu>
Cc: "Pilsch, Andrew T" <apilsch@tamu.edu>, "Reddy, Vanita D" <vdreddy@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>

Thank you, Cynthia—this is helpful, seeing the exact language given to you (though scant), and your perception that it means inadequate justification of “necessary educational purpose."

We do understand that it was not the College’s decision, but you are our point of contact for knowing reasons and making adjustments accordingly for spring. So I appreciate this.

All best,
Britt
[Quoted text hidden]

---

**Vanita Reddy** <vdreddy@tamu.edu> Tue, May 19, 2026 at 6:37 PM
To: Cynthia Werner <werner@tamu.edu>
Cc: "Werner, Cynthia A" <werner@tamu.edu>, "Pilsch, Andrew T" <apilsch@tamu.edu>, "Sadler, Landon J" <lansadler2016@exchange.tamu.edu>, "North, Simon W" <swnorth@exchange.tamu.edu>, "Harris, Stefanie" <stefanieharris@tamu.edu>, Britt Mize <bmize@exchange.tamu.edu>
Bcc: sallyr <sallyr@tamu.edu>, poirot <poirot@tamu.edu>, Koyel Khan <kkhan@tamu.edu>

Dear Cynthia,

While I understand that the College received a direct order, as it were, from the Provost to cancel my 333 course, I would like to know: is the College asking for these explanations from the Provost in writing? If so, what is the Provost's Office telling the College when it makes these requests? If it is not asking for them in writing, why not?

If the exception request for 333 was its lack of sufficient justification for its educational purpose, then why cannot the Provost's Office provide this explanation **in writing?** This would then hold the Provost's Office responsible for having to answer to HOW the exception request did not make the case for a "necessary educational purpose." It would have also allowed me to revise the exception request so that this educational purpose could be clarified.

I ask these questions respectfully as a tenured faculty member with the understanding (I hope) that the College is making the process of censoring our classes as difficult as possible.

best
Vanita

[Quoted te t hidden]
--
*Please note that I am on research leave during Fall 2025 and Spring 2026 and may be slower to respond to emails during this time.

Vanita Reddy
Associate Professor, English, TAMU
TAMU Arts and Humanities Fellow (2025-2028)
Core Faculty, Women's and Gender Studies
Affiliate Faculty, Race and Ethnic Studies Institute, TAMU
(she/her/hers)

Select Publications:
***MeToo and the Politics of Transnational Feminism: An Anthology*** (NYU Press 2025), with Chaitanya Lakkimsetti:
https://nyupress.org/9781479825653/metoo-and-the-politics-of-transnational-feminism/

**"MeToo and Transnational Gender Justice,"** with Chaitanya Lakkimsetti, Special Dossier for *Feminist Formations* vol 33, no. 3 2021

**"Feminist and Queer Afro-Asian Formations,"** with Anantha Sudhakar, a special issue of *The Scholar and Feminist Online* (2018): https://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/
http://sfonline.barnard.edu/feminist-and-queer-afro-asian-formations/

***Fashioning Diaspora: Beauty, Femininity, and South Asian American Culture*** (Temple UP, 2016)
http://www.temple.edu/tempress/titles/2328_reg.html

---

**Vanita Reddy** <vdreddy@tamu.edu> Mon, Jul 13, 2026 at 5:49 PM
To: vanitadreddy <vanitadreddy@gmail.com>

---------- Forwarded message ---------
From: **Mize, Britt A** <bmize@exchange.tamu.edu>
Date: Tue, May 19, 2026 at 5:03 PM
Subject: ENGL 333 follow-up
To: Werner, Cynthia A <werner@tamu.edu>
[Quoted te t hidden]
[Quoted text hidden]

[Quoted text hidden]

---

# Exhibit E

TEXAS A&M UNIVERSITY

Course Syllabus

## Course Information

Course Number: ENGL 338
Course Title: American Ethnic Literature
Section: 501
Time: TR 9:35-10:50 am
Location: LAAH 401
Credit Hours: 3

## Instructor Details

Instructor: Dr. Vanita Reddy
Office: LAAH 531
Phone: (979) 862-1411
E-Mail: vdreddy@tamu.edu
Office Hours: Tues & Thurs 11 am-Noon & by appt via Zoom.

## Course Description

Multi-ethnic study of American Literature, the writings of Black Americans, American Indians, Latinos/Latinas, Jewish Americans, as well as other ethnic groups.

## Course Prerequisites

Junior or senior classification

## Special Course Designation

Core curriculum (CORE)

## Course Learning Outcomes

At the end of the semester, students will be able:

- To demonstrate in critical thinking assignments, exams, and other assignments how ethnic American literature is influenced by and influences larger social formations.
- To look up and define, if and when asked, new words that come up in class and class discussions.
- To write an argumentative claim and support it with textual evidence in the critical thinking questions and exams.
- To engage in verbal discussion among peers about central ideas and concepts that emerge in the assigned readings.

## Textbook and/or Resource Materials

Toni Morrison, *The Bluest Eye* (1970)
All other materials are available either on Canvas or via the university library databases

## Course Requirements

Class Participation (attendance is not weighted; see below for details on participation scoring and class attendance policy): 20%
10 Critical Thinking Assignments (CTA): 40% (4% each)
Exam #1: 20%
Exam #2: 20%

**ASSIGNMENT DESCRIPTIONS:**

**Class Participation (20%)**
I expect each student's full participation in class discussion, which includes small and large group discussion and free-writing assignments (in which I give you a question to write about for 5-10 minutes at the start of class).

If you regularly engage in class discussions – such as by asking and answering questions, leading, and joining ongoing conversations, and offering up the insights expressed in your freewriting and CTAs (see below)—then you will have performed well for this portion of the course.

*If I sense that students are not completing the required reading assignments, then I will begin giving unannounced quizzes in class*. If I do, then the quizzes will consist of 5 multiple-choice questions based on the reading due for class that day. These will count toward your participation grade.

I take class participation *very seriously*. This is because I think that the college classroom should be a space of active learning (and that includes me!), not just a transmission of information from me to you. I want you to generate ideas by talking to each other and to me; keeping learning social will help you to achieve the desired outcomes for this course. You MUST be present in class to receive the highest possible score for participation.

You MAY NOT make up assignments that are required for participation. If you are absent with a university-approved justification for your absence, then your participation score will not be adversely affected. If you do not have a university-approved justification for your absence and you miss an in-class assignment (such as small group discussion or an in-class writing assignment), then your overall participation score WILL be adversely affected based on how many participation assignments you do not complete.

**Critical Thinking Assignments (CTA) (40%)**

Ten (10) times over the course the semester, you will be asked to complete a response to a critical thinking question using the Discussion Board feature on Canvas. The purpose of the CTAs is to gauge your ability to think critically—that is, beyond mere comprehension—about an assigned reading.

You will complete each CTA during the first 15 minutes of class on the day that the CTA is due (if you are late to class on the day the CTA is due, then you will not be permitted extra time to complete it). Your response will be evaluated according to the assignment criteria, which are specified in the CTA assignment details and grading rubric posted on Canvas. All CTA due dates are included in the syllabus. You may be asked to share some or all of your CTA response with the class, so be prepared to do so.

**In-Class Exam #1 (20%): Details TBA**

**In-Class Exam #2 (20%): Details TBA**

## Grading Policy

A= 90 – 100%
B= 80 – 89%
C= 70 – 79%
D= 60 – 69%
F= 59% and below

## Late Work Policy

No late work will be accepted without either a University-approved absence or prior permission from the instructor. See University Policies at the end of this syllabus for details on Make-Up work.

## Policy on Use of Generative AI

According to the Texas A&M University Definitions of Academic Misconduct, plagiarism is the appropriation of another person's ideas, processes, results or words without giving appropriate credit (**aggiehonor.tamu.edu**). You should credit your use of anyone else's words, graphic images, or ideas using standard citation styles. Artificial Intelligence (AI) text generators and natural language processing tools (colloquially, chatbots - such as ChatGPT), audio, computer code, video, and image generators should not be used for any work for this class without explicit permission of the instructor and appropriate attribution. This includes, but is not limited to drafting or revising drafts and editing your work. This excludes pre-existing software additions such as spelling and grammar checkers, which are acceptable. See

University Policies at the end of this syllabus for more details on academic dishonesty and the Aggie Honor Code.

## Unauthorized Recording

Any unauthorized use of electronic or other devices to make an audio, video, still frame or photographic record of any persons without their prior knowledge, or without their effective consent when the person or persons being recorded have a reasonable expectation of privacy and/or such recording is likely to cause injury or distress. This includes, but is not limited to, surreptitiously taking pictures of another person in a gym, locker room, or restroom or recording administrative meetings with *University officials*. If a recording is made that captures a violation of the Student Rules or law, the *Student Conduct Administrator may* elect not to enforce this section of the Student Rules against the *student* making the recording (TAMU Student Rule 24.4.18).

## Course Schedule

All readings and assignments are listed for the day when they are due

**WEEK 1**

Tues Aug 25
Course Introduction and Overview

Thurs Aug. 27
Finish going over syllabus
Reading: Sui Sin Far, *Mrs. Spring Fragrance* ("The Story of One White Woman Who Married and Chinese" and "Her Chinese Husband") (Canvas)

**WEEK 2**

Tues Sept. 1
Finish discussing "The Story of One White Woman Who Married and Chinese" and "Her Chinese Husband" (Canvas)
**CTA #1**

Thurs Sept 3
Reading: Sui Sin Far "The Smuggling of Tie Co" (Canvas)
**CTA #2**

**WEEK 3**

Tues Sept. 8
Reading: Jane Hwang Degenhardt, "Situating the Essential Alien: Sui Sin Far's Depiction of Chinese-White Marriage and the Exclusionary Logic of Citizenship" (pp. 654-670; pp. 675-680) (Canvas)
**CTA #3**

Thurs Sept. 10
Reading: Re-read selections from Degenhardt

**WEEK 4**

Tues Sept. 15
Reading: Zitkala Sa, *American Indian Stories* ("The School Days of an Indian Girl") & Tiffany Aldrich MacBain, "Contracting Whiteness" (Canvas)

Thurs Sept. 17
NO CLASS: PROFESSOR GIVING BOOK TALK AT OHIO STATE U.
**CTA #4 (ON YOUR OWN from 9:35-9:50 am)**

**WEEK 5**

Tues Sept. 22
Sa, *American Indian Stories* ("The Trial Path" and "The Warrior's Daughter") (Canvas)
Finish discussing Sa

Thurs Sept. 24
Reading: Begin Toni Morrison, *The Bluest Eye* ("AUTUMN")

**WEEK 6**

Tues Sept. 29
Reading: Morrison, *The Bluest Eye* ("WINTER" & "SPRING")
**CTA #5**
**Discuss Exam #1**

Thurs Oct. 1
Reading: Morrison, *The Bluest Eye* ("SUMMER")

**WEEK 7**

Tues Oct. 6
Finish discussing Morrison
**CTA #6**

Thurs Oct. 8
Reading: Reading: Cheryl Wall "On Dolls" & Robin Bernstein, "The Scripts of Black Dolls" (pp. 43-52 ONLY; beginning with section "Tears and Other Intellectual Things") (Canvas)

**WEEK 8**

Tues Oct. 13
**EXAM #1 (in-class)**

Thurs Oct. 15
Reading: Gloria Anzaldua, *Borderlands/La Frontera*, "Homelands" & "Movimientos" (Canvas)

**WEEK 9:**

Tues Oct. 20
Reading: Gloria Anzaldua, *Borderlands/La Frontera*, "La Mestiza" (Canvas)

Thurs Oct. 22
NO CLASS; PROFESSOR ATTENDING AMERICAN STUDIES ASSOCIATION CONFERENCE IN CHICAGO, IL
Film: Screen *Mississippi Masala* (dir. Mira Nair) on your own via Canvas (click on "Library Reserves" tab and then open the film in a new tab).
**CTA #7 (ON YOUR OWN from 9:35-9:50 am)**

**WEEK 10**

Tues Oct. 27
Cont. Discussing Nair

Thurs Oct. 29
Reading: Vanita Reddy, "Afro-Asian Intimacies" (pp. 233-239 [before section break]; pp. 241-251 [before section break]; pp. 255 [paragraph that begins "The final shots…"]- 257 before section break) (Canvas)
**CTA #8**

**WEEK 11**

Tues Nov. 3
Cont. discussing Nair and Reddy

Thurs Nov. 5
NO CLASS; PROFESSOR ATTENDING NATIONAL WOMEN'S STUDIES ASSOCIATION CONFERENCE IN ATLANTA, GA
Review Exam #2 Study Guide on your own and draft questions about study guide content for in-class discussion

**WEEK 12**

Tues Nov. 10
Finish discussing Nair and Reddy
Discuss Exam #2 study guide

Thurs Nov. 12
Reading: Jhumpa Lahiri, *Interpreter of Maladies* ("When Mr. Pirzada Came to Dine")
**CTA #9**

**WEEK 13**

Tues Nov. 17
Reading: Susan Darraj, *A Curious Land* (selections TBD) (Canvas)
**CTA #10 DUE**

Thurs Nov. 19
Finish discussing Lahiri & Darraj
Mandatory In-Class Reflection Assignment and Course Eval

**WEEK 14**

Tues Nov. 24
**Exam #2 (in class)**

Thurs Nov. 26
**No Class: Thanksgiving Holiday**

**WEEK 15**

Tues Dec. 1
**No Class: Redefined Day**

## University Policies

## Attendance Policy

The university views class attendance and participation as an individual student responsibility. Students are expected to attend class and to complete all assignments.

Please refer to Student Rule 7 in its entirety for information about excused absences, including definitions, and related documentation and timelines.

## Makeup Work Policy

Students will be excused from attending class on the day of a graded activity or when attendance contributes to a student's grade, for the reasons stated in Student Rule 7, or other reason deemed appropriate by the instructor.

Please refer to Student Rule 7 in its entirety for information about makeup work, including definitions, and related documentation and timelines.

Absences related to Title IX of the Education Amendments of 1972 may necessitate a period of more than 30 days for make-up work, and the timeframe for make-up work should be agreed upon by the student and instructor" (Student Rule 7, Section 7.4.1).

"The instructor is under no obligation to provide an opportunity for the student to make up work missed because of an unexcused absence" (Student Rule 7, Section 7.4.2).

Students who request an excused absence are expected to uphold the Aggie Honor Code and Student Conduct Code. (See Student Rule 24.)

## Academic Integrity Statement and Policy

"An Aggie does not lie, cheat or steal, or tolerate those who do."

"Texas A&M University students are responsible for authenticating all work submitted to an instructor. If asked, students must be able to produce proof that the item submitted is indeed the work of that student. Students must keep appropriate records at all times. The inability to authenticate one's work, should the instructor request it, may be sufficient grounds to initiate an academic misconduct case" (Section 20.1.2.3, Student Rule 20).

You can learn more about the Aggie Honor System Office Rules and Procedures, academic integrity, and your rights and responsibilities at aggiehonor.tamu.edu.

## Notice of Nondiscrimination

Texas A&M University is committed to providing safe and non-discriminatory learning, living, and work environments for all members of the University community. The University provides equal opportunity to all employees, students, applicants for employment or admission, and the public regardless of race, color, sex (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, or veteran status.

Texas A&M University will promptly, thoroughly, and fairly investigate and resolve all complaints of discrimination, harassment (including sexual harassment), complicity and related retaliation based on a protected class in accordance with System Regulation 08.01.01, University Rule 08.01.01.M1, Standard Administrative Procedure (SAP) 08.01.01.M1.01, and applicable federal and state laws. In accordance with Title IX and its implementing regulations, Texas A&M does not discriminate on the basis of sex in any educational program or activity, including admissions and employment. The following person has been designated to handle inquiries and complaints regarding the non-discrimination policies: Jennifer M. Smith, TAMU Associate VP & Title IX Coordinator at YMCA Ste 108, College Station, TX 77843, 979-458-8407, or email civilrights@tamu.edu. For other reporting options, visit https://ocrcas.ed.gov/contact-ocr to locate the address and phone number of the office that serves your area, or call 1-800-421-3481.

## Civil Rights, Free Speech, and Title IX Policies

Texas A&M University is committed to fostering a learning environment that is safe and productive for all. University policies and federal and state laws prohibit discrimination and harassment based on an individual's race, color, sex, (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, veteran status, or any other legally protected characteristic. This includes forms of sex-based violence, such as sexual assault, sexual harassment, sexual exploitation, dating/domestic violence, and stalking.

Students can report discrimination/harassment, access supportive resources, or learn more about their options for resolving complaints on the University's Civil Rights & Title IX webpage.

Students should be aware that all university employees (except medical or mental health providers) are mandatory reporters, which means that if they observe, experience or become aware of an incident that they reasonably believe to be discrimination/harassment alleged to have been committed by or against a person who was a student or employee at the time of the incident, the employee must report the incident to the university.

## Americans with Disabilities Act (ADA) Policy

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact the Disability Resources office on your campus (resources listed below) Disabilities may include, but are not limited to attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability related needs with Disability Resources and their instructors as soon as possible.

To request academic accommodations, contact the designated ADA office based on your location:

- Texas A&M University, College of Nursing, College of Dentistry, Irma Lerma Rangel College of Pharmacy College Station, College of Medicine, School of Public Health, Institute of Biosciences and Technology, EnMed Program, Bush School in Washington DC, Mays Business School – CityCentre, TAMU Engineering Academies, Texas A&M University Higher Education Center at McAllen and Texas A&M University at Galveston should contact Disability Resources at (979) 845-1637 or disability@tamu.edu.

If you are experiencing difficulties with your approved accommodations, contact the office responsible for approving your accommodations or the Texas A&M ADA Coordinator Julie Kuder at ADA.Coordinator@tamu.edu or (979) 458-8407.

## Pregnancy Accommodations

Texas A&M provides reasonable accommodations to students due to pregnancy and/or related conditions, such as childbirth, recovery and lactation. Students should contact the University's Pregnancy Coordinator as soon as they become aware of the need for accommodation. Depending on the circumstances, accommodations could include extended time to complete assignments or exams, changes in course sequence, or modifications to the physical classroom environment. Texas A&M will also allow a voluntary leave of absence, ensure the availability of lactation space, and maintain grievance procedures to provide for the prompt and equitable resolution of complaints of sex discrimination. For information regarding pregnancy accommodations, email TIX.Pregnancy@tamu.edu.

## Statement on Mental Health and Wellness

Texas A&M University recognizes that mental health and wellness are critical factors influencing a student's academic success and overall wellbeing. Students are encouraged to engage in healthy self-care practices by utilizing the resources and services available through University Health Services on its mental health webpage. The TELUS Health Student Support app provides access to professional counseling in multiple languages anytime, anywhere by phone or chat, and the 988 Suicide & Crisis Lifeline offers 24-hour emergency support at 988 or 988lifeline.org.

## Statement on the Family Educational Rights and Privacy Act (FERPA)

FERPA is a federal law designed to protect the privacy of educational records by limiting access to these records, to establish the right of students to inspect and review their educational records and to provide guidelines for the correction of inaccurate and misleading data through informal and formal hearings. Currently enrolled students wishing to withhold any or all directory information items can do so within howdy.tamu.edu using the Directory Information Withholding Form. The complete FERPA Notice to Students and the student records policy is available on the Office of the Registrar webpage.

Items that can never be identified as public information are a student's social security number, citizenship, gender, grades, GPR or class schedule. All efforts will be made in this class to protect your privacy and to ensure confidential treatment of information associated with or generated by your participation in the class.

Directory items include name, UIN, local address, permanent address, email address, local telephone number, permanent telephone number, dates of attendance, program of study (college, major, campus), classification, previous institutions attended, degrees honors and awards received, participation in officially recognized activities and sports, medical residence location and medical residence specialization.

## Optional Syllabus Statements

### Free Speech and Civil Discourse

Texas A&M recognizes that the pursuit of truth through open and robust discourse is critical to academic inquiry. However, as a community of scholars, the university has an aspirational expectation that such discourse will be conducted in accordance with Aggie Core Values. In this "marketplace of ideas," we encourage civil dialogue creating an environment that allows individuals to express their ideas and to have their ideas challenged in respectful and responsible ways. Students can learn more about Freedom of Expression and Free Speech on the University's website about the First Amendment.

# Exhibit F

# Inside Texas A&M's Scramble to Censor Its Curriculum

## Documents reveal widespread uncertainty, even among administrators, over what professors could teach.



ILLUSTRATION BY THE CHRONICLE; GETTY IMAGES

THE RUSH TO COMPLY



*By Jasper Smith and Megan Zahneis*

February 27, 2026

Less than a month before the start of the spring semester, the head of the sociology department at Texas A&M University's College Station campus wasn't sure if she'd be able to offer one of the department's core courses, "Introduction to Race and Ethnicity."

The chair, Jennifer Glanville, couldn't discern whether that course's curriculum would violate a newly enacted Texas A&M system policy that banned the teaching of "race ideology," "gender ideology," or "topics related to sexual orientation or gender identity" in core courses and required senior administrators to certify that upper-level classes have a "necessary educational purpose" for doing so.

From the Chronicle Store




REPORT

Preparing Students for the AI Work Force

What employers want colleges to know, and what students need to succeed

Visit The Store

The policy, passed by the system's Board of Regents in December, marked an expansion of a November rule that prohibited "advocacy" of the same subjects. It came as a "gut punch," as one administrator described it to another in an email, to representatives of the university's College of Arts and Sciences, who now had weeks to "mitigate" the relevant material in their syllabi and apply for limited exemptions, or face canceling classes students had already enrolled in.

While the policy was originally drafted to head off one academic-freedom controversy — in which an instructor was fired after a student secretly recorded her teaching about gender — it quickly sparked another. A philosophy professor, Martin Peterson, was told to remove readings from Plato from his syllabus, a move that drew criticism from across higher ed.

Emails and documents obtained by *The Chronicle* via a public-records request show widespread uncertainty, even among senior administrators, about whether certain topics were permissible. As negotiations progressed, faculty members suspected administrators were willfully interpreting the board's stipulations more broadly than necessary. Administrators referred professors to flowcharts about the decision process that only confused them more. And associate deans worried about how to explain final decisions to students.

Glanville, the sociology department head, outlined in an email to administrators seven possible "pain points" in the "Introduction to Race and Ethnicity" course.

For example, she asked, "Does any discussion of white privilege violate policy, even if the instructor is explicit that the goal of discussing privilege is not to assign guilt or blame, or to tell any individual student that they are an 'oppressor'?" Would a reading that describes a privilege walk "violate policy even if the reading is criticizing that approach?" (Glanville did not return a request for comment from *The Chronicle*.)

Administrators didn't have ready answers to Glanville's questions. Their guidance came in the form of complicated flowcharts and matrices, which were themselves based on murky instructions from the system. "We are sort of stuck here, since the guidance we received is both overly wordy and unclear," one associate dean acknowledged.

That ambiguity, combined with the compressed timeline for making changes, sent the college into a tailspin. "Please help me understand whether it is likely that my two courses violate system policy and, thus, should be canceled — despite the fact that they are both degree requirements?" one faculty member implored.

A small group of College of Arts and Sciences administrators were tasked with reviewing courses to determine whether they complied with the revised policy. In back-and-forth exchanges with college deans, faculty members questioned how many core courses, and in which departments, needed to be assessed for compliance.

NEWSLETTERS

## Jagged Intelligence

Sign up for Jagged Intelligence, your one-stop shop for understanding AI's impact on higher ed.

Sign Up

Weeks before the start of the spring semester, the head of the English department asked if a faculty member must seek an exemption for a course that includes a book that "does contain some parts about the author's identity as a lesbian."

In response, Cynthia Werner, an associate dean in the College of Arts and Sciences, said that as long as the faculty member used the book to cover topics not related to sexual orientation: "I personally think that it is okay to keep the book in the course."

## Department Review Process






---

In other instances, clarification on what was allowed was elusive.

Claire Katz, an associate provost, asked Werner and Simon North, interim dean of the College of Arts and Sciences, how they were advising faculty members to respond when students raised questions about gender. “Are we telling faculty that they simply can’t have these discussions in class?” Katz asked.

“There are too many different factors to provide a single answer to your question about responding to a student question during a class discussion,” Werner replied. “Depends on

topic prior to the question, existence of course exception approval, how the question is framed (including the tone)."

Emails also reveal confusion among professors about who was making the decisions on potential policy violations — regents or college-level administrators?

On December 23, days after the board instated the policy, Ira Dworkin, an associate professor of English, wrote to North that the scrutiny into courses that touched on race and gender went beyond the policy's intended target: race and gender *ideology.* The board rule defines gender ideology as teaching that self-assigned gender identity should "replace the biological sex" and race ideology as "a concept that attempts to shame a particular race or ethnicity" or "accuse them of being oppressors in a racial hierarchy." He argued that North's interpretation of the policy weakened humanities courses.

"Your office must make policy based on the language of the rule as it is written," Dworkin wrote. "Otherwise you, not the regents, are the author of this prohibition."

Vanita Reddy, an associate professor of English, felt the College of Arts and Sciences was doing the Board of Regents' "bidding" by interpreting the policy differently from other colleges.

Reddy asked Werner, the associate dean, why the college was interpreting teaching about sexual orientation and gender identity as if those terms applied only to gay, lesbian, and

THE CHRONICLE OF HIGHER EDUCATION 60

"The response I received is that the college has worked with department heads and among itself to come up with, essentially, 'best guesses' as to what the BOR is asking for in its reference to these as 'topics,' and has relied on 'side conversations' to come up with those 'best guesses' for departments," Reddy wrote.

Reddy told *The Chronicle* that some of her questions were answered by February 26 guidance from the provost's office that outlines how the college is interpreting what it means to "teach" versus to "advocate" certain concepts. While she's on research leave this

semester, she's preparing to craft an exception request for an "LGBTQ Literatures" course she and a colleague are slated to teach this fall.

Because the course is cross-listed with the women's and gender studies program — which is being eliminated — she's been asked to justify its existence from a literary perspective. That's a challenging prospect, she said, in "a class where you cannot separate, for example, queer social movements, from the literary texts that we're teaching."

The "Introduction to Race and Ethnicity" course wound up being canceled for the spring semester, "to give some breathing room in the midst of the late (and ill-defined) policy changes," Stefanie Harris, the college's associate dean for faculty affairs, wrote to North and another administrator. That left administrators with another problem: breaking the news to the approximately 40 students enrolled in the course.

In an early-January message, they told students they had "carefully considered the necessary changes required to make this course compliant" with the new policy and ultimately determined that "we cannot teach this course in its present form." (Before that message was sent, Harris recommended removing two sentences that tied the course's cancellation to the policy "so that this course is not a target when it is offered again," worrying that the announcement would otherwise "be the next headline in *The Chronicle*.")

Texas A&M administrators announced they had completed their course review on January 30. Three days later, the university's chapter of the American Association of University Professors released a statement accusing the university of spreading misinformation. The association said that faculty members were still being asked in February to make changes to their courses, and that the university had used the course-review process as a "bait-and-switch" to eliminate the women's and gender studies program. (A spokesperson attributed the program's elimination in part to low enrollment, adding that it had fewer students than any other major on campus.)

The Texas A&M system reviewed 5,400 courses for compliance with the policy. The flagship university did not count the number removed from its core curriculum; six courses were canceled for the spring term, a spokesperson told *The Chronicle*.

But that figure doesn't capture the scope of the changes, said Leonard Bright, president of the university's AAUP chapter and a professor at Texas A&M's Bush School of Government and Public Service. Bright's graduate-level "Ethics of Public Policy" course was among those canceled.

"The real damage with what is going on here is not with that little number," Bright said, referencing the six canceled courses. "It's with the hundreds of courses that faculty have whispered to each other that they changed out of a sense of fear."

*A version of this article appeared in the March 13, 2026, issue.*

*We'd like to hear from you — tell us how* The Chronicle *has made a difference in your work or helped you stay informed. You can also send feedback about this article or submit a letter to the editor.*

**Tags** Teaching & Learning | Leadership & Governance | Diversity, Equity, & Inclusion | Political Influence & Activism

**Share**



About the Author

**Jasper Smith**

Jasper Smith is a staff reporter at *The Chronicle* with an interest in HBCUs, university partnerships, and how race shapes college campuses. You can email her at Jasper.Smith@chronicle.com or follow her at @JasperJSmith_.



**About the Author**

## Megan Zahneis

Megan Zahneis, a senior reporter for *The Chronicle*, writes about the rapidly changing realities of the professoriate. Email her at megan.zahneis@chronicle.com.

**NEW DATES ANNOUNCED:**
**JUL. 30, AUG. 27 & SEPT. 24**

# Daily Briefing Live: The Latest in Higher Ed



Join *The Chronicle*'s Sarah Brown and Rick Seltzer for a series of live discussions exploring the biggest stories affecting colleges.

Register Now

With Support From Google Cloud

# COLLEGE MATTERS

from THE CHRONICLE

## Listen to Our Podcast

Jack Stripling and guests examine the world through the prism of the nation's colleges and universities.

Listen Now



## Top Jobs from *Chronicle Careers*

Director of Civil Rights Compliance & Title IX Coordinator
St. Lawrence University

---

Director of the Master of Social Work Program
Saint Mary's College

---

Full Professor
UM Qatar - Hamad Bin Khalifa University

---

O'Donnell Eminent Endowed Chair in Energy

Southern Methodist University

Executive Director

Roanoke Higher Education Authority

View More Jobs

# Where Higher Ed Goes to Find What's Next

Explore thousands of open opportunities today

Visit Our Job Board

CHRONICLE CAREERS

NEWSLETTERS

## Jagged Intelligence

Sign up for Jagged Intelligence, your one-stop shop for understanding AI's impact on higher ed.

Sign Up

## The Latest News




SOCIAL STRIFE

### The War for Sociology

Q&A



Can Student Use of AI to Write Prompt Higher-Order Thinking?



LIMITING ACCESS

What It Would Mean for These Public Colleges to Ban Undocumented Students



DATA

This Is How Colleges Have Responded to the End of Race-Conscious Admissions

## Latest Opinion from The Review



THE REVIEW | CONVERSATION



THE REVIEW | OPINION

## Critics of the SAT Lost the Argument

*By Len Gutkin*



THE REVIEW | ESSAY

**How the SAT Survived Its Own Funeral**

*By Jay Vithalani*

## Live Events, Workshops, and Conferences



## Finding Your Future Students: Identifying and Engaging Learners Most Likely to Enroll



## Overcoming Enrollment Declines

# In The Chronicle Store




Preparing Students for the AI Work Force




Strengthening Faculty Morale




Educating in Your Community




Build a Better Teaching Evaluation

## Lead With Insight

Subscribe Today

900 19th Street, N.W., 6th Floor, Washington, D.C. 20006
© 2026 The Chronicle of Higher Education

*The Chronicle of Higher Education* is academe's most trusted resource for independent journalism, career development, and forward-looking intelligence. Our readers lead, teach, learn, and innovate with insights from *The Chronicle*.