**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,
Plaintiffs,
v.
ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,
Defendants.

CIVIL ACTION NO. 4:26-cv-06268

**DECLARATION OF PAMELA NEUMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Pamela Neumann, declare as follows:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge.

2. I am a full-time Assistant Professor of Sociology and as of September 1, 2026 I will be a tenured Associate Professor of Sociology in the Department of Social Sciences at Texas A&M International University (TAMIU) in Laredo, Texas.

3. I received my Doctorate of Philosophy in Sociology from the University of Texas at Austin in 2016 and my research focuses on violence against women particularly in Latin America

as well as examining the sociology of gender and gender inequality more generally. A true and correct copy of my CV is attached here as Exhibit A.

4. I am a member of the Texas A&M International University chapter of the American Association of University Professors.

5. I joined TAMIU in fall 2019 as an assistant professor. I teach core courses like Introduction to Sociology, elective courses such as Domestic Violence, and graduate level courses including the Graduate Seminar on Social Change.

6. The Board introduced the System Policy 08.01 (the "Censorship Policy") in November 2025 and revised it in December 2025. As a result of the new Policy, I have been censored by having my Sociology of Gender Roles course (SOCI 4325) canceled, a course I've taught almost every semester since fall 2019.

7. SOCI 4325 is an advanced special topics elective that offers an analysis of the role of biology, cultural socialization, and social institutions in the formulation and maintenance of constructs of gender in society. It also evaluates the impacts of the women's movement and the changes in the status of women and men of different races, ethnicities, and social classes. I have never had a complaint directed at the content of my course. A true and correct copy of the courses syllabus is attached here as Exhibit B.

8. In March 2026, I was emailed and called into a meeting with other Social Science department faculty who had been notified that their fall 2025 courses had been flagged for further evaluation in compliance with the Censorship Policy. A true and correct copy of that email and the subsequent email thread is attached here as Exhibit C. Department chairs and the Associate Provost were also there. TAMIU was doing a retroactive evaluation on whether classes previously taught would violate the Censorship Policy.

9. During the meeting, each course with flagged material was presented to the greater group but only the professor of the course, the other professors in the affected professor's discipline, and the department head could comment on the course's compliance with the Censorship Policy.

10. Once each course was evaluated, a form was filled out explaining why the course did or did not violate the Censorship Policy. The form was then sent to the Provost for evaluation and approval.

11. The professors and administrators present concluded that my course, SOCI 4325, did not violate the Censorship Policy and denotated that on the prescribed form.

12. On March 12, following that meeting, the Provost emailed me and the other Sociology professors present from the meeting, informing me that "Sociology of Gender Roles [would] require more substantial revisions in order to align with 08.01. Specifically, the course description, textbook, and syllabus [needed] to be updated" in order to be taught in the Fall 2026 semester. A true and correct copy of that email and the subsequent is attached here as Exhibit D.

13. In this email the Provost highlighted a process distinct from the process we had already undergone. The Provost had conducted her own independent evaluation and seemingly ignored our analysis and recommendation on course compliance with the Censorship Policy. Exhibit D.

14. I responded to the Provost's email explaining that *Gender: Ideas, Interactions, Institutions* is the most comprehensive and respected textbook available for the subject of SOCI 4325. One of the authors, Dr. Ferree is a past president of the American Sociological Association and the other author, Dr. Wade, is a tenured professor at Tulane University. I further explained in the email response that the removal of this content from my course is contrary to best academic

practices because the textbook effectively engages in discussions of biological sex, gender identity, intersectional race, class, and sexuality analysis. It also includes historical explanations of changes in gender roles, and explains how gender impacts family, the workplace, and political representation. Exhibit D.

15. Additionally, in the same email, I shared that without further information concerning how the content of the textbook violates 08.01 or how to conform a new textbook to the Censorship Policy's needs, I cannot effectively or efficiently move forward with identifying any other text. I also said that I knew the textbook was being taught on other campuses around the country and Texas and even at the College Station campus. Exhibit D.

16. In response, the Provost stated: "my concern is not the legitimacy or scholarly merit of the Wade and Ferre text, nor the presentation of information about the experiences of different groups of people. My concern is more practical given my knowledge of the climate at board meetings. In the current environment, **books are sometimes judged by their cover and the opening pages rather than by their full substance**. Because the cover and language in the foreword could be interpreted as leaning in one direction or another, I worry that attention could shift away from the sociological analysis of gender and towards debates about the textbook itself." Exhibit D (emphasis added).

17. The cover of "Gender: Ideas, Interactions, Institutions" displays a photograph of a single individual's face, half of the face is feminine presenting with stage makeup and half of the face is masculine presenting, clear of makeup or body hair. The image below is a true and correct copy of the cover image:




18. The foreword to the textbook states: A true and correct copy of the foreword is attached as Exhibit E.

19. On March 17, I emailed the Provost that the textbook they were seeking to ban was being taught at College Station and noted the difficulties of changing textbooks, and that I did not believe I should have to change textbooks. Following that email, my department chair inquired whether a final decision had been made on whether my course could use the textbook. In response to that email, the Associate Provost noted that the "situation does not follow a traditional or straightforward decision making process." Exhibit F. He further stated that "[t]he decision by the President and Provost has already been finalized. [The Provost]'s email was intended to communicate that decision rather than to initiate further discussion. As such, if the course is to remain on the schedule, the assigned book will need to be changed." Exhibit F. My department

chair communicated to the Associate Provost that I did not believe it was possible for me to replace the textbook and revise the syllabus on the timeline provided and therefore my course would not go forward in the Fall. The Associate Provost responded "Fair enough." A true and correct copy of that email exchange is attached here at Exhibit F.

20. On March 25, I emailed the Associate Provost with evidence of the textbook's prevalence within academia, explaining that ten public universities in Texas use the text, including College Station, and that over 200 colleges and universities across the country use it. My department chair responded that "I have no doubt that Wade/Ferree is an excellent textbook and its wide usage is clearly a testament to that. However, unfortunately, as Sean indicated, the provost has already made her decision and isn't open to any further discussion of the matter." A true and correct copy of my email is attached here as Exhibit G.

21. Because I would not replace the textbook to use for the course for the fall 2026 semester, SOCI 4325 was canceled and I was assigned to teach Globalization and Inequality Sociology (SOCI 4350), a course I have never taught before.

22. I don't believe "Gender: Ideas, Interactions, Institutions" or its cover advocate for gender ideology as framed by The Censorship Policy. More broadly, I do not understand how a book cover can be considered "advocating" for a particular ideology. I believe that these materials were required to be removed because they represented disfavored ideas and identities, not because of any concern about my "advocacy." Neither the University nor any students have ever complained that I advocated for particular viewpoints in any of my classes.

23. It was clear to me that Sociology of Gender Roles was canceled because the cover and foreword of the textbook highlights a disfavored set of viewpoints. The Board of Regents is prohibiting ideas from being heard as part of academic discussions about gender, gender identity,

and sexual orientation—not because of any legitimate concern about "advocacy" which I did not engage in. Even when I was asked for clarity, I was given vague and incomplete guidance about the standards used to make this decision or the substantive reason the textbook could not be used beyond being told there was a possibility that the cover and foreword might be interpreted as advocating. I took that to mean even representations of gender expression were prohibited under the Censorship Policy.

24. I do not know what "advocating" or "gender ideology" nor "race ideology" means or what it means to advocate for topics related to sexual orientation or gender identity. Enforcement of the policy appears to be inconsistent and arbitrary. There seems to be a ban on teaching topics related to LQBTQ+ or gender identities, but it has remained unclear where the line is drawn, so I don't know how to comply with the policy.

25. I intend to continue teaching at TAMIU and wish to provide the best possible educational environment for my students. Because I do not understand how to comply with the Censorship Policy, I do not know how to plan my curriculum moving forward or even picking a new textbook to use in my courses. The University has provided no meaningful guidance to me on what it means to "advocate" for "gender ideology," "race ideology," or "topics related to sexual orientation or gender identity." I've been left unsure what constitutes advocacy under the Censorship Policy, since I was censored based on the cover of a textbook used in my course syllabi.

26. Nor do I understand what the terms "race ideology," "gender ideology," or "topics related to sexual orientation or gender identity" mean, particularly given the way the Censorship Policy has been enforced. Nearly every work of art concerning human beings touches, implicitly or explicitly, on subjects of race, gender, or sexuality, but I have no way of knowing whether a

particular work or topic of discussion will cross whatever line the Censorship Policy is attempting to draw. Even more, administrators, like the Provost, seem to be censoring courses and material that they don't believe violate the policy but instead out of concern with how the material or the course might be perceived by politicians or the Board of Regents. For instance, when discussing globalization, it is unclear to me if I'm able to teach gender inequality without violated the Censorship Policy or when I can include the experiences of LGBTQ+ individuals more generally.

27. Efforts to comply with the Censorship Policy interfere with my right to speak freely in the classroom. As a result, I am unable to provide my students with the highest quality of education, that reflects the most up to date research in the field of Sociology, one that does not shy away from differing opinions, perspectives, or lived experiences because I believe understanding various viewpoints is essential to an excellent education.

28. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28. 2026

______________________________

# Exhibit A

# Pamela Jane Neumann, Ph.D.

## ACADEMIC APPOINTMENTS

**2026 -** Associate Professor of Sociology, Texas A&M International University

**2019-2026** Assistant Professor of Sociology, Texas A&M International University

**2018-2019** Visiting Assistant Professor of Latin American Studies, Bucknell University

**2016-2018** Post-Doctoral Fellow, Stone Center for Latin American Studies, Tulane University

## EDUCATION

**Ph.D. 2016. Sociology**. The University of Texas at Austin.

Dissertation: "Chasing Justice: Violence against Women, Legal Activism, and the Gendered State in Nicaragua."

**M.A. Latin American Studies.** The University of Texas at Austin.

Thesis: "Era Un Pleito": Gender Dynamics and the Politics of Immediate Needs in Loma Verde, Nicaragua."

**B.A. Political Science**. Trinity University (San Antonio, Texas). Cum Laude.

## PUBLICATIONS

### BOOKS

Menjívar, Cecilia and **Pamela Neumann**. Forthcoming. *Complicit States: Why Violence Persists in Central American Women's Lives.* University of California Press. Expected publication: May 2027.

### REFEREED ARTICLES

Menjivar, Cecilia and **Pamela Neumann**. Forthcoming. Confronting Gender-Based Violence: Attacks on Women's Organizations in Central America. *Latin American Research Review*.

Neumann, Pamela. 2024. Gendered ideologies and authoritarianism in Nicaragua. *American Behavioral Scientist*. Online first. https://journals.sagepub.com/doi/10.1177/00027642241267911

Neumann, Pamela; Berndt, Virginia K, and Ashley D. Grajeda. 2023. Shifting Social Support: Mexican-American Women's Navigation of Pregnancy, Childbirth and Post-Partum Periods During

the COVID-19 Pandemic." *Social Currents* 11(3): 274-292. https://doi.org/10.1177/23294965231210814

Neumann, Pamela. 2023. "The Limits of the Law: Women, Violence, and Legal Ambivalence in Nicaragua." *Qualitative Sociology* 46, 199-220. https://doi.org/10.1007/s11133-023-09534-w

Neumann, Pamela. 2022. "If it's not femicide, it's still murder": Contestations over Femicide in Nicaragua. *Feminist Criminology* 17(1): 139-159. https://doi.org/10.1177/15570851211037271
***Awarded best article of year by the *Feminist Criminology* Editorial Board**

Neumann, Pamela. 2020. "Femicidio and Feminicidio Laws in Latin America." Oxford Research Encyclopedia. https://doi.org/10.1093/acrefore/9780190228637.013.1715

Neumann, Pamela and García-Del Moral, Paulina. 2019. "The Making and Unmaking of *Feminicidio/Femicidio* Laws in Mexico and Nicaragua." *Law and Society Review* 53(2): 452-486.

Neumann, Pamela. 2018. "Gender-Based Violence and the Patrimonial State in Nicaragua: The Rise and Fall of Ley 779." *Cahiers de Amériques Latines* 87: 69-90.

Neumann, Pamela. 2018. "Transnational Governance, Local Politics, and Gender Violence Law in Nicaragua." *Latin American Politics & Society* 60(2): 61-82.

Neumann, Pamela. 2017. "When Laws Are Not Enough: Violence against Women and Bureaucratic Practice in Nicaragua." *Social Forces* 95(3):1105-1125.

Neumann, Pamela. 2016. "Toxic Talk and Collective (In)action in a Company Town: The Case of La Oroya, Peru." *Social Problems* 63(3)431-446.

Neumann, Pamela. 2013. "The Gendered Burden of Development in Nicaragua." *Gender & Society* 27(6): 799-820.

**BOOK CHAPTERS**

Neumann, Pamela. 2023. "The Dangers of Being a Woman in Nicaragua." In *International Responses to Gendered-Based Domestic Violence: Gender-Specific and Socio-Cultural Approaches*, edited by Dongling Zhang and Diana Peterson. Routledge. https://www.routledge.com/International-Responses-to-Gendered-Based-Domestic-Violence-Gender-Specific/Zhang-Scharff-Peterson/p/book/9781032205304

Neumann, Pamela. 2020. "The More Things Change: Continuities in U.S. Foreign Policy toward Nicaragua under the Trump Administration." In *The Future of U.S. Empire in the Americas: The Trump Administration and Beyond,* edited by Timothy Gill. Routledge.

Neumann, Pamela. 2018. "En búsqueda de justicia: La violencia contra la mujer y el sistema legal en Nicaragua." In *Debates sobre derechos humanos, género y decolonialidad.* Instituto Centroamericano de Estudios Jurídicos y Políticos. Managua: Universidad Politécnica de Nicaragua

Neumann, Pamela. 2015. "Ella: Fighting to Save a Few." In *Invisible in Austin: Life and Labor in an American City,* edited by Javier Auyero. Austin: University of Texas Press.

**INVITED CONTRIBUTIONS**

Neumann, Pamela. *Forthcoming*. "Demystifying Ethnographic Knowledge Production." Commentary on Jensen, S. and Rodgers, D. "Comparison through collaboration: Dilemmas and opportunities of joint ethnographic research on gangs in Nicaragua and South Africa." *Current Anthropology*.

**REVIEW ESSAYS**

Neumann, Pamela. 2021. Book Review of *The New Latin America* by Fernando Calderón and Manuel Castells. *Social Forces*. https://doi.org/10.1093/sf/soab055

Neumann, Pamela. 2013. "(Un)exceptional Violence(s) in Latin America." *Latin American Politics and Society* 55 (1): 168-175.

Neumann, Pamela. 2011. "Contested Meanings: Violence, Resistance, and Empowerment in Latin America." *Qualitative Sociology* 34(2): 395-399.

**RESEARCH POSITIONS**

**Research Assistant, National Science Foundation SES Grant** (PI: Javier Auyero). Spring 2014.
"Risk Frames and Collective Action in Latin America."

**GRANTS, FELLOWSHIPS AND AWARDS**

**2021**
- University Research Grant (Office of Research and Sponsored Projects, TAMIU)

**2018**
- Latin American Graduate Student Organization Outstanding Faculty Service Award ("for excellence in teaching and selfless investment in the careers of graduate students")
- Tulane University Center for Public Service Environmental Change Award

**2016**
- Zemurray-Stone Post-Doctoral Fellowship ($47,500), Tulane University (2016-2018).
- Spring Semester Continuing Fellowship ($14,752), University of Texas Graduate School

**2015**
- Spring/Summer Continuing Fellowship ($21,211), University of Texas Graduate School
- Best Graduate Student Paper Award, Society for the Study of Social Problems, Section on Conflict, Social Action, and Change.

**2013**

- Pre-Doctoral Fellowship ($1,400), Department of Sociology
- Ethnography Lab Fellowship ($1,500), Department of Sociology
- Tinker summer research fellowship ($1,000), Lozano Long Institute for Latin American Studies

**2012**

- Summer research fellowship ($1,000), Lozano Long Institute for Latin American Studies
- Summer fellowship ($5,000), Department of Sociology

**2010**

- Continuing Fellowship ($1,000), University of Texas at Austin [university wide competition]
- Lozano Long Fellowship (Latin American Studies) [Full scholarship, 5 students annually]

**2009**

- Lozano Long Fellowship (Latin American Studies) [Full scholarship, 5 students annually]

## CONFERENCE PRESENTATIONS

"Understanding Ambivalence Toward the Law in Cases of Domestic Violence." Presented at Texas Rio Grande Legal Aid Domestic Violence Conference. September 10-12, 2025.

"Gendered ideologies and authoritarianism in Nicaragua." Third Coast Collaborative. Texas Christian University. Fort Worth, Texas. October 18-19, 2024.

"The Gendered Consequences of Authoritarianism in Central America." Democratic Backsliding and Resistances in Latin America and Beyond. University of Florida. February 29-March 1, 2024. (Joint presentation with Dr. Cecilia Menjívar)

"Pregnancy and Social Support during the Pandemic: Latina Experiences at the U.S.-Mexico Border." Southern Sociological Society Annual Meeting. Myrtle Beach, South Carolina. March 28-April 1, 2023.

"Pregnancy during a Pandemic: Latina Experiences at the Border." Southwestern Social Science Association Meeting. San Antonio, TX. April 22, 2022.

"Pregnancy in the Pandemic: Latina Experiences at the U.S.-Mexico Border". Eastern Sociological Society Mini-Conference on Reproduction. March 11, 2022.

25th annual Domestic Violence Conference. Laredo, Texas. Member of panel. October 14, 2021.

"Femicide Unabated: The Limitations of Human Rights' Frameworks for Safeguarding Women's Lives in Nicaragua." Human Rights on the Edge Virtual Conference (hosted by Arizona State University). April 29-30, 2021.

"Liberation from Gender-Based Violence." Member of Panel. TAMIU (virtual). March 25, 2021.

"Authoritarians of a Feather Flock Together? Deconstructing geopolitical solidarity and international responses to crises in Venezuela and Nicaragua." Latin American Studies Annual Congress. Boston, MA. May 24-27, 2019.

"If it's not femicide, it's still murder": Contestations over Femicide in Nicaragua." International Meeting on Law and Society. Toronto, Canada. June 10, 2018.

"Democratic Decline and its Discontents: Nicaraguan Politics and U.S. Foreign Policy in the Trump Era." Southern Sociological Society. April 7, 2018.

"The Political Struggle over Femicide in Nicaragua." Winter Meeting of Sociologists for Women in Society. Atlanta, GA. January 23, 2018.

"The Limits of the Law: Gender Violence and Contentious Politics in Nicaragua." International Meeting on Law and Society. Mexico City, Mexico. June 20, 2017.

"Legitimacy on Trial: Transnational Governance, Local Politics, and the Battle over Gender Violence Law in Nicaragua." American Sociological Association Annual Meeting. Seattle, WA. August 21, 2016.

"We are not retarded": Explaining Collective Inaction in a Company Town. Society for the Study of Social Problems Annual Meeting. Chicago, IL. August 22, 2015.

"Rutas y Desvíos: Gender Violence, Bureaucracy, and (In)justice in Nicaragua". Latin American Studies Association Annual Congress. San Juan, Puerto Rico. May 27-30, 2015.

"Women's Activism against Gender-Based Violence in Central America." Power and Justice in the Contemporary World System Conference in New York City, NY. August 9, 2013.

"Empowerment Paradox: Volunteer Mothering as Community Participation in Nicaragua." American Sociological Association Annual Meeting. Denver, CO. August 17-21, 2012.

"Volunteer Mothering and the Contradictions of Empowerment: The Case of Loma Verde, Nicaragua." International Sociological Association Forum. Buenos Aires, Argentina. August 1-4, 2012.

## PUBLIC SCHOLARSHIP

"In Nicaragua, a Failure to Address Violence against Women." *North American Congress on Latin America* (NACLA). April 28, 2017. http://nacla.org/news/2017/04/28/nicaragua-failure-address-

violence-against-women

"U.S. pressure on Nicaragua will only stall diplomatic engagement and harm its most vulnerable groups." *London School of Economics Latin America Blog*. April 27, 2017. http://blogs.lse.ac.uk/latamcaribbean/2017/04/27/us-pressure-on-nicaragua-will-only-stall-diplomatic-engagement-and-harm-its-most-vulnerable-groups/

"Nicaragua: Shirking Obligations on Gender-Based Violence." *American University Latin America Blog*. March 30, 2017. https://aulablog.net/2017/03/30/nicaragua-shirking-obligations-on-gender-based-violence/

"Women's Rights in Retrograde: Understanding the Contentious Politics of Gender Violence Law in Nicaragua." *London School of Economics Human Rights Blog.* March 24, 2017. http://blogs.lse.ac.uk/humanrights/2017/03/24/womens-rights-in-retrograde-understanding-the-contentious-politics-of-gender-violence-law-in-nicaragua/

"Violence against Women and Legal Justice in Latin America: Advances and Challenges." Policy Brief. American Sociological Association Development Section. February 6, 2017. https://sociologyofdevelopment.files.wordpress.com/2016/06/2_2_neumann.pdf

"How stories of extreme pollution may undermine environmentalism." *Sociological Images Blog*. January 4, 2017. https://thesocietypages.org/socimages/2017/01/04/how-stories-of-extreme-pollution-may-undermine-environmentalism/

"Beyond jobs versus health: the politics of lead and community in La Oroya, Peru." *Work in Progress Blog*. September 20, 2016. https://workinprogress.oowsection.org/2016/09/20/beyond-jobs-vs-health-the-politics-of-lead-and-community-in-la-oroya-peru/

## COURSES TAUGHT AT TAMIU

Introduction to Sociology
Sociological theory (grad)
Domestic violence (grad & undergrad)
Research Methods in the Social Sciences
Sociology of Gender Roles
Graduate Seminar on Social Change
Graduate seminar on Race, Ethnicity, Class, and Gender
Contemporary Social Problems & Social Policy
Senior Seminar in Sociology
Gender Violence and Human Rights in Latin America (special topics course)
Marriage and Families

## PROFESSIONAL SERVICE WHILE AT TAMIU

- Dissertation committee member for Tara Yanez (Tulane University) (2022-2025)
- Best Graduate Student Paper Award Committee, SSSP Gender Division (Spring 2023)
- Sociologists for Women in Society Book Salon Facilitator (Spring 2022)
- American Sociological Association Human Rights Section Newsletter Co-Editor (2021-2022)
- Masters' Thesis Second Reader for Bethany Beachum. Tulane University. 2019-2020.
- Reviewer for *American Sociological Review*, *Gender & Society*, *Qualitative Sociology*, *Latin American Politics and Society, Journal of Latin American Studies, Sociological Forum, Sociological Perspectives, Journal of Men's Studies, Feminist Criminology, Social Politics*
- Expert witness in asylum cases for Nicaraguans

**UNIVERSITY SERVICE (TAMIU)**

- *Search Committees*
    - 2019 Search Committee Co-Chair for Assistant Professor of Sociology position
    - 2020 Search Committee Chair for Assistant Professor of Sociology position
    - 2022 Search Committee member for Instructional Assistant Professor of English position
    - 2024 Search Committee member for Assistant Professor of Sociology position
    - 2025 Search Committee Chair for tenure-track sociology position
- *Thesis Committees*
    - 2019-2020 Thesis Committee Chair for Martha Johannes, Jessica Chandarlis, and Jessica Hernandez (MA Sociology)
    - 2020-2023 Thesis Committee Member for Richard Esqueda (MA Sociology)
    - 2021-2022 Thesis Committee Member for Itzamara Flores, Alejandra Gaeta, and Leocadia Villareal (MA Language, Literature, and Translation)
    - 2023-2024 Thesis Committee Member for Ashley Grajeda (MA Sociology)
    - 2024-2025 Thesis Committee Chair for Lucia Flores (MA Sociology)
    - 2024-2025 Thesis Committee Member for Tomas Villagran (MA Psychology)
    - 2025-2026 Thesis Committee Member for Azucena Lira and Eduardo Nafarrette (MA Language, Literature, and Translation)
    - 2025-2026 Thesis Committee Member for Christine Rojas (MA in Communication)
    - 2025-2026 Thesis Committee Member for Franz Gordillo (MA Sociology)
- Sociology Program Assessment Co-Coordinator (Fall 2021-present)
- Psychology Ph.D. Working Group Member (Fall 2021, Spring and Fall 2022)
- Guest lectures/presentations
    - Fall 2019: "Gender, Violence, and Development" (SOLE International Leadership Series)
    - Fall 2019: "Poverty and Violence in Communities" (Reading Across the Globe)
    - Fall 2020: New Faculty Panel (New Faculty Orientation)
    - Fall 2021: "Femicide: An Ongoing Human Rights Challenge for Latin America" (SOLE International Leadership Series)
    - Spring 2020: "Sociological Approaches to the Study of Gender" (Intro to Women and

Gender's Studies class)
  - Spring 2022: "Femicide and Law in Latin America" (University College Signature Course taught by Jonathan Martinez)
  - Spring 2023: "Femicide and Law in Latin America" (University College Signature Course taught by Jonathan Martinez)
  - Spring 2023: "Feminist and LGBTQ Activism in Latin America" (Signature Course taught by Tim Rubel)
  - Spring 2023: "Gender, Violence, and Human Rights in Latin America" (member of panel with Dr. Rebecca Janzen and Dr. Irma Cantu)
  - Fall 2024: "Gender and Health" (Guest Lecture for Dr. Kyle Breen's class)
  - Fall 2024: "Conflict and Connection: U.S.-Central America Relations in the 21st Century" (SOLE International Leadership Series Presentation)
  - Spring 2025: "Gender and Health" (Guest Lecture for Dr. Kyle Breen's class)
- Judging
  - Pathways Research Symposium Judge (Fall 2019)
  - Service-Learning Expo Judge (Fall 2019)
  - International Leadership Fellows Final Presentations (Spring 2020)
  - College of Arts and Sciences Research Release Evaluator (Spring 2022)
  - Service-Learning Expo Judge (Fall 2022)
  - Community Engagement Consortium Judge (Spring 2023)
  - First Year Writing Program Colloquium Panel Judge (Spring 2023)
  - First Year Experience Symposium Judge (Spring 2024)
  - First Year Experience Symposium Judge (Spring 2025)
- Student Organization Advising
  - Repro Justice 956 (2024-2025; 2025-2026)
  - She's the First (2024-2025)
  - Create the Change (2025-2026)

# Exhibit B

# SOCI 4325 - Sociology of Gender Roles

**Fall 2025 Syllabus, Section 102, CRN 17427**

---

## Instructor Information

**Dr. Pamela Neumann, Ph.D.**
Assistant Professor of Sociology
Email: pamela.neumann@tamiu.edu
Office: AIC 321
Office Hours:
Tuesdays and Thursdays 12:30pm-1:30pm and by appointment

---

## Times and Location

TR 8:30am-9:50am

---

## Course Description

An analysis of the role of biology, cultural socialization, and social institutions in the formulation and maintenance of constructs of masculine and feminine gender in world societies. The study of the social impact of changes in women's and men's roles in postindustrial societies upon the family, the workplace and other major social institutions. The examination of the impact of gender constructs upon familial relationships, spirituality and policy orientations. An evaluation of the positive and negative impact of the women's movement and men's movement upon the status of women and men of different race/ethnicity and social class. Prerequisite: Junior standing. (Cross-listed with WGST 4325)
Social Sciences Department, College of Arts & Sciences

---

## Additional Course Information

**Class Format:** Classes will consist of a combination of lecture, discussion, films, or other interactive activities intended to facilitate deeper engagement with the subject matter. I expect students to come to class having read the assigned reading. You will get much more out of class time if you do - and show respect for your peers as well.

**Attendance & Exam Policy**: Attendance is expected, as is in-class participation (both oral and written). Failure to attend class will affect your grade if you miss in-class activities. I do not give make-up exams except in cases of absences excused under university policy (e.g. religious holidays, death/ illness in one's immediate family, athletic travel, legal proceedings, mandatory interviews for jobs/internships). Absences for COVID-19 related reasons will be excused. Documentation for excused absences is required. If there is a personal or family emergency that may affect your attendance, please inform me as soon as possible. More than 6 unexcused absences will mean that students are subject to earning a failing grade. Students who miss work due to excused absences should contact me to make alternative arrangements for making up assignments. Powerpoints for my lectures will be posted before each class (depending on the format of some classes, there may not be a powerpoint). Students who miss a class should also try to get notes from a peer, as not everything covered in class will necessarily be on the slides (e.g. discussion).

**Communication/Office Hours:** My preferred method of communication is email (I prefer you use my TAMIU email – messages sent via Blackboard may take me longer to respond to.) I generally check email during business hours (8am-5pm), since like each of you, I have many other responsibilities in addition to this course. If you do not receive a response after 24 hours, feel free to follow up to make sure I received your message. Messages that include the course name/number and some description of the question/concern in the subject line are likely to receive more prompt attention. If at any time you are having difficulty with the material in this class, I encourage you to visit me during my office hours or set up a virtual appointment.

**Food and Housing Security:** When students face challenges securing adequate food or housing, learning can become more difficult. If you find yourself in this situation, one helpful resource is Dusty's Food Pantry https://www.tamiu.edu/foodpantry/ . If you feel comfortable, please let me know about your situation and I will do what I can to connect you with other resources.

**Kid-Friendly Classes:** As a parent, I am aware of the challenges of balancing family and educational opportunities and responsibilities. I never want any of my students to feel like they must choose between the two. This classroom is open to students' children when you have difficulty securing childcare (If your child is ill, please do not bring them to class. Your absence will be excused). Please bring something age appropriate for your child to do during class, and if you can, notify me ahead of time that they will join us. In this situation, I ask that you also sit near the door to avoid potential disruptions should you need to leave the room to attend to any of your child's needs. Together we can help cultivate a fully inclusive classroom.

**A Note about the Reading:** Our readings are a mixture of textbook chapters and peer reviewed academic articles that discuss gender-related topics from a sociological perspective. Some of these research articles may be more difficult than others to digest. Don't wait until the last minute to try to read them; give yourself adequate time. But also, do not worry if you do not understand every concept or idea mentioned in a particular article. If there are words that are unfamiliar, I recommend using the internet to find a definition or other description. Focus mainly on the concepts/theories and the findings/results presented in the articles. During class we will work together to ensure we all have a working understanding of the main points of every reading so that you can be successful on the exams and other assignments.

**A Note About AI:** I am aware that there are now AI resources (like Chat GPT) that students sometimes turn to for assistance with writing assignments. I consider the use of these resources to generate text for any written work submitted for a grade in this course to be academic dishonesty (use of editing software like Grammarly should be cited; in such cases you may be asked to produce the pre-edited version of your work). If software detects a "likelihood of AI generated" score of over 50% on your work, you will receive a failing grade on the assignment and may be reported to the Honor Council.

# Student Learning Outcomes

By the end of this course, students will be able to:

- Describe various ways to understand gender roles, including biological, social and cultural perspectives
- Explain the social construction of gender and how it impacts family and interpersonal relationships
- Analyze the role of gender ideologies in different institutions
- Compare and contrast how gender operate in different cultures
- Apply sociological concepts and theories related to gender to their personal experiences and to observations of others

# Important Dates

Visit the Academic Calendar (tamiu.edu) (https://www.tamiu.edu/academiccalendar/) page to view the term's important dates.

# Textbooks

| Group | Title | Author | ISBN |
|---|---|---|---|
| Required | Gender | Lisa Wade and Myra Marx Ferree | ISBN978-0-393-89286-4 |

---

# Grading Criteria

| GRADE | PERCENTAGE |
|---|---|
| A | 90-100 |
| B | 80-89.9 |
| C | 70-79.9 |
| D | 60-69.9 |
| F | Below 60 |

# Assessment

| | |
|---|---|
| Written Reflections (in class and BB) | 30% |
| Midterm Exam | 25% |
| Oral Presentation | 20% |
| Final Exam | 25% |

## Fall 2025

| Week of | Agenda/Topic | Reading(s) | Due |
|---|---|---|---|
| 8/26 | Introductions + syllabus review<br>Read Chapter 1 and listen to NPR podcast (or read the transcript) Hidden Bain, "The Edge of Gender"<br>Read Chapter 2 | | 8/26/25<br>8/28/25 |
| 9/2 | Read Chapter 3<br>Mirandé, A. (2016). Hombres Mujeres: An Indigenous Third Gender. Men and Masculinities, 19(4), 384–409. | | 9/2/25<br>9/4/25 |
| 9/9 | Read Chapter 4<br>Vasquez, J. M. (2010). Blurred Borders for Some but Not "Others": Racialization, "Flexible Ethnicity," Gender, and Third-Generation Mexican American Identity. Sociological Perspectives, 53(1), 45-71. | | 9/9/25<br>9/11/25 |
| 9/16 | Read Chapter 5<br>Dow, D. M. (2016). The Deadly Challenges of Raising African American Boys: Navigating the Controlling Image of the "Thug." Gender & Society, 30(2), 161–188. | | 9/16/25<br>9/18/25 |
| 9/23 | Ocampo Anthony. 2012. Making masculinity: Negotiations of gender presentation among Latino gay men. Latino Studies 10 (4): 448-72.<br>Winder, T. J. A. (2023). The Discursive Work of "Bottom-Shaming": Sexual Positioning Discourse in the Construction of Black Masculinity. Gender & Society, 37(5), 774-799. | | 9/23/25<br>9/25/25 |
| 9/30 | Eisen, D. B., & Yamashita, L. (2019). Borrowing from femininity: The caring man, hybrid masculinities, and maintaining male dominance. Men and Masculinities, 22(5), 801-820.<br>Botto, M., & Gottzén, L. (2024). Swallowing and spitting out the red pill: Young men, vulnerability, and radicalization pathways in the manosphere. Journal of Gender Studies, 33(5), 596-608. | | 9/30/25<br>10/2/25 |
| 10/7 | Read Chapter 6<br>Midterm Exam in class on 10/8 | | 10/7/25<br>10/9/25 |
| 10/14 | Read Chapter 7<br>Paine, E. A. (2018). Embodied disruption: "Sorting out" gender and nonconformity in the doctor's office. Social Science & Medicine, 211, 352-358. | | 10/14/25<br>10/16/25 |
| 10/21 | Read Chapter 8<br>Conner, C. T. (2023). How sexual racism and other discriminatory behaviors are rationalized in online dating apps. Deviant Behavior, 44(1), 126-142. | | 10/21/25<br>10/23/25 |

| | | |
|---|---|---|
| 10/28 | Read Chapter 9<br>Pham, B. T. (2023). “As an Asian”: Sticky Rice Politics as a Logic of Desirability in Queer Asian Women’s Sexual Field. Social Currents.<br>Kay Hoang, K. (2011). “She’s Not a Low-Class Dirty Girl!”: Sex Work in Ho Chi Minh City, Vietnam. Journal of Contemporary Ethnography, 40(4), 367-396 | 10/28/25<br>10/30/25 |
| 11/4 | Read Chapter 10<br>Randles, J. (2018). “Manning Up” to be a Good Father: Hybrid Fatherhood, Masculinity, and U.S. Responsible Fatherhood Policy. Gender & Society, 32(4), 516-539.<br>León-Pérez, G., Richards, C. and Non, A.L. (2021), Precarious Work and Parenting Stress among Mexican Immigrant Women in the United States. J. Marriage Fam, 83: 881-897 | 11/4/25<br>11/6/25 |
| 11/11 | Read Chapter 11<br>Flores, G. M., & Bañuelos, M. (2021). Gendered Deference: Perceptions of Authority and Competence among Latina/o Physicians in Medical Institutions. Gender & Society, 35(1), 110-135. | 11/11/25<br>11/13/25 |
| 11/18 | Read Chapter 12<br>Reproductive politics Kimport, K. (2021). No real choice: how culture and politics matter for reproductive autonomy. Rutgers University Press. (excerpts) | 11/18/25<br>11/20/25 |
| 11/25 | Special topic: gender and migration<br>Abrego, L. (2009), Economic Well-Being in Salvadoran Transnational Families: How Gender Affects Remittance Practices. Journal of Marriage and Family, 71: 1070-1085 | 11/25/25 |
| 12/2 | Final Exam Review | |
| 12/9 | Final Exam is Tuesday, December 9th at 8:30am (in person) | |

# University/College Policies

Please see the University Policies below.

## COVID-19 Related Policies

If you have tested positive for COVID-19, please refer to the Student Handbook, Appendix A (Attendance Rule) for instructions.

## Required Class Attendance

Students are expected to attend every class in person (or virtually, if the class is online) and to complete all assignments. If you cannot attend class, it is your responsibility to communicate absences with your professors. The faculty member will decide if your excuse is valid and thus may provide lecture materials of the class. According to University policy, acceptable reasons for an absence, which cannot affect a student’s grade, include:

- Participation in an authorized University activity.
- Death or major illness in a student’s immediate family.

- Illness of a dependent family member.
- Participation in legal proceedings or administrative procedures that require a student's presence.
- Religious holy day.
- Illness that is too severe or contagious for the student to attend class.
- Required participation in military duties.
- Mandatory admission interviews for professional or graduate school which cannot be rescheduled.

Students are responsible for providing satisfactory evidence to faculty members within seven calendar days of their absence and return to class. They must substantiate the reason for the absence. If the absence is excused, faculty members must either provide students with the opportunity to make up the exam or other work missed, or provide a satisfactory alternative to complete the exam or other work missed within 30 calendar days from the date of absence. Students who miss class due to a University-sponsored activity are responsible for identifying their absences to their instructors with as much advance notice as possible.

## Classroom Behavior (applies to online or Face-to-Face Classes)

TAMIU encourages classroom discussion and academic debate as an essential intellectual activity. It is essential that students learn to express and defend their beliefs, but it is also essential that they learn to listen and respond respectfully to others whose beliefs they may not share. The University will always tolerate different, unorthodox, and unpopular points of view, but it will not tolerate condescending or insulting remarks. When students verbally abuse or ridicule and intimidate others whose views they do not agree with, they subvert the free exchange of ideas that should characterize a university classroom. If their actions are deemed by the professor to be disruptive, they will be subject to appropriate disciplinary action (please refer to Student Handbook Article 4).

## TAMIU Honor Code: Plagiarism and Cheating

As a TAMIU student, you are bound by the TAMIU Honor Code to conduct yourself ethically in all your activities as a TAMIU student and to report violations of the Honor Code. Please read carefully the Student Handbook Article 7 and Article 10 available at https://www.tamiu.edu/scce/studenthandbook.shtml (https://www.tamiu.edu/scce/studenthandbook.shtml/).

We are committed to strict enforcement of the Honor Code. Violations of the Honor Code tend to involve claiming work that is not one's own, most commonly plagiarism in written assignments and any form of cheating on exams and other types of assignments.

Plagiarism is the presentation of someone else's work as your own. It occurs when you:

1. Borrow someone else's facts, ideas, or opinions and put them entirely in your own words. You must acknowledge that these thoughts are not your own by immediately citing the source in your paper. Failure to do this is plagiarism.
2. Borrow someone else's words (short phrases, clauses, or sentences), you must enclose the copied words in quotation marks as well as citing the source. Failure to do this is plagiarism.
3. Present someone else's paper or exam (stolen, borrowed, or bought) as your own. You have committed a clearly intentional form of intellectual theft and have put your academic future in jeopardy. This is the worst form of plagiarism.

Here is another explanation from the 2020, seventh edition of the Manual of The American Psychological Association (APA):

"Plagiarism is the act of presenting the words, idea, or images of another as your own; it denies authors or creators of content the credit they are due. Whether deliberate or unintentional, plagiarism violates ethical standards in scholarship" (p. 254). This same principle applies to the illicit use of AI.

**Plagiarism**: Researchers do not claim the words and ideas of another as their own; they give credit where credit is due. Quotations marks should be used to indicate the exact words of another. Each time you paraphrase another author (i.e., summarize a passage or rearrange the order of a sentence and change some of the words), you need to credit the source in the text. The key element of this principle is that authors do not present the work of another as if it were their own words. This can extend to ideas as well as written words. If authors model a study after one done by someone else, the originating author should be given credit. If the rationale for a study was suggested in the discussion section of someone else's article, the person should be given credit. Given the free exchange of ideas, which is very important for the health of intellectual discourse, authors may not know where an idea for a study originated. If authors do know, however, they should acknowledge the source; this includes personal communications (p. 11). For guidance on proper documentation, consult the Academic Success Center or a recommended guide to documentation and research such as the Manual of the APA or the MLA Handbook for Writers of Research Papers. If you still have doubts concerning proper documentation, seek advice from your instructor prior to submitting a final draft.

TAMIU has penalties for plagiarism and cheating.

- **Penalties for Plagiarism**: Should a faculty member discover that a student has committed plagiarism, the student should receive a grade of 'F' in that course and the matter will be referred to the Honor Council for possible disciplinary action. The faculty member, however, may elect to give freshmen and sophomore students a "zero" for the assignment and to allow them to revise the assignment up to a grade of "F" (50%) if they believe that the student plagiarized out of ignorance or carelessness and not out of an attempt to deceive in order to earn an unmerited grade;

the instructor must still report the offense to the Honor Council. This option should not be available to juniors, seniors, or graduate students, who cannot reasonably claim ignorance of documentation rules as an excuse. For repeat offenders in undergraduate courses or for an offender in any graduate course, the penalty for plagiarism is likely to include suspension or expulsion from the university.

  - *Caution*: Be very careful what you upload to Turnitin or send to your professor for evaluation. Whatever you upload for evaluation will be considered your final, approved draft. If it is plagiarized, you will be held responsible. The excuse that "it was only a draft" will not be accepted.
  - *Caution*: Also, do not share your electronic files with others. If you do, you are responsible for the possible consequences. If another student takes your file of a paper and changes the name to his or her name and submits it and you also submit the paper, we will hold both of you responsible for plagiarism. It is impossible for us to know with certainty who wrote the paper and who stole it. And, of course, we cannot know if there was collusion between you and the other student in the matter.

- **Penalties for Cheating**: Should a faculty member discover a student cheating on an exam or quiz or other class project, the student should receive a "zero" for the assignment and not be allowed to make the assignment up. The incident should be reported to the chair of the department and to the Honor Council. If the cheating is extensive, however, or if the assignment constitutes a major grade for the course (e.g., a final exam), or if the student has cheated in the past, the student should receive an "F" in the course, and the matter should be referred to the Honor Council. Additional penalties, including suspension or expulsion from the university may be imposed. Under no circumstances should a student who deserves an "F" in the course be allowed to withdraw from the course with a "W."
  - *Caution*: Chat groups that start off as "study groups" can easily devolve into "cheating groups." Be very careful not to join or remain any chat group if it begins to discuss specific information about exams or assignments that are meant to require individual work. If you are a member of such a group and it begins to cheat, you will be held responsible along with all the other members of the group. The TAMIU Honor Code requires that you report any such instances of cheating.
- **Student Right of Appeal**: Faculty will notify students immediately via the student's TAMIU e- mail account that they have submitted plagiarized work. Students have the right to appeal a faculty member's charge of academic dishonesty by notifying the TAMIU Honor Council of their intent to appeal as long as the notification of appeal comes within 10 business days of the faculty member's e-mail message to the student and/or the Office of Student Conduct and Community Engagement. The Student Handbook provides more details.

## Use of Work in Two or More Courses

You may not submit work completed in one course for a grade in a second course unless you receive explicit permission to do so by the instructor of the second course. In general, you should get credit for a work product only once.

## AI Policies

Your instructor will provide you with their personal policy on the use of AI in the classroom setting and associated coursework.

## TAMIU E-Mail and SafeZone

Personal Announcements sent to students through TAMIU E-mail (tamiu.edu or dusty email) are the official means of communicating course and university business with students and faculty –not the U.S. Mail and no other e-mail addresses. Students and faculty must check their TAMIU e-mail accounts regularly, if not daily. Not having seen an important TAMIU e-mail or message from a faculty member, chair, or dean is not accepted as an excuse for failure to take important action.

Students, faculty, and staff are encouraged to download the SafeZone app, which is a free mobile app for all University faculty, staff, and students. SafeZone allows you to: report safety concerns (24/7), get connected with mental health professionals, activate location sharing with authorities, and anonymously report incidents. Go to https://www.tamiu.edu/adminis/police/safezone/index.shtml for more information.

## Copyright Restrictions

The Copyright Act of 1976 grants to copyright owners the exclusive right to reproduce their works and distribute copies of their work. Works that receive copyright protection include published works such as a textbook. Copying a textbook without permission from the owner of the copyright may constitute copyright infringement. Civil and criminal penalties may be assessed for copyright infringement. Civil penalties include damages up to $100,000; criminal penalties include a fine up to $250,000 and imprisonment. Copyright laws do not allow students and professors to make photocopies of copyrighted materials, but you may copy a limited portion of a work, such as article from a journal or a chapter from a book for your own personal academic use or, in the case of a professor, for personal, limited classroom use. In general, the extent of your copying should not suggest that the purpose or the effect of your copying is to avoid paying for the materials. And, of course, you may not sell these copies for a profit. Thus, students who copy textbooks to avoid buying them or professors who provide photocopies of textbooks to enable students to save money are violating the law.

## Students with Disabilities

Texas A&M International University seeks to provide reasonable accommodations for all qualified persons with disabilities. This University will adhere to all applicable federal, state, and local laws, regulations and guidelines with respect to providing reasonable accommodations as required to afford equal education opportunity. It is the student's responsibility to register with the Office of Student Counseling and Disability Services located in Student Center 126. This office will contact the faculty member to recommend specific, reasonable accommodations. Faculty are prohibited from

making accommodations based solely on communications from students. They may make accommodations only when provided documentation by the Student Counseling and Disability Services office.

## Student Attendance and Leave of Absence (LOA) Policy

As part of our efforts to assist and encourage all students towards graduation, TAMIU provides
LOA's for students, including pregnant/parenting students, in accordance with the Attendance Rule (Section 3.07) and the Student LOA Rule (Section 3.08), which includes the "Leave of Absence Request" form. Both rules can be found in the TAMIU Student Handbook (URL: http://www.tamiu.edu/studentaffairs/StudentHandbook1.shtml (http://www.tamiu.edu/studentaffairs/StudentHandbook1.shtml/)).

## Pregnant and Parenting Students

Under Title IX of the Education Amendments of 1972, harassment based on sex, including harassment because of pregnancy or related conditions, is prohibited. A pregnant/parenting student must be granted an absence for as long as the student's physician deems the absence medically necessary. It is a violation of Title IX to ask for documentation relative to the pregnant/parenting student's status beyond what would be required for other medical conditions. If a student would like to file a complaint for discrimination due to his or her pregnant/parenting status, please contact the TAMIU Title IX Coordinator (Lorissa M. Cortez, 5201 University Boulevard, KLM 159B, Laredo, TX 78041,TitleIX@tamiu.edu, 956.326.2857) and/or the Office of Civil Rights (Dallas Office, U.S. Department of Education, 1999 Bryan Street, Suite 1620, Dallas, TX 75201-6810, 214.661.9600). You can also report it on TAMIU's anonymous electronic reporting site: https://www.tamiu.edu/reportit (https://www.tamiu.edu/reportit/).

TAMIU advises a pregnant/parenting student to notify their professor once the student is aware that accommodations for such will be necessary. It is recommended that the student and professor develop a reasonable plan for the student's completion of missed coursework or assignments. The Office of Equal Opportunity and Diversity (Lorissa M. Cortez, lorissam.cortez@tamiu.edu) can assist the student and professor in working out the reasonable accommodations. For other questions or concerns regarding Title IX compliance related to pregnant/parenting students at the University, contact the Title IX Coordinator. In the event that a student will need a leave of absence for a substantial period of time, TAMIU urges the student to consider a Leave of Absence (LOA) as outlined in the TAMIU Student Handbook. As part of our efforts to assist and encourage all students towards graduation, TAMIU provides LOA's for students, including pregnant/parenting students, in accordance with the Attendance Rule and the Student LOA Rule. Both rules can be found in the TAMIU Student Handbook (https://www.tamiu.edu/scce/studenthandbook.shtml (https://www.tamiu.edu/scce/studenthandbook.shtml/)).

## Anti-Discrimination/Title IX

TAMIU does not discriminate or permit harassment against any individual on the basis of race, color, sex, religion, national origin, age, disability, genetic information, veteran status, educational programs, or employment. If you would like to file a complaint relative to Title IX or any civil rights violation, please contact the TAMIU Director of Equal Opportunity and Diversity/Title IX Coordinator, Lorissa M. Cortez, 5201 University Boulevard, Killam Library 159B, Laredo, TX 78041,TitleIX@tamiu.edu, 956.326.2857, via the anonymous electronic reporting website, ReportIt, at https://www.tamiu.edu/reportit (https://www.tamiu.edu/reportit/), and/or the Office of Civil Rights (Dallas Office), U.S. Department of Education, 1999 Bryan Street, Suite 1620, Dallas, TX 75201-6810, 214.661.9600.

## Incompletes

Students who are unable to complete a course should withdraw from the course before the final date for withdrawal and receive a "W." To qualify for an "incomplete" and thus have the opportunity to complete the course at a later date, a student must meet the following criteria:

1. The student must have completed 90% of the course work assigned before the final date for withdrawing from a course with a "W", and the student must be passing the course;
2. The student cannot complete the course because an accident, an illness, or a traumatic personal or family event occurred after the final date for withdrawal from a course;
3. The student must sign an "Incomplete Grade Contract" and secure signatures of approval from the professor and the college dean.
4. The student must agree to complete the missing course work before the end of the next long semester; failure to meet this deadline will cause the "I" to automatically be converted to an "F"; extensions to this deadline may be granted by the dean of the college. This is the general policy regarding the circumstances under which an "incomplete" may be granted, but under exceptional circumstances, a student may receive an incomplete who does not meet all of the criteria above if the faculty member, department chair, and dean recommend it.

## WIN Contracts

The Department of Biology and Chemistry does not permit WIN contracts. For other departments within the college, WIN Contracts are offered only under exceptional circumstances and are limited to graduating seniors. Only courses offered by full-time TAMIU faculty or TAMIU instructors are eligible to be contracted for the WIN requirement. However, a WIN contract for a course taught by an adjunct may be approved, with special permission from the department chair and dean. Students must seek approval before beginning any work for the WIN Contract. No student will contract more than one course per semester. Summer WIN Contracts must continue through both summer sessions.

## Student Responsibility for Dropping a Course

It is the responsibility of the student to drop the course before the final date for withdrawal from a course. Faculty members, in fact, may not drop a student from a course without getting the approval of their department chair and dean.

## Independent Study Course

Independent Study (IS) courses are offered only under exceptional circumstances. Required courses intended to build academic skills may not be taken as IS (e.g., clinical supervision and internships). No student will take more than one IS course per semester. Moreover, IS courses are limited to seniors and graduate students. Summer IS course must continue through both summer sessions.

## Grade Changes & Appeals

Faculty are authorized to change final grades only when they have committed a computational error or an error in recording a grade, and they must receive the approval of their department chairs and the dean to change the grade. As part of that approval, they must attach a detailed explanation of the reason for the mistake. Only in rare cases would another reason be entertained as legitimate for a grade change. A student who is unhappy with his or her grade on an assignment must discuss the situation with the faculty member teaching the course. If students believe that they have been graded unfairly, they have the right to appeal the grade using a grade appeal process in the Student Handbook and in the Faculty Handbook.

## Final Examination

All courses in all colleges must include a comprehensive exam or performance and be given on the date and time specified by the Academic Calendar and the Final Exam schedule published by the Registrar's Office. In the College of Arts & Sciences all final exams must contain a written component. The written component should comprise at least 20% of the final exam grade. Exceptions to this policy must receive the approval of the department chair and the dean at the beginning of the semester.

## Mental Health and Well-Being

The university aims to provide students with essential knowledge and tools to understand and support mental health. As part of our commitment to your well-being, we offer access to Telus Health, a service available 24/7/365 via chat, phone, or webinar. Scan the QR code to download the app and explore the resources available to you for guidance and support whenever you need it. The Telus app is available to download directly from TELUS (tamiu.edu) (https://www.tamiu.edu/counseling/telus/) or from the Apple App Store and Google Play.

# Exhibit C

**From:** Zschirnt, Simon
**To:** Neumann, Pamela J.; Breen, Kyle D.; Kilburn, John C
**Subject:** RE: Fall 2025 Syllabi Review
**Date:** Tuesday, March 3, 2026 2:29:59 PM

Sean may have more specific feedback in his possession but he doesn't appear to have included it in his email. I will ask Sean if he can share in advance of the meeting and forward you anything he provides me. Best,

**Simon Zschirnt**, PhD
Associate Professor of Political Science & Chair | Department of Social Sciences
ph: 956.326.2619 | www.tamiu.edu

**From:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Sent:** Tuesday, March 3, 2026 2:16 PM
**To:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>; Breen, Kyle D. <kyle.breen@tamiu.edu>; Kilburn, John C <jckilburn@tamiu.edu>
**Subject:** RE: Fall 2025 Syllabi Review

Hi Simon,
Just wondering if the system provided any written comments about the courses that were flagged. It seems like it would be useful information to have in advance if there were specific words or assigned readings that led to this review/meeting being called. It would likely make the meeting on Thursday more efficient for all parties.

Pamela

**Dr. Pamela Neumann | Assistant Professor of Sociology**
Texas A&M International University
Department of Social Sciences, College of Arts and Sciences
5201 University Boulevard
Laredo, TX 78041
ph: 956.326.2686 | www.tamiu.edu

**From:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>
**Sent:** Monday, March 2, 2026 12:00 PM
**To:** Breen, Kyle D. <kyle.breen@tamiu.edu>; Neumann, Pamela J. <pamela.neumann@tamiu.edu>; Kilburn, John C <jckilburn@tamiu.edu>
**Subject:** FW: Fall 2025 Syllabi Review
**Importance:** High

Hi Kyle, Pamela, and John,

FYI, the A&M system has completed its review of syllabi and several Sociology courses were flagged (see below). These include Kyle's SOCI 3370, Pamela's SOCI/WGST 4325, as well as adjunct-taught sections of SOCI 4310 and SOCI/WGST 4325.

Sean is convening a meeting this Thursday 9:00-11:00AM to discuss next steps. He will either invite you directly or I will forward you the invite. He also asked that an additional faculty member attend to assist so it would probably be best if that is John since he is the only other full-time Sociology faculty.

I will keep you posted. Best,

**Simon Zschirnt**, PhD
Associate Professor of Political Science & Chair | Department of Social Sciences
ph: 956.326.2619 | www.tamiu.edu

**From:** Maddan, Sean A. <sean.maddan@tamiu.edu>
**Sent:** Monday, March 2, 2026 11:29 AM
**To:** Hazelton, Andrew J <AndrewJ.Hazelton@tamiu.edu>; Zschirnt, Simon <simon.zschirnt@tamiu.edu>; Vasquez, Desi A. <Desi.Vasquez@tamiu.edu>; Ynalvez, Marcus A <mynalvez@tamiu.edu>
**Cc:** San Miguel, Claudia E <csanmiguel@tamiu.edu>; Gonzalez, Ariadne A <AriadneA.Gonzalez@tamiu.edu>
**Subject:** Fall 2025 Syllabi Review
**Importance:** High

Hi all,

The system has concluded its review of the syllabi from last semester. The classes in the below table were identified as potentially problematic. The next step in the review process is to review the comments and determine next steps. The system has given us until next Friday to respond to their review. Unfortunately, next week is Spring Break. As such, we will need to meet this week. I am setting a meeting for this Thursday at 9 to 11 in the morning. I will send out an invite as soon as I confirm a place.

I need all of you to attend, but you will also need to request the full-time faculty member to attend (Ray, Kyle, Pamela, and Teresa); you will also need to bring an additional department/program member to the meeting to assist in the deliberations/review. Specifically, we will be reviewing these courses in relation to 08.01 (attached; please review). The possible outcomes will include:

- Content was reviewed and considered appropriate for the level and discipline
- Course was reviewed and without changes is compliant with 08.01
- Course was adjusted to comply with 08.01
- Course was canceled
- Other

| Course Name | Course Number | Section Number | Section Instructor | Section Modality | Section Location | Section Enrollment | CourseRequiredInd | CoreCurriculumInd |
|---|---|---|---|---|---|---|---|---|
| Psychology of Human Sexuality | PSYC 4310 | 101 | Garza, Ray | ON CAMPUS | Academic Innovation Center - 221 | 59 | N | N |
| Psychology of Human Sexuality | PSYC 4310 | 180 | Garza, Ray | ONLINE COURSE | Online Class - ONLINE | 60 | N | N |
| Health, Medicine, and Society | SOCI 3370 | 101 | Breen, Kyle | ON CAMPUS | Pellegrino Hall - 115 | 27 | Y | N |
| Social Inequality | SOCI 4310 | 180 | Laurel-Wilson, Marissa | ONLINE COURSE | Online Class - ONLINE | 60 | Y | N |
| Sociology of Gender Roles | SOCI 4325 | 102 | Neumann, Pamela | ON CAMPUS | Pellegrino Hall - 114 | 21 | N | N |
| Sociology of Gender Roles | SOCI 4325 | 002 | Silva, Tania | ONLINE COURSE | Online Class - ONLINE | 45 | N | N |
| Sociology of Gender Roles | SOCI 4325 | 180 | Silva, Tania | ONLINE COURSE | Online Class - ONLINE | 9 | N | N |
| Women & Gender Studies | WGST 2301 | 102 | Scott, Teresa | ON CAMPUS | Bullock Hall - 205 | 18 | Y | N |

Please let me know if you have any question.

Take care,

Sean

# Exhibit D

**From:** San Miguel, Claudia E
**To:** Neumann, Pamela J.; Zschirnt, Simon; Ynalvez, Marcus A; Kilburn, John C; Breen, Kyle D.
**Cc:** Gonzalez, Ariadne A; Maddan, Sean A.
**Subject:** Re: Audit of SOCI courses
**Date:** Tuesday, March 17, 2026 4:00:15 PM

---

Good afternoon Pamela,

Thank you for replying to my email.

Kindly refer to my comments embedded in your email.

Best,

Claudia San Miguel, PhD | Provost and Vice President for Academic Affairs
Texas A&M International University
5201 University Boulevard
Laredo, TX 78041
ph: 956-326-2240 | www.tamiu.edu

---

**From:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Sent:** Sunday, March 15, 2026 5:08 PM
**To:** San Miguel, Claudia E <csanmiguel@tamiu.edu>; Zschirnt, Simon <simon.zschirnt@tamiu.edu>; Ynalvez, Marcus A <mynalvez@tamiu.edu>; Kilburn, John C <jckilburn@tamiu.edu>; Breen, Kyle D. <kyle.breen@tamiu.edu>
**Cc:** Gonzalez, Ariadne A <AriadneA.Gonzalez@tamiu.edu>; Maddan, Sean A. <sean.maddan@tamiu.edu>
**Subject:** RE: Audit of SOCI courses

Good afternoon Dr. San Miguel:

I am writing on behalf of the SOCI faculty to respond to the requests in your email.

1. **Regarding SOCI 4310**: As discussed in the meeting with Dr. Maddan on 3/5, the SOCI faculty agreed to use another book for SOCI 4310 which we consider a better fit for the course and already had been used in prior semesters. The book is *The Social Inequality Reader*, edited by David Grusky and Szonja Szel?nyi (ISBN 978-0813343457). Thank you for considering the use of another textbook.

2. **Regarding SOCI 4325**.

   1. Course Description for SOCI 4325 : The SOCI faculty reviewed the course description and determined in the meeting with Dr. Maddan on 3/5 that it was out of date and

needed to be revised.

i. New course description: "Sociological explanations of status differences between men and women; cross-cultural comparisons; gender role socialization, cultural stereotypes, discrimination; gender roles and status in social institutions; recent social changes" (*note:* this course description closely mirrors a description for a similar course at A&M-College Station). This will work. Yes, I do see similarities between the proposed course description to a course at A&M College Station.

1. Textbook/Syllabus:

i. I am attaching the Spring 2026 syllabus for SOCI 4325 which contains some modifications from the one used in Fall 2025 which was audited.

ii. The textbook used in the course (an upper division elective, not required for the degree in sociology or any other degree) by Lisa Wade and Myra Ferree (Gender: Ideas, Interactions, Institutions) and published by highly respected publisher WW Norton, is the most comprehensive and best-selling textbook on the market for the content of this class. Ferree is a past president of the American Sociological Association and Wade is a tenured professor at Tulane University. Now in its 3rd edition, their textbook includes discussions of biological sex, gender identity and expression, masculinities, femininities, analysis of intersections with race, class, and sexuality, historical explanations of changes in gender roles, how gender impacts family, the workplace and political representation. On all of these topics, the book explains well established concepts and cites influential peer reviewed research from respected scholars in the field.

iii. Without further information concerning how the content of this textbook violates policy 08.01, we cannot effectively or efficiently move forward with identifying any suitable alternative. Moreover, we have been in contact with colleagues across Texas and have learned that this book is also currently being used in similar courses in sociology and women and gender studies at A&M – College Station. This book has even been approved via an exception process developed by the administration there to allow these topics to be covered in lower-division classes. Before we move forward with any requested changes to the textbook or syllabus, the faculty would like further explanation concerning why a book that is deemed suitable at A&M-College Station has been deemed unsuitable here at TAMIU.

iv. We also request more specific information about which readings on the syllabus have been deemed in violation of 08.01 and on what grounds. Our understanding of policy 08.01 is that it prohibits "advocacy" on the topic of "gender ideology" and "race ideology". It does not prohibit the discussion of or presentation of information about the experiences of different groups of people if such content serves an educational purpose (all of the current readings on the syllabus are textbook chapters or peer reviewed research

articles). Therefore, please clarify exactly what content cannot be assigned as readings in this course.

My concern is not with the legitimacy or scholarly merit of the Wade and Ferree text nor with the presentation of information about the experiences of different groups of people. I agree with you that teaching about the experiences of different people has a legitimate educational purpose and such purpose does not violate 08.01. My concern is more practical given my knowledge of the climate at board meetings. In the current environment, books are sometimes judged by their cover and the opening pages rather than by their full substance. Because the cover and language in the foreword could be interpreted as leaning in one direction or another, I worry that attention could shift away from the sociological analysis of gender and toward debates about the textbook itself. I would prefer that teaching about the sociology of gender roles remain the focus of the course.

I reviewed the publicly available course information at Texas A&M University, including syllabi and listed textbooks. I was not able to find evidence that the Wade and Ferree text is being used there. If you have come across examples of its use within the System, I would appreciate it if you could share them with me. I am also happy to reach out to the Provost at Texas A&M to ask about the textbooks they use for similar courses.

Given that there are many strong sociology texts that address similar themes, I would ask that you and the sociology faculty consider selecting an alternative. My goal is simply to ensure that the focus remains on the quality of your teaching and scholarship rather than on defending a particular book choice.

I hope this explanation is helpful, and I appreciate your understanding.

Thank you in advance for your time and any clarifications you can provide.

Respectfully,
Pamela

**Dr. Pamela Neumann | Assistant Professor of Sociology**
Texas A&M International University
Department of Social Sciences, College of Arts and Sciences
5201 University Boulevard
Laredo, TX 78041
ph: 956.326.2686 | www.tamiu.edu

---

**From:** San Miguel, Claudia E <csanmiguel@tamiu.edu>
**Sent:** Thursday, March 12, 2026 8:32 AM
**To:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>; Ynalvez, Marcus A <mynalvez@tamiu.edu>; Kilburn, John C <jckilburn@tamiu.edu>; Neumann, Pamela J. <pamela.neumann@tamiu.edu>; Breen, Kyle D. <kyle.breen@tamiu.edu>

**Cc:** Gonzalez, Ariadne A <AriadneA.Gonzalez@tamiu.edu>; Maddan, Sean A. <sean.maddan@tamiu.edu>
**Subject:** RE: Audit of SOCI courses

Good morning Simon, Marcus, and Sociology Faculty,

Thank you for taking the time to meet with Sean last week to discuss several Sociology courses in relation to System Policy 08.01. I appreciate the thoughtful conversation and the time that faculty dedicated to reviewing the courses and sharing their perspectives.

The courses discussed were:

SOCI 3370 – Health, Medicine and Society

SOCI 4310 – Social Inequality

SOCI 4325 – Sociology of Gender Roles

Following your meeting with Sean, the Office of the Provost also conducted an independent review of the courses, including the textbooks, syllabi, and course descriptions, in order to assess alignment with System Policy 08.01. Your feedback and recommendations were an important part of this process and were carefully considered. As part of my responsibilities, however, the Office of the Provost also completed its own review and made a final recommendation to President Maynard.

Based on that review, my recommendations are as follows:

- SOCI 3370 – Health, Medicine and Society: No changes are required at this time.

- SOCI 4310 – Social Inequality: A minor revision is recommended. To avoid the appearance of advocacy, the textbook should be replaced with an alternative text that more clearly reflects a neutral, scholarly approach to the subject matter.

- SOCI 4325 – Sociology of Gender Roles. This course will require more substantial revisions in order to align with 08.01. Specifically, the course description, textbook, and syllabus will need to be updated.

Because SOCI 4310 and SOCI 4325 are currently scheduled to be offered in Fall 2026, we will need to ensure that the necessary revisions are in place before students begin registering for those courses. For that reason, the Registrar's Office will temporarily hold registration for these two courses until revisions are submitted for review. Temporarily restricting registration is intended simply to allow time for revisions to be completed and to ensure that the courses are fully aligned with System policy before enrollment begins.

Please submit:

- The ISBN number for the new textbook for SOCI 4310.
- The revised course description, the ISBN number for a new textbook, and draft syllabus for SOCI 4325.

Please submit the above by the end of this month so that we can move forward with the review process and release the courses for registration.

Sean, please work with the Office of the Registrar regarding updates to the 2026–2027 catalog. If catalog revisions are not feasible within the current cycle, we may need to consider adjustments to the Fall 2026 schedule.

I recognize that these conversations occur within a broader context of evolving state and System policies, and that these conversations are not easy. I thank you in advance for your cooperation in ensuring that we comply with policies.

Best,

Claudia San Miguel, PhD | Provost and Vice President for Academic Affairs
Texas A&M International University
5201 University Boulevard
Laredo, TX 78041
ph: 956-326-2240 | www.tamiu.edu

# Exhibit E

We would never have dared to take on the challenge of writing a textbook without Karl Bakeman's initial encouragement. His confidence in our initial vision was inspiring and kept us going until the project could be placed into the very capable hands of Sasha Levitt. Sasha ushered the first edition to completion with her meticulous reading, thoughtful suggestions, and words of encouragement.

During the revision processes, Sasha has come to be an invaluable member of the team, with a perfect mix of stewardship, cheerleading, careful decision-making, and collaborative data-wrangling and fact-checking. She has kept us on target conceptually as well as chronologically, helping us to think hard about points raised by reviewers, and yet kept the revision process smoothly moving forward to meet our deadlines. Without her firm hand on the tiller, our occasional excursions into the weeds might have swamped new revisions with unnecessary changes or ballooned them with new material. Her editorial eye has kept us within our word limits, focused on key points, and true to our vision, all without too much sacrifice. Sasha has become a true partner in the difficult process of adding the new without losing the old, and we could not have pulled off either revision without her.

Indeed, the revision for the third edition was far more challenging than any of us anticipated. World-shattering events, political upheavals, and ideological schisms came one after the other in the past few years: war, illness, and natural disaster, to name but three. Meanwhile, the further rise of authoritarianism in the United States and elsewhere has led to heightened conflict between movements and countermovements of all kinds, including efforts to roll back reproductive rights.

Good things are happening, too, and we tried hard to capture these positive changes. Since the second edition, intersectionality has become a household word. Trans women and men and nonbinary people have achieved an impressive amount of visibility. The Black Lives Matter and Stop Asian Hate movements

have raised awareness of both interpersonal and institutionalized forms of racism. As usual, advances must be fought for. We had the opportunity to celebrate when Ketanji Brown Jackson and Kamala Harris rose to positions of leadership in the United States.

It was dizzying to try to capture how much the world had changed since the second edition went to print. We are ever grateful to our reviewers, whose suggestions helped us know how to respond to these roiling changes. Within the social sciences, expectations to be intersectional have rightfully intensified. Myra, especially, held our collective feet to the fire to do justice to the importance of intersectionality. Heightened attention to the experiences of gender minorities has raised the bar for inclusive, responsible, and respectful language. Even we had to work hard to catch up to the new and better ways of talking about bodies, identities, and relationships. Our own standards for readability have also risen. Lisa had written an entire introductory textbook since the second revision had gone to print, leaving her with higher expectations for clarity, prose, and material that truly captures the imagination.

We hope the balances we struck between new insights, continuing concerns, and accessibility will prove satisfying, but we also recognize that the challenges and changes in understanding of inequalities are ongoing. We expect that the future will continue to demand reconsideration of things we think we know now. We are always open to further criticism and grateful for specific suggestions.

Of course, we could have done none of this without the mountain of support that Norton has offered from beginning to end. Although Sasha has been our visible director, the many hands behind the scenes include project editor Maura Gaughan, who kept us on schedule and collated our changes, and production manager Brenda Manzanedo, who turned our manuscript into the pages you hold now. We also thank assistant editor Erika Nakagawa for her logistical help in preparing that manuscript as well as her thoughtful suggestions for ways to improve the book, designer Jillian Burr for her keen graphic eye, and our copyeditor, Jude Grant, for crossing our t's and dotting our i's. The many images that enrich this book are thanks to photo editors Amla Sanghvi and photo researcher Jane Miller. We are also grateful to have discovered Leland Bobbé, the artist whose half-drag portraits fascinated us. Selecting the individuals to feature on each edition is a collaborative process aided by the further creative work of Jillian Burr and Debra Morton Hoyt. We're grateful for the result: striking covers that we hope catch the eye and spark conversation.

We would also like to thank the reviewers who commented on drafts of the book and its revision in various stages: Rachel Allison, Shayna Asher-Shapiro, Phyllis L. Baker, Kristen Barber, Anne Barrett, Miriam Barcus, Shira Barlas, Bernadette Barton, Sarah Becker, Dana Berkowitz, Maura Ryan Bernales, Emily Birnbaum, Natalie Boero, Catherine Bolzendahl, Valerie Chepp, Nancy Dess, Lisa Dilks, Mischa DiBattiste, Erica Dixon, Mary Donaghy, Michelle Durden, Julia Eriksen, Jennifer Fagen, Angela Frederick, Jessica Greenebaum, Nona Gronert, Lee Harrington, Jennifer Haskin, Sarah Hayford, Alexandra Hendley, Penelope Herideen, Melanie Hughes, Miho Iwata, Jennifer Jacobson, Rachel Kaplan, Madeline Kiefer, Linda Kim, Rachel Kraus, Carrie Lacy, Thomas J. Linneman, Caitlin Maher, Gul Aldikacti Marshall, Janice McCabe, Karyn McKinney, Carly Mee, Jennifer Bickham

Mendez, Beth Mintz, Joya Misra, Beth Montemurro, Christine Mowery, Stephanie Nawyn, Madeleine Pape, Lisa Pellerin, Anna Penner, Sarah Prior, Megan Reid, Mahua Sarkar, Rachel M. Schmitz, Gwen Sharp, Mimi Schippers, Emily Fitzgibbons Shafer, Kazuko Suzuki, Jaita Talukdar, Rachel Terman, Mieke Beth Thomeer, Ashley Vancil-Leap, Kristen Williams, and Kersti Alice Yllo, as well as the students at Babson College, Occidental College, Nevada State College, and the University of Wisconsin-Madison who agreed to be test subjects. Our gratitude goes also to the users of the first edition who offered us valuable feedback on what they enjoyed and what they found missing, either directly or through Norton. We've tried to take up their suggestions by not merely squeezing in occasional new material but by rethinking the perspectives and priorities that might have left such concerns on the cutting room floor the first time around.

Most of all, the two of us are happy to discover that we could collaborate in being creative over the long term of this project, contributing different talents at different times, and jumping the inevitable hurdles without tripping each other up. In fact, we were each other's toughest critic and warmest supporter. Once upon a time, Lisa was Myra's student, but in finding ways to communicate our interest and enthusiasm to students, we became a team. In the course of each revision, we came to appreciate each other's strengths more and more. We rejoice in the collegial relationship we have constructed and how we relied on it in making this revision happen. We hope you enjoy reading this book as much as we enjoyed making it.

Lisa Wade
Myra Marx Ferree

# Exhibit F

**From:** Maddan, Sean A.
**To:** Zschirnt, Simon
**Cc:** Neumann, Pamela J.
**Subject:** RE: Evidence of Wade/Ferree text use
**Date:** Thursday, March 26, 2026 11:41:40 AM

Fair enough.

Take care,

Sean

**From:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>
**Sent:** Thursday, March 26, 2026 11:39 AM
**To:** Maddan, Sean A. <sean.maddan@tamiu.edu>
**Cc:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Subject:** RE: Evidence of Wade/Ferree text use

Hi Sean,

I spoke to Pamela about this and she indicated that she would not be able to identify a suitable replacement textbook and revise the syllabus accordingly before registration for fall begins. Thus, we will be removing SOCI 4325 from the fall schedule and resume offering it in Spring 2027, which should give her sufficient time to do so. Best,

**Simon Zschirnt**, PhD
Associate Professor of Political Science & Chair | Department of Social Sciences
ph: 956.326.2619 | www.tamiu.edu

**From:** Maddan, Sean A. <sean.maddan@tamiu.edu>
**Sent:** Saturday, March 21, 2026 10:00 AM
**To:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>
**Cc:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Subject:** RE: Evidence of Wade/Ferree text use

Hi Simon,

As I noted during the meeting, this situation does not follow a traditional or straightforward decision-making process. While Pamela's points were thoughtful and the additional context she provided is relevant, it does not apply in this particular instance.

Although the book is currently being used this semester in a WGST course, the key consideration is the program's future. As you know, the WGST program at College Station is being discontinued. Consequently, the introductory course in which the book is currently used will no longer be offered

moving forward. Any remaining WGST courses will be limited to supporting currently enrolled students through degree completion through the close out plan.

The decision by the President and Provost has already been finalized. Claudia's email was intended to communicate that decision rather than to initiate further discussion. As such, if the course is to remain on the schedule, the assigned book will need to be changed.

If I may offer a suggestion, in previous situations where departments selected texts that did not align with my preferences, I assigned the required readings but supplemented them with my own lecture materials from other sources. This approach allowed students to benefit from multiple perspectives—engaging with the assigned text while also receiving additional context and interpretation through my lectures. In retrospect, this provided a more balanced and enriching learning experience, even in introductory courses such as criminal justice or advanced courses such as research methods.

Please let me know if you would like to discuss this further.

Take care,

Sean

---

**From:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>
**Sent:** Friday, March 20, 2026 3:27 PM
**To:** Maddan, Sean A. <sean.maddan@tamiu.edu>
**Cc:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Subject:** FW: Evidence of Wade/Ferree text use

Hi Sean,

Pamela and the Sociology faculty were wondering if a final decision has been made regarding the use of the Wade/Ferree textbook in SOCI 4325 (see below). Given its continued use at College Station, can they also continue to use it or will they have to adopt a different text? Best,

**Simon Zschirnt**, PhD
Associate Professor of Political Science & Chair | Department of Social Sciences
ph: 956.326.2619 | www.tamiu.edu

---

**From:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Sent:** Tuesday, March 17, 2026 4:33 PM
**To:** San Miguel, Claudia E <csanmiguel@tamiu.edu>
**Cc:** Maddan, Sean A. <sean.maddan@tamiu.edu>; Gonzalez, Ariadne A

<AriadneA.Gonzalez@tamiu.edu>; Zschirnt, Simon <simon.zschirnt@tamiu.edu>; Breen, Kyle D. <kyle.breen@tamiu.edu>; Kilburn, John C <jckilburn@tamiu.edu>; Ynalvez, Marcus A <mynalvez@tamiu.edu>
**Subject:** Evidence of Wade/Ferree text use

Good afternoon Claudia,
Please see attached for an example of a class at A&M College Station using the book in question this semester. Changing textbooks implies becoming familiar with a new book and essentially redesigning the class, work that I view as entirely unnecessary under the circumstances. Every academic book has a few words or sentences that could be interpreted as “not neutral”” or something that someone reading could interpret in an unfavorable manner. But neither “neutrality” nor perfection is not the standard for large bodies of academic research—peer review is. And publishers change the covers to books all the time. If the cover is the standard, there is no guarantee another book would be acceptable in the future.
Kind regards,
Pamela

Sent from my iPhone

Begin forwarded message:

> **From:** "Neumann, Pamela J." <pamela.neumann@tamiu.edu>
> **Date:** March 17, 2026 at 4:22:56 PM CDT
> **To:** "Neumann, Pamela J." <pamela.neumann@tamiu.edu>
> **Subject: Evidence of Wade/Ferree text use**
>
> Sent from my iPhone

# Exhibit G

**From:** Zschirnt, Simon
**To:** Neumann, Pamela J.
**Cc:** Kilburn, John C; Breen, Kyle D.
**Subject:** RE: List of Gender adoptions
**Date:** Wednesday, March 25, 2026 12:57:45 PM
**Attachments:** image001.png

---

Thanks Pamela. I have no doubt that Wade/Ferree is an excellent textbook and its wide usage is clearly a testament to that. However, unfortunately, as Sean indicated, the provost has already made her decision and isn't open to any further discussion of the matter. Best,

**Simon Zschirnt**, PhD
Associate Professor of Political Science & Chair | Department of Social Sciences
ph: 956.326.2619 | www.tamiu.edu

---

**From:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Sent:** Wednesday, March 25, 2026 11:48 AM
**To:** Zschirnt, Simon <simon.zschirnt@tamiu.edu>
**Cc:** Kilburn, John C <jckilburn@tamiu.edu>; Breen, Kyle D. <kyle.breen@tamiu.edu>
**Subject:** FW: List of Gender adoptions

Hi Simon,
I thought you might find this data of interest, given the administration's concerns about the textbook currently used in SOCI 4325. According to publisher data from W.W. Norton (attached), the Wade/Ferree book is currently in use at over 200 colleges and universities around the country, including the following public Texas universities:

Texas A&M – College Station
University of Texas – Arlington
University of Texas – Austin
University of Houston – Main Campus
University of Texas – Dallas
Texas Tech University
Texas Women's University – Denton
University of Texas – El Paso
West Texas A&M State University
Texas State University – San Marcos

I understand the administration appears to have already made its decision in this matter, but perhaps in the future this kind of data could be taken into consideration when determining whether it is necessary to require faculty to change their course materials.

Best,
Pamela

**Dr. Pamela Neumann | Assistant Professor of Sociology**
Texas A&M International University
Department of Social Sciences, College of Arts and Sciences
5201 University Boulevard
Laredo, TX 78041
ph: 956.326.2686 | www.tamiu.edu

---

**From:** Sisk, Katie <ksisk@wwnorton.com>
**Sent:** Wednesday, March 25, 2026 11:31 AM
**To:** Neumann, Pamela J. <pamela.neumann@tamiu.edu>
**Subject:** List of Gender adoptions

CAUTION: This email originated from outside of the University. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Pamela!

I hope you are well! I've attached a list of all of the colleges that use the Gender textbook and have highlighted the ones that are in Texas.

Thank you so much, please let me know if you need anything else!

Katie

**Katie Sisk (she/her)**
*Senior Sales Representative* – San Antonio, TX

W. W. NORTON, INC.
*Independent Publishers Since 1923*

**M** 210-607-0432 | ksisk@wwnorton.com
Support: support.wwnorton.com
Catalog: wwnorton.com