**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**DECLARATION OF GEORGE MCCONNELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, George McConnell, declare as follows:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge.

2. I am an Associate Professor of Devised Theatre at Texas A&M, College Station.

3. I am a member of the College Station chapter of the American Association of University Professors. I have been a member since January of 2026.

4. I have been a tenured professor at Texas A&M since 2025. I work in the College of Performance, Visualization, and Fine Arts. I generally teach courses surrounding devised theater, which is theater that is made without a completed script when you begin.

5. I earned my M.A. from Florida State University and my Ph.D. from the University of Minnesota. I have devised over 30 critically acclaimed original ensemble performances that have been presented in New York, Chicago, Milwaukee, Denver and Tampa. A copy of my C.V. is attached here as Exhibit A.

6. I do not understand what the Censorship Policy enacted by Texas A&M in November of 2025 prohibits and allows. With regard to Race Ideology, I am not sure what it means to advocate for race ideology. It appears to be targeted at material that might make white people feel bad. But that is such a subjective standard, that I do not know how to reasonably conform my conduct to abide by the policy.

7. I also do not know what it means to advocate for gender ideology or topics related to sexual orientation or gender identity. My understanding of how the policy is being interpreted by the University is that any discussion of transgender or queer issues is subject to increased scrutiny and likely censorship and even possible dismissal of the professor. The policy itself does not say that, and other subjects that would appear to relate to sexual orientation or gender identity—for instance heterosexual sexuality—do not appear to be subject to censorship. Therefore, I do not know what instruction I am allowed to provide to my students.

8. The guidance I have received on the Censorship Policy has not helped me understand what is allowed and what is prohibited. At a faculty meeting, the Censorship Policy was brought up, and we were explicitly told to treat student-raised discussions of race, gender, and sexual orientation differently than other topics. We were told that if a student raised an issue for discussion

related to those areas, we should acknowledge it but try to move on to another discussion as quickly as possible. This stands in contrast to our overall pedagogical mission, which is to engage students on the issues they raise and explore them further. In fact, the guidance establishes a two-tier system of discussion based on whether University officials agree with or are offended by a particular topic.

9. After the passage of the new policy, I have been forced to self-censor by removing course material that I ordinarily would have included.

10. In the 2026 Spring semester, I taught the graduate course PERF 602: Research Methods and Performance. PERF 602 explores performance that occurs in culture—such as church events, public rallies, weddings, etc. In order to adequately teach and explore this topic, I, along with my students, must be able to talk about people as people really are, which includes discussing their race, gender, and sexuality. The new Censorship Policy severely hampers my ability to teach this course in a pedagogically sound manner and in a manner that meets academic standards for the discipline of performance studies because I cannot talk about issues related to race, gender, and sexuality.

11. Due to the passage of the Censorship Policy, I removed a book entitled "Critical Ethnography: Method, Ethics, and Performance" by D. Soyini Madison from my PERF 602 syllabus for the 2026 Spring semester. A copy of my syllabus PERF 602 in the 2026 Spring Semester is attached as Exhibit B. As the publisher's blurb explains, this work explores theoretical concepts including "queer theory, feminist theory, and critical race theory[,] Marxism and phenomenology." I removed this title because I thought that it would be flagged during a syllabus review, and I did not want to risk having my course cancelled outright. I did not remove this reading for a valid pedagogical reason. In fact, I believe that removing this reading harmed the course and my ability to teach my class. Removing this work was like removing the floor of the

structure I was trying to build through my syllabus. Best pedagogical practices would have had me include this work especially as it is foundational to many of the other works we explored in the class. Many of the other works discussed in class refer back to and rely on *Critical Ethnography*. Without that book in the curriculum, the class suffered.

12. I also do not believe that assigning this material should constitute advocating race or gender ideology or topics related to sexual orientation and gender identity. As noted above, what these terms actually mean and how they are being interpreted is fundamentally unclear to me; however, generally when I assign a reading, I am not "advocating" that particular point of view. Instead, I am hoping that the students engage with whatever arguments are being set forth by a particular text and that we can have discussion about that argument. Nor do I believe that the text I removed constituted race or gender ideology as those terms are defined. Nonetheless, due to confusion about the new policy and fear of being disciplined or worse, I removed the work.

13. Even after removing this work, I determined that I needed to seek an exception for this course because we would be discussing race, gender, and sexuality. In seeking an exception for this course, I noted that the course would be discussing race, gender, and sexuality throughout the entirety of the course and that it would not be possible to isolate a specific day or reading. Because Performance Studies concerns the performance of self in everyday life, it is not possible to teach the course in a pedagogically sound manner without discussing race, gender or sexuality. I received the exception but no explanation was provided as to what standard was used to determine whether an exception was warranted so I am unsure what may be required for other courses.

14. For the Fall of 2026, I also applied for an exception for my course THEA 220: Decentering the Text. My program head determined that I needed to apply for an exception particularly for a work that featured three queer characters and where one of the characters briefly

dresses in drag. In an email exchange with the Dean concerning the application for an exception, we discussed whether the character that dressed in drag needed to be flagged under the "gender identity" part of the Censorship Policy. Neither of us were entirely sure, and the Dean remarked "[t]he BOR policy's definition of 'gender identity' isn't made clear in 08.01. One could as easily argue that a cisgender female wearing a pant suit is as out of alignment as a cisgender male wearing a dress (or kilt). The policy stays clear of trying to navigate those gray waters, leaving it to us to do so." A true and correct copy of that email exchange is included here as Exhibit C.

15. Ultimately, I never saw the final version of my request for an exception, and I do not know exactly what it said. I was granted an exception to teach this play, but no explanation was ever provided regarding the standards for determining an exception or why my course received one.

16. In that same course, I also teach another play that features instances of explicit (though not obscene) heterosexual sex. However, it has never been suggested that heterosexual sex is subject to extra scrutiny under the Censorship Policy, even though it is ostensibly a topic related to sexual orientation, and no one has suggested I would need an exception to teach that play.

17. Moving forward, I continue to remain unsure about what the Censorship Policy actually allows or prohibits. I am always guessing whether something will be allowed or denied, and it feels arbitrary to me. At best, it seems that if some view is disliked or is being targeted by the political higher ups at the University, it will be disallowed.

18. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on 8/21/2026.

George McConnell

# Exhibit A

# George D. McConnell

Bryan, TX 77803
georgedavidmcconnell@gmail.com
For video and image documentation please visit my devising archive at: **www.georgedavidmcconnell.com**

## Education

**Ph.D.** Theatre Historiography, **University of Minnesota**, Minneapolis, MN, Dec. 2011

Dissertation: *Struck Stupid: 21st Century Theatrical Performance and the Limits of a Discourse*
Advisor: Dr. Margaret Werry

**M.A.** Theatre Studies, **Florida State University**, Tallahassee, FL, May 2006

Master's Thesis: *Live! Nude! Girls! Representations of Female Nudity in the Fluffgirls Burlesque, Girls Gone Wild, and SuicideGirls*
Advisor: Dr. Mary Karen Dahl

**B.A.** Theatre Performance, **Western Michigan University**, Kalamazoo, MI, April 1997

## Faculty Appointments

**Texas A&M University**
**Tenured Associate Professor of Devised Theatre**
College of Performance, Visualization, and Fine Art
College Station, TX
Aug. 2024-Present

**Adams State University**
Tenured Associate Professor of Theatre
**Head of Collaborative Creation Track**
School of Visual and Performing Arts
Alamosa, CO
Aug. 2019-Aug. 2024

**Guilford Technical Community College (GTCC)**
Instructor of Drama, **Head of Drama Program**
Business, Creative and Performing Arts Division
High Point, NC
Aug. 2018-May 2019

**The Florida State University**
**Assistant Professor of BA Performance**
School of Theatre
Tallahassee, FL
Aug. 2011-May 2015

## Grants

**Art Faculty Award**
**Teri McCartney Faculty Award** June 2023
Adams State University—Alamosa
Project grant awarded to cover partial production costs of *SUPERHERO III: YOUNG SUPERHERO* in the Denver Fringe Festival

**Art Faculty Award**
**Teri McCartney Faculty Award** July 2022
Adams State University—Alamosa
Project grant awarded to cover partial production costs of *FUCK YEAH* in the Denver Fringe Festival

**Art Faculty Award**
**Teri McCartney Faculty Award** Sept. 2021
Adams State University—Alamosa
Project grant awarded to cover partial production costs of *I Am A Ghost Haunting Myself*

**Community Arts Grant**
**Minnesota Regional Arts Council**—Minneapolis March 2018
Grant awarded to produce/devise/direct *SUPERHERO* at The Southern Theatre with Samantha Johns

**FYAP**
**First Year Assistant Professor Program** Jan. 2013
Florida State University—Tallahassee
Grant awarded to create *car.sick.* performance piece with Samantha Johns

**GRPP**
**Graduate Research Partnership Program** May 2010
University of Minnesota—Twin Cities
Grant awarded to conduct fieldwork with Chicago-based theatre company *Every House Has A Door* during their summer 2010 Museum of Contemporary Art residency

## Publications

*Point Pleasant Artist Feature Catalogue*: https://www.pointpleasantpublishing.net/single-post/george-mcconnell

**I was a featured artist in this online and print curated international publication.**

Review of *Staging Process: The Aesthetic Politics of Collective Performance* by Rachel Anderson-Rabern *Theatre Journal*, vol 73, no.4, 2021, pp. 595-596.

**I was specifically asked to write this book review by the book review editor. The book focuses on contemporary U.S. devised theatre groups, and I was approached to write the review based on my expertise with devised performance.**

## Residencies

**Performance Art Research Ljubljana (accepted)**
**International Performance Art Residency** Aug 2026
Hosted by several European art organizations in Ljubljana, Slovenia. I was selected to work with my collaborators on developing our new piece *Can You Feel the Pull?* I was chosen with five other artists from an international applicant pool of hundreds.

May 2026

| | | |
|---|---|---|
| **ArtHouse Jersey Lock-In** | **International Interdisciplinary Artist Residency**<br>Hosted by ArtHouse Jersey at their headquarters on the Isle of Jersey, U.K. Six-day residency led and facilitated by internationally recognized performance makers Sue Hill (Associate Director of Wildworks and former Artistic Director of Eden Project) and Francesca Duncan (Punchdrunk). I was one of 12 artists chosen to participate from 185 international applicants. | March 2025 |

## Classes Taught (Instructor of Record)

| | | |
|---|---|---|
| Texas A&M University | THEA 220: **De-Centering The Text** | Fall 2026<br>Fall 2025 |
| Texas A&M University | THEA 304: **Devised Theatre Studio** | Fall 2026<br>Fall 2025 |
| Texas A&M University | THEA 320: **Directing Live Performance** | Spring 2026 |
| Texas A&M University | PERF 602: **Research Methods in Performance Studies** | Spring 2026 |
| Texas A&M University | PERF 303: **Creating Performance** | Spring 2025 |
| Texas A&M University | THEA 103: **Intro To Devised Theatre** | Spring 2025<br>Fall 2024 |
| Adams State University | THTR 279: **Introduction To Devising** | Spring 2024<br>Spring 2022<br>Spring 2020 |
| Adams State University | THTR 379: **Devising Two** | Spring 2024<br>Spring 2021 |
| Adams State University | THTR 265: **Playscript Analysis** | Spring 2024<br>Spring 2023 |
| Adams State University | THTR 285: **Production Management** | Spring 2024 |
| Adams State University | THTR 180: **Introduction to Theatre** | Fall 2023<br>Spring 2023<br>Fall 2022<br>Spring 2022<br>Fall 2021<br>Spring 2021<br>Fall 2020 |
| Adams State University | THTR 223: **Beginning Acting** | Fall 2023<br>Fall 2022<br>Fall 2021<br>Fall 2020<br>Fall 2019 |

| | | |
|---|---|---|
| Adams State University | THTR 472: **Contemporary Theatre** | Fall 2023<br>Fall 2021<br>Fall 2019 |
| Adams State University | THTR 490: **Senior Thesis** | Fall 2023<br>Spring 2023<br>Fall 2022<br>Fall 2021<br>Spring 2021<br>Fall 2020<br>Spring 2020<br>Fall 2019 |
| Adams State University | THTR 242: **Voice for Performance** | Spring 2023<br>Spring 2022<br>Spring 2020 |
| Adams State University | THTR 470: **Classical Theatre** | Fall 2022 |
| Adams State University | THTR 310: **Advanced Acting Techniques** | Fall 2020<br>Fall 2019 |
| Adams State University | SPCH 100: **Speech Fundamentals** | Spring 2022<br>Spring 2021<br>Spring 2020 |
| GTCC | DRA 211: **Theatre History I** | Spring 2019 |
| GTCC | DRA 212: **Theatre History II** | Spring 2019 |
| GTCC | DRA 120: **Voice for Performance** | Spring 2019 |
| GTCC | DRA 170: **Play Production** | Spring 2019 |
| GTCC | DRA 130: **Acting I** | Fall 2018 |
| GTCC | DRA 260: **Directing** | Fall 2018 |
| Northern Illinois University | THEA 370: **History of Theatre I** | Fall 2015 |
| The Florida State University | TPP 2100: **Performance One** | Spring 2015<br>Fall 2014<br>Spring 2014<br>Fall 2013<br>Spring 2013<br>Fall 2012 |
| The Florida State University | THE 4923: **Encounters/Ensemble Devising** | Spring 2015 |
| The Florida State University | THE 4923: **Encounters/Beckett and Ionesco** | Spring 2014 |

| | | |
|---|---|---|
| The Florida State University | THE 2020: **Intro to Theatre for Majors** | Fall 2014<br>Fall 2012<br>Fall 2011 |
| The Florida State University | THE 4935: **Solo Performance Art** | Spring 2013<br>Fall 2011 |
| The Florida State University | TPP 5355: **Performance III (Directing for Theatre Educators)** | Sum. 2012 |
| The Florida State University | THE 5084: **Graduate Performance Theory** | Spring 2012 |
| The Florida State University | THE 4935: **Undergrad Performance Theory** | Spring 2012 |
| University of MN—Twin Cities | TH3120: **Theory/Practice: An Introduction to Performance Art/Studies** | Spring 2011 |
| University of MN—Twin Cities | ARTS 3306: **Performance Art & Installation** | Spring 2011 |
| University of MN—Twin Cities | TH1301: **Acting for Non-Majors** | Spring 2009<br>Spring 2008 |
| Augsburg College (Adjunct Instructor) | THR222R: **Introduction to Theatre Arts** | Spring 2009 |

## National Juried Performance Presentations (Director/Creator)*

***My role in my devising process is twofold. As a creator, I create my share of original material to contribute to the overall collaborative process. This material may be written texts, choreographies, design elements, or other theatrical components. As a director, I guide collaborators through their creative contributions. I work very much like an editor. I direct or shape all of the collaboratively generated material into the final performance. I play a large role in determining the final result, and that result is entirely dependent on the shared creative input from the entire ensemble of creators.***

***The performances under this heading are all performances I submitted in response to national or international calls. These submissions were reviewed by juries of experts, and performances were selected to be presented by the venue, event or organization.***

| | | |
|---|---|---|
| *swim team* | INVERSE National Performance Art Festival at The Momentary, Bentonville | 2023 |
| *SNOWFUCK: as performed by Emily Gastineau and Billy Mullaney of Fire Drill* | The Annex Performance Space, Baltimore | 2015 |
| *The One Obstruction* | Center For Performance Research, Brooklyn | 2013 |
| *Baby, I'm Your baby, Baby: The Land Of Milk and Honey* w/Sam Johns | Panoply Performance Lab, Brooklyn | 2013 |
| *Baby, I'm Your baby, Baby: The Land Of Milk and Honey* w/Sam Johns | Metal Shop, Pittsburgh | 2013 |

## International and National Fringe Festival Performance Presentations (Director/Creator)*

***Many fringe festivals strive to be inclusive and so have a lottery system for participation to eliminate competitive gatekeeping. Artists from all over the world, and at all different levels of experience, each get a number and if their number is drawn, they get to participate in these festivals. For others, there is an application process, and submissions are reviewed by a jury of experts. Festival participants are chosen based on the originality of their projects and their innovative potential. These fringe festivals are a place for cutting-edge performances to be shown that may not otherwise find an audience because of their lack of commercial viability. It is an honor to participate in these festivals, and they build artists' reputations on the national and international level no matter the selection process.***

| | | |
|---|---|---|
| *FRONTIER So Far* | Cincy Fringe Festival, Cincinnati (Juried) | 2026 |
| *Whispers of the Wind: A Very Serious, Complete, and Thorough Academic Presentation on the Mother Fan Cult* | Tampa International Fringe Festival, Tampa (Lottery) | 2025 |
| *Whispers of the Wind: A Very Serious, Complete, and Thorough Academic Presentation on the Mother Fan Cult* | Denver Fringe Festival, Denver (Juried) | 2025 |
| *SUPERHERO III: YOUNG SUPERHERO* | Denver Fringe Festival, Denver (Juried) | 2023 |
| *swim team* | Minnesota Fringe Festival, Minneapolis (Lottery) | 2022 |
| *FUCK YEAH* | Denver Fringe Festival, Denver (Juried) (winner *#FringeAF Award* for "embodying the true essence" of the fringe) | 2022 |

## Regional Juried Performance Presentations (Director/Creator)*

***The organizations presenting these performances did not put out a national call, but accepted submissions regionally to curate their events. Applications were reviewed by juries of experts and performances were chosen based on how well they fit the curatorial criteria.***

| | | |
|---|---|---|
| *swim team* | UNCG Project Space, Greensboro | 2019 |
| *SUPERHERO* | The Southern Theatre, Minneapolis | 2018 |
| *The One Obstruction* | Walker Art Center, Minneapolis | 2011 |

## Touring Self-Produced Performance Presentations (Director/Creator)*

***I consider these touring performances because they were presented in major theatre and performance markets other than where they originated. The tour may consist of one city, or several. They were not presented in response to a national call, but by producing them in these major markets with my own resources it helps to maintain my national reputation. For example,* Britney Spears's Crossroads *was originally devised in Tallahassee. At the time I lived in Tallahassee, there were two major university producing theatres, a community college producing theatre, two community theatre companies, and five or six other producing organizations. In Minneapolis, there is The Guthrie Theater (one of the largest regional theatres in the country), The Walker Contemporary Art Center (a nationally recognized contemporary art museum that has an active contemporary performance presentation program), and too many professional and independent producing organizations to list. Bringing* Britney Spears's Crossroads *to Minneapolis on tour, allowed my work to be seen and experienced in this thriving performance market by professional artists, as opposed to the limited exposure of remote Tallahassee.***

| | | |
|---|---|---|
| *FUCK YEAH: 2024 MidWest Tour* | CBGB, St. Louis<br>Color Club, Chicago<br>Tra-La-La, Milwaukee<br>The Hive, St. Paul | 2024 |
| *If You'll Look Closely Right Here* | Breakthrough Theatre, Orlando | 2014 |

| | | |
|---|---|---|
| *Britney Spears's Crossroads* | The Southern Theatre, Minneapolis | 2014 |
| *This.Is.A.Stupid.Love.Story.* | Gamut Gallery, Minneapolis | 2014 |

## University/College Performance Presentations (Director/Creator)*

***These are productions I devised as part of the co-curricular season.***

| | | |
|---|---|---|
| *SUPERHERO&SUPERHERO* | Texas A&M University, College Station | 2024 |
| *CHRISTMASTIME! CHRISTMASTIME!* | Adams State University, Alamosa | 2021 |
| *WONDERLAND: A Socially Distanced Adventure With Alice* | Adams State University, Alamosa | 2020 |
| *The Origin (24 Hour Devised Project)* | Adams State University, Alamosa | 2020 |

## University/College Performance Presentations (Director)*

***These are published plays that I directed as part of a conventional theatrical production process to fulfill my faculty duties.***

| | | |
|---|---|---|
| *Stupid Fucking Bird* | Adams State University, Alamosa | 2024 |
| *Roosters* | Adams State University, Alamosa | 2022 |
| *Picasso at the Lapin Agile* | Adams State University, Alamosa | 2021 |
| *The Flick* | Guilford Tech Community College, High Point | 2019 |
| *Curate Shakespeare As You Like It* | Guilford Tech Community College, High Point | 2018 |
| *The Monster Under the Bed* | Florida State University, Tallahassee | 2012 |

## Local Self-Produced Performance Presentations (Director/Creator)*

***I devise work locally in an incubation stage to eventually present work at regional, national and international events. If the work never goes beyond the local presentation, it still serves me as an artist to sustain my body of work and creative explorations.***

| | | |
|---|---|---|
| *Anything At All* | Downtown Bryan Contemporary Performance Hub | 2026 |
| *FRONTIER So Far* | Downtown Bryan Contemporary Performance Hub | 2025 |
| *SUPERHERO III: YOUNG SUPERHERO* | Xperimental Theatre, Alamosa | 2023 |
| *I Am A Ghost Haunting Myself* | Xperimental Theatre, Alamosa | 2021 |
| *FUCK YEAH* | SquarePeg Brewerks, Alamosa | 2021 |
| *Cloud/Mountain* | Ft. Lowell Park, Tucson | 2017 |
| *SNOWFUCK: as performed by Emily Gastineau and Billy Mullaney of Fire Drill* | Fresh Oysters Performance Space, Minneapolis | 2015 |
| *Your Broken Hand Already On My Sugar Mouth* | Berry Methodist Church, Chicago | 2015 |
| *Daaaaaad* | Black Rock Bar, Chicago | 2015 |
| *Nowhere Now* | Railroad Square, Tallahassee | 2015 |
| *If You'll Look Closely Right Here* | Annex Theatre, Tallahassee | 2014 |
| *Britney Spears's Crossroads* | Railroad Square, Tallahassee | 2014 |
| *This.Is.A.Stupid.Love.Story.* | 621 Gallery, Tallahassee | 2013 |
| *The Taste of My Mouth* | Railroad Square, Tallahassee | 2013 |
| SNOWFUCK | Myndwyrm Warehouse, Minneapolis (***Twin Cities Daily Planet* Top 10 of 2012**) | 2012 |

| | | |
|---|---|---|
| *hello…(it's been great letting you get to know me)* | Mickee Faust Club House, Tallahassee | 2012 |
| *even if we never look forward* | PaperMoose Jumpsuit Art Space, Minneapolis (***City Pages* A-List**) | 2011 |
| *In the Interest of Time* | Bedlam Theatre, Minneapolis | 2011 |
| *A Small Death: Peeling Oranges, Watching Clocks, and a Pot That Never Boils* | Tarnish and Gold Gallery, Minneapolis | 2011 |
| *The Thing* | 1419 Artist Space, Minneapolis (***Twin Cities Daily Planet* Best of 2010 and *City Pages* Best of the Decade 2010-2020**) | 2010 |
| *S(p)oiled Solyony* | Xperimental Theatre, Minneapolis | 2007 |

## Local Self-Produced Performance Presentations (Performer/Creator)*

***Similar to my director/creator work, my role in these devised pieces is twofold. I create original performance material, but then instead of standing outside of the performance in the director position, I am inside it as a performer.***

| | | |
|---|---|---|
| *13 Love Songs: The Only Heartbreaker* | Milagros, Alamosa | 2022 |
| *13 Love Songs: I Wanna Dance With Somebody* | Rino Rooftop, Denver | 2021 |
| *13 Love Songs: I and Love and You* | C Cinco Art Space, Tucson | 2017 |
| *trip the light fantastic (a 24 hour dance)* w/Lindsey Barlag Thornton | The Foxhole, Chicago | 2016 |
| *Feel the Lightning by Dan Deacon* w/Justin Dodd | Loading Dock Space, Tallahassee | 2015 |
| *13 Love Songs: Wonderwall* | 621 ANNEX, Tallahassee | 2014 |
| *Manly* w/Matt Silva | November Performance Space, Tallahassee | 2013 |
| *I Saw Spartacus* w/Walter Kmiec | November Performance Space, Tallahassee | 2013 |
| *car.sick.* w/Sam Johns | Minneapolis (all over) | 2013 |
| *We Are Theatre [And So Can You]* w/Sam Johns | The Garage, Minneapolis | 2012 |
| *Two Guys Just Standing There Looking At Each Other and Maybe Pulling Things Out of Bags* w/Jason Ballweber | Bedlam Theatre | 2010 |
| *WillTalking/GeorgeEating* w/Will Daddario | Xperimental Theatre, UofM | 2009 |

## Local Company-Produced Performance Presentations (Director/Writer)*

***These are conventional plays that I wrote and was hired to direct by local theatre companies.***

| | | |
|---|---|---|
| *Heart In His Hand* | Bedlam Theatre, Minneapolis | 2009 |
| *Rain* | Mental Eclectic, Los Angeles | 2002 |
| *Through The Wardrobe* | Mental Eclectic, Los Angeles | 2002 |
| *When A Clown Loves A Woman* | Mental Eclectic, Los Angeles | 2002 |
| *Hold Me Closer Tony Danza* | Berubians, Los Angeles | 2002 |
| *Yorick And Godot, On Ice* | TCWNN, Los Angeles | 2002 |
| *The Hunt* | TCWNN, Los Angeles | 2002 |

## Local Company-Produced Performance Presentations (Director)*

***These are published plays that I directed for my own theatre companies, and other producing organizations.***

| | | |
|---|---|---|
| Richard Foreman's *Paradise Hotel* | ThE BRiNK, Minneapolis (***City Pages* A-List**) | 2007 |
| *The Woodman And The Goblins* | ThE BRiNK, Tallahassee | 2005 |
| *Fair Rosamund and Her Murderer* | ThE BRiNK, Tallahassee | 2005 |
| *The Daughters of Edward D. Boit* | ThE BRiNK, Tallahassee | 2005 |
| *Catch 22* | ThE BRiNK, Tallahassee | 2005 |
| *Lights Rise On Adam* | Florida State University, Tallahassee | 2004 |
| *Bible* | TCWNN, Los Angeles | 2002 |
| *Specter* | TCWNN, Los Angeles | 2002 |
| *The Woodman And The Goblins* | TCWNN, Los Angeles | 2002 |
| *Fair Rosamund And Her Murderer* | TCWNN, Los Angeles | 2002 |
| *After You* | Le Bar Bat, Manhattan | 1999 |
| *Crossing the Bar* | SEP, Kalamazoo | 1997 |
| *Picasso at the Lapine Agile* | SEP, Kalamazoo | 1997 |
| *Fortinbras* | SEP, Kalamazoo | 1996 |
| *The Mamet Women* | Western Michigan University, Kalamazoo | 1996 |
| *Variations On The Death of Trotsky* | Weather Permitting Players, Kalamazoo | 1995 |

## Acting (Partial List of Professional Roles)

| | | | |
|---|---|---|---|
| *Fanciness vs. The Void* | Finn | Unity Lutheran Gym, Chicago | 2016 |
| *My Punk Rock Show* | Oldest Punk | November Performance Space | 2013 |
| *Talkback: The Talkback* | Artist One | Bedlam Theatre | 2011 |
| *Superlatives of Excellence* | Grandpa | Bedlam Theatre | 2010 |
| *Million Dollar Museum* | Sloman | Bedlam Theatre | 2009 |
| *Comedy of Errors* | Egeon | Bedlam Theatre | 2009 |
| *Come to DaDa* | Professor | Bedlam Theatre | 2009 |
| *A Lear* | Kent | Bedlam Theatre | 2009 |
| *What Where* by Samuel Beckett | Bom | Flaneur at Open Eye Theatre | 2008 |
| *Balloon Animals* | Balloon Man | Bedlam Theatre | 2008 |
| *You're No Fun* | Max | Bedlam Theatre (Fringe Fest) | 2008 |
| *Been So Long* | Gil | ThE BRiNK, Minneapolis | 2007 |
| *Nocturne* | The Son | ThE BRiNK | 2006 |
| *Normal* | Peter Kurten | ThE BRiNK | 2005 |
| *Crave* | A | ThE BRiNK | 2005 |
| *Beautiful Thing* | Jaime | St. Genesius, Los Angeles | 2000 |
| *Ghosts In The Cottonwood* | Pointer Scully | Victory Gardens, Chicago | 1998 |
| *Twelfth Night* | Sebastian | Oak Park Players, Chicago | 1998 |
| *The Wizard of A.I.D.S.* | Scarecrow | Healthworks, Chicago | 1997 |
| *Big River* | Young Arkansas Fool | Tibbits Summer Stock, MI | 1996 |
| *Biloxi Blues* | Hennessy | Tibbits Summer Stock, MI | 1995 |

## Playwriting (Produced Scripts)

| | | | |
|---|---|---|---|
| *Meat* | One Act Drama | Tympanic Theatre, Chicago | 2010 |
| *Rain* | One Act Drama | Tympanic Theatre, Chicago | 2010 |
| *Tea* | One Act Drama | Tympanic Theatre, Chicago | 2010 |

| | | | |
|---|---|---|---|
| *Heart In His Hand* | One Act Drama | Tympanic Theatre, Chicago | 2010 |
| *Ubu Does America* | One Act Comedy | ThE BRiNK, SETC Fringe | 2006 |
| *Ubu Does America* | One Act Comedy | ThE BRiNK, Tallahassee | 2005 |
| *Statuesque* | One Act Comedy | Mental Eclectic, Los Angeles | 2002 |
| *Meat* | One Act Drama | Mental Eclectic, Los Angeles | 2002 |

## Conference Presentations

**Panel Presentation** — March 2026
Practice-Production Symposium
Mid-America Theatre Conference (MATC)
Annual National Conference
Pittsburgh, PA
**I presented a "notes from the field" paper on my recent devised performance *FRONTIER So Far***

**Workshop Presentation** — Feb 2026
Devising By Design
American College Theatre Festival Region 6
Annual Regional Conference
Abilene, TX
**Led a workshop on devising processes that begin from design elements**

**Workshop Presentation** — Nov 2025
Devised Theatre Workshop
Texas Thespian Festival
Grapevine, TX
**Led three sessions of this workshop at the state conference to recruit potential students to the new TAMU Devised Theatre BFA**

**Workshop Presentation** — Oct 2025
Devised Theatre Workshop
Texas Educational Theatre Association (TxETA)
Theatre Fest
Arlington, TX
**Led a workshop at the Regional Conference to recruit potential students to the new TAMU Devised Theatre BFA**

**Workshop Presentation** — Feb 2025
Devised Theatre Workshop
American College Theatre Festival (ACTF)
Annual Region 6 Conference
Abilene, TX
**Led a workshop at the Regional Conference open to students and faculty.**

**Panel Presentation** — March 2023
Pedagogy Symposium
Mid-America Theatre Conference (MATC)
Annual National Conference
Minneapolis, MN
**Because of my expertise in both devising and teaching devising, I was invited by the Pedagogy Symposium to present a devising workshop "Making Something From Nothing: Devising the (Im)Possible" and use an entire panel session that would typically be shared by three presenters.**

| | | |
|---|---|---|
| **Panel Presentation** | Panel title: **“**COVID as Collaborator: A Roundtable Discussion Reimagining the Challenges and Benefits of In-Person Theatre in Fall 2020”<br>Association for Theatre in Higher Education (ATHE)<br>Annual National Conference<br>Virtual Format<br>**With my colleague Jenna Neilsen, I co-presented our case study of *Wonderland: A Socially Distanced Adventure with Alice,* at a session we proposed, then after acceptance organized, and moderated.** | Aug. 2021 |
| **Panel Presentation** | Panel Title: **“**The Screen and The Photograph: Movement, Meditation, and Magic”<br>Performance Studies International (PSi) Conference 19<br>Annual International Conference<br>Stanford University, CA<br>**As one of four chosen panel participants, I presented my paper “Moving Bodies/Moving Images: Thinking Across the Affective Gap Between the Theatrical Time/Space and Cinematic Time/Space Represented in *Back to the Present”*** | June 2013 |
| **Panel Presentation** | Panel Title: **“**Monuments and Moving Targets: Civic Engagement by Female Performance Artists in the 21st Century”<br>Association for Theatre in Higher Education (ATHE)<br>Annual National Conference<br>Washington D.C.<br>**As one of three chosen panel participants, I presented my paper “Shorting the Circuits of Power: Ann Liv Young, P.S.1, and Institutional Censorship in the 21st Century”** | Aug. 2012 |
| **Working Group Participant** | Bodies At Play Working Group<br>American Society for Theatre Research (ASTR)<br>Annual National Conference<br>Seattle, WA<br>**As one of eight chosen working group members, I presented my paper “Though This Be Stupidity, Yet There Is Method In It: Writing the Playful Body”** | Nov. 2010 |
| **Co-Presenter/Co-Author** | Ongoing Collaborative Discussion Symposium<br>University of Minnesota<br>Minneapolis, MN<br>**As part of an undergrad/graduate collaborative research project, and undergraduate research and I co-presented a paper “Dramateering the Archive and the Repertoire”** | March 2009 |
| **Panel Presentation** | Panel Title: “Theatre Historiography in Action”<br>Mid-America Theatre Conference (MATC)<br>Annual National Conference<br>Kansas City, MO<br>**Two peers and I co-presented a scholarly performance intervention: “What is the Non-Event? Performance And Theory Out of Bounds”** | Feb. 2008 |

## Devising Workshops Taught

| | | |
|---|---|---|
| **Making Something from Nothing: Intro to Devising** | Texas A&M University BFA Day of Theatre<br>College Station, TX (2 sessions) | Feb. 2026 |
| **Making Something from Nothing: Intro to Devising** | Texas A&M University<br>College Station, TX | Aug. 2024 |
| **The Actor/Creator: Making Experimental Performance from Gesture, Image and Found Text** | High Desert Thespian Festival<br>Las Cruces, NM | Oct. 2023 |
| **Making Something from Nothing: Intro to Devising** | Arts Xtravaganza at Adams State University<br>Alamosa, CO | Sept. 2023 |
| **Making Something from Nothing: Intro to Devising** | Arts Xtravaganza at Adams State University<br>Alamosa, CO | Sept. 2022 |
| **Making Something from Nothing: Intro to Devising** | Adams State University, Alamosa, CO | Nov. 2019 |
| **Making Something from Nothing: Intro to Devising** | Squirrel Haus Arts, Minneapolis, MN | May 2018 |
| **Making Something from Nothing: Intro to Devising** | The Southern Theater, Minneapolis, MN | March 2018 |
| **Making Something from Nothing: Intro to Devising** | C Cinco Art Space, Tucson, AZ | Sept. 2017 |
| **Making Something from Nothing: Intro to Devising** | Barry Methodist Church, Chicago, IL | Sept. 2015 |
| **Making Something from Nothing: Intro to Devising** | Lincoln Park Academy High School, Ft. Pierce, FL | April 2015 |
| **Making Something from Nothing: Intro to Devising** | Florida State University, Tallahassee, FL | Jan. 2014 |
| **Making Something from Nothing: Intro to Devising** | Florida State University, Tallahassee, FL | Jan. 2013 |
| **Making Something from Nothing: Intro to Devising** | University of Minnesota, Minneapolis, MN | March 2012 |
| **Making Something from Nothing: Intro to Devising** | Florida State University, Tallahassee, FL | Jan. 2012 |

## Arts Administration

| | | |
|---|---|---|
| **Devising Co-Coordinator** | American College Theatre Festival ACTF)<br>Region 6 (Arkansas, Louisianna, New Mexico, Oklahoma and Texas)<br>Support Region 6 Conference Committee and Devising Initiatives | Sept 2025 |
| **Curator** | *13 Love Songs (Texas Hold Me Remix)*<br>Downtown Bryan Contemporary Performance Space Hub<br>Bryan, TX<br>Showcase Texas A&M faculty, student and visiting guest artists | Oct. 2025 |
| **Curator** | *13 Love Songs (Eras Remix)*<br>Sanctuary Cocktail Lounge<br>Alamosa, CO<br>Showcase Adams State faculty and student artists | Oct. 2023 |
| **Curator** | *13 Love Songs (Alamosa Remix)*<br>Square Peg Brewery<br>Alamosa, CO<br>Showcase Adams State faculty and student artists | Feb. 2020 |
| **Curator** | *13 Love Songs (Minneapolis Remix)*<br>Fresh Oysters Performance Research Space<br>Minneapolis, MN<br>Showcase prominent and emerging Minneapolis artists | March 2018 |
| **Curator** | *13 Love Songs (Tucson Remix)*<br>C Cinco Art Space<br>Tucson, AZ<br>Showcase prominent and emerging Tucson artists | Feb. 2018 |
| **Curator** | *13 Love Songs*<br>Railroad Square Art Park<br>Tallahassee, FL<br>Showcase FSU theatre and visual art faculty and students | Nov. 2013-<br>May 2015 |
| **Curator** | *No Image Yet* Performance Series<br>Tallahassee, FL<br>Curate a variety of performance events in<br>gallery/studio spaces | Nov. 2013-<br>May 2015 |
| **Producing Core Artist** | Bedlam Theatre's Annual 10 Minute Play Festiva<br>Minneapolis, MN<br>Coordinate directors and work on project development | Feb. 2011-<br>May 2011 |
| **Directing Mentor** | Bedlam Theatre's Annual 10 Minute<br>Play Festival<br>Minneapolis, MN<br>Coordinate directors and provide support to<br>first time directors | Feb. 2019-<br>April 2019 |

| | | |
|---|---|---|
| **Artistic Director** | ThE BRiNK Theatre Company<br>Tallahassee, FL/Minneapolis, MN<br>Produce critically engaged performance projects | 2004-2007 |
| **Managing Director** | ArtFarm Artist Collective<br>Minneapolis, MN/San Francisco, CA<br>Coordinate Artistic Exchange<br>between 25 artists of varied disciplines | 2000-2004 |
| **Artistic Director** | Theatre Company With No Name (**TCWNN**)<br>Los Angeles, CA<br>Wrote, directed, acted in and produced performance projects that interrogated the relationship between performer and spectator | 2001-2002 |
| **Artistic Director** | Strange Encounters Productions (**SEP**)<br>Kalamazoo, MI<br>Student theatre organization that produced plays in the dorms for campus activities board | 1994-1997 |

## Professional Development

| | | |
|---|---|---|
| **TAMU Faculty Affairs Development Series** | *The Modern Library: How the Texas A&M University Libraries Can Support You and Your Students*<br>Texas A&M University<br>College Station, TX<br>Presentation on the services and resources of the R1 library | Sep. 2024 |
| **PVFA Faculty Affairs Workshop** | *Writing and Gathering Effective Letters of Support*<br>Texas A&M University<br>College Station, TX<br>Information on letters of support | Sep. 2024 |
| **Dr. Kim Chappell Workshop** | *Game-Changers: Strategies for Building a Growth Mindset and Increasing Student Engagement*<br>Adams State University<br>Alamosa, CO<br>Workshop with explanations and exercises to apply concepts of andragogy and heutagogy | Aug. 2023 |
| **High Impact Practices Retreat** | Title V Grant Adams State University<br>Taos, NM<br>Work with guest expert about continuing to incorporate HIPS across campus | Jan. 2022 |
| **Dr. Will Daddario Workshop** | *Critical Thinking at ASU*<br>Adams State University<br>Alamosa, CO<br>Workshop with deep interrogation of notion of critical thinking and how it has been historically configured | Jan. 2022 |

| | | |
|---|---|---|
| **Dr. Gina Garcia Workshop** | *Culturally Enhancing Practices in HSIs*<br>Adams State University<br>Alamosa, CO<br>Workshop with discussion and syllabus activities | Sept. 2019 |
| **Molina Speaks Workshop** | *Working Through the New Jim Crow*<br>Adams State University<br>Alamosa, CO<br>Workshop that addressed racialized institutional inequity with participants engaging in creative activities | Sept. 2019 |
| **GRAD 8101** | Teaching In Higher Education<br>University of Minnesota—Twin Cities<br>Minneapolis, MN<br>Course that focuses on active learning technique | Jan. 2007-<br>May 2007 |
| **2004 PIE Certificate** | Program for Instructional Excellence<br>Florida State University<br>Tallahassee, FL<br>Certification program that focused on best pedagogy practices | Sept. 2004 |

## Committee Work

| | | |
|---|---|---|
| **P&T Committee of the Whole** | Texas A&M University<br>College of Performance, Visualization, and Fine Art<br>College Station, TX<br>Review and vote on promotion and tenure cases for PFVA | Feb 2025-Present |
| **Season And Events Planning Subcommittee** | Texas A&M University<br>Theatre Program<br>College Station, TX<br>Chair Subcommittee to select Production Season and Events | Aug 2024-Present |
| **BFA Theatre Recruitment Subcommittee** | Texas A&M University<br>Theatre Program<br>College Station, TX<br>Discuss and implement recruiting plans, including attending recruitment events | Aug 2024-Present |
| **Artist and Scholar in Residence Committee** | Texas A&M University<br>College of Performance, Visualization, and Fine Art<br>College Station, TX<br>Organize and curate visiting experts | Aug 2024-Present |
| **BFA Theatre Vising Lecture Search Committee** | Texas A&M University<br>College of Performance, Visualization and Fine Art<br>College Station, TX<br>Search for position with very quick turnaround to meet start of semester deadline | Aug 2025-Sept 2025 |

| | | |
|---|---|---|
| **APT and InterArts Tenure Track Piano Faculty Search Committee** | Texas A&M University<br>College of Performance, Visualization, and Fine Art<br>College Station, TX<br>Member of interdisciplinary faculty search for two positions in the Music program | Sept. 2024-May 2025 |
| **Faculty Diversity Committee** | Adams State University<br>Alamosa, CO<br>Address campus-wide Equity and Diversity issues | May 2022-May 2024 |
| **General Education Curriculum Committee** | Adams State University<br>Alamosa, CO<br>Perform university-wide curriculum review tasks | Sept. 2021-May 2024 |
| **Faculty and Staff Development Committee** | Adams State University<br>Alamosa, CO<br>Work to support new and returning faculty and staff | March 2020-<br>May 2024 |
| **Personnel Memo Ad Hoc Working Group** | Adams State University<br>Alamosa, CO<br>Craft memo-template for requesting new faculty/staff | March 2022 |
| **Play Selection Committee** | Guilford Technical Community College<br>Jamestown, NC<br>Head of committee that meets to select the production season | Aug. 2018-May 2019 |
| **Production Advisory Committee** | Florida State University<br>School of Theatre<br>Tallahassee, FL<br>Production Advisory Committee is the group that advises the Executive Director throughout the Main Stage Season selection process | Aug. 2013-May 2015 |
| **BA Program Committee** | Florida State University<br>School of Theatre<br>Tallahassee, FL<br>Committee that oversees and determines policy and curriculum decisions made in the BA area | Aug. 2011-May 2015 |
| **Bylaws Committee** | Florida State University<br>School of Theatre<br>Tallahassee, FL<br>Theatre Studies Area Representative on committee that reviews and constitutes School of Theatre bylaws | Aug. 2011-May 2012 |
| **Producer's Committee** | University of Minnesota—Twin Cities<br>Department of Theatre Arts and Dance<br>Minneapolis, MN<br>Season Selection committee for University Theatre | Sept2007-April 2009 |

| | | |
|---|---|---|
| **Articulations 2007** | Graduate Student Conference Planning<br>University of Minnesota—Twin Cities<br>Department of Theatre Arts and Dance<br>Minneapolis, MN<br>Grad Student Performance Conference | Jan. 2007-Oct. 2007 |
| **Orientation Committee** | Florida State University<br>School of Theatre<br>Tallahassee, FL | Aug.2005-Sept.2005 |

## Non-Committee Service Work

| | | |
|---|---|---|
| ***Outside The Circle: Summer Happening* Organizer** | Texas A&M University<br>College of Performance, Visualization, and Fine Art<br>College Station, TX<br>Coordinate and facilitate guest presentations from scholar/practitioners | Sept. 2024-May 2025 |
| **First Friday Organizer** | Adams State University<br>Department of Theatre and Art<br>Alamosa, CO<br>Plan and prepare monthly student professionalization workshops | Sept. 2019-May 2024 |
| **New Faculty Mentor** | Adams State University<br>Alamosa, CO<br>Work with new faculty transitioning to campus | Sept. 2020-May 2024 |
| **High School One Act Play Competition Judge** | Sangre de Christo Arts & Conference Center<br>Pueblo, CO<br>Evaluate and offer feedback to high school students | April 2024 |
| **League of the Arts Advisor** | Adams State University<br>Alamosa, CO<br>Advise interdisciplinary student arts organization | Sept. 2021-Dec2023 |
| **High School One Act Play Competition Judge** | Sangre de Christo Arts & Conference Center<br>Pueblo, CO<br>Evaluate and offer feedback to high school students | April 2023 |
| **Interim RARE Air Resident Artist Coordinator** | Adams State University<br>Alamosa, CO<br>Facilitate artist visits to campus | May 2021-Aug 2022 |
| **New Faculty Mentor Coordinator** | Adams State University<br>Alamosa, CO<br>Work to support new faculty with mentors and organize social events | Feb. 2020-Aug 2022 |

**Raton Acting/Directing Workshops** — Raton Community Theatre — Jan. 2020-Mar 2020
Raton, NM
Work with Raton Community Theatre by presenting a three-part workshop

**Script Librarian** — University of Minnesota—Twin Cities — Jan. 2008-Dec. 2009
Department of Theatre Arts and Dance
Minneapolis, MN
Serve as volunteer Librarian for in-house script library

## Honors and Awards

***Venue Tech Award*** — Tampa International Fringe Festival — June 2025
Tampa, FL
Awarded to *Whispers of the Wind: A Very Serious, Complete, and Thorough Academic Presentation on the Mother Fan Cult* by the technicians working the venue that presented several different productions in rotation

**Excellence In Creating/Directing** — American College Theatre Festival Region 6 — Nov. 2024
Texas A&M University Theatre
College Station, TX
Awarded for *SUPERHERO&SUPERHERO*

***#FringeAF* Award** — Denver Fringe — July 2022
Denver, CO
Awarded to *FUCK YEAH* for "embodying true essence of the fringe"

**Best of the Decade** — *City Pages*—Twin Cities — Dec. 2019
Minneapolis, MN
Named in the top 10 Theatre Performances 2010-2019

**Excellence Award** — University of Minnesota—Twin Cities — May 2009
Department of Theatre Arts and Dance
Minneapolis, MN
Departmental award for service to the department

**Frank M. Rarig Fellowship** — University of Minnesota—Twin Cities — May 2007
Department of Theatre Arts and Dance
Minneapolis, MN
Departmental award for service to the department

**Nolte Graduate Fellowship** — University of Minnesota—Twin Cities — June 2006
Department of Theatre Arts and Dance
Minneapolis, MN
Departmental award to a deserving graduate student

**Finalist** — CSGS Thesis Award Competition — Dec. 2006
Southern Region
Represented Florida State University in Conference of Southern Graduate Schools regional competition

| | | |
|---|---|---|
| **Magna Cum Laude** | Western Michigan University<br>Kalamazoo, MI | Sept. 1997 |
| **Dean's List** | Western Michigan University<br>Kalamazoo, MI | 1993-1997 |
| **Conspicuous Achievement In Theatre Award** | Western Michigan University<br>Department of Theatre<br>Kalamazoo, MI | May 1997 |
| **Service Scholarship** | Western Michigan University<br>Department of Theatre<br>Kalamazoo, MI | Sept. 1996 |

## References

***Available upon request***

# Exhibit B

# College of Performance, Visualization and Fine Arts

TEXAS A&M UNIVERSITY

## PERF 602 Syllabus

Section 600 (57480)
RESEARCH METHODS IN PERF
Spring 2026 - College Station

## Course Information

**Meeting Times:** Meeting Type: LEC
Meeting Days: TR
Start Time: 3:55PM
End Time: 5:10PM
Start Date: 01/12/2026
End Date: 05/05/2026
**Meeting Location:** LAAH 227
**Credit Hours:** 3

## Instructor Details



George McConnell
**Email:** gmcconnell@tamu.edu
**Office Location:** PAV204D
**Phone:** N/A

Office Hours
Tues/Thurs 11am-12:30pm and by appointment (in-person or on Zoom)

Preferred Contact Method
email

## Catalog Description

Research Methods in Performance Studies. (3-0). Credit 3. Examination and assessment of primary research methods in performance studies; emphasis on post-positivist

methods; includes examination of ethical imperatives in research. Prerequisite: Admission to the MA in Performance Studies or approval of instructor.

## Course Prerequisites

**Prerequisite/Corequisite(s):** Admission to the MA in Performance Studies or approval of instructor.

## Course Learning Outcomes

Upon completion of this course, the learner will be able to:

- identify, describe and critically discuss central research methods and scholarly approaches within performance studies and the humanities;
- discuss and evaluate the pros and cons of different research methods and their applications;
- critically reflect on and articulate their own research position and agenda;
- articulate their own research projects's contribution to knowledge development;
- write a research plan that takes into account questions about methodology, positioning and research ethics.

## Special Course Designation

None

## Textbook and/or Resource Materials




**This material Is: Required**
After Method
**ISBN:** 9781134294329
**Authors:** John Law
**Publisher:** Routledge
**Publication Date:** 2004-08-12

Notes:
**Thanks to the support of Texas A&M University Libraries, you can access the following course materials for free.**

**After Method - Mess in Social Science Research**
**Access URL: [http://proxy.library.tamu.edu/login?url=https://www.taylorfrancis.com/books/9780203481141](http://proxy.library.tamu.edu/login?url=https://www.taylorfrancis.com/books/9780203481141)**

This is a Taylor & Francis unlimited user title for PERF 602-600.




**This material Is: Required**
Research Methods in Performance Studies
**ISBN:** 9781351044790
**Authors:** Craig Gingrich-Philbrook, Jake Simmons
**Publication Date:** 2023-01-01

## Grading Policy

### GRADE SCALE:

Points: 100-90=A, 89-80=B, 79-70=C, 69-60=D, Below 60=F

### ASSIGNMENTS:

### In-Class Participation (10 points)

a. Proactively contribute to class by offering ideas and/or asking questions
b. Listening when others talk, incorporating or building off from the ideas of others
c. Being prepared for class with required class materials
d. Should you have 7 or more unexcused absences you will automatically lose these 10 points

### What You Already Know Microlecture (5 points)

a. In a 5-10 minute "microlecture", you will present your current thesis project/research to the class in whatever shape it is in at the start of

the semester, especially focusing on the methodology you are developing

**Discussion Leading (30 points)**

**You will lead three in-class discussions on readings you can choose from the *Research Methods in Performance Studies* reader. Each discussion you lead will be worth 10 points. As the discussion leader, you will:**

a. Propose questions to your classmates (at least 3)
b. Provide a biographical sketch of the author(s)
c. Outline key concepts discussed in the texts
d. Pay special attention to the methodologies the author(s) deploy/invent
e. Present evidence of some other piece of research where a similar methodology is in use as in the reading you present on. This other piece of research should relate to your own research interests.

**10 Short Reading Responses (20 points)**

**You will write 10 short responses to readings of your choice from the *Research Methods in Performance Studies* reader. Each short reading response will be worth 2 points. In each response you will:**

a. Select readings you are not already using to lead the class in discussion
b. Write 300-350 words
c. Write 2 paragraphs. In the first paragraph, you will summarize the author(s)'s(s') main arguments. In the second paragraph, you will provide your own take on those arguments (do you agree or disagree? why?) and address how those ideas might apply to your research project.

**Research/Creative Works Day Review (5 points)**

a. On Monday, Feb. 9th PVFA will host it's annual Research/Creative Works Day. You will be expected to attend this event and write a 500-600 word review. More details to come closer to the event.

**Final Project Check In (10 points)**

a. The most familiar way this project may take shape is as a written paper. The final paper should be at least 5,000 words and offer you an opportunity to experiment with a methodology you may end up deploying for your thesis project. If you're writing a paper for the final project, a 2,000 word draft is due at this mid-semester check in, and you will present your plan to the rest of the class in a 5-10 minute presentation.
b. You are not required to write a paper. You may make a video, or podcast, or live performance, or some other way to creatively present your research material and methodology. If you are doing something other than writing a paper, please visit me in office hours or make an appointment with me to discuss what you will need to do to meet the expectations of this assignment.

**Final Project Submission (20 points)**

a. If a paper, the 5,000 word final paper and a 5-10 minute presentation to the rest of the class.
b. If not a paper, we will discuss what is expected.

**All written work must be submitted to Dr. McConnell via email at gmcconnell@tamu.edu**

## Late Work Policy

Work submitted by a student as makeup work for an excused absence is not considered late work and is exempt from the late work policy (Student Rule 7).

## Course Specific Late Work Policy

Written work that is turned in late will lose one point for each calendar day it is late.

## Course Schedule

This table gives the schedule for the course

| | Course Schedule Table | |
|---|---|---|
| **Week of Semester** | **Topic** | **Homework Due** |
| **Week 1** | **We Begin!** | |
| Tues Jan 13 | Intros/Welcomes<br>Assign: What You Already Know MicroLectures | |
| Thurs Jan 15 | Presentations | Due: What You Already Know MicroLectures |
| **Fri Jan 16** | **Last Day to Add/Drop** | |
| **Week 2** | **Beginning With An End** | |
| Tues Jan 20 | In-Class Discussion<br>Assign: Semester Long Research Project | Read: *After Method* 1-44 |
| Thurs Jan 22 | In-Class Discussion<br>Assign: Student-Led Discussions | Read: *After Method* 45-82 and 86-100 |
| **Week 3** | **What Is How, How is What** | |
| Tues Jan 27 | In-Class Discussion | Read: *After Method* 101-156 |
| **Wed Jan 28** | **Census Day** | |
| Thurs Jan 29 | In-Class Writing Workshop: Thick Description #1 | |
| **Week 4** | **Method Case Studies** | |

| | Course Schedule Table | |
|---|---|---|
| Tues Feb 3 | In-Class Discussion | "Methods on My Mind in the Doing of Performance and Performed Ethnography" from *Research Methods in Performance Studies* |
| Thurs Feb 5 | Special Guest: Elizabeth McQueen | |
| **Week 5** | **Method Case Studies** | |
| Tues Feb 10 | Student-Led Discussion | 1."Adaptation of Literature as Method: Text, Politics, and Representation" from *Research Methods in Performance Studies* |
| Thurs Feb 12 | Student-Led Discussion | 2."A Critical Method for Performing Popular Texts; The Adventures of Little Red Riding Hood as Case Study" from *Research Methods in Performance Studies* |
| **Week 6** | **Method Case Studies** | |
| Tues Feb 17 | Student-Led Discussion | 3."Personal Narrative Performance Research: The Visceral, Collaborative, and Susceptible Exploration of the Stories We Tell Others" from *Research Methods in Performance Studies* |
| Thurs Feb 19 | In-Class Writing Workshop: Thick Description #2 | |

| | Course Schedule Table | |
|---|---|---|
| **Week 7** | **Method Case Studies** | |
| Tues Feb 24 | **TBD (george at ACTF)** | Due: Research/Creative Works Day Review<br>Due: Conduct Research? |
| Thurs Feb 26 | Student-Led Discussion | 4.“Expanding Frames of Analysis in Stand-Up Comedy”<br>from *Research Methods in Performance Studies* |
| **Week 8** | **Mid-Semester Check In** | |
| Tues March 3 | Project Reports | Due: First Drafts |
| Thurs March 5 | **TBD (george at MATC)** | Conduct Research? |
| **Spring Break** | **Spring Break** | **Spring Break** |
| **Week 9** | **Method Case Studies** | |
| Tues March 17 | Student-Led Discussion | 5.“The Ethnography of Poetry: Or, Slamming Methods”<br>from *Research Methods in Performance Studies* |
| Thurs March 19 | Student-Led Discussion | 6.“Performance Space and the Architecture of Experience”<br>from *Research Methods in Performance Studies* |
| **Week 10** | **Method Case Studies** | |
| Tues March 24 | Student-Led Discussion | 7.“Beyond the Bounds of the Classroom: Facilitating Students’ Public Performances”<br>from *Research Methods in Performance Studies* |

| | Course Schedule Table | |
|---|---|---|
| Thurs March 26 | Student-Led Discussion | 8."Mistranslation as Method in Artistic Research" from *Research Methods in Performance Studies* |
| **Week 11** | **Method Case Studies** | |
| Tues March 31 | Student-Led Discussion | 9."Performative Autoethnography: A Matterphor of Things" from *Research Methods in Performance Studies* |
| Thurs April 2 | In-Class Writing Workshop: Peer Review | |
| **Week 12** | **Method Case Studies** | |
| Tues April 7 | Student-Led Discussion | 10."Critical/Performance Ethnography, Oral History Performance, and Listening: Notes on Methods for Living Research" from *Research Methods in Performance Studies* |
| Thurs April 9 | Student-Led Discussion | 11."The Hero's Journey: Creating a Theatre/Storytelling Performance Inspired by the Work of Joseph Campbell" from *Research Methods in Performance Studies* |
| **Week 13** | **Method Case Studies** | |

| | Course Schedule Table | |
|---|---|---|
| Tues April 14 | Student-Led Discussion | 12.“Posthumanist Performance Studies: Four Practical Assertions” from *Research Methods in Performance Studies* |
| Thurs April 16 | Student-Led Discussion | 13.“Tourism” from *Research Methods in Performance Studies* |
| **Week 14** | **Method Case Studies** | |
| Tues April 21 | Student-Led Discussion | 14.“Performance, Technologies, Ontologies: The Video Performance Does Not Stand Alone” from *Research Methods in Performance Studies* |
| Thurs April 23 | Student-Led Discussion | 15.“Navigating Place as a Performance Studies Researcher: Waypoints and Breadcrumbs” from *Research Methods in Performance Studies* |
| **Week 15** | | |
| Tues April 28 Last Day of Classes | Present Final Projects | Due: Final Projects |

## Technology Support

**Technology Services (IT) - Main Campus**

Hours: 24/7
Phone: (979) 845-8300
Email: helpdesk@tamu.edu
Call/Chat/Email/visit: https://it.tamu.edu/help

**Canvas LMS Technical Support**

Hours: 24/7/365
Phone: (877) 354-4821
Email: support@instructure.com

Support is available by clicking the Help button at the far left in the Canvas global navigation menu.
Canvas Resources are also linked on the home page of every Canvas course.

## University Policies

This section outlines the university-level policies that must be included in each course syllabus. The TAMU Faculty Advisory Council established the wording of these policies.

## Academic Integrity Statement and Policy

*"An Aggie does not lie, cheat or steal, or tolerate those who do."*

"Texas A&M University students are responsible for authenticating all work submitted to an instructor. If asked, students must be able to produce proof that the item submitted is indeed the work of that student. Students must keep appropriate records at all times. The inability to authenticate one's work, should the instructor request it, may be sufficient grounds to initiate an academic misconduct case" (Section 20.1.2.3, Student Rule 20).

You can learn more about the Aggie Honor System Office Rules and Procedures, academic integrity, and your rights and responsibilities at aggiehonor.tamu.edu.

## University Attendance Policy

The university views class attendance and participation as an individual student responsibility. Students are expected to attend class and to complete all assignments.

Please refer to Student Rule 7 in its entirety for information about excused absences, including definitions, and related documentation and timelines.

## Makeup Work Policy

Students will be excused from attending class on the day of a graded activity or when attendance contributes to a student's grade, for the reasons stated in Student Rule 7, or other reason deemed appropriate by the instructor.

Please refer to Student Rule 7 in its entirety for information about makeup work, including definitions, and related documentation and timelines.

Absences related to Title IX of the Education Amendments of 1972 may necessitate a period of more than 30 days for make-up work, and the timeframe for make-up work should be agreed upon by the student and instructor" (Student Rule 7, Section 7.4.1).

"The instructor is under no obligation to provide an opportunity for the student to make up work missed because of an unexcused absence" (Student Rule 7, Section 7.4.2).

Students who request an excused absence are expected to uphold the Aggie Honor Code and Student Conduct Code. (See Student Rule 24.)

## Notice of Nondiscrimination

Texas A&M University is committed to providing safe and non-discriminatory learning, living, and work environments for all members of the University community. The University provides equal opportunity to all employees, students, applicants for employment or admission, and the public, regardless of race, color, sex (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, or veteran status.

Texas A&M University will promptly, thoroughly, and fairly investigate and resolve all complaints of discrimination, harassment (including sexual harassment), complicity, and related retaliation based on a protected class in accordance with System Regulation 08.01.01, University Rule 08.01.01.M1, Standard Administrative Procedure (SAP) 08.01.01.M1.01, and applicable federal and state laws. In accordance with Title IX and its implementing regulations, Texas A&M does not discriminate on the basis of sex in any educational program or activity, including admissions and employment.

The following person has been designated to handle inquiries and complaints regarding the non-discrimination policies: Jennifer M. Smith, TAMU Associate VP & Title IX Coordinator at YMCA Ste 108, College Station, TX 77843, 979-458-8407, or email

civilrights@tamu.edu. For other reporting options, visit the U.S. Department of Education Office for Civil Rights Complaint Assessment System to locate the address and phone number of the office that serves your area, or call 1-800-421-3481.

## Civil Rights, Free Speech, and Title IX Policies

Texas A&M University is committed to fostering a learning environment that is safe and productive for all. University policies and federal and state laws prohibit discrimination and harassment based on an individual's race, color, sex, (including pregnancy and related conditions), religion, national origin, age, disability, genetic information, veteran status, or any other legally protected characteristic. This includes forms of sex-based violence, such as sexual assault, sexual harassment, sexual exploitation, dating/domestic violence, and stalking.

Students can report discrimination/harassment, access supportive resources, or learn more about their options for resolving complaints on the University's Civil Rights & Title IX webpage.

Students should be aware that all university employees (except medical or mental health providers) are mandatory reporters, which means that if they observe, experience or become aware of an incident that they reasonably believe to be discrimination/harassment alleged to have been committed by or against a person who was a student or employee at the time of the incident, the employee must report the incident to the university.

## Americans with Disabilities Act (ADA) Policy

Texas A&M University is committed to providing equitable access to learning opportunities for all students. If you experience barriers to your education due to a disability or think you may have a disability, please contact the Disability Resources office on your campus (resources listed below). Disabilities may include, but are not limited to, attentional, learning, mental health, sensory, physical, or chronic health conditions. All students are encouraged to discuss their disability-related needs with Disability Resources and their instructors as soon as possible.

To request academic accommodations, contact the designated ADA office based on your location:

- Texas A&M University, College of Nursing, College of Dentistry, Irma Lerma Rangel College of Pharmacy College Station, College of Medicine, School of Public Health, Institute of Biosciences and Technology, EnMed Program, Bush School in

Washington DC, Mays Business School – CityCentre, TAMU Engineering Academies, Texas A&M University Higher Education Center at McAllen and Texas A&M University at Galveston should contact Disability Resources at (979) 845-1637 or disability@tamu.edu.
- Texas A&M University School of Law should contact the Office of Student Affairs at (817) 212-4111 or law-disability@law.tamu.edu to request accommodations.
- Irma Lerma Rangel College of Pharmacy in Kingsville should contact the Disability Resource Center at Texas A&M University-Kingsville at (361) 593-3024 or drc.center@tamuk.edu to request accommodations.
- Texas A&M University College of Veterinary Medicine & Biomedical Sciences in Canyon should contact the Office of Student Accessibility at West Texas A&M University – Canyon at (806) 651-2335 or osa@wtamu.edu.

If you are experiencing difficulties with your approved accommodations, contact the office responsible for approving your accommodations or the Texas A&M ADA Coordinator Julie Kuder at ADA.Coordinator@tamu.edu or (979) 458-8407.

## Pregnancy Accommodations

Texas A&M provides reasonable accommodations to students due to pregnancy and/or related conditions, such as childbirth, recovery, and lactation. Students should contact the University's Pregnancy Coordinator as soon as they become aware of the need for accommodation. Depending on the circumstances, accommodations could include extended time to complete assignments or exams, changes in course sequence, or modifications to the physical classroom environment.

Texas A&M will also allow a voluntary leave of absence, ensure the availability of lactation space, and maintain grievance procedures to provide for the prompt and equitable resolution of complaints of sex discrimination. For information regarding pregnancy accommodations, email TIX.Pregnancy@tamu.edu.

## Statement on Mental Health and Wellness

Texas A&M University recognizes that mental health and wellness are critical factors influencing a student's academic success and overall wellbeing. Students are encouraged to engage in healthy self-care practices by utilizing the resources and services available through University Health Services. The TELUS Health Student Support app provides access to professional counseling in multiple languages anytime, anywhere by phone or chat, and the 988 Suicide & Crisis Lifeline offers 24-hour emergency support at 988 or 988lifeline.org.

**Texas A&M College Station**

Students needing a listening ear can contact University Health Services at 979.458.4584. Call 911 or visit your nearest emergency room if you are currently experiencing a life-threatening situation or if your safety is at risk. 24-hour emergency help is also available through the 988 Suicide & Crisis Lifeline (988) or at 988lifeline.org.

## Statement on the Family Educational Rights and Privacy Act (FERPA)

FERPA is a federal law designed to protect the privacy of educational records by limiting access to these records, to establish the right of students to inspect and review their educational records, and to provide guidelines for the correction of inaccurate and misleading data through informal and formal hearings.

Currently enrolled students wishing to withhold any or all directory information items can do so within howdy.tamu.edu using the Directory Information Withholding Form. The complete FERPA Notice to Students and the student records policy is available on the Office of the Registrar webpage.

Items that can never be identified as public information are a student's social security number, citizenship, gender, grades, GPR, or class schedule. All efforts will be made in this class to protect your privacy and to ensure confidential treatment of information associated with or generated by your participation in the class.

Directory items include name, UIN, local address, permanent address, email address, local telephone number, permanent telephone number, dates of attendance, program of study (college, major, campus), classification, previous institutions attended, degrees, honors and awards received, participation in officially recognized activities and sports, medical residence location, and medical residence specialization.

## Free Speech and Civil Discourse

Texas A&M recognizes that the pursuit of truth through open and robust discourse is critical to academic inquiry. However, as a community of scholars, the university has an aspirational expectation that such discourse will be conducted in accordance with Aggie Core Values. In this "marketplace of ideas," we encourage civil dialogue creating an environment that allows individuals to express their ideas and to have their ideas challenged in respectful and responsible ways. Students can learn more about

Freedom of Expression and Free Speech on the University's website about the First Amendment.

# Exhibit C

Outlook

## Re: [ACTION] THEA 220 justification needs reformatting

**From** George McConnell <gmcconnell@tamu.edu>
**Date** Mon 3/30/2026 10:33 AM
**To** McLaughlin, Timothy D <timm@tamu.edu>
**Cc** Dexter, Rayna M <rdexter@tamu.edu>; Marini, Francesca <fmarini@tamu.edu>

Tim-

Hello again...I don't honestly know. I have never had to justify this sort of thing before. This is new territory for me in my academic career. *Fat Ham* is a Pulitzer Prize winning play (2022) and has had several professional productions in the US in the last few years. Seems to me I should be able to teach that without any justification necessary at all. But here we are. I would defer to your advice on how to handle this and what justifications to include or not. I have tried to guess what could be an issue, and self-reported the possible issues I see with this one text (out of seven) that I want to teach for sound pedagogical reasons. There is queerness throughout the entire play. There is a cis man in drag for the last few moments of the play. There are no trans characters.

I am not trying to be difficult, I just honestly don't know what is the right administrative move here, what to include or not. My feeling is if we flag the sexual orientation issue, we have done our part in this review process.

Thank you for your time and support.

-george

On Mon, Mar 30, 2026 at 10:14 AM McLaughlin, Timothy D <timm@tamu.edu> wrote:

> The form hasn't been submitted yet. I can take out that part if you prefer.
>
> ---
>
> **From:** George McConnell <gmcconnell@tamu.edu>
> **Date:** Monday, March 30, 2026 at 10:07 AM
> **To:** McLaughlin, Timothy D <timm@tamu.edu>
> **Cc:** Dexter, Rayna M <rdexter@tamu.edu>, Marini, Francesca <fmarini@tamu.edu>
> **Subject:** Re: [ACTION] THEA 220 justification needs reformatting
>
> Tim-
>
> Thank you...yes, your additional language did cover that...but now I wonder...maybe it only needs to be flagged for sexual orientation then?

The gender identity issue (without any trans characters in the play) is maybe not something that even needs mentioned?

Thanks.

-george

On Mon, Mar 30, 2026 at 10:00 AM McLaughlin, Timothy D <timm@tamu.edu> wrote:

> George,
>
> The BOR policy's definition of "gender identity" isn't made clear in 08.01. One could as easily argue that a cisgender female wearing a pant suit is as out of alignment as a cisgender male wearing a dress (or kilt). The policy stays clear of trying to navigate those gray waters, leaving it to us to do so.
>
> The policy does differentiate between sexual orientation and gender identity. What I am trying to do is be sure that we clarify how each is present in the material. What you've stated about the conflict between Juicy's expressed view of himself and his father's expectations is what I hope my additional language covered.
>
> Tim
>
> ---
>
> **From:** George McConnell <gmcconnell@tamu.edu>
> **Date:** Monday, March 30, 2026 at 9:47 AM
> **To:** McLaughlin, Timothy D <timm@tamu.edu>
> **Cc:** Dexter, Rayna M <rdexter@tamu.edu>, Marini, Francesca <fmarini@tamu.edu>
> **Subject:** Re: [ACTION] THEA 220 justification needs reformatting
>
> Tim-
>
> Hello...I'm not sure how they are defining gender identity but at the end of the play the character who is the Laertes character (Larry in *Fat Ham)* dresses in drag for a celebratory performance for a party at the end of the play. The character is not a trans character. The dressing in drag is very specific for a party celebration at the end of the play. The character is queer. But not trans. But does dress in drag. I don't know how any of that needs to be worded to unpack the complexity of that. Not all people who dress in drag are trans. This character is not.
>
> That's why there would maybe need to be a seperate gender identity flag in addition to the sexual orientation of Juicy, but you are also correct, that Juicy's expressed masculinity doesn't conform to the norms of his environment and it's a point of contention in the play with his super masculine step father.
>
> Thank you.
>
> -george

On Mon, Mar 30, 2026 at 9:41 AM McLaughlin, Timothy D <timm@tamu.edu> wrote:

Rayna and George, I didn't see how both sexual orientation and gender identity were explained as present in the material for Fat Ham. I therefore added an extra line to the gender identity explanation. Please let me know if you disagree.

- Which readings are directly related to sexual orientation?
  - *Fat Ham* is a contemporary, highly theatrical, comic retelling of Hamlet set in the Southern U.S. The narrative revolves around a contemporary version of the Hamlet character named Juicy—a queer, young black man.
- Which readings are directly related to gender identity?
  - *Fat Ham* is a contemporary, highly theatrical, comic retelling of Hamlet set in the Southern U.S. The narrative revolves around a contemporary version of the Hamlet character named Juicy—a queer, young black man whose expressed masculinity doesn't conform to the norms of his environment.

Thanks,
Tim

---

**From:** McLaughlin, Timothy D <timm@tamu.edu>
**Date:** Monday, March 30, 2026 at 9:15 AM
**To:** Dexter, Rayna M <rdexter@tamu.edu>
**Cc:** McConnell, George D <gmcconnell@tamu.edu>, Marini, Francesca <fmarini@tamu.edu>
**Subject:** Re: [ACTION] THEA 220 justification needs reformatting

Thanks, Rayna.

---

**From:** Rayna Dexter <rdexter@tamu.edu>
**Date:** Monday, March 30, 2026 at 8:51 AM
**To:** McLaughlin, Timothy D <timm@tamu.edu>
**Cc:** McConnell, George D <gmcconnell@tamu.edu>, Marini, Francesca <fmarini@tamu.edu>
**Subject:** Re: [ACTION] THEA 220 justification needs reformatting

Good morning, Tim,
I have reformatted the exception request in the Word document. I also left the original language below in case it is useful.
I knew the justifications needed to be formatted for the form, but I thought the form followed the questions on the syllabus matrix. Thank you for providing the screenshots.

Please let me know if you have any additional questions or comments.

Best,
Rayna

**Rayna Middleton Dexter, MFA (she/her)**

Instructional Associate Professor| Academic Program Director for Theatre

College of Performance, Visualization & Fine Arts

Texas A&M University

4240 TAMU | College Station, TX 77843

rdexter@tamu.edu

**TEXAS A&M UNIVERSITY**

On Sun, Mar 29, 2026 at 12:51 PM McLaughlin, Timothy D <timm@tamu.edu> wrote:

George and Rayna

The justification for THEA 220 needs to be formatted to match the input form. Please complete and send to me as soon as possible. The format for course exception request and the current THEA 220 exception request are attached here.

I apologize that this wasn't made clear earlier.

Thanks,
Tim

**Tim McLaughlin** | Dean
Ray Rothrock '77 Endowed Dean's Chair
College of Performance, Visualization & Fine Arts, Texas A&M University
3237 TAMU | College Station, TX, USA 77843-3237

Phone: +1 979.845.7832
Email: pvfadean@tamu.edu | timm@tamu.edu

**TEXAS A&M UNIVERSITY**