**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for Preliminary Injunction (the "Motion"). Having considered all papers and evidence submitted in support and opposition, the record, the parties' submissions at oral argument, and the relevant law, the Court finds that the Motion should be **GRANTED**.

Defendants Robert L. Albritton, Jay Graham, David C. Baggett, John W. Bellinger, James R. Brooks, Michael A. Hernandez III, William Mahomes Jr., Kelley Sullivan Georgiades, and Sam Torn, in their official capacities as members of the Texas A&M University System Board of Regents, their officers, agents, attorneys, employees, and all other persons in active concert or participation, are **PRELIMINARILY ENJOINED** from enforcing the revised System Policy

08.01's prohibitions related to "race or gender ideology, or topics related to sexual orientation or gender identity" in academic coursework, including those promulgated through any guidance that has been provided, pending a final judgment in this action.

**IT IS SO ORDERED**.

SIGNED on ________________________________, 2026.

____________________________________

JUDGE PRESIDING