United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, and AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, and SAM TORN, in their official capacities as members of the Texas A&M University System Board of Regents,<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-06268 |

**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE AND PAGE LIMITS**

Pending before the Court is the Parties' Joint Motion to Set Briefing Schedule and Page Limits. Having reviewed the motion, the Court finds it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that

- Defendants' Response to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than October 16, 2026, and shall not exceed 37 pages.
- Plaintiffs' Reply in support of their Motion for Preliminary Injunction shall be filed no later than November 6, 2026, and shall not exceed 30 pages.

SIGNED on October 2, 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE