United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,
*Plaintiffs*,

v.

ROBERT L. ALBRITTON, *et al.*,
*Defendants*.

CASE NO. 4:26-CV-06268

**ORDER VACATING AND RESETTING
INITIAL PRETRIAL CONFERENCE AND RELATED DEADLINES**

Plaintiffs and Defendants on October 8, 2026, filed a Joint Motion to Vacate and Reset the Initial Pretrial Conference in this case (ECF No. 4) and related deadlines. The Court finds that the Initial Pretrial Conference should be vacated and reset to a date after the Court has decided the pending Motion for Preliminary Injunction (ECF No. 26) filed by Plaintiffs and Motion to Dismiss (ECF No. 31) filed by Defendants.

IT IS THEREFORE ORDERED that the current October 23 setting of the Initial Pretrial Conference in this case (ECF No. 4) and all related deadlines are hereby vacated and the Initial Pretrial Conference will be reset to a later date by separate Order.

SIGNED this 9th day of October, 2026.

ANDREW HANEN
UNITED STATES DISTRICT JUDGE