**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT L. ALBRITTON, *et al.*,<br><br>*Defendants*. | CASE NO. 4:26-CV-06268 |

**DECLARATION OF DR. JAMES R. HALLMARK**

1. My name is Dr. James R. Hallmark. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated herein unless otherwise stated, and each of them is true and correct.

2. I am the Vice Chancellor for Academic Affairs for The Texas A&M University System (the "A&M System"). I have held this position since 2012. In this role, I provide the Chancellor with executive leadership and direction on academic matters and initiatives. My responsibilities include overseeing the development of academic programs for the A&M System's member institutions and ensuring that measures for success are established. I also lead system-wide initiatives relating to academic affairs, student affairs, and academic technology, and I foster communication and collaboration among the A&M System's member institutions.

In carrying out these duties, I regularly engage with the member institutions to identify common challenges and to collaborate on effective solutions.

3. Before assuming my current position, I served in a series of academic and administrative roles at West Texas A&M University, including Provost and Vice President for Academic Affairs (2008–2012), Dean of the Graduate School and Research (2001–2008), Director of the Honors Program (2000–2008), and Professor of Communication (1998–2012). Earlier in my career, I held faculty appointments at Wichita State University and Oklahoma Christian College. I hold a Ph.D. in Communications (1988) and a Master of Arts in Communications (1985), both from the University of Oklahoma, and a Bachelor of Science in Speech and American Studies from Oklahoma Christian College (1983). By virtue of these positions and my tenure as Vice Chancellor for Academic Affairs, I am familiar with the A&M System's governance of academic matters, including the adoption, implementation, and enforcement of A&M System policies and the respective responsibilities of the A&M System and its member institutions.

4. The Board of Regents adopted revisions to A&M System Policies 08.01 and 12.01 at a Board of Regents meeting on November 8, 2025, and amended them at a Board of Regents meeting on December 18, 2025.

5. The A&M System's member institutions are responsible for enforcing A&M System policies, including the current A&M System Policies 08.01 and 12.01 (the "Challenged Policies"), and for reviewing, approving, rejecting and acting with respect to requested exceptions as to course curriculum to be offered at each A&M System member institution. Final decisions regarding the review, approval,

rejection, and requested exceptions as to curriculum are made by the presidents of each A&M System's member institution, or by those to whom a president has delegated that responsibility.

6. Although the A&M System, acting through its Board of Regents, adopts policies related to the course of study at the A&M System's member institutions, enforcement of such policies as to individual faculty or individual courses is not the function or responsibility of the Board of Regents or its individual members, the Defendants in this case.

7. Neither the Board of Regents nor any individual Regent reviews, approves, rejects or acts with respect to the curriculum of any individual courses offered at A&M System member institutions, or as to any requested policy exceptions to the Challenged Policies.

8. The core curriculum offered at the A&M System's member institutions is required by Texas law and consists of forty-two semester credit hours of study. Much or all of the remainder of a student's typical 120 semester credit hours of study is ordinarily related to the student's major.

9. To date, no faculty member at any A&M System member institution has been terminated or officially disciplined for a violation of the Challenged Policies. None of the individual Plaintiffs are or have been the subject of any disciplinary proceedings with respect to the Challenged Policies, nor have any of the individual Plaintiffs been threatened with any disciplinary proceedings with respect to the Challenged Policies to my knowledge.

10. There is no imminent threat of disciplinary proceedings against any of the individual Plaintiffs by reason of the Challenged Policies to my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 16 day of October 2026.

Dr. James R. Hallmark
Vice Chancellor for Academic Affairs
The Texas A&M University System