# DECLARATION OF DR. MICHAEL D. JOHNSON

1. My name is Dr. Michael D. Johnson. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated herein except as otherwise stated, and each of them is true and correct.
2. I am the Vice Provost for Academic Affairs and the Associate Provost for Academic Enhancement at Texas A&M University (a member of The Texas A&M University System, or "A&M System"). I have held the position of Vice Provost for Academic Affairs since September of 2026 and the position of Associate Provost for Academic Enhancement since 2024. In these roles, I oversee academic programs, student success initiatives, and faculty student support services through the Division of Academic Affairs. My responsibilities include leading efforts to improve classroom instruction, educational quality, and academic program standards. I also oversee retention and graduation initiatives, student academic enhancement, and first-year support.
3. Before assuming my current positions, I served in a series of academic and administrative roles at Texas A&M University, including Interim Vice Provost for Academic Affairs (2025-2026), Interim Vice Provost for Faculty Affairs (2024–2025), Interim Associate Provost for Faculty Success (2022–2024), Interim Associate Vice President for Faculty Affairs (2022–2024), Acting Department Head – ETID (2023), Associate Dean for Inclusion and Faculty Success (College of Engineering) (2020-2022), ETID Associate Department Head for Undergraduate Studies, an Associate Professor (2007-2019), and a Professor from (2019-Present). I hold a Ph.D. in Mechanical Engineering (2001-2004) and

a Master's Degree (1999-2001), both from the Massachusetts Institute of Technology, and a Bachelor of Science in Mechanical Engineering from Michigan State University (1995-1999). By virtue of these positions and my tenure as both Vice Provost for Academic Affairs and the Associate Provost for Academic Enhancement, I am familiar with the A&M System's governance of academic matters, including the adoption and implementation of A&M System policies and the respective responsibilities of the A&M System and its member institutions.

4. Texas A&M University ("Texas A&M") is a part of the A&M System and the largest A&M System member institution.

5. After the adoption in late 2025 of revisions to A&M System Policies 08.01 and 12.01 (the "Challenged Policies"), Texas A&M has reviewed every course at the beginning of the Spring 2026 and prior to the Fall 2026 semesters to ensure compliance with the Challenged Policies.

6. That course review generally is an iterative and interactive process that starts with faculty members submitting a proposed course syllabus to their academic department head. The department head (or their designee) reviews and provides feedback to the faculty members or approves the syllabus. Depending on the college, the proposed syllabus is then sent to the dean of the college (or their designee) who provides feedback to the department and/or faculty member or approves the syllabus. In cases where the department and college feel that the course and the educational material require an exception per System Policy 08.01, a justification is created for this exception.

7. If it is determined that the proposed course needs an exception, the syllabi and justification are sent to members of a faculty committee. This faculty committee reviews the exception

application. The committee then assesses whether there is a necessary educational purpose for the non-compliant material in the syllabus and provides its input to the Provost and subsequently to the Office of the President of the System member institution. The president makes the final determination as to whether the exception application is granted or denied, taking into account the expertise of the faculty member and the asserted educational necessity of the material.

8. There may be variances between the Texas A&M University course review process described above and the course review process at other A&M System institutions. However, it is my understanding that all A&M System institutions implement some form of a course review process.

9. Texas A&M has now conducted this review process for the Spring 2026 and Fall 2026 semesters. The review process has been adjusted and improved over that period based on feedback from faculty and university staff, and to accommodate additional technical resources which automated portions of the process.

10. As part of that review, Texas A&M reviewed approximately 5,400 courses for the 2026 Spring semester. During the review process for the 2026 Spring Semester, 54 exception applications were made and considered and 48 exceptions were granted.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Signed this 16th day of October 2026.

Dr. Michael D. Johnson