UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, LEONARD BRIGHT, VANITA REDDY, LANDON SADLER, AND AARON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ALBRITTON, JAY GRAHAM, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, MICHAEL A. HERNANDEZ III, WILLIAM MAHOMES JR., KELLEY SULLIVAN GEORGIADES, AND SAM TORN, in their official capacities as Members of the TEXAS A&M UNIVERSITY SYSTEM BOARD OF REGENTS,<br><br>Defendants. | Civil Action No. 4:26-cv-06268 |

**DECLARATION OF JAMIE AYCOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

1. My name is Jamie A. Aycock. I am fully competent to make this declaration, and I have personal knowledge that the following facts are true and correct.

2. This declaration is made in support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction.

3. I am an attorney at Yetter Coleman LLP and serve as counsel for Plaintiffs in the above-captioned case.

4. Exhibit A to this declaration is a true and correct copy of Jessica Priest, Video of Clash Over Gender-Identity Content in Texas *A&M Children's Lit Class Leads to Firing, Removals*, Tex. Tribune (Sept. 9, 2025), https://perma.cc/R7JL-ZEZY;

5. Exhibit B to this declaration is a true and correct copy of Glenn Hegar, @Glenn_Hegar, X (Sep. 8, 2025, 7:00 pm), https://x.com/Glenn_Hegar/status/1965203549945811437.

6. Exhibit C to this declaration is a true and correct copy of an excerpt of the transcript of the Texas A&M University System Board of Regents meeting addressing the reporting mechanism for alleged violations of the revised policies.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Houston, Texas on November 6, 2026.

/s/ *Jamie A. Aycock*
Jamie A. Aycock