# EXHIBIT A

HIGHER EDUCATION

# Video of clash over gender-identity content in Texas A&M children's lit class leads to firing, removals

After the video fueled outrage, a professor was fired and two college leaders removed from their administrative roles for approving content inconsistent with the course's description.

BY JESSICA PRIEST
SEPT. 8, 2025, 11:08 P.M. CENTRAL UPDATED SEPT. 9, 2025, 8:35 P.M. CENTRAL



The Texas A&M University bell tower is seen on Aug. 21, 2024, in College Station. Ishika Samant for The Texas Tribune

***Sign up for The Brief**, The Texas Tribune's daily newsletter that keeps readers up to speed on the most essential Texas news.*

---

Facing growing political pressure, Texas A&M University President Mark A. Welsh III announced Tuesday evening that a professor teaching a children's literature course at the center of a viral recording was fired and that the university would conduct a full audit of its courses.

The announcement came after a video circulated online Monday showing a student confronting a professor over content related to gender identity in the class, sparking backlash from Republican lawmakers and calls for investigations, a response from the U.S. Department of Justice, and a statement from the Texas A&M System chancellor pledging to discipline the professor. A university spokesperson on Tuesday confirmed the professor was senior lecturer Melissa McCoul.

**RELATED STORY**

**Texas A&M professor fired after viral video disputes termination**

SEPT. 10, 2025

In his statement Tuesday, Welsh said changes were made over the summer to ensure that content not aligned within "reasonable expectation" of curriculum would not be taught after issues with the course were raised to university officials. Welsh later learned Monday night another course was continuing to teach material inconsistent with the published course description, resulting in the teacher's removal.

"This isn't about academic freedom; it's about academic responsibility," Welsh said. "Our degree programs and courses go through extensive approval processes, and we must ensure that what we ultimately deliver to students is consistent with what was approved."

On Monday, Welsh announced that College of Arts and Sciences Dean Mark Zoran and department head Emily Johansen, who oversee the course, were also going to be removed, saying they approved plans to teach the material that was inconsistent with the published course description. It was not immediately clear Tuesday whether Zoran or Johansen will remain employed at the university in other roles.

Welsh's action marks a sharp turn from his comments captured in one of the clips circulated Monday, in which he told a student upset about the content that "firing" the professor was "not happening." The shift follows mounting political pressure from Republican lawmakers, including Texas Rep. **Brian Harrison**, R-Midlothian, who posted **the clips** online and called on state and federal officials to investigate.

The video, which does not show anyone's face, captures audio of a student objecting to a professor teaching that there are more than two genders. The student says this conflicts with President Donald J. Trump's **executive order** and her religious beliefs, and the professor responds she has a right to teach the lesson and the student has a right to leave. It is unclear when the video was shot, and Texas A&M officials have not identified the student or the professor involved.

Texas A&M System Chancellor **Glenn Hegar** commended the professor's removal and said he and the Board of Regents would extend the audit of courses to all schools in the A&M System. In its own **statement**, the Board of Regents said it would "not tolerate actions that damage the reputation" of its institutions.

"[Welsh's] action shows that insubordination and indoctrination have no place on our campus or in our classrooms," Hegar said in a statement **posted on X**.

Hegar said an initial review found that the professor "failed to comply with clear instructions to align course descriptions with course materials, adding that similar issues "continue to be an issue with this professor." Chris Bryan, Texas A&M System spokesperson, declined to provide additional information Monday.

The Texas chapter of the American Association of University Professors said that it is deeply concerned by the situation.

"Academic freedom, which Texas A&M endorses, refers to instructors' right to teach in their area of expertise free from government interference," the group said in **a Tuesday post on X**.

Hours before Welsh's announcement, Gov. **Greg Abbott** called the dean and department head's removal "good" in **a post on X** before also calling for the professor to be fired. Harrison, however, **responded** to Abbott's post saying that the stated removals are not good enough and that Welsh "must also be fired."

Several Republican lawmakers have since called for Welsh's removal, and Harmeet K. Dhillon, assistant attorney general for Justice Department's Civil Rights Division, who wrote on X that the incident was "deeply concerning" and said the agency would "look into" it. The Justice Department declined to comment further. Texas A&M University did not respond to questions or provide additional information about the incident Monday.

Harrison, a Texas A&M alum and former Trump administration official, has clashed with Welsh for months over diversity, equity and inclusion policies. In May, he **accused** Texas A&M of "egregious discrimination" by offering DEI-related courses and "targeted student recruitment." Welsh has denied violating the law or discriminating.

Abbott **threatened** to fire Welsh in January over the university's decision to attend a conference hosted by The PhD Project, an organization that seeks to increase diversity in classrooms and corporations. Welsh defended the decision as legally permissible under the state's DEI ban, but later reversed course and the university did not participate.

**Welsh became Texas A&M's president** in 2023, the same year Texas lawmakers passed a ban on DEI offices and programs at public universities. He took over after the resignation of former President M. Katherine Banks, and since then, Republican leaders have moved aggressively to assert more control over higher education.

This incident also comes as public universities prepare to implement Senate Bill 37, a new law taking effect Jan. 1 that gives regents more power over curricula. It directs regents to review their schools' curriculum periodically and to consolidate or eliminate low enrollment programs, a move critics warn could be used to target programs unpopular with the Texas Legislature's conservative majority.

*The Texas Tribune partners with Open Campus on higher education coverage.*

*Disclosure: Texas A&M University and Texas A&M University System have been financial supporters of The Texas Tribune, a nonprofit, nonpartisan news organization that is funded in part by donations from members, foundations and corporate sponsors. Financial supporters play no role in the Tribune's journalism. Find a complete* ***list of them here****.*

---

***Shape the future of Texas at the 15th annual Texas Tribune Festival****, happening Nov. 13–15 in downtown Austin! We bring together Texas' most inspiring thinkers, leaders and innovators*

*to discuss the issues that matter to you.* ***Get tickets now*** *and join us this November.*

*TribFest 2025 is presented by JPMorganChase.*

**Nicholas Gutteridge**, **Alex Nguyen** and **Ayden Runnels** contributed to this report.

---

© 2026 The Texas Tribune
Powered by Newspack