# EXHIBIT B

X

← **Post** Log in Sign up



**Glenn Hegar**
@Glenn_Hegar

A statement from the Office of @tamusystem Chancellor Glenn Hegar:





It is unacceptable for A&M System faculty to push a personal political agenda. We have been tasked with training the next generation of teachers and childcare professionals. That responsibility should prioritize protecting children not engaging in indoctrination.

Today, I was made aware of video recordings as well as instructional materials which are irreconcilable with the values of The Texas A&M University System. Early investigations appear to indicate that the professor who taught this course failed to comply with clear instructions to align course descriptions with course materials. Further findings reveal that this failure continues to be an issue with this professor.

I will work with the Board of Regents to make certain that the A&M System takes the disciplinary action necessary to ensure this does not happen again at one of our campuses.

ALT

7:00 PM · Sep 8, 2025 · **304.3K** Views

517 247 1.1K 75



**Michael Quinn Sullivan** us @MQSullivan · Sep 8, 2025

So... when can A&M's former students and Texas taxpayers find out the professor has been canned and Welsh replaced?

10 48 453 17K



**Huff** @Huff4Congress · Sep 8, 2025

Nope. Fire Mark Welsh. A "leader" so vocally and explicitly committed to "diversity" over truth or academic excellence doesn't belong at Texas A&M, or in any position of power.

And this isn't new for Welsh.

He needs to be gone.

@HarmeetKDhillon @brianeharrison @GregAbbott_TX