# EXHIBIT C

| | |
|---|---|
| **From:** | Sodolak, Brian |
| **To:** | Rodriguez, Dee |
| **Cc:** | Spillers, Vickie; Agnew, Kelsey; Bell Sims, Jackie |
| **Subject:** | Meeting Transcripts |
| **Date:** | Monday, November 17, 2025 9:57:52 AM |
| **Attachments:** | Meeting of the Board of Regents - Including the Academic and Student Affairs, Research, Audit, Buildings and Physical Plant, and Finance Committees (Session I).txt<br>Meeting of the Board of Regents - Including the Academic and Student Affairs, Research, Audit, Buildings and Physical Plant, and Finance Committees (Session II).txt |

**Brian Sodolak | Assistant Director, IT Service Desk**
System Office IT Services
bsodolak@tamus.edu

1124 TAMU | College Station, TX 77840-7896
Tel. 979.458.6432 | Fax: 979.458.6299 | www.tamus.edu

Moore / Connally Building
301 Tarrow St. Suite 372
College Station, TX 77840-7896

THE TEXAS A&M UNIVERSITY SYSTEM

Thank you.
Well, howdy and good morning.
Howdy.
Let's try that again.
Howdy.
Howdy.
Ah, we're getting somewhere.
Good morning.
I will now reconvene the board meeting at 934 a .m. with a quorum of the board p
resent.
The board met in executive session yesterday, November
12th, from 12 p .m. to 5 p .m. and
this morning from 8 a .m. to 924 a .m.
We considered executive session agenda items and considered the board's decision
to move
to the next session.
The board has conferred with Chancellor Hager, several system and university adm
inistrators,
and our attorneys on personal, real personnel,
real property gifts, and legal matters.
Before I go any further, I would like to offer a
prayer and our thoughts to one of our regents
that is going into surgery this morning as we speak
for a pulmonary aneurysm that happened
yesterday.
In our board meeting, we have a question from the board.
We have a question from the board.
I had been on this board meeting, Regent Mahomes, and
I know you all joined me in those thoughts
and prayers as this board certainly has those thoughts
and prayers, and we are very optimistic
about the success of the surgery and we're glad
that, very candidly, we're glad the event
happened yesterday, because otherwise it would not have been a good result.
So it did work out the way it needed to, but he is in surgery.
believe as we speak and so just keep him in your prayers and appreciate that ver
y
very much. Now I would like to ask Isaiah Cray to please come forward for our
invocation. Isaiah is a management information systems major from Grand
Prairie, Texas. He has served as the associate staff member of operations and
the director of finance for the Southwestern Black Students Leadership
Conference. He also served as a personal relations
officer for the Black Student
Alliance at Texas A &M Galveston. Since being
enrolled at A &M, Isaiah has obtained
certificates in Microsoft's Azure Fundamentals, Azure
Data, AI Fundamentals,
Power Platform Fundamentals, as well as many other certificates in the Amazon
Web Services cloud performance. Isaiah is scheduled to graduate
in the fall of 2021. He will be a senior executive officer of the Department of

Business and Technology. He will graduate in December
2025. After graduation, he plans to work in data analysis and software
development and use his experience to start a company focused on IT
consulting for small to mid -sized companies. He is no stranger to this group
here at the board. He has been a fantastic assistant over in our board
annex and with working with him over the years as all
the board members, Isaiah, you
you set a very good example of how you can be a great assistant to the board.
Isaiah is a very high standard and thank you for
being associated with us. So now if you can lead us.
Isaiah Williams Thank you, Chairman, for the kind

And a quick shout out to Tarleton State
for successfully piloting this process.
And following the successful data pilot, refined requests
have now gone out to our universities
such that here in the next month or so
we will have all members' data for deep analysis.
Upon identifying and identifying
the courses through this review process,
each identified course will be reviewed
by the university offering the course,
distinguishing between core curriculum, major requirements,
electives.
Courses will be looked at with an eye
toward the appropriateness of the materials
applicability
to the degree program.
I'm sorry, I skipped a line here.
Toward the appropriateness of the material for a core curriculum
course, the materials applicability to the degree
degree program, the established body of
knowledge supporting its discipline, enrollment trends
and student demand, and alignment with Texas
workforce needs and career pathways, and student
outcomes and program sustainability.
Presidents will report findings and recommendations
to the board for consideration.
Importantly, by doing this carefully and well, we have created a process that is
replicable
each semester instead of a one -off process.
It allows for thorough and valid review every semester,
supporting a discipline of accountability
and continuous improvement.
One additional component of this process deserves mention.
We've created a robust review process and are confident it will enhance our abil
ity
to ensure our students receive the course content appropriate for their enrolled
courses.
To provide students an opportunity to comment on
their experiences in a classroom, we've
expanded our ethics point process.
We've created a process to include a 24 -7 reporting mechanism for students to r
eport
what they consider inaccurate or misleading
course content, content that does not align
with the approved syllabus or other course -related issues.
When a student reports inappropriate material,
system staff will review the concern in a
timely manner and work with the appropriate university to address any concerns.

Chairman Torn, this concludes my comments on the course review process and its s
tatus,
and I'm open for questions or comments from the Board of Trustees.
I will now turn it over to Dr. Hallmark.
Thank you, Dr. Hallmark.
I appreciate that we have created a process that is
distinguishable for its deep dive
into the courses and that we've not settled for a superficial review.
We are thinking longer term about academic responsibility
and creating a process that
is repeatable.
Further, we've created a reporting mechanism.
We've created a reporting mechanism to listen to our students' concerns.

The review and the policies proposed will enable us to
be sure that our students are
receiving the appropriate course material.
This is not symbolic.
This is a serious and it's comprehensive.
It's a serious system -wide review of every course, every syllabus.
We are examining the body of knowledge behind each degree.
Above the hedging and the
standardizing under the Humanities decreases based on the performance of the fac
ulty.
Each class is required to have the appropriate answer.
maintained, and verified regularly.
We are building accountability into the
operating rhythm of this system.
Let it be noted, the Texas A &M system is stepping up first,
setting the model that others will follow.
That said, are there any comments or questions from the committee
on the review or the discussed policies?
All right, we have one additional policy change on our agenda.
That would be the approval of new system policy 802.
Dr. Hallmark, would you briefly share with the board the need for this policy?
Yes, Senate Bill 2972 in the most recent legislative session
requires that we implement a policy that is before you.
We have constructed a policy in this instance
that will allow us to have an umbrella
or a larger policy with the A &M system
and will require,
each institution to create a rule that then implements that policy
by identifying specific spaces and some of the
variables that are required by the statute.
So this creation of this policy is the creation of a policy and then authorizati
on
for the chancellor to then implement a regulation, and then from there,
it will become a rule at the institution for the implementation.
It's all about expressive activity on campus and
providing parameters around what is allowed
and what is not allowed in compliance with SB 2972.
Questions?
Thank you, Dr. Hallmark.
We'll vote on these policies together at the end of this meeting.
Our next presentation and discussion is related to
cost of priority student jurisprudence.
If you'll remember, we're doing a review of the
entire student jurisprudence across the system
with a focus on making sure that the students are getting the best education the
y can get.
We're going to be looking at the cost of priority student jurisprudence
and making sure we're following and being
consistent with the standards of jurisprudence
that exist in this country.
So at this time, I'm going to turn it over to Dr. Adier
to provide an update from the Student Conduct Working Group.
Regent Torn and members of the Committee on Academic and Student Affairs,
and thank you, Regent Torn, for the two hours you've allotted to me for my prese
ntation.
You'll take it whether it's allotted or not.
On September 5th, Regent Torn charged the Working Group,
and I'll put up here the charge that we received,
or the summary of the charge that we received.
I'll just review it briefly.
To review student conduct and academic misconduct
policies across the entire system,